# EXHIBIT A

# *Fire & Arson Investigation Consultants, Inc.*



FIRE & EXPLOSION INVESTIGATIONS
FIRE PROTECTION ANALYSIS
EXPERT COURT TESTIMONY
PRIVATE INVESTIGATION SERVICES

December 14, 2022

*FRATUS LAW GROUP*
*Charles Fratus*
*566 B & A Boulevard*
*Severna Park MD 21146*

*RE:   C/N: 20-07B5-18M*
*DATE OF LOSS: May 19, 2020*
*INSURED: Ciara Taronji & Juan Fernandez*
*LOSS LOCATION: 412 Vermont Ave. Hagerstown, Md. 21740*
*FAIC File #: 20-10622-089*

*Dear Mr. Fratus,*

*This report is in response to your request for Fire & Arson Investigation Consultants, Inc. to investigate a fire that occurred on May 19, 2020, located at 412 Vermont Ave. Hagerstown, Md. 21740. Specifically, Fire & Arson Investigation Consultants, Inc. was retained on May 20, 2020, to determine, if possible, the origin and cause of the subject fire.*

*At the time of our retention, the scene had been overhauled by the fire department. The subject fire reportedly occurred on May 19, 2020, at approximately 1818 hours. The owners of the subject property are Mrs. Ciara Taronji and Juan Fernandez.  The subject property was occupied by Mrs. Ciara Taronji, Mr. Juan Fernandez, 4-year-old daughter Sage Fernandez, son Justin Avilez (18) and Ciara's mother, Theresa Taronji.*

*At the time of the fire the following person(s) occupied the subject property;*
1. *Theresa Taronji*
2. *Sage Fernandez*

*Our investigation consisted of a site examination on May 21, 2020, by James A Sobota, CFI, CFEI, CVFI, with a second examination on May 28, 2020 along with Flaherty Engineering.  A joint inspection was conducted on June 2, 2020. A systematic origin and cause examination of the fire scene was conducted working from the areas of the least fire damage to the areas of the most intense fire damaged areas.*

*Interviews were conducted during the course of our investigation with the principals. Color digital photographs of the loss site were taken utilizing an Olympus T-6 digital camera.  The digital photographs are included in Appendix A of this report. There were no adverse effects, which limited our ability to complete our investigation.*

## METHODOLOGY

*The methodology outlined in NFPA 921, Guide for Fire & Explosion Investigation, 2018 edition was utilized in performing the investigation reported herein.  This methodology is accepted by the professional fire and explosion investigation community and is the underlying basis for the proper fire/explosion origin and cause analysis.  NFPA 921 is the standard of care in the fire and explosion investigation community and provides a core methodology for conducting an investigation, as well as methods for collecting, interpreting and documenting evidence. The basis of NFPA 921 is the application of the scientific method.  This involves the collection of data and formulating a hypothesis from the data and testing of the hypothesis.*

## QUALIFICATIONS

*During the investigation reported herein, I have relied on my education, training and experience in performing my analysis and formulating my opinions.  I am a Certified Fire & Explosion Investigator and a Senior Fire Investigator with Fire & Arson Investigation Consultants, Inc.  I hold a Bachelor of Science degree from the University of Maryland, majoring in Fire Science, and have been certified as:*

- *Fire Investigator, National Association of Fire Investigators, International Association of Arson Investigators, National Board on Fire Service Professional Qualifications.*
- *Vehicle Fire Investigator, National Association of Fire Investigators*
- *Fire and Explosives Investigator, National Association of Fire Investigators*
- *NFPA Fire Investigator, VA Department of Fire Programs*

- *NFPA Fire Inspector, VA Department of Fire Programs*
- *Certified Firefighter III, National Board of Fire Service Professional Qualifications*

*Additionally, I have specialized experience in determining the origin, cause, and circumstances of structural, vehicle, and marine fires.  I also have experience in explosions investigations, fire protection analysis, plan review, fire investigation training, and law enforcement.  Furthermore, I have collaborative background in local, state and federal government agencies.  I retired from the Fairfax County Fire Department at the rank of Captain after 32 years of dedicated service, which includes seventeen years in the office of the Fire Marshal.  A copy of my curriculum vitae is provided in Appendix B.*

## BACKGROUND

*The subject property was a two-story single-family dwelling with a full basement.  The subject property was approximately 1,672 square feet in size and was built in 1946.  The front of the subject property faced in a northwesterly direction.   The first-floor level consisted of a living room, kitchen, two bedrooms and a bathroom. The second floor (converted attic space) consisted of 1 bedroom.  The basement level consisted of a laundry area, a makeshift office, storage area, and utility room. The subject property was constructed with concrete block foundation.  The exterior of the dwelling consisted of brick veneer and an asphalt shingled roof. The interior finishes on the walls and ceiling primarily consisted of gypsum board.  The floors were of various finishes.*

*The weather conditions at the time of the fire were:*
- *65 degrees Fahrenheit*
- *30 percent humidity*
- *Weather conditions were fair*
- *Wind direction was out of the east at 14 mph.*
- *No precipitation reported*

*F.A.I.C. File #  20-10622-089*

## SITE EXAMINATION

*Our investigation commenced with an examination of the exterior of the subject property and its curtilage. Our exterior examination did not provide significant information concerning the origin of the fire. During our exterior examination, no fire debris was noted on the exterior of the property.*

*Our investigation then commenced with an examination of the interior of the subject property progressing from the least damaged areas to the most severe fire damaged areas within the subject property. After progressing through the subject property and photographically documenting the overall burn patterns it was determined the fire originated within the basement level utility room. The remainder of the subject property suffered varying degrees of smoke and thermal damage.  As a result, a focused examination of the burn patterns within utility room was conducted.*

*A reconstruction of the utility room with the assistance of the State Farm insured revealed that a battery charger was resting on a metal shelf in the utility room. The charger was reportedly not energized and that a battery was just resting on top, not engaged in the charging port (Appendix C, drawing).*

*An examination of the fixed electrical distribution system, HVAC system, and water heater within the subject property did not reveal any evidence of abnormal fire damage or malfunction.  As a result, the aforementioned items were eliminated as ignition sources. An examination of the branch circuit conductors and an extension cord within the room of origin did not reveal any anomalies and were eliminated as an ignition source.*

## INTERVIEWS

*An interview with Mr. Juan Fernandez revealed that he and his family moved into the house in January of 2020.  Mr. Fernandez reported that his mother-in-law, Theresa Taronji and 4-year-old daughter were home and in the living room at the time of the fire.   Theresa Taronji heard banging, popping and hissing noises from the basement.  When she opened the door leading to the basement, she saw smoke, called 911 and departed the building.  Theresa also called Mr. Fernandez, alerting him to the fire.  At the time of the fire, Mr. Fernandez said that three pit bulls were in the basement.  The door for the room of origin (utility room) within the basement was closed, not allowing the dogs to access the room.  Both Mr. Fernandez and his wife Ciara Taronji are smokers.  Ciara deposits her cigarette butts on the back porch and Mr. Fernandez smokes*

*in the basement at his desk.  He last smoked in the basement at approximately 1615 hours and put his butt in a shot glass on the desk.  Mr. Fernandez said that he does not smoke or deposit his butts in the utility room.  No candles or incense were being used at the time of the fire.  Concerning items stored on the shelfs at the area of origin, consisted of paint cans, batteries in plastic pot which belonged to the previous owner.  The furnace was just serviced,  and the service company left a small plastic open container of a reddish liquid (fuel oil) on the shelf.*

*Concerning his battery-operated power tools, Mr. Fernandez said that he has a Ryobi chain saw and a 4-amp hour, 5-amp hour and 6-amp hour batteries.  He recently purchased the 6-amp hour battery from Home Depot on March 28, 2020.  Mr. Fernandez noted that he keeps his batteries charged.  After having recently used the 6-amp hour battery, and on the day of the fire, Mr. Hernandez charged the battery in the Ryobi charger in the basement near his desk at approximately 0930 hours. After the battery was charged, he took the battery and charger and placed them on a shelf in the utility room.  The charger was not plugged in, and the battery was sitting loose on the charger.  Mr. Fernandez said that he just has the habit of not leaving the batteries docked to the charger.  Mr. Fernandez said that last time he was in the basement was at approximately 1620 hours, prior to departing the house.  Mr. Fernandez said that his mother-in-law called him about the fire at approximately 1830 hours.*

*The Hagerstown Maryland., Fire Investigation Unit is the primary investigation authority for fires within Hagerstown. Investigator John Crist, with the Fire Investigation Unit, was dispatched to investigate the subject fire upon the extinguishment of the fire by the fire department. Investigator Crist has opined that the area or point of origin was on metal shelves located in the utility room.  Investigator Crist also has opined that the cause of the fire resulted from an overheated rechargeable battery.  Their incident case number is 2020-32-029 and the incident case number is 10463.  The subject fire was reported to the 911 center at approximately 1818 hours.*

## FIRE DEPARTMENT RESPONSE

*On May 19, 2020, the Hagerstown 911 center received a telephonic call from Teresa Tarongi, 917-889-0294 at 18:18 hours reporting a possible gas leak in the dwelling.  Fire units were dispatched at 18:18:39 with the first arriving unit (Truck 4) at 18:23:16 hours. From the time the fire was discovered (reported to 911) to the time the first arriving unit went on location was approximately five minutes.  Truck 4 reported nothing evident*

*F.A.I.C. File #  20-10622-089*

and then requested the first alarm assignment for a fire in the basement. The first fire attack line was placed in service at approximately 18:28 hours. The fire was reported to have been confined to one room in the basement and the fire was reported to be under control at approximately 18:39 hours. Our burn pattern analysis and the resulting fire damage were consistent with the resulting fire suppression tactics.

## EVIDENCE

During the course of our site examination the following physical evidence was recovered from the loss site. The subject evidence is being stored in our evidence facility until notice is given to discard the subject evidence.

1. Ryobi Chain Saw and a 4- & 5-amp hour batteries, exemplar modem from the 1st level bedroom

2. Circuit board and melted debris from the floor between the Furnace and Shelfs in utility room

3. Circuit board and copper foil from the floor along the C wall of the utility room and Shelfs

4. Receptacle from the B wall of the utility room

5. Battery charger and two ceramic tiles from the shelf on the B wall of the utility room

6. Light fixture from under shelfing unit along the C wall of the utility room

7. Extension cord that was laying across the top shelf on the B wall of the utility room

8. Fire Debris from the floor between the B wall shelfing unit and Furnace

9. 20 battery cell casings from the floor of the utility room. These items were forensically examined with Flaherty Engineering in attendance.

10. Three shelfs from the shelfing unit along the B wall of the utility room.

## CONCLUSIONS

After a thorough examination of the subject property and using the levels of scientific certainty as discussed in the 2018 edition of NFPA 921; a Guide for Fire and Explosion Investigations, it is our opinion to a reasonable degree of scientific fire investigative certainty:

1. The area of fire origin was located within the basement level utility room, more specifically on metal shelfing located to the left as one would enter the room. (See Appendix C – Drawings).

2. The cause of the fire resulted from the ignition of combustible materials, as a result of a failure of a lithium-Ion battery cell(s).

3.  *The material(s) first ignited were the batteries combustible liquid electrolyte.*

4.  *The act or omissions that brought the ignition source and the material first ignited together resulted from a catastrophic failure of lithium-Ion battery cell(s).*

5.  *All other possible sources of ignition were considered and ruled out during the course of our investigation.*

*The aforementioned conclusions are based on information obtained during the site examination, from interviews with the principals and review of the discovery documents. These conclusions also have foundation based on this investigator's experience and education.  Fire & Arson Investigation Consultants, Inc. retains the right to modify this report, and/or to submit a supplemental report, in the event that additional information becomes available.*

*If we can be of further assistance in this matter, please do not hesitate to contact us.*

*Respectfully submitted,*

*James A Sobota*
_____
*James A. Sobota, CFI, CFEI, CVFI*
*Senior Fire & Explosion Investigator*

*Technical Review By,*

*Michael E Schaal*
_____
*Michael E. Schaal, CFEI, CVFI, CFII*
*Senior Fire & Explosion Investigator*

# *APPENDIX - A*

## *Photographs*



*Photo #1-1: Side A*



*Photo #1-2: Side A*



*Photo #1-3: Sides A & B*



*Photo #1-4: Side B*



*Photo #1-5: Looking southwest alongside C*



*Photo #1-6: Rear yard and side C*



*Photo #1-7: Side C*



*Photo #1-8: Sides C & D*



*Photo #1-9: Electrical service entry*



*Photo #1-10: Meter*



*Photo #1-11: HVAC condensing units*



*Photo #1-12: Signage*



*Photo #1-13: Condensing unit and disconnect*



*Photo #1-14: Sides D & A*



*Photo #1-15: Gas meter*



*Photo #1-16: Gas meter valve*



*Photo #1-17: Main entrance*



*Photo #1-18: Main entrance foyer*



*Photo #1-19: Looking towards side B*



*Photo #1-20: Smoke detector*



*Photo #1-21: Bedroom*



*Photo #1-22: Doorway to stairway*



*Photo #1-23: Stairs to top level*



*Photo #1-24: Bedroom, side B*



*Photo #1-25: Bedroom, side D*



*Photo #1-26: 1ˢᵗ level Bathroom*



*Photo #1-27: 1ˢᵗ level Bedroom*



*Photo #1-28: 1ˢᵗ level Bedroom*



*Photo #1-29: Kitchen*



*Photo #1-30: Range*



*Photo #1-31: Doorway to basement*



*Photo #1-32: Stairs to basement*

*F.A.I.C. File #  20-10622-089*



*Photo #1-33: Storage laundry room*



*Photo #1-34: Looking at side C*



*Photo #1-35: Looking at B & C walls*



*Photo #1-36: Animal cages and equipment*



*Photo #1-37: Dumbbells and chain*



*Photo #1-38: Looking towards side D*



*Photo #1-39: Looking towards side D*



*Photo #1-40: Breaker panel*

*F.A.I.C. File # 20-10622-089*



*Photo #1-41: Disconnect*



*Photo #1-42: Breakers*



*Photo #1-43: Breakers*



*Photo #1-44: Breakers*



*Photo #1-45: Main*



*Photo #1-46: Looking from panel towards side B*



*Photo #1-47: Hallway leading to utility room and stairs*



*Photo #1-48: Ceiling patterns*



*Photo #1-49: Entrance to utility room*



*Photo #1-50: Fuel oil tank*



*Photo #1-51: HVAC duct work*



*Photo #1-52: Debris at entrance to utility room*

*F.A.I.C. File # 20-10622-089*



*Photo #1-53: Fire patterns*



*Photo #1-54: Fire patterns*



*Photo #1-55: Items on floor*



*Photo #1-56: Items on shelfs*

*F.A.I.C. File #  20-10622-089*



*Photo #1-57: Items on shelf*



*Photo #1-58: Patterns*



*Photo #1-59: Tiles on shelf*



*Photo #1-60: Looking towards the C wall of utility room*



*Photo #1-61: HVAC*



*Photo #1-62: Storage items*



*Photo #1-63: Fuel oil tank*



*Photo #1-64: Water heater*



*Photo #1-65: Installation date*



*Photo #1-66: HVAC*



*Photo #1-67: Duct work*



*Photo #1-68: Looking towards entrance to utility room*



*Photo #1-69: Items on floor*



*Photo #1-70: Patterns*



*Photo #1-71: Wiring, paint cans*



*Photo #1-72: Extension cord*



*Photo #1-73: Extension cord*



*Photo #1-74: Extension cord plug*



*Photo #1-75: Poor exposure*



*Photo #1-76: Battery and cell casings*



*Photo #1-77: Cell casings*



*Photo #1-78: Cell casings on floor*



*Photo #1-79: Cell casings*



*Photo #1-80: Overview*



*Photo #1-81: Patterns*



*Photo #1-82: Patterns*



*Photo #1-83: Patterns*



*Photo #1-84: Patterns*



*Photo #1-85: Looking towards C wall from end of shelf near utility room entrance*



*Photo #1-86: Patterns*



*Photo #1-87: Patterns*



*Photo #1-88: Patterns*



*Photo #1-89: Area of origin*



*Photo #1-90: Plug*

*F.A.I.C. File #  20-10622-089*



*Photo #1-91: Poor exposure*



*Photo #1-92: Aerosol can batteries*



*Photo #1-93: Paint cans*



*Photo #1-94: Patterns on shelf above*

*F.A.I.C. File #  20-10622-089*



*Photo #1-95: Patterns on shelf above*



*Photo #1-96: Charcoal on shelf above*



*Photo #1-97: Patterns above top shelf*



*Photo #1-98: Ceiling patterns*

*F.A.I.C. File #  20-10622-089*



*Photo #1-99: Ceiling patterns*



*Photo #1-100: Ceiling patterns, wiring*



*Photo #1-101:  Ceiling patterns wiring*



*Photo #1-102: Junction box*



*Photo #1-103: Cell casings on floor*



*Photo #1-104: Cell casings*



*Photo #1-105: Cell casings*



*Photo #1-106: Cell casing*



*Photo #1-107: Cell casing*



*Photo #1-108: Cell casing*



*Photo #I-109: Cell casing*



*Photo #I-110: Cell casings*



*Photo #1-111: Battery packs owned by insured*



*Photo #1-112: Battery*

*F.A.I.C. File # 20-10622-089*



*Photo #1-113: Battery*



*Photo #1-114: Exemplar modem*



*Photo #1-115: Modem plug*



*Photo #1-116: Looking at C wall, work area*



*Photo #1-117: Jar used for depositing smoking materials*



*Photo #1-118: Smoking materials in jar*

*F.A.I.C. File #  20-10622-089*



*Photo #1-119: Smoking materials in jar*



*Photo #1-120: Estimated position of charger, pre-fire.*



*Photo #1-121: Distance to area of origin*



*Photo #1-122: Distance to area of origin*



*Photo #1-123: Distance to area of origin*



*Photo #1-124: Charger*

*F.A.I.C. File # 20-10622-089*



*Photo #1-125: Thermal damage*



*Photo #1-126: Charger*

*F.A.I.C. File #  20-10622-089*



*Photo #1-127: Charger displaying thermal damage*



*Photo #1-128: Warning label*



*Photo #1-129: Underside of Charger*



*Photo #1-130: Receptacle on B wall of utility room*



*Photo #1-131: Receptacle*



*Photo #1-132: Protected mark on receptacle*



*Photo #1-133: Receptacle on C wall of utility room*



*Photo #1-134: Receptacle*



*Photo #1-135: HVAC Switch*



*Photo #1-136: HVAC Switch position*

*F.A.I.C. File #  20-10622-089*



*Photo #1-137: Utility room posted*



*Photo #1-138: Panel posted*



*Photo #1-139: Looking up stairwell*

*The following photos were taken on May 28, 2020*



*Photo #1-140: Utility room posted*



*Photo #1-141: Panel posted*



*Photo #1-142: Poor exposure*



*Photo #1-143: Measurements*



*Photo #1-144: Measurements*



*Photo #1-145: Measurements*



*Photo #1-146: Measurements*

F.A.I.C. File # 20-10622-089



*Photo #1-147: Circuit board*



*Photo #1-148: Circuit board*

*F.A.I.C. File # 20-10622-089*



*Photo #1-149: Floor area*



*Photo #1-150: Battery component*

*F.A.I.C. File #  20-10622-089*



*Photo #1-151: Battery component*



*Photo #1-152: Copper foil*

*F.A.I.C. File #  20-10622-089*



*Photo #1-153: Copper foil*



*Photo #1-154: Copper foil*



*Photo #1-155: Copper foil*



*Photo #1-156: Copper foil*

F.A.I.C. File # 20-10622-089



*Photo #1-157: Overview*



*Photo #1-158: Patterns facing area of origin*



*Photo #1-159: Patterns*



*Photo #1-160: Patterns*



*Photo #1-161: Chain saw*



*Photo #1-162: Lawn mower in exterior shed*



*Photo #1-163: Lawn mower*



*Photo #1-164: Trimmers*



*Photo #1-165: Utility room posted*



*Photo #1-166: Panel posted*

*The following photos were taken on June 2, 2020*



*Photo #1-167: Utility room posted*



*Photo #1-168: Panel posted*



*Photo #1-169: Ceiling patterns outside B wall of utility room*



*Photo #1-170: Junction box*



*Photo #1-171: Manifold*



*Photo #1-172: Manifold*



*Photo #1-173: Overview*



*Photo #1-174: Measurements*



*Photo #1-175: Measurements*



*Photo #1-176: Measurements*

*F.A.I.C. File # 20-10622-089*



*Photo #1-177: Measurements*



*Photo #1-178: Measurements*

*F.A.I.C. File # 20-10622-089*



*Photo #1-179: Measurements*



*Photo #1-180: Measurements*



*Photo #1-181: Measurements*



*Photo #1-182: Measurements*



*Photo #1-183: Measurements*



*Photo #1-184: Measurements*



*Photo #1-185: Measurements*



*Photo #1-186: Measurements*

*F.A.I.C. File # 20-10622-089*



*Photo #1-187: Measurements*



*Photo #1-188: Measurements*



*Photo #1-189: Items on floor*



*Photo #1-190: Area delayered*



*Photo #1-191: Bucket pointing towards area of origin*



*Photo #1-192: Contents of bucket*



*Photo #1-193: Pattern on bucket*



*Photo #1-194: Items on floor*



*Photo #1-195: Items on floor*



*Photo #1-196: Scale*



*Photo #1-197: Scale*



*Photo #1-198: Measurements*

F.A.I.C. File # 20-10622-089



*Photo #1-199: Scale*



*Photo #1-200: Scale*

*F.A.I.C. File # 20-10622-089*



*Photo #1-201: Measurements*



*Photo #1-202: Measurements*



*Photo #1-203: Measurements*



*Photo #1-204: Measurements*



*Photo #1-205: Measurements*



*Photo #1-206: Measurements*

F.A.I.C. File # 20-10622-089



*Photo #1-207: Measurements*



*Photo #1-208: Measurements*



*Photo #1-209: Measurements*



*Photo #1-210: Measurements*

F.A.I.C. File # 20-10622-089



*Photo #1-211: Scale*



*Photo #1-212: Scale*



*Photo #1-213: Evidence collection*



*Photo #1-214: Scale*



*Photo #1-215: Measurements*



*Photo #1-216: Measurements*

*F.A.I.C. File #  20-10622-089*



*Photo #1-217: Cell casing*



*Photo #1-218: Cell casing*

*F.A.I.C. File #  20-10622-089*



*Photo #1-219: Cell casing*



*Photo #1-220: Cell casing*



*Photo #1-221: Cell casing*



*Photo #1-222: Cell casing*

*F.A.I.C. File # 20-10622-089*



*Photo #1-223: Cell casings*



*Photo #1-224: Cell casings*



*Photo #1-225: Cell casings*

F.A.I.C. File # 20-10622-089



*Photo #1-226: Poor exposure*



*Photo #1-227: Poor exposure*



*Photo #1-228: Cell casings*



*Photo #1-229: Cell casings*



*Photo #1-230: Cell casings*



*Photo #1-231: Cell casings*



*Photo #1-232: Cell casings*



*Photo #1-233: Cell casings*



*Photo #1-234: Cell casings*

*F.A.I.C. File #  20-10622-089*



*Photo #1-235: Cell casings packaged*



*Photo #1-236: Measurements*



*Photo #1-237: Measurements*



*Photo #1-238: Measurements*

*F.A.I.C. File #  20-10622-089*



*Photo #1-239: Measurements*



*Photo #1-240: Measurements*



*Photo #1-241: Poor exposure*



*Photo #1-242: Poor exposure*



*Photo #1-243: Packaged evidence*



*Photo #1-244: Packaged evidence*



*Photo #1-245: Measurements*



*Photo #1-246: Measurements*

*F.A.I.C. File # 20-10622-089*



*Photo #1-247: Measurements*



*Photo #1-248: Measurements*



*Photo #1-249: Extension cord*



*Photo #1-250: Extension cord*



*Photo #1-251: Extension cord*



*Photo #1-252: Light fixture*

*F.A.I.C. File # 20-10622-089*



*Photo #1-253: Light fixture*



*Photo #1-254: Light fixture*



*Photo #1-255: Light fixture*



*Photo #1-256: Light fixture*



*Photo #1-257: Light fixture*



*Photo #1-258: Light fixture*



*Photo #1-259: Light fixture*



*Photo #1-260: Packaged evidence*



*Photo #1-261: Packaged evidence*



*Photo #1-262: Measurements*



*Photo #1-263: Measurements*



*Photo #1-264: Measurements*

*F.A.I.C. File # 20-10622-089*



*Photo #1-265: Circuit board*



*Photo #1-266: Circuit board*



*Photo #1-267: Circuit board*



*Photo #1-268: Items on floor*

*F.A.I.C. File # 20-10622-089*



*Photo #1-269: Measurements*



*Photo #1-270: Measurements*

*F.A.I.C. File # 20-10622-089*



*Photo #1-271: Measurements*



*Photo #1-272: Aerosol can*



*Photo #1-273: Aerosol can*



*Photo #1-274: Aerosol can*



*Photo #1-275: Aerosol can*



*Photo #1-276: Evidence packaged*



*Photo #1-277: Evidence packaged*



*Photo #1-278: Evidence packaged*



*Photo #1-279: Measurements*



*Photo #1-280: Measurements*



*Photo #1-281: Measurements*



*Photo #1-282: Evidence packaged*



*Photo #1-283: Evidence packaged*



*Photo #1-284: Items on shelf*



*Photo #1-285: Items on shelf*



*Photo #1-286: Items on shelf*



*Photo #1-287: Items on shelf*



*Photo #1-288: Area of origin*



*Photo #1-289: Melted debris*



*Photo #1-290: Protected area*

*F.A.I.C. File # 20-10622-089*



*Photo #1-291: Protected area*



*Photo #1-292: Area delayered*



*Photo #1-293: Area delayered*



*Photo #1-294: Looking at shelf towards C wall of utility room*



*Photo #1-295: Shelf*



*Photo #1-296: Overview*

*F.A.I.C. File # 20-10622-089*



*Photo #1-297: Evidence marking*



*Photo #1-298:  Evidence marking*



*Photo #1-299: Evidence marking*



*Photo #1-300: Evidence marking*

F.A.I.C. File # 20-10622-089



*Photo #1-301: Overview*



*Photo #1-302: Overview*



*Photo #1-303: Receptacle*



*Photo #1-304: Receptacle wiring*



*Photo #1-305: Overview*



*Photo #1-306: Area delayered*



*Photo #1-307: Area delayered*



*Photo #1-308: Receptacle*



*Photo #1-309: Overview*



*Photo #1-310: Overview*

*F.A.I.C. File # 20-10622-089*



*Photo #1-311: Overview*



*Photo #1-312: Shelf 2*



*Photo #1-313: Shelf 3*



*Photo #1-314: Receptacle*



*Photo #1-315: Receptacle*



*Photo #1-316: Receptacle*

*F.A.I.C. File # 20-10622-089*



*Photo #1-317: Wiring cut*



*Photo #1-318: Wiring cut*



*Photo #1-319: Evidence packaged*



*Photo #1-320: Evidence packaged*



*Photo #1-321: Location of 20th cell casing*



*Photo #1-322: Cell casing*



*Photo #1-323: Cell casing*



*Photo #1-324: Overview*

*F.A.I.C. File #  20-10622-089*



*Photo #1-325: Measurements*



*Photo #1-326: Measurements*



*Photo #1-327: Cell casing*



*Photo #1-328: Poor exposure*



*Photo #1-329: Cell casing*



*Photo #1-330: Cell casing*



*Photo #1-331: Cell casing*



*Photo #1-332: Cell casing*



*Photo #1-333: Cell. casing*

*The following are photos provided by the State Farm insured*



*F.A.I.C. File #  20-10622-089*















F.A.I.C. File #  20-10622-089



*F.A.I.C. File #  20-10622-089*

# APPENDIX - B

# *Curriculum Vitae*

*F.A.I.C. File # 20-10622-089*

### Curriculum Vitae
### Of
### James A. Sobota, CFI, CFEI, CVFI

## PROFESSIONAL EXPERTISE

*Certified Fire & Explosion Investigator, Certified Vehicle Fire Investigator specializing in determining the origins, causes, and circumstances of structural, vehicular, and marine fires; experienced in explosion investigations, fire protection analysis, plan review, fire investigation training, and law enforcement; collaborative background with local, state, and federal government agencies; Retired Fire Investigation Branch Commander, thirty-two years of dedicated service with the Fairfax County Fire Department, which includes seventeen years in the capacity of Assistant Fire Marshal; hold expert witness qualifications in fire origin & cause investigations.  Currently serving as a senior fire investigator with Fire & Arson Investigation Consultants (FAIC).*

## EDUCATION

➢ *B.S., Industrial Safety, Fire Science, University of Maryland, 1983*
➢ *Fairfax County Fire Academy, 58th Recruit Class, 1983*
➢ *Fairfax County Police Academy, Session 30, 1998*

### Professional Related Training

| | | | | |
|---|---|---|---|---|
| ➢ *NFPA 1031 Fire Inspector          (VA Dept. Fire Programs)* | *May* | *1997* | *80 hrs.* |
| ➢ *NFPA 1033 Fire Investigator       (VA Dept. Fire Programs)* | *September* | *1997* | *80 hrs.* |
| ➢ *Hazardous Materials Technician* | *June* | *1998* | *40 hrs.* |
| ➢ *Environmental Crimes, (Environmental Enforcement Program)* | *March* | *1999* | *32 hrs.* |
| ➢ *Incident Command Training* | *April* | *1999* | *16 hrs.* |
| ➢ *Crime Scene Preservation and Evidence Collection (FFA)* | *June* | *1999* | *16 hrs.* |
| ➢ *Incident Response to Terrorist Bombings (New Mexico)* | *June* | *1999* | *34 hrs.* |
| ➢ *Mine Blasting and Safety (Beckley WV)* | *January* | *2000* | *16 hrs.* |
| ➢ *Surface Blasting (Beckley WV)* | *May* | *2000* | *24 hrs.* |
| ➢ *Surveillance  (VA Dept. Fire Programs)* | *June* | *2000* | *24 hrs.* |
| ➢ *DOT Hazmat Transportation (Kansas Hwy Patrol)* | *August* | *2000* | *40 hrs.* |
| ➢ *Advanced Explosion Training (FLETC)* | *February* | *2001* | *72 hrs.* |
| ➢ *Advanced Environmental Crimes (FLETC)* | *September* | *2001* | *80 hrs.* |
| ➢ *RCRA Hazardous Waste (McCoy Assoc.)* | *May* | *2002* | *24 hrs.* |
| ➢ *Arson for the 21st Century, (Miami FL)* | *June* | *2002* | *40 hrs.* |
| ➢ *Interview & Interrogation (Fairfax CJA)* | *January* | *2003* | *40 hrs.* |
| ➢ *Adv. Interview & Interrogation (Fairfax CJA)* | *April* | *2003* | *40 hrs.* |
| ➢ *Gas & Electric Appliance Fires (Fire Findings)* | *April* | *2004* | *32 hrs.* |
| ➢ *Forensic Fire Scene Evidence* | *May* | *2004* | *24 hrs.* |
| ➢ *Advanced Origin & Cause & Testimony (FLETC)* | *June* | *2004* | *80 hrs.* |
| ➢ *Fatality Fire Scene Investigation (Montgomery County FD)* | *September* | *2006* | *14 hrs.* |
| ➢ *Incident Command Training, ICS 300 & 400* | *March* | *2007* | *32 hrs.* |

F.A.I.C. File #  20-10622-089

| | | | |
|---|---|---|---|
| ➢ *Photography for Law Enforcement (Fairfax CJA)* | *September* | *2010* | *40 hrs.* |
| ➢ *Solid Fuel Burning Appliances (Fire Findings)* | *October* | *2010* | *16 hrs.* |
| ➢ *Computer Forensics Training (NW3C)* | *March* | *2012* | *100 hrs.* |
| ➢ *Scientific Protocols for Fire Investigations (Lentini)* | *April* | *2013* | *24 hrs.* |
| ➢ *DNA & Natural Gas Systems Investigations (MFEI)* | *July* | *2017* | *8 hrs.* |
| ➢ *Electrical Aspects of Fire Investigations (IAAI)* | *August* | *2017* | *24 hrs.* |
| ➢ *Fire Origin and Pattern Analysis (MFEI)* | *May* | *2018* | *16 hrs.* |
| ➢ *Marine Fire Investigation (IAAI)* | *February* | *2019* | *28 hrs.* |
| ➢ *Giving Stronger Depositions and Testimony* | *March* | *2019* | *8 hrs.* |
| ➢ *Motor Vehicle Fire Investigation 3 Day* | *August* | *2020* | *24 hrs.* |
| ➢ *Smoking materials as ignition source* | *July* | *2022* | *6 hrs.* |
| ➢ *Expert Testimony and Lithium Batteries* | *December* | *2022* | *6 hrs* |

***IAAI CFI Trainer.net courses***            ***2010 – Current***

| | |
|---|---|
| ➢ *Accreditation, Certification and Certificates* | *3 hrs.* |
| ➢ *Arc Mapping Basics* | *4 hrs.* |
| ➢ *Basic Electricity* | *4 hrs.* |
| ➢ *Charleston Sofa Super Store Fire* | *4 hrs.* |
| ➢ *Critical Thinking Solves Cases* | *4 hrs.* |
| ➢ *Digital Photography and the Fire Investigator* | *4 hrs.* |
| ➢ *DNA* | *3 hrs.* |
| ➢ *Documenting the Event* | *4 hrs.* |
| ➢ *Electrical Safety* | *3 hrs.* |
| ➢ *Explosion Dynamics* | *4 hrs.* |
| ➢ *Fire and Explosion Investigations Utilizing NFPA 1033 and 921* | *4 hrs.* |
| ➢ *Fundamentals of Interviewing* | *4 hrs.* |
| ➢ *Insurance and the Fire Investigation* | *4 hrs.* |
| ➢ *Introduction into Evidence* | *4 hrs.* |
| ➢ *Investigation Fatal Fires* | *4 hrs.* |
| ➢ *Investigating Motor Vehicle Fires* | *4 hrs.* |
| ➢ *Magne Tek : A Case Study In the Daubert Challenge*  *2 hrs.* | |
| ➢ *Managing Complex Fire Scenes* | *4 hrs.* |
| ➢ *Post Flashover Fires* | *4 hrs.* |
| ➢ *Process of Elimination* | *3 hrs.* |
| ➢ *Residential Electrical Systems* | *4 hrs.* |
| ➢ *Search and Seizure* | *4 hrs.* |
| ➢ *Impact of Ventilation in Building Structures on Fire Development* | *4 hrs.* |
| ➢ *The Scientific Method for Fire and Explosion Investigation* | *3 hrs.* |
| ➢ *Understanding Fire Through the Candle Experiments*  *4 hrs.* | |
| ➢ *Writing the Initial Origin and Cause Report* | *3 hrs.* |
| ➢ *Motor Vehicles: Transmissions, Exhaust, Accessory Systems* | *3 hrs.* |
| ➢ *Motor Vehicles: The Engine, ignition, electrical, and fuel systems*  *3 hrs.* | |
| ➢ *2021 NFPA 921 Chapter 6 Fire Patterns*  *2 hrs.* | |
| ➢ *Deposition Part 1, Format, Content and Preparation*  *3 hrs.* | |

*F.A.I.C. File # 20-10622-089*

- ➤ *Deposition Part 2: Questioning, Tactics, and Effective Responses*     *3 hrs.*
- ➤ *NFPA 1033 and Your Career*     *2 hrs.*
- ➤ *Fire Chemistry*     *3 hrs.*
- ➤ *Thermometry, Heat & Heat Transfer*     *3 hrs.*
- ➤ *Relationship between NFPA 1033 & NFPA 921*     *2 hrs.*
- ➤ *Fire Flow Analysis*     *3 hrs.*
- ➤ *Introduction to Fire Dynamics and Modeling*     *4 hrs.*
- ➤ *Understanding Undetermined*     *3 hrs.*
- ➤ *Insurance Professional needs to know about Fire Investigation*     *3 hrs.*
- ➤ *Lithium Battery Fires*     *1 hrs.*

## *Miscellaneous Training & Seminars*

| | | | | |
|---|---|---|---|---|
| ➤ *Gasoline Tank Truck Emergency Response* | *April* | *1984* | *8 hrs.* |
| ➤ *Hazards of Roofs, Brannigan* | *April* | *1986* | *8 hrs.* |
| ➤ *Engine Company Pump Operations* | *October* | *1987* | *16 hrs.* |
| ➤ *NFPA Officer I Course* | *July* | *1989* | *40 hrs.* |
| ➤ *Building Construction for Fire Suppression Forces (NFA)* | *July* | *1989* | |
| ➤ *Increasing Team Effectiveness        (NFA)* | *July* | *1989* | |
| ➤ *Fire Fighter Safety and Survival (NFA)* | *July* | *1989* | |
| ➤ *Commanding the Initial Response (NFA)* | *July* | *1989* | |
| ➤ *Wire Rope and Rigging* | *October* | *1990* | |
| ➤ *Zenger Miller Supervision – Phase I* | *December* | *1991* | |
| ➤ *Truck Company Operations School* | *May* | *1992* | |
| ➤ *Advanced Arson Investigation Training* | *March* | *1996* | *16 hrs.* |
| ➤ *Cause and Origin Investigation Seminar* | *May* | *1996* | *8 hrs.* |
| ➤ *Pyrotechnics, Serial Offenders, Photography* | *February* | *1997* | *8 hrs.* |
| ➤ *Fire Inspector Recertification Class* | *December* | *1998* | *16 hrs.* |
| ➤ *Building and Fire Code Requirements for HAZMAT* | *September* | *1999* | |
| ➤ *Advanced Legal Issues, (Fairfax City FD)* | *December* | *1999* | *16 hrs.* |
| ➤ *Asian Organized Crime* | *March* | *2000* | |
| ➤ *Motor Carrier Recertification Training* | *July* | *2000* | *8 hrs.* |
| ➤ *Basic HAZMAT Inspection* | *August* | *2000* | *4 hrs.* |
| ➤ *Basic Public Information Officer Course* | *October* | *2000* | |
| ➤ *Seismograph Operation* | *April* | *2001* | |
| ➤ *Scientific Interrogation* | *March* | *2001* | *24 hrs.* |
| ➤ *Commercial Kitchen Equipment* | *August* | *2002* | *2 hrs.* |
| ➤ *Criminal Records & Background Checks* | *May* | *2003* | *2 hrs.* |
| ➤ *Interviews and Interrogation* | *April* | *2003* | *3 hrs.* |
| ➤ *Fire Investigation Report Writing* | *February* | *2003* | *2 hrs.* |
| ➤ *Arrest Warrants and Petitions* | *July* | *2003* | *3 hrs.* |
| ➤ *Respiratory Protection* | *August* | *2003* | *2 hrs.* |
| ➤ *Polygraph* | *October* | *2003* | *2 hrs.* |
| ➤ *Motor Carrier In-service Training* | *February* | *2004* | *20 hrs.* |

*F.A.I.C. File # 20-10622-089*

| | | | |
|---|---|---|---|
| ➤ *Fire Scene Photography* | *February* | *2004* | *2 hrs.* |
| ➤ *The Magistrate Process* | *March* | *2004* | *2 hrs.* |
| ➤ *Fire Pattern Recognition* | *June* | *2004* | *2 hrs.* |
| ➤ *Vehicle Fire Investigations* | *September* | *2004* | *2 hrs.* |
| ➤ *Fire Protection Systems* | *September* | *2004* | *8 hrs.* |
| ➤ *Estimating Fire Damages* | *October* | *2004* | *2 hrs.* |
| ➤ *Dry Chemical Fire Suppression Systems* | *September* | *2004* | *8 hrs.* |
| ➤ *Child Interviewing* | *February* | *2005* | |
| ➤ *Trucks and Terrorism* | *March* | *2005* | *8 hrs.* |
| ➤ *Gas and Electric Appliance Fires* | *July* | *2005* | *2 hrs.* |
| ➤ *Fatal Fire Investigations* | *July* | *2005* | *2 hrs.* |
| ➤ *Incendiary Fire Investigation* | *September* | *2005* | *2 hrs.* |
| ➤ *Major Fire Investigations* | *October* | *2005* | *2 hrs.* |
| ➤ *Leadership Liability and Risk Management* | *January* | *2006* | *16 hrs.* |
| ➤ *Interview and Interrogation Techniques* | *February* | *2006* | *2 hrs.* |
| ➤ *Fire Origin and Cause* | *March* | *2006* | *2 hrs.* |
| ➤ *Mobile Lab Evidence Collection* | *May* | *2006* | *2 hrs.* |
| ➤ *Media Relations / Information Release* | *September* | *2006* | *2 hrs.* |
| ➤ *Supervisory and Internal Investigations (Fairfax CJA)* | *October* | *2006* | *16 hrs.* |
| ➤ *Fire Prevention Laws of the Commonwealth* | *September* | *2007* | *8 hrs.* |
| ➤ *Fire Dynamics (NIST)* | *September* | *2008* | *6 hrs.* |
| ➤ *Clean Agent Suppression Systems* | *February* | *2009* | *2 hrs.* |
| ➤ *"B" Use Groups* | *March* | *2009* | *2 hrs.* |
| ➤ *Construction Process in Fairfax County* | *April* | *2009* | *2 hrs.* |
| ➤ *Use Groups Building Requirements* | *May* | *2009* | *2 hrs.* |
| ➤ *Expert Report Writing (IAAI)* | *June* | *2009* | *7 hrs.* |
| ➤ *Occupant Loads* | *August* | *2009* | *2 hrs.* |
| ➤ *Explosive and Fireworks (Prince William Co. FD)* | *April* | *2011* | *8 hrs.* |
| ➤ *Legal Training* | *July* | *2011* | *4 hrs.* |
| ➤ *2009 Statewide Fire Prevention Code Update* | *August* | *2011* | *2 hrs.* |
| ➤ *Fire Fighter Safety and the Codes* | *January* | *2012* | *6 hrs.* |
| ➤ *Identifying and Seizing Electronic Evidence* | *January* | *2012* | |
| ➤ *Access Controlled Egress* | *April* | *2012* | *2 hrs.* |
| ➤ *Fire Safety During Construction and Demolition* | *February* | *2013* | *2 hrs.* |
| ➤ *Legal and Arson Fire Case Review* | *August* | *2013* | *4 hrs.* |
| ➤ *SFPC Chapter 33 Explosives* | *February* | *2014* | *4 hrs.* |
| ➤ *Cellular Phones and Fire Investigations* | *August* | *2014* | *8 hrs.* |
| ➤ *VA DCJS Private Investigator Recertification Training* | *February* | *2018* | *8 hrs.* |
| ➤ *VA DCJS Private Investigator Recertification Training* | *June* | *2020* | *8 hrs.* |
| ➤ *Investigating Motor Vehicle Fires* | *August* | *2020* | *24 hrs.* |
| ➤ *Expert Witness 921-1033 Updates* | *July* | *2021* | *16hrs.* |
| ➤ *MFEIA Winter Workshop Training* | *December 7* | *2021* | *5 hrs.* |

*F.A.I.C. File # 20-10622-089*

## *TEACHING / PROFESSIOAL EXPERIENCE*

- ➢ *Developed and taught "Investigating Suspicious Fires" (required objectives) for Fairfax County Police Academy Recruits.*
- ➢ *Delegate member of the International Fire Training Association (IFSTA) validating the 2nd edition IFSTA Fire Investigation Manual.*
- ➢ *In-service Training Instructor, Fairfax County Fire & Rescue Academy Teaching Fire Fighter Recruits, Fire investigation Basics.*
- ➢ *ITT Technical Institute, Advisory Board Member, School of Criminal Justice*

## *PROFESSIONAL WORK EXPERIENCE*

- ➢ *Senior Fire Investigator, Fire & Arson Investigation Consultant, Inc., 2016 – present*
- ➢ *Retired Captain, Fairfax County County Fire Department, Fairfax, VA, 1983 – 2015*
- ➢ *Fairfax County Fire & Rescue Department, Recruit Class 58, 5/13/1983*
- ➢ *Promoted to Firefighter II, 1/28/1987*
- ➢ *Promoted to Sergeant, 3/25/1989*
- ➢ *Promoted to Lieutenant, 7/25/1992*
- ➢ *Promoted to Captain I, 6/10/1995*
- ➢ *Promoted to Captain II, 3/15/2006*
- ➢ *Volunteer Fire Fighter, Prince Georges County, Maryland 1976 -1981*

## *PROFESSIONAL CERTIFICATIONS*

- ➢ *Fire Investigator, International Association of Arson Investigators*
- ➢ *Fire and Explosion Investigator, National Association of Fire Investigators*
- ➢ *Vehicle Fire Investigator, National Association of Fire Investigators*
- ➢ *Fire Investigator, National Board on Fire Service Professional Qualifications*

## *PROFESSIONAL AFFILIATIONS*

- ➢ *International Association of Arson Investigators*
- ➢ *Maryland Arson and Explosive Investigators Association*
- ➢ *National Association of Fire Investigators*

## *HONORS/AWARDS*

- ➢ *Bronze Star Award, Valor, 1990*
- ➢ *Team Performance Award in recognition of the April 2008 Congressional Fire Service Institute's Fire and Emergency Showcase on the National Mall.*
- ➢ *Team Excellence Award, Lorton Prison, Laurel Hill, 2002*
- ➢ *Team Performance Award, Fair Oaks incendiary Fires, April 2015*
- ➢ *Multiple letters of appreciation from Fairfax County Chief Officers.*

*F.A.I.C. File #  20-10622-089*

## ***TESTIMONY***

*I have testified in Fairfax County General District and Juvenile domestic relations courts in excess of 20 times.  The majority of these were felony arson cases in addition to fire code violations and juvenile fire setting issues.*

| Date | Case# | Location | Description |
|------|-------|----------|-------------|
| *October 14, 2020* | *17-9388-031* | *Montgomery County Md.* | *Marcial Properties, LLC v. Dosunmo* |

*December 15, 2022*

*F.A.I.C. File #  20-10622-089*

# APPENDIX - C

## *Drawings*

F.A.I.C. File # 20-10622-089

