# EXHIBIT C

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

NORTHERN DIVISION

CIVIL ACTION NUMBER

1:22-CV-01753

STATE FARM FIRE & CASUALTY INSURANCE COMPANY
a/s/o CIARA TARONJI,

      Plaintiff,

vs.

TECHTRONIC INDUSTRIES NORTH AMERICA, INC.,

    Defendant.

VIRTUAL DEPOSITION TESTIMONY OF:

CHRISTOPH J. FLAHERTY

JULY 12TH, 2023

9:00 A.M.

COURT REPORTER:

AMANDA BARBAO, CCR

---

Page 2

1      S T I P U L A T I O N S

2        IT IS STIPULATED AND AGREED by and between

3  the parties through their respective counsel that

4  the deposition of CHRISTOPH J. FLAHERTY may be taken

5  before Amanda Barbao, Certified Court Reporter and

6  Notary Public, State at Large, at the offices of

7  Birmingham Reporting Service, Birmingham, Alabama,

8  on July 12th, 2023, commencing at approximately 9:00

9  a.m.

10      IT IS FURTHER STIPULATED AND AGREED that

11  the signature to and the reading of the deposition

12  by the witness is not waived, the deposition to have

13  the same force and effect as if full compliance had

14  been had with all laws and rules of Court relating

15  to the taking of depositions.

16      IT IS FURTHER STIPULATED AND AGREED that

17  it shall not be necessary for any objections to be

18  made by counsel to any questions, except as to form

19  or leading questions, and that counsel for the

20  parties may make objections and assign grounds at

21  the time of trial or at the time said deposition is

22  offered in evidence, or prior thereto.

23

---

Page 3

1      I N D E X

2  WITNESS:

3  CHRISTOPH FLAHERTY

4

5  EXAMINATION BY MR. YEAROUT     7

6  COURT REPORTER'S CERTIFICATE   140

7  DEPONENT'S SIGNATURE PAGE   141

8  DEPOSITION ERRATA SHEET   142

9

10  EXHIBIT NUMBER 1   17

11  (deposition notice)

12  EXHIBIT NUMBER 2   67

13  (page 1 of report)

14  EXHIBIT NUMBER 3   69

15  (CV)

16  EXHIBIT NUMBER 4   121

17  (invoices)

18  EXHIBIT NUMBER 5   134

19  (scene and lab notes)

20  EXHIBIT NUMBER 6   121

21  (emails)

22  EXHIBIT NUMBER 7   139

23  (PowerPoint presentation)

---

Page 4

1      EXHIBIT NUMBER 8   139

2  (list of testimony)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Page 5

1        A P P E A R A N C E S
2
3    FOR THE PLAINTIFF:
4        CHARLES J. FRATUS, ATTORNEY AT LAW
         FRATUS LAW GROUP, LLC
5        566 BALTIMORE ANNAPOLIS BOULEVARD
         SEVERNA PARK, MD 21146
6
7    FOR THE DEFENDANT:
8        CHRISTOPHER C. YEAROUT, ATTORNEY
         AT LAW
9        LIGHTFOOT, FRANKLIN & WHITE
         400 NORTH 20TH STREET
10       BIRMINGHAM, ALABAMA 35203
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 6

1        I, Amanda Barbao, a Certified Court
2    Reporter of Birmingham, Alabama, and a Notary
3    Public for the State of Alabama at Large,
4    acting as Commissioner, certify that on this
5    date, pursuant to the Alabama Rules of Civil
6    Procedure and the foregoing stipulation of
7    counsel, there came before me at the offices
8    of Birmingham Reporting Service, Birmingham,
9    Alabama, commencing at approximately 9:00 a.m.
10   on July 12th, 2023, CHRISTOPH J. FLAHERTY,
11   witness in the above cause, for oral
12   examination, whereupon the following
13   proceedings were had:
14
15       CHRISTOPH J. FLAHERTY,
16   having been first duly sworn, was examined and
17   testified as follows:
18
19       COURT REPORTER:  Usual
20   stipulations?
21
22       MR. YEAROUT:  That's fine.  Is
23   that okay with you, Chuck?

Page 7

1        MR. FRATUS:  Yes.
2    EXAMINATION BY MR YEAROUT:
3        Q  Good morning, Mr. Flaherty.  Could
4    you state your name for us, please?
5        A  Christoph Flaherty.
6        Q  And you and I just met before we
7    started this morning, right?
8        A  I think you might have been at the
9    evidence exam in December.
10       Q  That is a compliment.  I think my
11   colleague Ben Brown actually was there at the
12   lab exam.
13       A  Okay.
14       Q  So it's nice to meet you.  My name is
15   Chris Yearout, and I represent the defendant
16   in this case.  We are on Zoom and so just a
17   few housekeeping matters.  I know you
18   mentioned before we got on that you put your
19   devices on silent or whatever and I appreciate
20   that.  Are there any documents that you have
21   in front of you on your desk or in your hand
22   or any where?
23       A  Well, I'm sitting in front of my

Page 8

1    computer and I have access to my whole file
2    but they are not currently open.  And for the
3    purposes of the deposition, I will generally
4    avoid that unless you want me to reference
5    something or I can ask if it's okay if I
6    reference something.
7        Q  Good.  Okay.  And we're here today to
8    take your deposition, and you have been hired
9    by State Farm as an electrical engineer to
10   give -- I'll just call them failure mode
11   opinions?
12       A  I would say I was hired to assist
13   with the investigation of the fire, which
14   occurred at the Taronji residence.
15       Q  Okay.  Anybody in the room with you?
16       A  No.
17       Q  Have you done everything you need to
18   do to give me your opinions in this case
19   today?
20       A  Yes.
21       Q  You've reviewed all the information
22   you think you need to review in order to give
23   me all of your opinions?

Christoph Flaherty                                          7/12/2023

Page 9

1    A  Yes.
2    Q  So if the case were set for trial
3  tomorrow, you would be prepared to come into
4  the courtroom and give your opinions based on
5  the work you've done so far?
6    A  Yes.  Although we would probably make
7  some more preparations regarding displays and
8  photographs and things like that.
9    Q  Other than demonstratives or blowups
10  or whatever, you're ready to go.  Your final
11  opinions are formed and you're ready to give
12  them to me today, right?
13    A  Yes.
14    Q  All right.  Have you read the
15  depositions of Ciara Taronji and that's
16  C-I-A-R-A, T-A-R-O-N-J-I, Teresa Taronji and
17  Juan Fernandez?
18    A  Yes.
19    Q  All right.  Does any aspect of their
20  testimony change what you have documented in
21  your February 24, 2023 report?
22    A  I wouldn't say change because my
23  characterization of information that was

Page 10

1  provided is based on the information that we
2  understood at the time, and I think that's how
3  it's laid out in the report.  There are some
4  -- I would characterize them as minor
5  discrepancies or differences in the way some
6  beds or perceptions were described in the
7  deposition testimony as opposed to how -- the
8  information that we initially received.  Those
9  do not change the analysis and conclusions of
10  the investigation as laid out in the report.
11    Q  Okay.  So to put that simply, the
12  deposition testimony that you read after your
13  February 24, 2023 report, that testimony did
14  not materially affect your opinions and
15  otherwise what's documented in this report.
16  Is that a fair summary?
17    A  Yes.
18    Q  All right.  And let me see -- let me
19  ask this, CJ, can we have a deal today that if
20  I'm able to ask you a straightforward
21  question, you'll do your best to give me a
22  straightforward answer; is that fair?
23    A  Yes.

Page 11

1    Q  All right.  And am I correct that
2  you're not -- you do not intend to and are not
3  offering opinions regarding the design of the
4  subject battery pack.  Is that fair?
5    A  Correct.
6    Q  And you're not offering any opinions
7  with respect to warnings or instructions,
8  fair?
9    A  Yes.
10    Q  Your opinions -- and we're going to
11  get into them in more detail, are related to a
12  -- mechanical issues.  Fair enough?
13    A  Yes.
14    Q  All right.  And you're licensed as --
15  or what are you licensed in professionally?
16    A  Professional engineering, electrical
17  engineering.
18    Q  Okay.  Do you have any other licenses
19  or degrees in any other fields of engineering?
20    A  I have a bachelor's degree in
21  physics, a master's degree in electrical
22  engineering.  And that's -- that's it.
23    Q  Okay.  Do you have any specialized

Page 12

1  training in lithium-ion battery packs or
2  chargers?
3    A  I wouldn't characterize it as
4  specialized training.  I would characterize it
5  as general research and -- that I've done
6  myself and knowledge developed over the years.
7    Q  Okay.  Tell me about the general
8  research.
9    A  Relating to articles and testing done
10  by various entities and people in analyzing
11  hazards associated with lithium-ion batteries
12  or lithium batteries in general, the
13  development of lithium batteries and research
14  and characteristics or tech used to make -- to
15  attempt to make them more safe and reliable.
16    Q  Okay.  So you said articles, testing,
17  research and characteristics.  Is all of that
18  in the form of a document, a piece of paper?
19    A  Many documents and pieces of paper.
20    Q  In other words, your knowledge base
21  with respect to lithium-ion batteries, is it
22  limited to your review of many pieces of
23  paper, many documents, or are there other

3  (Pages 9 to 12)

Christoph Flaherty                                                        7/12/2023

---

Page 13

1    sources of information from which you obtained
2    information about lithium-ion battery packs?
3    Classes, on-the-job training or observation,
4    something like that?
5         A  Yeah.  I would add in on-the-job
6    training and observation in terms of my
7    analysis of several -- many fires involving
8    lithium-ion batteries.  In addition to that I
9    participated in some testing for a certain
10   type of -- I think it was a lithium metal
11   battery.
12        Q  Tell me about that.  When, what and
13   who?
14        A  This was some testing that I worked
15   with RTI Group as part of work on a case
16   involving an aircraft emergency locator
17   transponder battery, which is a battery pack
18   that consisted of five lithium metal oxide
19   cells.  And we basically did a series of tests
20   on exemplar batteries to determine failure
21   modes associated with reverse powering a cell
22   and -- since that was what was the hypothesis
23   as far as the particular failure that we were

---

Page 14

1    looking to in that case.
2         Q  Okay.  Are those -- are lithium metal
3    oxide cells, are those different than
4    lithium-ion cells?
5         A  Yeah.  They use a little bit of a
6    different chemistry in terms of the elements
7    involved in the actual anodes and cathodes.  I
8    don't recall specifically what those were
9    but...
10        Q  Well, did that testing of the lithium
11   metal oxide cells in your observations in
12   connection with that case with RTI, did
13   that -- does that inform your opinions in this
14   case?
15        A  Not -- I wouldn't say directly
16   because the failure type was different from
17   what I think we're looking at in this case,
18   but the -- it is generally applicable to
19   lithium batteries.
20        Q  Okay.  Have you ever designed a
21   lithium-ion battery pack or charger?
22        A  No.
23        Q  Have you ever participated in the

---

Page 15

1    development of a lithium-ion battery pack or
2    charger?
3         A  No.
4         Q  Okay.  You were with RTI from 2013 to
5    2019; is that right?
6         A  Yes.  Although I did consulting work
7    through RTI in addition to a couple of other
8    organizations.
9         Q  Okay.  When you were at U.S. Naval
10   Academy from 2006 to 2012, your CV in the case
11   says there's courses taught.  And I don't see
12   anything on here explicitly about lithium-ion
13   batteries but I'll just ask you:  Did you
14   teach a course or subject that was related to
15   lithium-ion battery packs?
16        A  No.
17        Q  Have you ever -- outside of the Naval
18   Academy, have you ever taught a course or a
19   subject on lithium-ion battery packs?
20        A  No.
21        Q  Have you ever taken a course of
22   subject concerning lithium-ion battery packs?
23        A  No.

---

Page 16

1         Q  All right.  What is Lumera, Inc.?
2    That's L-U-M-E-R-A?
3         A  That was a company that I worked for
4    right after getting out of the Navy or shortly
5    after getting out of the Navy.  They developed
6    optical modulation components for use in fiber
7    optical communications.
8         Q  Did any of your work for Lumera
9    involve lithium-ion battery packs?
10        A  No.
11        Q  Has -- I might be able to -- I was
12   about to say short circuit.  Let me see if I
13   can cut to the chase on this.
14        Prior to you doing consulting work,
15   okay, does any of your professional career
16   involved lithium-ion battery packs?
17        A  No.
18        Q  Okay.  And I see on your CV that you
19   were a certified fire and explosion -- you
20   were certified as a CFEI, right?
21        A  I was for a time, yes.
22        Q  And that lapsed in 2017?
23        A  Correct.

---

4  (Pages 13 to 16)

Page 17

1    Q  Or excuse me.  Lapsed in 2017?
2    A  Correct.
3    Q  And so you're not here today, among
4  other reasons -- but based on the lapse of
5  your CFEI and given Mr. Sobota's involvement,
6  you're not here today to offer, you know,
7  origin and cause opinions.  Fair?
8    A  Not origin opinions.
9    Q  Okay.  So you've got the cause,
10  right?
11   A  Yes.
12   Q  Let's look at -- let me back up and
13  I'm going to mark as Exhibit 1 and see if I
14  can put this on the screen, the deposition
15  notice.  Do you have that, Mr. Flaherty?
16        (Exhibit Number 1 was marked for
17            identification.)
18   A  I don't see anything right now.  Oh,
19  here we go.
20   Q  What can you see?
21   A  I can see all the way down to the
22  word "defendant" and now notice of deposition.
23   Q  All right.  Did you receive a copy of

Page 18

1  this before today?
2    A  Yes.
3    Q  When did you receive it?
4    A  I don't remember.
5    Q  Well, was it last night at 11:00 p.m.
6  or was it a few days ago?
7    A  No.  It was last week, I believe.
8    Q  Okay.  And there are -- I'm not going
9  to go through all of them, but there are 26
10  document requests.  And I know I just got some
11  additional materials this morning that we'll
12  go over, but did you take the time to review
13  each of these document requests?
14   A  I did read through that list, yes.
15   Q  And based upon your review, did you
16  endeavor to search for and provide Mr. Fratus
17  with all of your file materials and any other
18  materials that would be responsive to these
19  request?
20   A  Not all of it, no.  Some of it I'm
21  not sure I could produce.  Some of it I don't
22  think it would be right for me to produce.
23   Q  What wouldn't be right for you to

Page 19

1  produce?
2    A  Copies of any and all deposition
3  trial testimonies that I've done.
4    Q  Why wouldn't that be -- what would be
5  wrong about that?
6    A  I think there might be some work
7  product involved in that, depending on the
8  nature of the deposition testimony and how the
9  case was resolved.  I'm not entirely versed on
10  the potential legal issues or claims of
11  confidentiality of any of these things.
12   Q  Well, did you ask Mr. Fratus -- did
13  you say, I'm not a lawyer, is it right or
14  wrong or okay or not okay for me to produce
15  this stuff?
16   A  I've had this conversation with a
17  different attorney and he said no, so I did
18  not have the conversation with Mr. Fratus.
19   Q  What's the name of the attorney you
20  did talk to about this?
21   A  I'm trying to remember.  I do not
22  remember.
23   Q  When did that conversation occur?

Page 20

1    A  Within the last year, probably
2  about -- it was relating to one of my other
3  depositions so I could probably go through --
4  might be able to go through my deposition list
5  and see.
6    Q  So that conversation that led you to
7  believe it would be wrong to produce
8  deposition or trial testimony, that was in
9  connection with another lawyer unrelated to
10  this case, true?
11   A  Correct.
12   Q  All right.  Well, so -- well, before
13  I leave it, and that would be -- we're talking
14  about request 25, copies of any and all
15  deposition and trial testimony of the witness.
16  Any other request that you are --
17   A  So --
18   Q  Let me finish.  I know I'm talking
19  slow.  Any other request that you read and you
20  thought, you know, I've got some stuff that's
21  responsive to that, but I'm not going to
22  provide it to Chuck or I don't think I need to
23  or I don't think I can?

Page 21

1       A There is one that I haven't produced
2   that I could produce and just didn't because
3   of time constraints and that has to do with
4   correspondence, electronic correspondence,
5   email messages, et cetera.  I have all of
6   those.  It takes me a little bit to -- to get
7   them from my email system into a file that can
8   be easily shared, and I haven't been able to
9   do that --
10      Q Okay.
11      A -- to date.
12      Q Tell me about the -- I guess those
13  are email communications?
14      A Yes.
15      Q Between you and whom?
16      A Between myself and Mr. Fratus and
17  myself and Mr. Sobota.
18      Q Okay.  Well, I'm -- I know that I'm
19  sensitive to the federal rules about your
20  communications with Mr. Flaherty, although
21  those are not entirely cloaked, but I'm
22  particularly interested in the communications
23  between you and Mr. Sobota.  And I know -- and

Page 22

1   I'm also sensitive to your time as well, but
2   when we take a break, would there be a way for
3   you to get me your communications between
4   yourself and Mr. Sobota?
5       A Yeah.  Probably.
6       Q And you think I'd probably be
7   interested in those, wouldn't I?
8       A They're limited to a range of the
9   inspections in this case.  I don't think
10  they're very interesting.
11      Q All right.  Well, I would appreciate
12  you -- and, look, if it's too onerous and it
13  takes an ton of time, I mean, we can take
14  breaks or whatever.  But when we take a break,
15  if you wouldn't mind trying to compile the
16  communications between you and Mr. Sobota and
17  send those over via Dropbox to Mr. Fratus, I'd
18  appreciate it.
19      A Okay.  Do you --
20      Q What's that?
21      A In completely answering your previous
22  question, could we briefly scroll through this
23  list?

Page 23

1       Q Sure.  Because that was going to be
2   my next question, which is anything else that
3   you identified in these requests that is in
4   your possession that you have or saw or
5   control that has not been provided to me.  So
6   take your time.  You tell me when you want me
7   to keep scrolling and we'll go through this
8   list.
9       A Yeah.  Keep scrolling.  Let's go down
10  to number 4.  Okay.  Let's go down to number
11  10.  So I have copies of probably a dozen or
12  so articles and maybe a couple of different
13  texts relating to batteries, lithium
14  batteries, that would form sort of a general
15  knowledge base that would be relied upon to
16  inform my opinions in this case.  I haven't
17  produced those.
18      Q All right.  Well, you've got four
19  references listed on your report.
20      A That would be a sampling of them.
21  There are, I mean, more.
22      Q Well, so are you telling me that the
23  four references in your report, that was just

Page 24

1   four that you -- I mean, why is that an
2   incomplete listing of the references that you
3   relied upon?
4       A The -- because the general knowledge
5   that I have is based on basically everything
6   that I've read and researched in that line.
7   And so I included those that were most
8   applicable but there are others.
9       Q Okay.  What are the others?
10      A Would you like me to open up a file
11  and read off various names of articles and
12  authors?
13      Q Yeah.  I mean, if it's like 300, I
14  don't know if I want to do that, but if it's
15  like a dozen or so that you said a minute ago,
16  let's do that.
17      A Yeah.  It's probably something like
18  that.
19      Q Okay.  Okay.
20      A All right.  There's an article
21  entitled Building Better Batteries.
22      Q Who wrote that?
23      A That was out of Nature and 7th

Page 25

1  February of 2008, written by M. Armand and
2  J.M. Tarascon.  There is History Evolution and
3  Future Status of Energy Storage from the
4  Proceedings of IEEE, volume 100, May 13th,
5  2012, by M. Stanley Wittingham.  There's --
6  that one I think I mentioned in my report.
7       Let's see.  There's Investigation of
8  a Commercial Lithium-ion Battery Under
9  Overcharge/Over Discharge Failure Conditions.
10  That's in a journal called RSC Advances from
11  2018.  It looks like there's six authors and
12  they all have difficult names.
13       Q  That's fine.  On the Investigation of
14  a Commercial Lithium-ion Battery on
15  Overcharge/Overdischarge Conditions, that's
16  not applicable to this case because you don't
17  believe that those conditions led to what you
18  believe to be a failure, right?
19       A  Correct.  No.  I'm just -- I mean --
20       Q  I'm not fussing at you.  I'm just --
21  while we were on that article, I wanted to
22  ask.
23       A  Right.  There's Issues and Challenges

Page 26

1  Facing Rechargeable Lithium Batteries.  That's
2  from insight review articles -- no, it's from
3  Nature, 15 November 2001 and that was written
4  by J.M. Tarascon and M. Armand as well.
5       Q  All right.
6       A  And then there's -- there's a couple
7  of web articles.  I'm not sure if --
8       Q  Because you've identified two, I'll
9  just call them, web articles in some of the
10  materials you provided, one is a Reddit thread
11  and one is a news article about a Texas man.
12  Are those the two web articles you're
13  referencing to?
14       A  No.  No.  I was referring to web
15  article -- there's one called Lithium Battery
16  Failures under Electropedia.  There's one
17  called Lithium Ion Cell Protection from
18  December of 2015 by Dave Knight, under
19  Digi-Key.  There's one called Lithium Ion
20  18650 Battery Failures by Robert Morley.  And
21  that was -- yeah.  I don't see a date on that
22  one.
23       Q  Okay.  Do you know if the

Page 27

1  Electropedia article, the Dave Knight Digi-Key
2  article or the Robert Morley article, were
3  those peer reviewed?
4       A  I doubt it.
5       Q  All right.  Any other articles or
6  materials referenced?
7       A  Let me go to my report briefly to
8  see -- to make sure that I'm not missing
9  things I've already listed there if that's all
10  right.
11       Q  That's fine.  You've got Jee Varajan.
12  That's J-E-E, V-A-R-A-J-A-N, Safety
13  Limitations Associated with Commercial 18650
14  Lithium-ion Cells.  And that's a 2010 article.
15       A  Yeah.  I'm looking at the list right
16  now.  So the one -- one of the ones that I
17  mentioned -- looks like I have it here.  So
18  there's a -- that's the hazard and uses that I
19  mentioned.  There's a failure modes that
20  affects critical analysis lithium-ion battery
21  that has to do with electric and hybrid
22  vehicles so that's not directly applicable,
23  which was a presentation that SAE 2012

Page 28

1  Government Industry Meeting.
2       Q  Okay.
3       A  There's a Thermal Runaway-Caused Fire
4  and Explosion of Lithium-ion Battery from the
5  Journal of Power Sources in 2012 and then
6  Linden's Handbook of Batteries, 5th Edition.
7  And I think that's about it.
8       Q  All right.  So that gives me a list
9  of ten and then we've got the additional four.
10  I think you said you mentioned one of the
11  references that's in your report, but we've
12  got this list of ten and we've also got a list
13  of four references in your report, right?
14       A  Right.
15       Q  All right.  The -- one of those
16  references is Implications of Post-Fire
17  Physical Features of Cylindrical 18650
18  Lithium-ion Battery Cells, Fire Technology
19  2021.  Lead author, Nagourneyt.  That's
20  N-A-G-O-U-R-N-E-Y-T and other authors.  Are
21  you familiar with that article?
22       A  Yes.  And --
23       Q  Do you consider -- go ahead.

Page 29

1      A  I just wanted to point out that you
2  are still sharing your screen.  I don't know
3  if that was intentional.
4      Q  No, that was not intentional.  You're
5  getting all my secrets.  What do you see now?
6  Your report?
7      A  Yes.
8      Q  You consider the Nagourneyt article
9  to be reliable and authoritative?
10     A  Yes.
11     Q  Do you know Mr. Nagourneyt,
12 Mr. Jordan, Layven Dennis or May?
13     A  I know Mr. Jordan professionally from
14 a couple of different inspections.
15     Q  Do you think he's a pretty good
16 double E?
17     A  As far as I have seen, yes.
18     Q  All right.  Have you ever
19 investigated a case -- prior to this case,
20 have you ever investigated a case in which you
21 formulated an opinion that a lithium-ion
22 battery failed after being off of the charger,
23 unconnected, not energized, off of the

Page 30

1  charger, unplugged for a period of eight and a
2  half hours and then failed?
3      A  Not eight and a half hours, but yes.
4      Q  Okay.  Tell me about those other
5  investigations and the time in which the
6  battery pack was off of a charger and
7  unplugged and the time that it took to,
8  according to you, fail internally and cause a
9  fire?
10     A  There were probably about three or
11 four.  Two of which that I can specifically
12 remember involved battery packs used in
13 hoverboards.  In one case it was -- the
14 battery pack was charged and then stored --
15 actually, I don't -- I think -- in both of the
16 hover board cases I do not recall if it was
17 used and then stored or charged and then
18 stored.  I don't recall like just when -- if
19 the charging evolution was the most immediate
20 preceding evolution.  I think in one of them
21 it was and I think in the other one it had
22 been used but not drained down and then
23 stored.

Page 31

1      In one case it had been stored for
2  three to four months prior to igniting and in
3  the other case it was five to six months prior
4  to igniting.
5      Q  Those are both the hover board cases?
6      A  Yeah.  Those were both battery packs
7  used in hoverboards.
8      Q  And are the battery packs that were
9  used in those hoverboards, those are different
10 than the type of battery pack that we're
11 dealing with today, right?
12     A  No.  They're very similar
13 conceptually and by construction.  I think
14 the -- they probably have more cells but same
15 kind of cells, very similar configuration in
16 terms of arrangement of series parallel kind
17 of -- to generate higher voltages and to
18 increase capacity.
19     Q  Okay.  The hover board -- do those
20 hover board battery cells, do they have
21 overcharge, overdischarge, overcurrent
22 protections?
23     A  The battery management systems would

Page 32

1  vary greatly based from the manufacturers and
2  the -- the hover board industry also had an
3  issue with lots of very cheaply and rapidly
4  produced battery packs that weren't probably
5  subject to stringent quality controls at those
6  times.
7      Q  And you understand in this case, the
8  subject battery pack was UL listed, right?
9      A  Yes.
10     Q  And that's a good thing, isn't it?
11     A  Well, it's -- it's a good step to
12 take for sure.
13     Q  Because you've got to pass a series
14 of tests under UL standards in order to be UL
15 listed, right?
16     A  Yes.  The design of the pack and
17 various examples of the pack have to meet
18 certain conditions and then withstand a series
19 of tests.
20     Q  Right.  And you got to pass them all
21 to be UL listed, right?
22     A  Correct.
23     Q  And then beyond that in this case,

Christoph Flaherty                                                7/12/2023

Page 33

1    RYOBI has its own test and qualification
2    criteria, above and beyond UL, that it runs
3    and that its battery packs have to pass in
4    order for them to be put in the market, right?
5        A  Yes.  Examples of the battery packs
6    have to pass.  They don't test every single
7    pack I don't think.
8        Q  Sure.  But suffice it to say, between
9    being UL listed and then RYOBI battery packs
10   passing and satisfying RYOBI's own internal
11   tests and criteria, subject battery pack model
12   is not a cheaply or rapidly made and
13   distributed battery pack.  Fair enough?
14       A  Yes.
15       Q  So you would agree with me on that?
16       A  Yes.
17       Q  All right.  Let's back up.  What did
18   you do to get ready for this deposition?
19       A  I went back through my file.  I
20   reviewed the notice of deposition and got some
21   things together that I could.  I read the
22   depositions that were relatively recently
23   provided of the Taronjis and Mr. Fernandez.

Page 34

1        Q  How long did it take you to read
2    those?
3        A  Few hours.
4        Q  All right.  Reviewed your file,
5    reviewed the depositions.  What else?
6        A  Went back over my report and some of
7    the photographs.
8        Q  Did you talk with or meet with
9    Mr. Fratus?
10       A  I did have a conversation with
11   Mr. Fratus yesterday, yes.
12       Q  What did y'all talk about?
13       A  Mostly about what he -- well, we
14   talked about the depositions, the Taronji and
15   Fernandez depositions and then also what his
16   impression or what he took away from
17   Mr. Sobota's depositions.  Since we don't have
18   that transcript yet, I wasn't able to read
19   that but kind of --
20       Q  Tell me about that.  What did y'all
21   talk about specifically with respect to
22   Mr. Sobota?
23       A  The -- what did we talk about

Page 35

1    specifically?  So Mr. Fratus said that he
2    thought Jim in his deposition, Jim Subota,
3    allowed himself to get led a little bit too
4    far into the electrical land of opinion-making
5    as opposed to carefully staying in his lane,
6    so to speak, with respect to fire origin.
7        Q  Okay.  Anything else?
8        A  He mentioned that the weird -- we
9    characterized it as weird sort of issue that
10   came up with respect to the dog kennels and
11   chains and things like that.  I don't think we
12   talked more about Mr. -- I'm trying to
13   remember what -- if there was anything at all
14   specific with Mr. Sobota's deposition.  Oh, he
15   mentioned that you'd have some questions about
16   smoking or smoking materials and that he
17   thought you were potentially concerned about
18   that.
19       Q  That I was concerned about that?
20   What's that mean?
21       A  That -- that the -- well, I guess
22   concerned about the possibility or interested
23   perhaps would be a better word.  Interested in

Page 36

1    the consideration of inappropriate discarding
2    of smoking materials as a potential fire cause
3    in this case.
4        Q  And you know from reading the
5    depositions and from the information that you
6    gleaned from Mr. Sobota, that Mr. Fernandez
7    was smoking cigarettes in the basement less
8    than two hours before this fire, right?
9        A  I know that that is information that
10   was initially reported to Mr. Sobota.
11       Q  Okay.
12       A  I don't know if he received that
13   directly from Mr. Fernandez or if he got that
14   through the State Farm representative, but
15   yeah, I know in his report and in that
16   information that was provided to me through
17   Mr. Sobota, that in there it says he smoked at
18   his desk that morning.  The Taronjis and
19   Mr. Fernandez all, I think, denied that
20   characterization at this point in their
21   depositions.
22       Q  Well, it's not that he smoked that
23   morning.  He said he smoked that afternoon

Christoph Flaherty                                    7/12/2023

---

Page 37

1  before he left and then the fire is reported
2  less than two hours later, right?  I mean, you
3  read his deposition?
4      A  I don't think he said -- I don't
5  remember reading that in his deposition.
6      Q  Okay.  And in your experience from
7  2017 prior as a CFEI, would you agree with me
8  that insureds, homeowners, witnesses will
9  often either misremember or misstate or
10 misrepresent their smoking activity and
11 whereabouts of smoking activity?
12     A  Yes.
13     Q  And of course you'd agree with me
14 that a discarded lit cigarette can cause a
15 fire, right?
16     A  Yes.
17     Q  And a discarded lit cigarette can
18 cause a fire in a two-hour window, right?
19     A  Depending on where and how it's
20 discarded, yes.
21     Q  So the answer is yes, a discarded lit
22 cigarette can cause a house fire depending on
23 the circumstances, right?

---

Page 38

1      A  Yes.
2      Q  All right.  And in fact, cigarettes
3  cause hundreds of house fires a year, right?
4      A  I don't know how many exactly, but I
5  think many would be a good characterization.
6      Q  Would you disagree with hundreds?
7      A  No.
8      Q  Okay.
9      A  I wouldn't disagree with thousands
10 probably.  I don't -- I'm just not sure.
11     Q  Okay.  All right.  So between
12 reviewing your file and reviewing the
13 depositions, your report, some of the photos,
14 your discussion with Mr. Fratus, anything else
15 you did to prepare for the deposition?
16     A  No.  Can we take a brief break to
17 fill up my water glass?
18     Q  Sure.  Absolutely.  I should have
19 said that at the beginning.  If you need to
20 take a break, just let me know.
21         (The deposition took a short
22         break.)
23     Q  (BY MR. YEAROUT) CJ, can a

---

Page 39

1  lithium-ion battery be a victim of an external
2  fire and have one or more cells with expelled
3  content?
4      A  Yes.
5      Q  Would you agree with me that thermal
6  runaway can be initiated by external or
7  internal sources?
8      A  Yes.
9      Q  And is it possible for lithium-ion
10 battery cells that were involved in a fire to
11 look or behave differently but none of them to
12 be causative of the fire?
13     A  What do you mean by look or behave
14 differently?
15     Q  Well, you found where there were
16 cells, lithium-ion battery cells that were
17 discovered and obtained from this scene,
18 right?
19     A  Yes.
20     Q  And you've discovered and retained
21 battery cells in other cases, right?
22     A  Yes.
23     Q  Do they always look the same?

---

Page 40

1      A  No.
2      Q  Okay.  So let me just maybe put one
3  aspect of the question together.  Is it
4  possible for cells that were involved in a
5  fire to look differently and none of them be
6  causative of the fire?
7      A  I just don't know what you mean by
8  look differently.
9      Q  I'm struggling with how that's a
10 difficult question.  Physically appear not
11 identical.  Is it possible for lithium-ion
12 battery cells to physically appear not the
13 same and for those battery cells to not have
14 caused a fire?
15     A  I think so.  So when you say to look
16 not the same, do you mean like within a pack
17 that was involved in the fire so one cell to
18 the next, to the next, and like one cell might
19 be ruptured and one cell might not be
20 ruptured, that kind of differently?
21     Q  Exactly.
22     A  Okay.  Yes.  Yes.  The answer is yes.
23     Q  Okay.  Can there be deformation to

---

                              10  (Pages 37 to 40)

Christoph Flaherty                                          7/12/2023

---

Page 41

1    the internal windings of a lithium-ion battery
2    cell or what we might call jelly roll of a
3    battery cell and that cell not be causative of
4    a fire?
5        A  Yes.
6        Q  All right.  And would you agree with
7    me that deformation on the negative tab of a
8    lithium-ion battery cell does not itself
9    indicate that the cell had an internal failure
10   such as a short circuit?
11       A  Yes.
12       Q  Would you agree with me that
13   high-density regions on CT imaging can be seen
14   on lithium-ion cells that were subject to
15   either external heat attack or an internal
16   failure such as a short?
17       A  Yes.
18       Q  In fact, that's what the Nagourneyt
19   article that you've got in your report
20   references, that's what they proved, isn't it?
21       A  Yep.  That was a pretty good
22   demonstration of the range of damages that
23   lithium-ion cells can suffer when attacked by

Page 42

1    fire.
2        Q  Exactly.  And what the Nagourneyt
3    article, what it says in its abstract -- and I
4    want to see if you agree with some of these
5    statements.  The presence of a damaged -- I'll
6    just put it up on the screen.  See my screen?
7        A  Yes.
8        Q  The presence of a damaged 18650 cell
9    at a fire scene poses a challenge to fire
10   investigators because regardless of whether
11   the cell is a cause or a victim of the fire,
12   its stored energy can be released
13   energetically leaving a burn pattern and
14   rapidly involving other fuel loads.
15       Do you agree with that statement?
16       A  Yes.
17       Q  All right.  What he goes on to say,
18   he describes the basic testing that they did.
19   And the abstract goes on to say:  Each of the
20   post-fire physical features in question
21   occurred in nondefective cells that were
22   victims of controlled fires, thereby
23   demonstrating that these features, the

Page 43

1    physical features he describes above, are not
2    valid indicators of fire causation.
3        Did I read that right?
4        A  Yes.
5        Q  So the essence of this paper is that
6    you can have lithium Ion 18650 cells that have
7    physical characteristics from an external fire
8    attack, in other words a noncausative external
9    fire attack, and those batteries will have
10   similar, substantially identical, physical
11   features as those cells that might internally
12   fail from a short circuit.  Fair?
13       A  Yes.
14       Q  All right.  What is -- strike that.
15   Before I get into that.  When were you hired
16   in this case and by whom?
17       A  I was hired, I believe, on May 27th
18   or close to May 27th of 2020 by State Farm.
19       Q  Okay.  Is that the first time you've
20   been hired by State Farm?
21       A  No.
22       Q  How many times have you done hired
23   consulting/expert work for State Farm?

Page 44

1        A  I don't know.
2        Q  Well, I mean, is it two, is it 2,000?
3        A  It's not 2,000.  I would characterize
4    it as dozens.
5        Q  Okay.  How many times have you,
6    through your retention with State Farm, worked
7    with Mr. Fratus in subrogation matters such as
8    this?
9        A  That list probably comprises between
10   a dozen and two dozen cases.
11       Q  Okay.  And I'm assuming through State
12   Farm you've worked with attorneys other than
13   Mr. Fratus?
14       A  Yes.
15       Q  And so then when you said dozens of
16   cases for State Farm, and you also told me a
17   dozen to two dozen with Mr. Fratus, I mean,
18   does that put us -- for the cases for State
19   Farm, does that put us at least 100, less than
20   100?
21       A  I would say it's less than 100.  I
22   think the -- with the cases that are
23   relatively local, Mr. Fratus is generally

---

Christoph Flaherty                                    7/12/2023

Page 45

1    retained if it's a subrogation case.  Cases
2    that are a little bit further away from the
3    Baltimore/Washington area, they might go with
4    other counsel.
5         I think if I were to estimate, I
6    would estimate that it's approximately half of
7    the State Farm cases through Mr. Fratus and
8    half through other attorneys.  So we would be,
9    I guess, in the two- to four-dozen range for
10   State Farm cases in general.
11        Q  Okay.  And have all of those cases
12   involved essentially plaintiff subrogation
13   matters?
14        A  No.  I'm pretty sure I've worked with
15   State Farm in the liability side as well.  But
16   most of those I think are subrogation cases.
17        Q  What other, if any, insurance
18   companies have retained you as a hired
19   investigator/consultant expert?
20        A  I have done work for quite a few
21   insurance companies.  I could give you a list
22   to the best of my memory.
23        Q  Okay.

Page 46

1         A  Allstate, Brethren Mutual.
2         Q  Brethren?
3         A  Brethren.
4         Q  Okay.
5         A  Erie Insurance, Liberty Mutual, State
6    Auto, Harford Mutual, The Hartford.  So
7    Harford Mutual would be without a T and then
8    Hartford with a T.
9         Q  Somebody got creative coming up with
10   that one, didn't they?
11        A  I know.  They're pretty picky about
12   it.  It's always The Hartford.
13        Q  Okay.  Any others?
14        A  Philadelphia Insurance.  I think
15   there's a couple of insurance companies with
16   Philadelphia, like there's a Philadelphia
17   Indemnity.  I'm not sure if that might be the
18   same.  Cincinnati Insurance, CNA.  PURE, all
19   capital letters, P-U-R-E.  Chubb Insurance.
20   We already mentioned State Farm.  Universal
21   Properties.
22        Q  Is that an insurance company?
23        A  I think so.  I've only done one case

Page 47

1    with them.  Sedgwick.
2         Q  All right.
3         A  There may be -- I'm sure there's a
4    few more.
5         Q  Well, that gives us a list of 15.
6    Were the majority of those matters or have the
7    majority of those matters been in the context
8    of plaintiff third-party subrogation?
9         A  It's varied over the years.  It used
10   to be roughly 50/50 subrogation versus
11   liability and then it became more subrogation.
12   And I think recently it's tilting a little bit
13   back towards liability again.  I would
14   estimate now it's probably in the 60 to
15   70 percent subrogation range and 30 to
16   40 percent defense/liability.
17        Q  Okay.  Has a lithium Ion cell or
18   battery pack manufacturer ever hired you as a
19   consultant or an expert in case in which it
20   was defending a third-party subrogation claim?
21        A  Yes.
22        Q  Okay.  Tell me about that or those.
23        A  That was Black & Decker.

Page 48

1         Q  Okay.  When?
2         A  And that was a few years ago.  I
3    would say maybe five years ago.
4         Q  Okay.  What did they hire you to do?
5         A  To participate in an evidence exam in
6    which one of their battery packs was
7    implicated in the fire.
8         Q  Did you participate in that exam?
9         A  Yes.
10        Q  Did you ultimately formulate opinions
11   about the cause of the fire with respect to
12   the Black & Decker battery pack?
13        A  Yeah.
14        Q  What were your opinions?
15        A  In that case the fire was caused by
16   the battery pack or charger having been placed
17   on top of a heating unit.  It was a
18   wall-mounted heater and this was in Chicago,
19   in the winter in Chicago.  And they -- whoever
20   the occupants of the space, I think it was a
21   business or a contractor's office, had placed
22   materials -- well, they had -- they weren't
23   using the heater.

12  (Pages 45 to 48)

Christoph Flaherty                                          7/12/2023

Page 49

1    But the way they had, quote unquote,
2  turned off the heater was just by turning the
3  thermostat all the way down.  And it got
4  really really cold over the weekend or when it
5  was unoccupied in Chicago and so the heater
6  kicked on and basically the stuff on top of it
7  ignited.  So the battery pack in that case was
8  definitely a victim of a fire.
9    Q  Do you recall providing or offering
10  any deposition or trial testimony in which you
11  opined that a lithium-ion battery pack was not
12  the cause of the fire, i.e., was a victim of
13  the fire?
14    A  I don't recall any right now.
15    Q  Okay.  Well, if you do, will you
16  mention it to me?
17    A  Yes.  I didn't have a deposition in
18  that case.
19    Q  All right.  And when did you start
20  doing hired expert consulting work?  In 2006
21  with CED?
22    A  In 2003 with CED.
23    Q  2003 with CED.  Okay so.  From 2003

Page 50

1  to today, can you give me your best judgment
2  as to how much money you've been paid as a
3  hired expert for plaintiffs' insurance
4  companies in third-party subrogation matters?
5    A  No.
6    Q  Well, is it $10,000?
7    A  No.
8    Q  Is it more or less than 100,000?
9    A  More.
10    Q  More or less than 500,000?
11    A  Probably more.
12    Q  I mean, you've got to pay the tax man
13  every year.  You keep up with it, don't you?
14    A  I keep up with how much I make in
15  total every year.
16    Q  I'm not interested in that.
17    A  But yeah, over the 20 years, it's
18  probably pretty close to a million bucks.
19    Q  Okay.
20    A  Between 500,000 and a million.
21    Q  And -- go ahead.  I'm sorry?
22    A  I just said probably closer to one
23  million.

Page 51

1    Q  Okay.  Let's see if I can share my
2  screen again.  All right.  Can you see my
3  screen?
4    A  Yes.
5    Q  So when you were hired on May 27th,
6  Mr. Sobota had already been out at the scene,
7  right?
8    A  Yes.
9    Q  And in fact, he was at the scene
10  May 21, 2020.  You did -- I guess was there a
11  joint scene on May 28, 2020, or was that just
12  with you and Mr. Sobota?
13    A  That was just me and Mr. Sobota.
14    Q  Do you recall when you were retained
15  if you had any conversations with Mr. Sobota
16  before y'all went out to the scene on May
17  28th?
18    A  I'm sure we did.
19    Q  Okay.  Do you recall any specifics?
20    A  No.  I do not specifically recall,
21  but I know -- you know, I've worked with
22  Mr. Sobota a number of times now and we
23  generally -- he generally gives me some

Page 52

1  initial impressions.
2    Q  Do you recall any of the initial
3  impressions that he had formulated based on
4  his May 21, 2020 scene inspection?
5    A  Well, I recall that he said the fire
6  was in the utility room and he said that there
7  were lithium-ion battery remnants.  He also
8  said that there was an air-handling unit close
9  by and that there were some other items on the
10  shelving that he didn't really know what all
11  they were.  But from what he had seen, it was
12  enough for him to recommend the involvement of
13  an electrical engineer.
14    Q  Okay.  Did he tell you -- you see
15  this slide, right?
16    A  Yes.
17    Q  Did he tell you that as of May 21,
18  2020 he had already annotated a -- put an
19  arrow and written with an arrow towards this
20  cell on the ground in the utility room, failed
21  cell.  Did he tell you he already formulated a
22  hypothesis that that was a failed cell?
23    A  No.

Christoph Flaherty                                              7/12/2023

---

Page 53

1    Q  Okay.  Did you ask him if he had
2  formulated any initial hypothesis about the
3  cells?
4    A  No.
5    Q  Do you think that Mr. Sobota was in a
6  position, just based upon his scene inspection
7  on May 21, 2020, to formulate an opinion
8  within a reasonable degree of scientific
9  certainty that that was in fact a failed cell?
10    A  Yes.  Although I would emphasize that
11  the interpretation of the word "failed" could
12  include a cell that ruptured as a result of
13  being in the fire.
14    Q  I agree with you.  So failed cell,
15  and that's why he later agreed in his
16  deposition, failed cell means, according to
17  Mr. Sobota, failed cell either by external
18  fire attack or internal failure or a cell
19  affected by other.  Do you agree with that?
20    A  Yes.
21    Q  All right.  Okay.  Before we go --
22  we're going to get to the main point here in a
23  minute, but I want to talk first about the

---

Page 54

1  online articles -- let's see -- online
2  articles that you've got referenced in your
3  file materials.  Can you see my screen again?
4    A  Yes.
5    Q  This is the Reddit thread that you
6  put in your file, right?
7    A  I don't -- I do have -- I thought it
8  was a news article in my file regarding a
9  different battery incident.
10    Q  Yeah.  You've got that.  It's the
11  central Texas man and we're going to talk
12  about it.  But for now, this Reddit thread --
13  I mean, it was produced to me as part of your
14  file.  Do you recognize it?
15    A  No, I don't.  I haven't looked at
16  that recently.
17    Q  Okay.  Well, can you look at your
18  file and see if it's in there?
19    A  Yes.
20    Q  Okay.
21    A  I do not see it in my file.
22    Q  Okay.  So to the extent that it was
23  produced to me as part of your file, you are

---

Page 55

1  not relying on this Reddit thread as any
2  support or basis for your opinions in this
3  case.  Fair?
4    A  Yes.
5    Q  So we can delete that?
6    A  Yes.
7    Q  All right.  Do you still see my
8  screen?
9    A  Yes.
10    Q  This is an article entitled Central
11  Texas Man Shocked by Explosion, Fireball From
12  40-volt Lithium Battery.  Is that the article
13  that you were referencing a minute ago?
14    A  Yes.
15    Q  What's the point of this?  Why is
16  this in your file?
17    A  Because it was provided to me by
18  Mr. Fratus as an example of a potential --
19  another failure.  So it would be an indication
20  that it's possible that this -- the
21  Taronji-Fernandez incident may not have been
22  the only incident of a failure.
23    Q  Okay.  So this was provided to you --

---

Page 56

1  the Central Texas man article was provided to
2  you by Mr. Fratus.  Did you ask him to provide
3  you with this or other type articles?
4    A  No.
5    Q  Had you done your own online or other
6  research for any sort of articles or any
7  material that might indicate another incident
8  such as the one we're here talking about today
9  allegedly?
10    A  Not really.  I did look for recalls.
11  I don't recall doing a search for news
12  articles per se.
13    Q  And this subject -- the subject model
14  battery pack is not subject to recall, is it,
15  sir?
16    A  Not that I was able to find.  And I
17  would expect to have been able to find it.
18    Q  Okay.  And as part of getting UL
19  listed, you understand -- I know you've got
20  the engineering documents in your file.  But
21  you understand that among the other myriad
22  examples of the tests that these battery packs
23  go through, the subject model battery pack

---

Christoph Flaherty                                    7/12/2023

---

Page 57

1    went through an array of short-circuit tests,
2    didn't it?
3        A  Yes.
4        Q  And it passed all of them, right?
5        A  As far as I can tell, yes.
6        Q  Do you have an understanding of
7    what -- how they conducted the short-circuit
8    tests of the subject model battery pack?
9        A  I believe they installed an external
10   short circuit shorting out the terminals of
11   the battery pack.
12       Q  So is it fair in summary to say that
13   for this pack to pass UL's testing and
14   criteria and get UL listed and also pass every
15   single one of RYOBI's additional testing and
16   criteria, it had to satisfy, among other
17   things, an array of short-circuit tests,
18   right?
19       A  Yes.
20       Q  And that's a good thing, isn't it?
21       A  Absolutely.
22       Q  Back to the Texas man article.  This
23   was published February 27, 2021.  It was sent

---

Page 58

1    to you by Mr. Fratus, and it allegedly
2    involves an individual by the name of Zander
3    Walthrop, right?
4        A  Yes.
5        Q  Did you make any effort to reach out
6    to or contact or interview Mr. Walthrop?
7        A  No.
8        Q  Do you have any understanding as to
9    the amount of times he charged, discharged,
10   used, worked with, handled this -- the subject
11   battery or this battery pack that allegedly
12   exploded at Mr. Walthrop's house?
13       A  No.
14       Q  Okay.  Do you know when Mr. Walthrop
15   bought the battery that allegedly exploded in
16   his house?
17       A  No.
18       Q  Okay.  Do you know what model battery
19   pack that Mr. Walthrop had that allegedly
20   exploded?
21       A  Not specifically.  I mean, not
22   outside what's documented in the photographs
23   there.  And again, I think the only photograph

---

Page 59

1    is one of one that he said was charging but
2    did not explode, so it may or may not be the
3    same as the one he said did explode.
4        Q  Do you know if Mr. Walthrop's battery
5    pack that allegedly exploded is the same model
6    battery back that we're here about today?
7        A  No.  I mean, it could have been a
8    different -- I would expect it to be the same
9    form factor, but it could have been a
10   different capacity or different specific
11   model.
12       Q  Do you know if Mr. Walthrop's battery
13   pack that allegedly exploded was an authentic
14   OEM RYOBI battery pack?
15       A  Not outside of his characterization
16   of what they are.
17       Q  Okay.  So does this allow you, sir,
18   as an electrical engineer, within a reasonable
19   degree of scientific certainty -- does this
20   allow you to support your opinions in this
21   case at all?
22       A  I did not use this to arrive at my
23   opinions in this case.

---

Page 60

1        Q  Okay.  So then can we -- I mean,
2    you're not relying on the Texas man article in
3    this case, right?
4        A  Correct.
5        Q  Okay.  So you didn't interview
6    Mr. Walthrop, the Texas man.  Did you
7    interview any witness in this case?
8        A  No.
9        Q  Why not?
10       A  Because those were handled by
11   Mr. Sobota.
12       Q  Okay.  Did you -- I understand that
13   he interviewed them, but nevertheless did you
14   say, hey, Jim, I know you talked with him, but
15   there's some additional questions I've got for
16   them, I'd like to talk with them; or did you
17   ask Mr. Fratus or anybody at State Farm, I'd
18   like to talk with Mr. Fernandez, I'd like to
19   talk with Mr. Sobota?
20       A  No.  The information that was
21   provided to me through them seemed adequate
22   and complete.
23       Q  Okay.  You're familiar with NFPA 921,

---

15  (Pages 57 to 60)

Christoph Flaherty                                                    7/12/2023

Page 61

1  aren't you?
2      A  Yes.
3      Q  And so I'm assuming you're familiar
4  with Chapter 14.5.1.1 and I want to know if
5  you agree with me that witnesses are a primary
6  source of non-scene data in almost every
7  incident.  Do you agree with that?
8      A  Yes.
9      Q  And would you agree that the
10  investigator should identify and interview any
11  witnesses who may have data relevant to the
12  incident, including eyewitnesses who observed
13  the incident and individuals familiar with the
14  characteristics of the property or with the
15  activities of individuals prior to, during and
16  after the incident.  Do you agree with that?
17      A  Yes.
18      Q  All right.  Under NFPA 921, what is
19  the scientific method?
20      A  The scientific method is a method
21  through which to conduct scientific inquiry.
22  And 921 spells it out and applies it to fire
23  investigations specifically by breaking it

Page 62

1  down into a series of steps involving the
2  collection of data, the formulation of
3  hypotheses and the testing of those
4  hypotheses.
5      Q  And it generally describes and has a
6  little graph -- a little flowchart thing.  The
7  first step is you recognize the need, that is,
8  identify the problem, right?
9      A  Yeah.
10      Q  And then you go on to define the
11  problem, right?
12      A  Yes.
13      Q  You then go on to collect data,
14  right?
15      A  Correct.
16      Q  You then analyze the data, right?
17      A  Yes.
18      Q  You then develop hypotheses, plural,
19  and that's inductive reasoning, right?
20      A  Yes.
21      Q  And then you go on to test the plural
22  hypotheses, which is deductive reasoning,
23  right?

Page 63

1      A  Yes.
2      Q  And is part of that when you test the
3  multiple hypotheses, you are trying to test to
4  disprove the hypotheses, right?
5      A  Yes.
6      Q  And then that allows you, if you're
7  following the scientific method, to select a
8  final hypothesis, correct?
9      A  Correct.
10      Q  All right.  And NFPA 921, that is --
11  I believe Mr. Sobota called it the standard of
12  care in terms of fire investigation.  Would
13  you agree with that?
14      A  Yes.
15      Q  It's the fire Bible, isn't it?
16      A  Yes.  It's the fire investigation
17  Bible.
18      Q  Okay.  And is part -- it goes on
19  later to provide a more specific or to provide
20  an example of applying the scientific method.
21  And in the developed hypotheses section, it
22  says, separate a hypothesis for each potential
23  ignition source.  Do you agree with that?

Page 64

1      A  Yes.
2      Q  It says, consider absent ignition
3  sources.  Do you agree with that?
4      A  Say that again.  Consider --
5      Q  Consider absent ignition sources?
6      A  Absent, yes.
7      Q  Okay.  And would you agree with me
8  that -- we already talked about witnesses,
9  insureds, homeowners will often misrepresent,
10  misstate, misremember smoking activities and
11  their whereabouts at or around the time of the
12  fire.  You remember that?
13      A  Yes.  We also talked about, right,
14  the necessity of using witness information and
15  testimony in the collection of data regarding
16  occurrences.
17      Q  Okay.  Would you also agree with me
18  that a cigarette or -- let's just do a
19  hypothetical.  Hypothetically, can a
20  cigarette, if it is tossed, just discarded,
21  into an area of combustibles and causes a
22  fire, can that fire hypothetically burn up not
23  cigarette such that an investigator would not

16  (Pages 61 to 64)

Page 65

1  be able to find cigarette evidence in his or
2  her investigation?
3      A  That depends on the specific
4  cigarette and the nature of the following
5  fire.
6      Q  Okay.  Can a cigarette -- can a Pall
7  Mall cigarette be smoked, discarded in an area
8  of origin and have a fire with an area of
9  origin with enough combustibles that results
10  in a fire that's hot enough and lasts long
11  enough to destroy any cigarette evidence?
12      A  I don't know.
13      Q  You don't know?
14      A  I don't know.  I'm sure the -- I'm
15  sure the series of conditions could be
16  constructed to make that possible, but I have
17  no particular knowledge of Pall Mall
18  cigarettes or the heat and intensity rates
19  necessary to completely destroy it beyond
20  recognition.
21      Q  Okay.  Let's change it then.  Take
22  away Pall Mall.  Can any -- whether it's
23  Marlboro Light, Camel, Pall Mall, whatever,

Page 66

1  can a filtered cigarette be ignited, thrown
2  into an area, cause a fire and the fire burn
3  up the cigarette evidence such that an
4  investigator would not find it?  Can that
5  happen?
6      A  I'm sure it's possible.
7      Q  And probably the reason you hadn't
8  encountered it could be because the cigarette
9  evidence was consumed by the fire, right?
10      A  Well, you can't really prove a
11  negative, right?
12      Q  Right.  Is that part of negative
13  corpus?
14      A  I'm not -- I'm also not aware of
15  testing along the lines of the article that we
16  previously discussed regarding lithium-ion
17  battery failures that demonstrate the degree
18  to which various cigarette filters could be
19  consumed in fires.
20      Q  Because that paper had nothing to do
21  with cigarettes, right?
22      A  The Nagourneyt article?
23      Q  Which article are you talking about?

Page 67

1      A  I guess, I was just saying a similar
2  type of testing could be performed with
3  cigarettes or determine the degree of which
4  they could be destroyed in fires but I'm not
5  aware of that.
6      Q  Do you know if that's the subject of
7  any of the references or articles you listed
8  off for me earlier or are otherwise identified
9  in your report?
10      A  No.  They're definitely not.
11      Q  All right.  So suffice it to say that
12  you obtained all the factual background
13  information of the this fire relayed to you
14  from Mr. Sobota, right?
15      A  As far as the initial information and
16  witness statements are concerned, yes.
17      Q  Okay.  And did you -- well, let's
18  just flash up your report.  Here is page one
19  of your report, and I'm going to mark it as
20  Defendant's 2.
21          (Exhibit Number 2 was marked for
22          identification.)
23      Q  This says -- well, it starts off:

Page 68

1  This is paragraph three, investigation.
2  Flaherty Engineering performed this
3  investigation through use of the scientific
4  method as recommended by NFPA 921, the guide
5  for fire and explosion investigations.  Is
6  that what you did in this case?
7      A  Yes.
8      Q  And you say fire investigation is a
9  complex endeavor which requires the use of a
10  systematic approach to determine the origin of
11  a fire and then investigate the circumstances
12  and conditions which brought the ignition
13  source and the first fuel together.  Did I
14  read that right?
15      A  Yes.
16      Q  Is that what you did in this case?
17      A  Yes.  I would add to that that my
18  involvement in this case focuses on the
19  electrical aspects of the investigation and
20  that my portion of the investigation could not
21  be characterized as the totality of a 921
22  investigation.
23      Q  Okay.  Nevertheless, you follow the

Christoph Flaherty                                    7/12/2023

---

Page 69

1    scientific method, right?
2        A  Yes.
3        Q  I'm going to show you a series of
4    pictures.  This is your scene -- can you see
5    my screen still?
6        A  Yes.  And before we go down this
7    path, can we take another brief break?
8        Q  Sure.  No problem at all.
9            (The deposition took a short
10           break.)
11       Q  (BY MR. YEAROUT)  Okay.
12   Mr. Flaherty, you ready?
13       A  Yes.
14       Q  Just as some housekeeping, I'm going
15   to mark your CV as Defendant's 3.  Okay.  All
16   right.  Can you see my screen now, CJ?
17           (Exhibit Number 3 was marked for
18           identification.)
19       A  Yes.
20       Q  And this is your scene photograph.
21   It's JPEG -- I've called it Flaherty, but it's
22   JPEG004.  Is this the entrance to the utility
23   room?

---

Page 70

1        A  Yes.
2        Q  All right.  And so the utility room
3    is within the basement of the Taronji
4    residence, right?
5        A  Yes.
6        Q  And here is -- this is Mr. Drew --
7    one of Mr. Drew Hornet's [phonetic]
8    photographs 254 and this depicts the shelving
9    where we have the area of origin of the fire,
10   right?
11       A  Yes.
12       Q  And I've taken the liberty of
13   labeling what I think is the correct -- how
14   everyone's been identifying the various
15   sections of the shelving as bottom left being
16   one, top left being two, top right being
17   three, bottom right being four.  Is that -- do
18   you agree with how I've identified this?
19       A  Yes.
20       Q  All right.  What -- do you have an
21   understanding of the items that were -- well,
22   strike that.
23           Would you agree with me and

---

Page 71

1    Mr. Sobota that the area of origin of this
2    fire is on shelf one or is that something you
3    defer to Mr. Sobota about?
4        A  I would defer to Mr. Sobota.  I would
5    say the greatest fire damage appears on shelf
6    one.
7        Q  What is your understanding of the
8    contents, combustibles, items that were on
9    shelf one at the time of the fire?
10       A  There was some paint supplies.  There
11   were some -- there was like a plastic
12   container or bag with a bunch of alkaline
13   batteries in it.  There were both spray paints
14   and liquid paints.  There was -- well, at the
15   time we didn't know exactly but later
16   determined soldering iron with a power cord
17   wrapped around it.  There was a modem and its
18   power supply.  I think that about covers it.
19       Q  Okay.  What about -- I know
20   Mr. Sobota documented this but did he relay to
21   you that also on shelf one were the Taronjis'
22   child's arts and crafts supplies?
23       A  No, I don't -- I do not recall that.

---

Page 72

1        Q  Okay.  What about drywall compound?
2        A  Yes.  There was some -- there was
3    some drywall compound and maybe some tools for
4    spreading that.
5        Q  And what about a container of
6    purplish liquid that was determined to be fuel
7    oil on shelf one?
8        A  I did not see that.  The only place
9    I've seen that referred to is in Mr. Sobota's
10   report.
11       Q  Okay.  And let me ask you this:  Can
12   a -- can a battery -- a lithium-ion battery
13   cell fail -- undergo thermal runaway, fail and
14   spew a flame that could ignite a container --
15   small container of fuel, do you know?
16       A  Yes.
17       Q  It can or you know?
18       A  Yes, it can.
19       Q  Okay.  What's the basis of that
20   opinion?
21       A  I have seen videos of testing done
22   and videos of lithium-ion battery failures
23   where you can see that they are very energetic

---

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Page 73

1  and can spew flames several feet from the
2  location of the battery pack or cell.
3      Q  Yeah.  I got that general concept,
4  but I'm talking about can it ignite a small
5  container containing fuel oil?
6      A  It could ignite combustible materials
7  is my opinion.
8      Q  Okay.
9      A  So that could be a small container.
10  If it's plastic, a fuel oil itself, any other
11  plastic items in that vicinity.
12      Q  Well, the plastic is one thing.  Is
13  the fuel not going to quench that flame?
14      A  I'm not too well versed on the
15  particular characteristics of fuel oil and its
16  flammability and ignitability to be perfectly
17  honest.  I mean, I've heard people say that
18  they are very different -- the various
19  petroleum distillates are very different
20  depending on the level of distillation.
21      For example, oils used in hydraulics
22  and I think even diesel fuel oil, apparently
23  you can throw a lit match into a puddle of it

Page 74

1  and it wouldn't ignite.  If you tried that
2  with gasoline, it would be an entirely
3  different experience.
4      Q  Exactly.
5      A  So I'm really not sure where on that
6  spectrum this particular kind of fuel oil
7  would fall.
8      Q  Okay.  I'm showing you.  This was a
9  photograph that was contained in Mr. Sobota's
10  report.  And you see he's got his tape measure
11  and this is on shelf quadrant four, right?
12      A  Yes.
13      Q  And this appears to be a RYOBI
14  battery charger, right?
15      A  Yes.
16      Q  And that's now where it was found or
17  located initially, right?  This was placed on
18  top of these tiles, correct?
19      A  Correct.  I believe some of the fire
20  department or fire marshals show it on the
21  floor, which makes sense.
22      Q  And for the Record, this is slide 7
23  of this presentation.  Did you place the

Page 75

1  charger on this tile that's depicted in
2  Sobota's photo or did Mr. Sobota or someone
3  else?
4      A  I think Mr. Sobota placed it there
5  based on information that he was provided
6  either by Mr. Fernandez or State Farm.
7      Q  Okay.  And I'll show you -- this is
8  slide eight and this is Sobota scene photo
9  201168.  And not sure why I chose these shapes
10  but it's just what I did.  Mr. Sobota [sic],
11  you see the blue rectangle and the blue
12  circle?
13      A  Yes.
14      Q  Mr. Sobota told me in his deposition
15  was that the blue rectangle is where he would
16  place the subject battery pack at the time of
17  the fire and this blue circle is where he
18  would place the subject charger at the time of
19  the fire.  Do you agree with him or would you
20  defer?
21      A  I would defer.  I have -- I don't
22  think I have a basis for an independent
23  judgment on that.

Page 76

1      Q  Okay.  You don't have any reason to
2  disagree with Mr. Sobota on that, do you?
3      A  No.
4      Q  Turning to -- this is slide 10 and
5  Flaherty photograph -- by the way, am I saying
6  your last name right?
7      A  I think so.
8      Q  It might have some Alabama in it but
9  I just wanted to make sure I wasn't --
10      A  Perfectly fine.
11      Q  All right.  This is your scene
12  photograph 75.  We see the tape measure and
13  you see this pink tape or whatever this is?
14      A  Yes.
15      Q  And that's wrapped around what
16  appears to be a lithium-ion battery cell,
17  right?
18      A  Yes.
19      Q  Who put that -- it's not tape.  What
20  is it called?
21      A  It's like a ribbon.  It's not -- I
22  mean, I think we do refer to it as tape but
23  it's not at all sticky.  It's really a plastic

Christoph Flaherty                                    7/12/2023

---

Page 77

1  ribbon.
2      Q  Okay.  Who wrapped this pink plastic
3  around that cell?
4      A  I'm sorry.  Could you repeat the
5  question?
6      Q  Sure.  Who put this pink plastic wrap
7  on this cell on the floor of the utility room?
8      A  I don't remember.  I don't think it
9  was me because I don't generally carry that
10  type of plastic wrap.  So I think Mr. Sobota
11  probably did but I don't know.
12      Q  Do you know why the pink tape or pink
13  wrap was put on that cell?
14      A  To draw attention to its location.
15  We would generally do that if there was a cell
16  somewhere where it was difficult to see.
17      Q  Is that -- I mean, I'm not being cute
18  when I ask this.  I mean, is that a
19  difficult-to-see cell?  I mean, it seems
20  apparent to me, right?
21      A  Yeah.  I would not normally find it
22  necessary to do that in that particular
23  context.

---

Page 78

1      Q  Okay.  So does this pink tape on that
2  cell, does that have any import or
3  significance to you?
4      A  No.
5      Q  Okay.  All right.  This is Flaherty 7
6  -- 007.  This is slide 13.  This is a
7  photograph that you took of a pack of Pall
8  Mall cigarettes, right?
9      A  Yes.
10      Q  In the basement, right?
11      A  Yes.
12      Q  Do you know where more specifically
13  this photograph was taken or where this Pall
14  Mall pack of cigarettes was located?
15      A  I think that was located on or next
16  to the desk that he had set up near the
17  basement exit door at the back of the
18  basement.  If you like, I could go to my
19  photographs and see if I could find it
20  particularly in context.
21      Q  Yeah.  Let's -- I might get you to do
22  that in a minute unless you feel that you need
23  to do that right now to give me a truthful

---

Page 79

1  answer.
2      A  So.  Yeah.  I will say I'm looking at
3  my photographs on another monitor here.  And
4  this photograph, number 7, is in between two
5  photographs of his desk.  It looks like -- the
6  background material looks like the floor of
7  the basement.  So based on that context, I
8  think this pack was on the floor of the
9  basement near his desk.
10      Q  Okay.  So there's this photograph
11  Flaherty 0007, the Pall Mall pack.  And I
12  didn't see as many as I did in some of the
13  other scene photographs.  But you recall there
14  being at least two containers, whether you
15  want to call them ashtrays or bins or
16  containers or whatever, containing cigarette
17  butts on or near the desk in the basement,
18  right?
19      A  Yes.
20      Q  All right.  You mentioned a few
21  minutes ago when we were talking about, you
22  know, batteries going into thermal runaway and
23  emitting flames, you referenced some videos

---

Page 80

1  that you had seen.  When did you see those and
2  what -- what were the videos, what were their
3  source, where did they come from?
4      A  Well, the testing that I did with RTI
5  resulted in various battery failures.  So we
6  have videos of those, and I personally
7  observed those failures.
8      Q  That was with the lithium --
9      A  Lithium metal oxide.  I think -- I
10  didn't remember the very specific chemistry
11  except that it was a lithium variant.
12      Q  Okay.  So videos with RTI on the
13  lithium metal packs or cells.  Any other
14  videos?
15      A  Just various online YouTube videos of
16  battery failures.
17      Q  When did you do those searches?
18      A  Many times over the last several
19  years.
20      Q  How did you conduct -- did you type
21  in lithium-ion battery failure or how did you
22  search for it?
23      A  Yeah, pretty much.  Lithium-ion

---

20  (Pages 77 to 80)

Christoph Flaherty                                          7/12/2023

Page 81

1  battery fire.
2      Q  And do you recall whether some or all
3  of those videos depicted thermal runaway and
4  emission flames from external or intentionally
5  initiated fire or whether it was a sure enough
6  internal short-circuit failure?
7      A  No.  Those were all purposely
8  generated failures.  So with various different
9  methods used to create the failure, whether it
10 be the initiation of an external short
11 circuit, the puncturing of a battery,
12 overcharging -- purposely overcharging a
13 battery, the various methods used to basically
14 force a battery into a thermal runaway
15 condition.
16     Q  And do any of those conditions -- are
17 any of those conditions the basis of your
18 opinions in this case?
19     A  Well, I would say they are
20 demonstrative of the energy released and
21 capability of lithium-ion batteries to
22 propagate fire after having entered thermal
23 runaway.

Page 82

1      Q  Okay.  Well, I appreciate that but
2  why don't we just take it piece by piece.  Was
3  the subject battery pack in this case subject
4  to any puncture or physical deformation such
5  as a puncture or a drop, et cetera?
6      A  No.
7      Q  Was it subject to an external short
8  circuit?
9      A  No.
10     Q  Okay.  So then those conditions are
11 not present and those conditions are among the
12 conditions that were in the YouTube videos
13 that you saw, right?
14     A  Yes.
15     Q  All right.  This is -- I'm now
16 showing you slide 14, and this is from your
17 photographs.  It's DSC 6445.  You see this bag
18 of battery cells?
19     A  Yes.
20     Q  Appears to be two cells that are
21 wrapped in that pink wrap, right?
22     A  Yes.
23     Q  Who put the two wrappers on those two

Page 83

1  cells?
2      A  I don't remember.  I would assume it
3  was Mr. Sobota.
4      Q  I'm showing you slide 16, which is
5  Flaherty photo 298.  What are you doing here?
6      A  Measuring the pack voltage of one of
7  the other 40-volt lithium-ion RYOBI packs that
8  were recovered from the Taronji-Fernandez
9  residence.
10     Q  So you're using a meter on this one
11 that gives you, what, 39.3 volts?
12     A  39.03, yes.
13     Q  I'm sorry.  I misspoke.  39.03 volts.
14 What does that indicate to you?
15     A  It indicates that that battery is
16 near -- a near full state of charge.  I think
17 I would -- full state of charge is probably
18 more than 40 volts so it's a pretty decent --
19 I'd characterize it as probably 75 or more
20 percent charge.
21     Q  What is the model number for the
22 subject pack in this case?
23     A  I don't remember.

Page 84

1      Q  Okay.  What was its amperage, if you
2  remember?
3      A  It was six-amp-hour battery as
4  designated by its capacity.
5      Q  Okay.  What type of cells -- strike
6  that.  Do you know the manufacturer of the
7  cells within the subject battery pack?
8      A  No.
9      Q  Is that something you think is
10 important for you to know or not?
11     A  It is -- I wouldn't say it's
12 important to be able to determine a failure.
13 I would say it would be nice to know as much
14 as possible, like, for instance, if it were a
15 battery manufacturer that had been linked to
16 previous battery failures that would make it a
17 more thorough understanding of what the
18 potential issues would be in this failure.
19     Q  Okay.  It's something you'd like to
20 know as part of a complex endeavor
21 investigating and reaching conclusions under
22 AFDI 921 and scientific method, isn't it?
23     A  We would like to be able to figure

Christoph Flaherty                                              7/12/2023

Page 85

1    out as much as possible, yes.
2        Q  And specifically the manufacturer of
3    the cells, right?
4        A  Manufacturer of the cells, as I said,
5    would be nice to know depending on how much
6    additional information we could get from that
7    but I would not characterize it as necessary.
8        Q  And I didn't ask if it was necessary.
9    I just asked if it's important for you to know
10   the cell manufacturer and make scientifically
11   valid opinions under FDA 921 and the
12   scientific method, is that important for you?
13       A  No.
14       Q  Okay.  Would it have any bearing on
15   your opinions whether the cell manufacturer
16   was a tier-one supplier as opposed to the
17   hover board cheaply, poorly and hastily
18   distributed battery cell?  Is that something
19   that has any bearing on your opinions?
20       A  I would say that the -- in general,
21   yes.  In this case, in this specific instance,
22   the evidence is sufficiently convincing that
23   even if it were a tier-one manufacturer, that

Page 86

1    would not exclude the possibility -- that
2    would not exclude the conclusion that an
3    internal battery failure caused this fire.
4        Q  Did you say it would not exclude the
5    possibility of an internal battery failure?
6    Is that what you just said?
7        A  Yes.  I said even if it were a
8    tier-one manufacturer, as you described it,
9    that wouldn't eliminate that as a possibility
10   for consideration.
11       Q  Is it a good thing to get 18650 cells
12   from tier-one suppliers?
13       A  You'd want to get them from the most
14   reliable, best quality-controlled sources that
15   you can.
16       Q  Is it a good thing to get -- to order
17   and incorporate in a battery pack 18650 cells
18   from a tier-one supplier?  Is that good?
19       A  Yes.
20       Q  All right.  This is slide 20 and your
21   photo 897 of the lab exam.  What do we see
22   here?
23       A  This is the remnants of the battery

Page 87

1    management circuit board that would have been
2    part of those six-amp powered RYOBI battery
3    pack involved in this fire.
4        Q  What -- tell me what you see here.
5    What's the point of this picture?  What are
6    the characteristics, features?  What does
7    Mr. Flaherty see as depicted in your
8    photograph 897?
9        A  I see a severely damaged circuit
10   board with consumption of copper traces and
11   conductors.  I see that contacts have been
12   desoldered and melted away.  I see that the
13   circuit board has been delaminated and the
14   materials partially consumed.  It looks like
15   most, if not all, of the components have
16   burned away.
17         I see no remnants of plastic
18   packaging materials or an enclosure.  So all
19   of that to say a circuit board that was at a
20   very intense fire burn.
21       Q  Okay.  Do you attribute -- does the
22   damage you see on this circuit board, is that
23   considered -- does that support your opinion

Page 88

1    of an internal short circuit and cell failure?
2        A  I would say it's consistent with it.
3    I would not say that there's anything specific
4    to the damage of that circuit board that would
5    indicate that in particular.
6        Q  All right.  So you would agree with
7    me, we can see the damaged profile, as
8    depicted on your photograph 897 from both an
9    external fire attack or an internal failure,
10   right?
11       A  I would say once the battery pack
12   initiates thermal runaway, regardless of how
13   it got there, that the circuit board damage is
14   consistent with that.
15       Q  Just to make sure I've got a point on
16   it.  Would you agree with me that the damage
17   profile we see on slide 20, your photograph
18   897, of this printed circuit board, that
19   damage profile can occur from an external fire
20   or an internal short-circuit failure, right?
21       A  Yes.
22       Q  All right.  Let's go to your report.
23   And before I do that, there were cells that

Christoph Flaherty                                      7/12/2023

Page 89

1  were collected -- so I would say the majority
2  of the cells, lithium-ion cells in this case,
3  were collected beneath or on the floor kind of
4  in the middle between shelf one and four,
5  right?
6      A  Yes.
7      Q  And there were other cells that were
8  found in other locations of the basement floor
9  away from the shelving, right?
10     A  Yes.
11     Q  And I think we already agreed that a
12 battery pack that expels its cells, expels its
13 guts, if you will, they can be thrown in
14 various locations in circumstances involving
15 an external fire attack as well as an internal
16 failure, right?
17     A  Yes.
18     Q  All right.  I might have too many
19 PDFs up.  I'm having some scrolling problems.
20 All right.  Well, while that's doing that.  Do
21 you have a copy of your report?
22     A  I do.
23     Q  All right.  Turn to page four for me,

Page 90

1  please.
2      A  Okay.
3      Q  This is 3.2 computed tomography.
4  That's CT, right?
5      A  Yes.
6      Q  And so you took -- I guess there were
7  -- you arranged cells into two groups of ten
8  cells each, right?
9      A  Yes.
10     Q  Why were -- how did you come up with
11 the two groups?
12     A  There was -- the reason for the two
13 groups was in order to achieve a better
14 resolution scan via CT scanner in use.
15 Basically you trade off resolution for volume
16 --
17     Q  Right.
18     A  -- and vice versa.  So having a
19 smaller volume to scan would result in a
20 higher resolution, so I made the decision,
21 coordinating with CT technician, to split up
22 the 20 cells into two groups of ten so that
23 the total volume of each scan was low enough

Page 91

1  to provide a good resolution for the images.
2      Q  Right.  And you say here, which is
3  kind of where I was driving at, you did not
4  attempt to recreate how these things were in
5  place by your groupings, right?
6      A  Correct.  At that time -- I mean, the
7  cells were sufficiently destroyed and thrown
8  apart that I couldn't independently come up
9  with how they were put together.  And at that
10 point I didn't have an exemplar or a recent
11 examination of an exemplar to give me enough
12 sort of examples or background information to
13 attempt that.
14     So we basically just kind of -- we
15 kept cells that were still together together
16 but then just created these two groups of ten
17 for the scan.
18     Q  So you -- you created the two groups.
19 Was this at the scene or at the lab?
20     A  At the lab at the time of the CT
21 scan.
22     Q  But you had -- I mean, you had
23 another 40-volt pack, didn't you?

Page 92

1      A  We did but we hadn't opened it up.
2      Q  Did you ever open it up?
3      A  We did at the evidence exam in
4  December.  I think this scan was before the
5  evidence exam.
6      Q  Okay.  And you go on to note, several
7  of the cells were ruptured and had ejected
8  some, and in some cases nearly all, of the
9  internal electrode, quote, jelly roll, end
10 quote.  Did I read that right?
11     A  Yes.
12     Q  And then you say, CT scans revealed
13 widespread internal electrode damage due to
14 thermal runaway.  Did I read that right?
15     A  Yes.
16     Q  Did you x-ray these battery cells?
17     A  No.
18     Q  Why not?
19     A  The CT scan is more revealing,
20 basically a step above an x-ray.  That x-ray
21 examination would be unnecessary given the CT
22 scan.
23     Q  Okay.  And am I correct in saying

23  (Pages 89 to 92)

Christoph Flaherty                                          7/12/2023

---

Page 93

1    that the -- your CT scans and what you say
2    reveal widespread internal electrode damage
3    due to thermal runaway, does that serve as the
4    basis of your opinion that the thermal runaway
5    was most likely caused by a development of an
6    internal short circuit in one of the cells due
7    to a manufacturing defect?
8         A  I wouldn't say that it links directly
9    to that conclusion.  I would say the CT scan
10   data supports the instance of thermal runaway.
11   There is no specific evidence in the CT scan
12   that can be pointed to as an internal short
13   circuit.
14        Q  Let me make sure I got that.  There
15   is no evidence in the CT imaging that is
16   indicative itself of an internal short
17   circuit.  Is that what you just said?
18        A  I said that it's consistent with the
19   thermal runaway, but there's nothing in
20   particular to indicate that it was an internal
21   short circuit specifically.
22        Q  Okay.  And we've already agreed -- I
23   think you've already agreed that the battery

---

Page 94

1    -- the lithium-ion 18650 battery cell can go
2    into thermal runaway from an external fire
3    attack, right?
4         A  Yes.
5         Q  Okay.  So I've got several slides
6    here of your CT imaging.  And we might able to
7    bypass a bunch of questions with this
8    question.  All right.  This is slide 23 --
9    excuse me.  22, 23, 24 through 27 are images
10   depicting CT scans that you performed, right?
11        A  Yes.
12        Q  And there is nothing in here in any
13   of these scans about any of these cells that
14   indicates within a reasonable degree of
15   scientific certainty an internal short
16   circuit.  True?
17        A  Correct.  There's nothing to say that
18   that's what it was.  It's just consistent with
19   thermal runaway by whatever may have caused
20   it.
21        Q  Whatever may have caused it.  All
22   right.  So then tell me, Mr. Flaherty, how
23   you, sir -- well, can you still hold the

---

Page 95

1    opinion that is in number two of your report,
2    the thermal runaway of the RYOBI battery was
3    most likely caused by the development of an
4    internal short circuit in one of the cells due
5    to a manufacturing defect?  Do you hold that
6    opinion within a reasonable degree of
7    scientific certainty?
8         A  Yes.
9         Q  How and why?
10        A  It is the only feasible fire cause
11   within the area of origin supported by the
12   evidence.
13        Q  Okay.  It's your opinion -- number
14   two is not supportive or is not necessarily
15   indicated by the CT scans, right?
16        A  So there's no direct evidence in the
17   CT scan to indicate that that's definitively
18   the cause.
19        Q  Okay.  So how did you get to short
20   circuit?  Show me.  Point it to me.  Tell me.
21        A  Through a process of elimination of
22   other possible causes of thermal runaway.
23        Q  Such as?

---

Page 96

1         A  Such as overdischarging,
2    overcharging.  I provided a list.  External
3    fire attack.  External short circuit or
4    internal short circuit that is external to
5    battery cells.
6         Q  Okay.  What caused the short circuit?
7         A  The development of an internal fault
8    in one of the cells.
9         Q  Which cell?
10        A  I don't know.
11        Q  So we can -- all right.  Let's go to
12   22.  Which cell -- do any of these cells have
13   or indicate to you a short circuit, slide 22?
14        A  They all indicate damage that would
15   have likely masked or eliminated any evidence
16   of a short circuit, of a short circuit
17   preexisting the thermal runaway event.
18        Q  Okay.
19        A  Once the thermal runaway event
20   occurs, there's all kinds of electrical
21   shorting going on.
22        Q  All right.
23             MR. YEAROUT:  Madam, court

---

24  (Pages 93 to 96)

Christoph Flaherty                                                    7/12/2023

Page 97

```
 1   reporter, could you read back my last question
 2   please?
 3         (The record was read.)
 4       Q  Mr. Flaherty?
 5       A  I would say that there are numerous
 6   short circuits in that depiction.  However,
 7   those would mostly be caused by the thermal
 8   runaway event itself.
 9       Q  And we can see that on a CT scan from
10   a battery pack that was -- that entered into
11   thermal runaway from an external fire, right?
12       A  Yes.
13       Q  Slide 23, do any of these cells show
14   me a short circuit or show you a short circuit
15   resulting from an internal manufacturing
16   defect, which is what you put in your report?
17       A  No, they do not -- they would not be
18   able to at this point in my opinion.
19       Q  What do you mean at this point?  At
20   what point would they?
21       A  Prior to the fire.
22       Q  All right.  Well, the batteries are
23   off the charger at, what, 9:30 a.m.,
```

Page 98

```
 1   9:00 a.m.?
 2       A  That sounds about right based on the
 3   testimony.
 4       Q  All right.  So what is happening in a
 5   lithium-ion battery with the subject pack in
 6   the five minutes after it's off the charger
 7   and is on the shelf?  What is happening inside
 8   of it if you know?
 9       A  Do you mean in this particular case
10   with the development of an internal short
11   circuit?  Normally --
12       Q  Well, then let me ask you.  Did the
13   internal short circuit develop within five
14   minutes of it being removed from the charger?
15       A  The internal short circuit developed
16   over the course of the battery's life up to
17   the point that it burst into flames.  When it
18   became dangerous enough to conduct enough
19   electricity to generate enough heat to force
20   the battery into thermal runaway would have
21   been shortly before the fire.
22       Q  Okay.  Was it -- I mean, what about
23   at 10:30, what's happening in the pack?  We
```

Page 99

```
 1   know it's not been energized by the charger,
 2   right, or anything else, right?
 3       A  Correct.  It has its own internal
 4   stored energy since it was just fully charged.
 5       Q  All right.  I'm sorry?
 6       A  I said, since it was just fully
 7   charged.
 8       Q  All right.  So at 10:30 is it having
 9   a short circuit?
10       A  Yeah.  The internal stored energy of
11   the battery is conducting through the
12   developing short circuit and beginning to heat
13   up that particular cell.
14       Q  So it's your testimony that as of
15   10:30, this battery pack is beginning to heat
16   up from a short circuit?
17       A  I don't know when the -- how rapid
18   the development of the short circuit is
19   specifically.  It could happen slowly over the
20   course of months or it could develop very
21   quickly once it begins to fail.
22       Q  All right.  How does it begin to
23   fail?  What is causing it to fail?  What is
```

Page 100

```
 1   causing the short circuit?  That's what I'm
 2   trying to understand.
 3       A  The result of a manufacturing defect
 4   inside the cell that causes an electrical path
 5   to develop that is not the normal discharge
 6   path from the cell.
 7       Q  What is the manufacturing defect in
 8   your opinion?
 9       A  I don't know specifically whether
10   it's the introduction of some foreign
11   material, the damage to a separator that
12   causes a small connection in between different
13   windings.  I don't know specifically what it
14   was.
15       Q  So you can't tell the ladies and
16   gentlemen of this jury, within a reasonable
17   degree of scientific certainty, what the short
18   circuit is that you say initiated the thermal
19   runaway that caused this fire; is that right?
20       A  I can't tell them what the specific
21   instance of mechanism of the internal short
22   circuit was, that is correct.
23       Q  Did you do any testing of any
```

25  (Pages 97 to 100)

Christoph Flaherty                                                    7/12/2023

Page 101

1  exemplars to try to determine or replicate a
2  short circuit and an internal failure of a
3  battery cell like this one?
4      A  No.
5      Q  Why not?
6      A  The -- well, it's impossible for me
7  to do, first off, because I can't manufacture
8  my own lithium-ion battery cells and insert an
9  internal short circuit.  The only way I know
10  of forcing an internal short circuit would be
11  to inject the material into a battery.  The
12  most rudimentary form of that would be take a
13  battery cell and drive a nail into it.  That
14  test has been done and sufficiently well
15  documented for me to not have to repeat it.
16      And as we've gone over, there's no
17  indication that these were punctured in that
18  way.  So I don't think that there is a test
19  that I could perform on an exemplar that would
20  be sufficiently relevant to the development of
21  an internal short circuit as occurred in this
22  battery pack.
23      Q  Okay.  Well, you mentioned something

Page 102

1  like the introduction of some external
2  contaminants.  Was that one of the
3  possibilities you mentioned?
4      A  Yes.  During the manufacturing
5  process, a foreign material making its way
6  into the internal cell structure.
7      Q  Do any of these CT images that you
8  took show you any foreign material or
9  contaminant in any of the cells?
10      A  They just show destroyed cells.
11      Q  Okay.  Do any of these --
12      A  Nothing specific that I can point to
13  that says here is a foreign piece in this
14  cell.
15      Q  So there's nothing in these CT images
16  that you have conducted that show you any
17  foreign contaminant or any foreign material
18  within the cells, right?
19      A  Correct.
20      Q  Did you CT any exemplar RYOBI battery
21  packs to see if there was presence of any
22  contaminants or foreign materials?
23      A  No.

Page 103

1      Q  So at 6 -- so after eight and a half
2  hours of being off the charger, the subject
3  battery pack is on shelf four, right?
4      A  Yes.  Based on the information
5  provided and everything we know so far, yes.
6      Q  And so then what -- what happens?
7      A  The electrical energy of the battery
8  pack discharging through the internal short
9  circuit heats up the cell to a point where
10  thermal runaway begins to occur.  And then the
11  battery pack enters a self-sustaining heating
12  reaction that eventually results in the
13  expulsion, the venting of the cells, the
14  expulsion and ignition of the flammable
15  electrolyte material and the fire itself.
16      Q  So is it your testimony that energy
17  was being dissipated within the battery pack
18  eight and a half hours after it was off the
19  charger?
20      A  Yes.
21      Q  Is that based upon your CT imaging?
22      A  No.
23      Q  Is it based upon your photographs?

Page 104

1      A  No.
2      Q  What is it based on?
3      A  Based on the physical mechanisms
4  necessary to produce heat inside the battery
5  pack.
6      Q  Can an external fire destroy all the
7  plastic casings of a lithium-ion battery pack?
8      A  Yes.
9      Q  Can an external fire result in
10  physical attributes and characteristics of all
11  20 of these cells and the printed circuit
12  board as we see in this case?
13      A  Yes.
14      Q  Would you agree with me that there
15  are three mechanisms by which an internal
16  short circuit can be triggered.  Number one,
17  being mechanical abuse.  Do you agree with
18  that?
19      A  Yes.
20      Q  Number two, being electrical abuse,
21  that is, such as the separator being pierced
22  by dendrite from overcharge or overdischarge
23  or by an impurity in manufacturing?

26  (Pages 101 to 104)

Christoph Flaherty                                         7/12/2023

---

Page 105

1          A  Yes.
2          Q  The third being thermal abuse, that
3   is, the complete melting of the separator due
4   to thermal instability or due to an external
5   heat source.  Do you agree with that?
6          A  Yes.
7          Q  All right.  So did the failure in
8   your opinion in this case result from
9   mechanical abuse?
10         A  No.
11         Q  Did it result from electrical abuse?
12         A  No.
13         Q  Did it result from thermal abuse?
14         A  No.
15         Q  Okay.
16         A  I guess I would take exception with
17  the characterization of electrical abuse
18  because I think you included the introduction
19  of a foreign material as part of electrical
20  abuse.  Could you read the sentence that you
21  said, electrical abuse, such as the formation
22  of dendrites due to overcharging, discharging
23  or -- and then there were some other things.

---

Page 106

1          Q  I'd be happy to.  Electrical abuse,
2   e.g., the separator can be pierced by
3   dendrite, the growth of which can be induced
4   by overcharge or overdischarge and by an
5   impurity in manufacture.
6          A  Yes.  So I would say electrical abuse
7   is a result of impurity during manufacture or
8   a defect in the separator during manufacturer
9   whether it be caused by impurity or something
10  else.
11         Q  Okay.  Which one is it within a
12  reasonable degree of scientific certainty or
13  can you say?
14         A  Other than -- so I would say it's
15  electrical abuse based on the definition --
16  based on the way you're characterizing it now.
17  And within the subject of electrical abuse, I
18  would rule out overdischarging and
19  overcharging based on the history of use of
20  the battery pack and the circuitry and
21  significant testing that's been done both by
22  UL and RYOBI regarding the charging and
23  discharge characteristics of this system,

---

Page 107

1   leaving a piercing of the separator as a
2   result of an -- as a result of a manufacturing
3   impurity or some other damage sustained during
4   manufacturing.
5          Q  All right.  Do any of your CT images
6   show us a pierced or damaged separator?
7          A  No.
8          Q  Do any of your images -- any of the
9   CT images show an impurity present with the
10  cells?
11         A  No.  Not identifiable as such.
12         Q  Okay.  Back to your opinion, an
13  internal short circuit in one of the cells due
14  to a manufacturing defect.  And if I've
15  already asked you this, I apologize.  Are you
16  able to tell me which cell it is?
17         A  No.
18         Q  Then how do you know it's just one?
19         A  Good question.  It could be more than
20  one but who knows.  It only takes one.
21         Q  It only takes one to what?
22         A  Internal short circuit failing cell
23  to enter thermal runaway to propagate through

---

Page 108

1   a pack.
2          Q  So we can't look at the CTs and see a
3   pierced or damaged separator, right?
4          A  Correct.
5          Q  We can't look at the CTs and identify
6   any impurities or foreign bodies within the
7   cells, right?
8          A  Correct.
9          Q  You don't hold the opinion that this
10  failure was caused by overcharge or
11  overdischarge, correct?
12         A  Correct.
13         Q  Do you know when this battery pack
14  was purchased?
15         A  It was purchased in March of that
16  same year, so two months before the fire.
17         Q  Do you know how often Mr. Fernandez
18  used the subject battery pack in terms of
19  cycles and charges?
20         A  Not specifically.
21         Q  Would that have any bearing on your
22  opinions about the development of an internal
23  short circuit?

27  (Pages 105 to 108)

Christoph Flaherty                                    7/12/2023

Page 109

1      A No.
2      Q It wouldn't?  What if this was the
3  first time he had ever used this pack, would
4  that have any bearing on your opinions?
5      A If we were entertaining -- so
6  independent of other evidence in this case, a
7  failure after a first use would be more
8  indicative of a manufacture or design defect
9  than a failure after multiple uses but that's
10  not to say one rules out the other.
11      Q Regardless, you don't know how often
12  this guy, Mr. Fernandez, had used the battery
13  pack, right?
14      A Correct.  He did testify regarding
15  his use of battery packs, but I don't think
16  his testimony or his reports to us were
17  specific as to which of the three 40-volt
18  battery packs he used on the various
19  occasions.
20      Q Okay.  And you didn't ask him, did
21  you?
22      A No.
23      Q I'm showing you slide 28.  This is a

Page 110

1  CT scan of 18650 cell.  Does this indicate to
2  you an internal -- or a short circuit that led
3  to an internal failure or is this a cell that
4  was exposed to external fire attack, or do you
5  know either way?
6      A This looks like one of the images
7  included in the -- and I'm going to
8  mispronounce the name -- the Nagourneyt paper
9  that we've been discussing, in which all of
10  the cells were damaged as a result of external
11  fire attack.
12      Q Right.  And I think I asked you this,
13  but did you -- well, to put a point on this.
14  This CT image, this cell was subjected to
15  intentionally an external fire attack, right?
16      A Yes.
17      Q All right.  Are you familiar with
18  Brian Barnett?
19      A I don't think so.
20      Q Okay.  He's a -- he has a background
21  in lithium ion and has published various
22  papers in which he states that the failure
23  rate of lithium Ion 650 battery cells is in

Page 111

1  the order of one out of every 10 million.  Do
2  you have any reason to disagree with that?
3      A I would question the basis of that
4  because of the various manufacturers involved
5  with lithium-ion cell manufacture.  And some
6  are more reliable than others, but I don't
7  have any reason to dispute the
8  characterization in general.
9      Q All right.  And I apologize if I've
10  already asked this or something like it, but
11  have you done any testing on exemplar RYOBI
12  40-volt battery packs in terms of CT imaging
13  or any other imaging modality to see what they
14  look like after being exposed to an external
15  fire?
16      A No.
17      Q And the same question, have you done
18  any -- have you done any CT imaging or any
19  other image modality on any RYBOI 40-volt
20  battery back to see what it looks like on CT
21  after experiencing a short circuit and
22  internal failure that led to thermal runaway?
23      A No.

Page 112

1      Q You say in your report on page 6,
2  individual cells are also protected by a
3  positive temperature coefficient device, PTC,
4  and a current interruptive device, CID.  Did I
5  read that right?
6      A Yes.
7      Q And you go on to say, the PTC devices
8  and CIDs protect single cells but have been
9  shown to offer insufficient protection to
10  prevent thermal runaway when cells are
11  connected in a series/to parallel arrangement
12  to form a battery back.  Did I read that
13  right?
14      A Yes.
15      Q And there you are citing to
16  Mr. Jeevarajan's paper, Safety Limitations
17  Associated with Commercial 18650 Lithium-ion
18  Cells, right?
19      A Yes.
20      Q And that paper was published in 2010
21  relying on 2008 data, right?
22      A Yes.  That sounds right.
23      Q All right.  Is -- are the -- strike

28  (Pages 109 to 112)

Christoph Flaherty                                    7/12/2023

---

Page 113

1    that.
2        Is the positive temperature
3    coefficient device, the PTC and the CID, does
4    that form any basis of your opinion as to an
5    internal short circuit and failure in this
6    case?
7        A No.
8        Q Then why is this in your report?
9    What is the point?
10       A That's a good question.
11       Q So can we just take a red pen and
12   mark through that on your report?  I mean,
13   it's inapplicable, right?
14       A To the extent that RYOBI uses PTC or
15   CID devices in their cells and whether or not
16   those are offered as prevention of this type
17   of failure mode, it's applicable; but in
18   particular as far as the analysis and
19   determination leading to the conclusion of an
20   internal short circuit, it is not.
21       Q Okay.  Do you know whether the
22   subject pack had a PTC?
23       A I do not know what the specific cell

---

Page 114

1    design included, whether they had PTCs or
2    CIDs.
3        Q Is that something you'd like to know?
4        A I'm assuming that they did just
5    because of the prevalence of such devices
6    but...
7        Q So would the presence -- and, again,
8    to put a point on it, does the presence of --
9    I want you to assume that this pack has a PTC
10   and CID.  All right?
11       A Yes.
12       Q Does that have any bearing on your
13   opinion that there was an internal short
14   circuit that resulted in thermal runaway?
15       A No.
16       Q You say in opinion three, other
17   possible sources of ignition in the area of
18   fire origin on the shelving unit in the
19   basement utility room of the Taronji-Fernandez
20   residence were considered and ruled out.  Did
21   I read that right?
22       A Yes.
23       Q All right.  So then tell me,

---

Page 115

1    Mr. Flaherty, what is your -- what is the
2    ignition sequence in this case?  What is the
3    first fuel ignited?  How do we get from, in
4    your opinion, a short circuit in the subject
5    battery pack that is on shelf four to the area
6    of origin on shelf one?  Walk me through that.
7        A As the internal short circuit heats
8    up, the cell enters thermal runaway, which
9    leads to the uncontrolled reaction that
10   generates heat faster than the ability of the
11   battery to dissipate it, eventually causing
12   the cells to rupture and the flammable
13   electrolyte to ignite.
14       So the first fuel ignited is the
15   flammable electrolyte of the battery pack
16   itself, which then blows out and catches the
17   battery pack itself on fire.  That cascading
18   event then produces enough -- by cascading, I
19   mean, as excessive cells also enter thermal
20   runaway and suffer similar expulsions of
21   flammable electrolyte.  They add fuel to the
22   fire eventually igniting the nearby
23   combustibles on shelf one.

---

Page 116

1        Q Okay.  What were your other
2    hypotheses that you developed?
3        A We considered the -- an electrical
4    failure of another component on shelf one and,
5    as such, looked at the alkaline batteries that
6    were there that were being stored there.  Was
7    there any indication that there was something
8    that had potentially externally shorted out an
9    alkaline battery that ignited.  Under certain
10   conditions it's possible to do that.
11       The -- it's quite rare or difficult
12   to do, but it was a possibility that was
13   considered.  The electrical failure of another
14   component, because there was some indications
15   that there were some other electrical items on
16   the shelf, including the modem, its power cord
17   and an other -- at the first point unknown
18   electrical device, which later turned out to
19   be a soldering iron.  So that was considered.
20       We considered the failure of the
21   extension cord, which is routed above shelves
22   two and three as potential fire cause and --
23   so that's the -- we also considered failure of

---

Christoph Flaherty                                                    7/12/2023

Page 117

1  the electrical outlets or some contribution of
2  the building's electrical system.
3       And then that's the limit of the
4  potential electrical sources that were
5  considered.  I think I would leave it to
6  Mr. Sobota to address other nonelectrical
7  sources considered such as the discarded --
8  inappropriately discarded smoking materials or
9  any materials subject to self-heating.
10      Q  And so inappropriately discarded
11 cigarette materials is not something that you
12 can rule out or that you did rule out.  Fair?
13      A  I would say I ruled it out based on
14 the available evidence, but I didn't primarily
15 look at that as the electrical engineer.  And
16 by ruling it out, you know, I didn't -- yeah.
17      Q  You did not rule that out?
18      A  I did rule it out, yes, that there
19 were no indication of discarded smoking
20 materials.
21      Q  There was what?
22      A  No indication of discarded smoking
23 materials in that area or any testimony or

Page 118

1  reports that smoking occurred in that area.
2       Q  We talked about the scientific method
3  earlier under an FDA921.  We've got your
4  hypotheses as battery pack, electrical failure
5  of another component, extension cord
6  electrical outlet, anything else?
7       A  With other component I assume we're
8  including all of the things I previously
9  referred to, no.  Oh, we did consider, I
10 should say, the AC unit, the air-handling
11 unit.  When I initially spoke to Mr. Sobota,
12 he said, well, there's an air-handling unit
13 there so we'll have to look at that.  But it
14 was pretty obvious after the initial scene
15 exam that the air-handling unit didn't have
16 anything to do with the fire starting.
17      Q  All right.  So one of your
18 hypothesis, of course, and I guess the one you
19 selected as your final hypothesis, is the
20 subject battery pack.  What, if anything, did
21 you do to test that hypothesis in an effort to
22 disprove it?
23      A  That hypothesis is tested, you know,

Page 119

1  cognitively with comparison to all of the
2  other hypotheses.  Could a fire -- is there
3  any evidence to support a fire starting
4  externally.  That is the primary test against
5  that hypothesis.  There being none, based on
6  the analysis, leaves us with that final
7  hypothesis.
8       Q  Okay.  So you tested it cognitively,
9  that is, thinking about it?
10      A  Right.  In comparison, in
11 consideration of all the other hypotheses,
12 yes.
13      Q  Okay.  Any testing as in, you know,
14 any testing of any exemplars, any scientific
15 testing that's outside of cognitive testing to
16 disprove the hypothesis that you performed?
17      A  No physical testing of this.
18      Q  Do any of the four references that
19 you've cited in your report, do they support
20 the proposition or your opinion that a battery
21 -- an 1865040-volt battery pack that's been on
22 the shelf off the charger for eight and a half
23 hours, has a short circuit initiated and

Page 120

1  causes thermal runaway?
2       A  I don't think any of them have that
3  degree of specificity regarding charging
4  storage time frames.
5       Q  Have you published any papers on
6  lithium-ion failure mode?
7       A  No.
8       Q  All right.  Why don't we take -- I'm
9  getting close, guys.  I promise.  Can we take
10 a five-minute break and then I might be close
11 to wrapping up.
12          (The deposition took a short
13          break.)
14      Q  (BY MR. YEAROUT) All right.
15 Mr. Flaherty, we're back from a quick break.
16 In your review -- or you've got the various
17 engineering testing documents that RYBOI
18 produced in this case, right?
19      A  Yes.
20      Q  Do those -- does any aspect of those
21 documents support or form the basis of your
22 opinions?
23      A  Support or form the basis, no.

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Christoph Flaherty                                          7/12/2023

Page 121

1    Q  Did you review them?
2    A  Yes.
3    Q  Okay.  Let's look -- I'm going to
4    mark as Defendant's 4 your invoices.
5         (Exhibit Number 4 was marked for
6          identification.)
7    Q  We don't have to go through them in
8    detail.  Oh, by the way, did you ever have an
9    opportunity to pull up the emails and
10   communications with Mr. Sobota?
11   A  No, I did not.  Let me -- let me see
12   how many there were, and that will affect the
13   rapidity with which I am able to provide them.
14   Q  Okay.
15   A  Of course he's going to use different
16   email addresses, isn't he.
17        MR. YEAROUT:  Off the record.
18        (Discussion off the record.)
19        (Exhibit Number 6 was marked for
20         identification.)
21   Q  (BY MR. YEAROUT) there's around five
22   emails between you and Mr. Sobota.  You're
23   going to save those and I appreciate that.  I

Page 122

1    had marked as a composite, Defendant's 4.
2    I've got three invoices that were provided to
3    me.  Is that the entirety of the invoices that
4    you have submitted in connection with your
5    work in this case?
6    A  Yes.
7    Q  And I have quickly calculated the
8    three to give me a total of approximately
9    $13,906 that you've invoiced to date.  Does
10   that sound right?
11   A  Yes.
12   Q  Do you have any other time put in the
13   case that you've not yet invoiced?
14   A  Yes.
15   Q  How many hours?
16   A  I would estimate between five and
17   six.
18   Q  Five and six at 290 an hour?
19   A  Current rate is 325 an hour.
20   Q  Okay.  So about another 1600 or
21   $1,900 that you've yet to invoice, right?
22   A  Yes.  Not counting this deposition,
23   which is separate.

Page 123

1    Q  Okay.  Looking here, FEC invoice
2    1862, we see an entry May 27, 2020 email
3    message for Jim Sobota.  Should that say
4    "from" or is it correct to say "for"?
5    A  For.  And I'm writing an email
6    message.  I wrote an email message to Jim.
7    Q  Okay.  And that's the earliest entry,
8    that's the earlier entry that I see.  Is there
9    any time billed or any invoice time for
10   contact from State Farm or contact to get you
11   hired?
12   A  Well, that comes through Jim a lot of
13   the times.  You know, he does his initial
14   inspection.  He has a conversation with State
15   Farm about, hey, we want to get an electrical
16   engineer.  And a lot of times, depending on
17   the insurance company, State Farm and Allstate
18   generally will ask the fire investigator,
19   okay, do you have anyone in mind, and then
20   they will say, yeah, I like CJ and then they
21   go ahead and say, okay, get him on board.
22        And I get the message from Jim that
23   basically says, hey, I've confirmed to get an

Page 124

1    electrical engineer on board with this, when
2    can you come out and inspect.  So sometimes
3    there's no direct communication with State
4    Farm even before commencing work as long as
5    we've got the authorization and the
6    understanding.
7    Q  So fair to say it could be that State
8    Farm authorizes your retention through a
9    communication from Mr. Sobota?
10   A  Yes.
11   Q  All right.
12   Q  So...
13   Q  You see my screen?
14   A  The first email message that I have
15   from Jim is on May 21st.
16   Q  Okay.
17   A  Just since you asked if there was
18   something before that.
19   Q  And that's -- I'm not blaming or
20   judging you for it, but that's just not
21   reflected on any of your invoices?
22   A  Right.  Doesn't look like I charged
23   for the conversations I had with Jim before

Christoph Flaherty                                                      7/12/2023

---

Page 125

1    the 27th.
2        Q  Okay.  You see my screen?
3        A  Yes.
4        Q  1533, review notes.  What is 1533, is
5    that your case number?
6        A  My case number, yes.
7        Q  FAIC report Sobota, is this a summary
8    of information that's related to you by
9    Mr. Sobota?
10       A  No.  That's summary of information
11   included in his report.
12       Q  Okay.  Mother-in-law Teresa Tarnoji
13   home at the time of fire heard banging popping
14   and hissing noises from the basement.  Did I
15   read that right?
16       A  Yes.
17       Q  And do you recall, when you read her
18   deposition testimony, that she testified as to
19   hearing a relatively constant hissing noise as
20   opposed to banging and popping, right?
21       A  Yes.
22       Q  All right.  Does her hearing a
23   constant hissing noise -- what, if anything,

---

Page 126

1    does that indicate to you about the cause of
2    this fire?
3        A  As opposed to banging and popping?
4        Q  Just what, if anything, does a
5    hissing noise that Ms. Teresa Taranji
6    testified to hearing --
7        A  I would say that that's an indication
8    of a -- well, I think fire noise can often be
9    described as hissing depending on what's
10   burning.  So that could either be the fire has
11   developed loud enough to where she's hearing
12   it.
13       Another possibility is it is the
14   forcible expulsion of something, like
15   something is leaking.  I know that in her
16   testimony she thought she might have a gas
17   leak.  She said she smelled something like
18   gas.  So that -- if that had occurred, you
19   know, that could be consistent with the
20   hissing sound.  The rupture and burning of the
21   lithium-ion cells would also be consistent
22   with the hissing sound.
23       Q  Okay.  Do you associate, within a

---

Page 127

1    reasonable degree of scientific certainty, the
2    hissing sounds with a short circuited and
3    internally failed battery pack?
4        A  No, I would not characterize that
5    specifically.
6        Q  Same question as to her -- as to Ms.
7    Teresa Taronji smelling what she perceived to
8    be natural gas?
9        A  No.
10       Q  And do you recall from her testimony
11   that she hears -- she smells natural gas,
12   hears a hissing noise, goes to the kitchen,
13   hears the smoke detectors going off, calls
14   911, proceeds to leave the house and turns
15   around and she sees heavy black smoke pouring
16   out of the basement door?  Do you remember
17   that?
18       A  Yes.
19       Q  What does that tell you about the
20   progression and intensity of the fire, if
21   anything?
22       A  The fire must have been already
23   relatively well developed.  And --

---

Page 128

1        Q  Go ahead.
2        A  Or it developed very quickly.
3        Q  Do you know which way?
4        A  No.
5        Q  All right.  One of the last things I
6    want to do is I've just got these notes.
7        A  I was just going to mention those.
8        Q  Famous last words.  Site inspection
9    528, I think I can read most of this, but I
10   can I ask you to read through this paragraph
11   for me, please.
12       A  Yes.  Juan Fernandez owned three
13   40-volt RYOBI battery packs:  A four-amp-hour
14   one that came with a chainsaw, a five-amp-hour
15   one that came with a lawnmower and a
16   six-amp-hour that he purchased separately on
17   March 28th, 2020.  We have the receipt, close
18   parenthesis.  Juan had used the chain saw with
19   the six-amp-hour battery, it had about, quote,
20   two LED lights, of charge left.  We recharged
21   it.  When it was charged, he unplugged it and
22   disengaged the battery from the charger, but
23   kept it sitting on top of it.

---

Christoph Flaherty                                      7/12/2023

Page 129

1    Q  Okay.  And here you have this
2  photograph with two circles.  On the left you
3  write, one group of cells here, correct?
4    A  Yes.
5    Q  And then on the right you say another
6  group of cells, correct?
7    A  Yes.
8    Q  On the second page you've got power
9  supply and cord for an old -- what does that
10  say?
11    A  Modem/router.
12    Q  All right.  And what does the bottom
13  picture and annotations, what does that say?
14    A  We've got a picture of a paint can, a
15  circuit board and some battery cells.  Top
16  comment points to the circuit board and says,
17  remnant of modem/router board and then the
18  next one of the cell group says two battery
19  cells and then the lower group says four
20  battery cells.
21    Q  Okay.  Thank you.  Page three top
22  paragraph, you circle and write, one cell,
23  correct?

Page 130

1    A  Yes.
2    Q  And then the bottom photograph you
3  have circled a number of various cells and
4  write, 19 cells total so far, right?
5    A  Yes.
6    Q  On page four, what does that say?
7    A  So at the top photograph it depicts
8  the right-hand portion of the shelving unit
9  and that was next to the shelving unit with
10  line pointing to the outlet and it says,
11  charger was plugged into lower receptacle to
12  charge, was unplugged at time of fire.
13    Q  And then the bottom photograph on
14  page four, what do your notes say?
15    A  So that bottom photograph depicts an
16  outlet plugged into the extension cord that
17  was run over the shelving unit.  The note
18  specifically says, extension cord for Moen
19  Flow scents was plugged into top receptacle.
20    Q  I'm on page five.  I can read the
21  first two bullets.  What are you saying in
22  bullet three?
23    A  Bullet three says battery pack PCB

Page 131

1  and some copper foil.  Spent a lot of time on
2  heat sink markings.
3    Q  What does that mean, spent a lot of
4  time on heat sink markings?
5    A  There were some manufacturing
6  markings embossed on the heat sink for the
7  battery pack and printed circuit board, and
8  Mr. Hornet was very interested in attempting
9  to get as much and as good pictures of -- or
10  indication of those markings as he could so he
11  spent a lot of time attempting to clean up and
12  get good images of the heat sink mark.
13    Q  This was essentially in reference to
14  a lot of time spent by Mr. Hornet for product
15  identification purposes.  Fair?
16    A  Yes.  I would assume that those
17  markings would enable him to make a much more
18  specific identification of the product.
19    Q  Okay.  What is point -- bullet four
20  say?
21    A  Four says, receptacle with --
22  although it's W slash, protected area on top,
23  14 AWG branch circuit, correctly wired.

Page 132

1    Q  Okay.  Five says, charger and a
2  couple of tiles, right?
3    A  Correct.
4    Q  Six says, light fixture recovered
5  from under shelf along C-wall?
6    A  Yes.
7    Q  Seven, extension cord, is that
8  142 inches?
9    A  Yes.
10    Q  Does this say, small arc site
11  approximately 71 inches from plug end?
12    A  Yes.  That is what that says.
13    Q  So the extension cord exhibits arcing
14  at 71 inches from the plug, correct?
15    A  Yes.
16    Q  And arcing is indicative of what?
17    A  Arcing is indicative of an electrical
18  or short circuit.  Yeah.  An electrical short
19  circuit between conductors.
20    Q  And can be indicative of an ignition
21  source, right?
22    A  It should always be considered as a
23  potential ignition source.  It is also a

Christoph Flaherty                                          7/12/2023

Page 133

1  characteristic of electrical system damage
2  following a fire attack.
3      Q  What did you do to determine whether
4  it was an ignition source or a causative
5  source as opposed to being damaged by a fire
6  with respect to the extension cord arcing?
7      A  In this case it was to place the
8  arcing event in context of where it was
9  physically located within the fire scene and
10  does that location make sense as a point of
11  fire origin versus fire attack.  And it made
12  more sense as a fire attack as opposed to a
13  fire origin.
14       The arcing damage was also very
15  slight, indicating that the amount of energy
16  expended during the arcing event by the
17  electrical arc itself was probably minimal
18  and, as such, a less likely fire cause.
19      Q  Okay.  Point eight, what is that,
20  something debris?
21      A  Fire.
22      Q  Fire debris.  Alkaline batteries,
23  some parts from the modem PCB?

Page 134

1      A  Correct.
2      Q  All right.  I can read nine, and I
3  can read 10.  Okay.  And I've marked that as
4  Defendant's 5.
5          (Exhibit Number 5 was marked for
6           identification.)
7      Q  Mr. Flaherty, are you able to point
8  me to a photograph, a CT image or are you able
9  to point me to any physical evidence that
10  indicates to you or indicates to anyone a
11  manifestation of a short circuit internal to a
12  battery cell that resulted in a thermal
13  runaway?
14      A  Not directly, no.  That conclusion is
15  based on the consideration of the entirety of
16  the available evidence, fire scene, history of
17  the pack, et cetera.
18      Q  Okay.  So I'm correct that
19  Mr. Flaherty cannot identify a piece of
20  physical evidence that shows an internal short
21  circuit that resulted in thermal runaway.
22  True?
23      A  There is no remaining evidence of an

Page 135

1  internal short circuit of the battery pack.
2      Q  All right.  And we're getting close.
3  The question is:  Can you point me to a piece
4  of physical evidence that shows an internal
5  short circuit in any of the lithium-ion cells
6  that were collected from the scene?
7      A  The physical evidence encompasses the
8  entirety of the fire scene and all of the
9  investigation leading up to conclusions as
10  delineated in my report.  You're asking for a
11  single piece of evidence, no, there is no
12  single piece of evidence.
13      Q  I'm asking for any piece of evidence.
14  A photograph -- I mean, we've got photographs
15  --
16      A  All of the pieces of evidence.
17      Q  I'm sorry?
18      A  All of the pieces of evidence.
19      Q  All of those show a physical sign of
20  an internal short circuit?
21      A  All of them lead to the conclusion
22  that the only potential fire -- cause of this
23  fire is an internal short circuit in the RYOBI

Page 136

1  battery pack.
2      Q  I guess what I'm asking is can
3  Mr. Flaherty say look at photograph 574 or
4  look at my CT scans and there is a short
5  circuit?  Are you able to do that?
6      A  No.
7      Q  All right.  Are you able -- do we
8  have the emails yet?
9      A  I've been answering questions so no.
10      Q  I'm sorry.
11      A  It should take me less than five
12  minutes to take them to you.
13      Q  I probably have less than five
14  minutes of questions so let's go off.  And I
15  appreciate you doing that for me if you don't
16  mind.
17      A  Not at all.  I'll take care of that
18  right away.
19          (The deposition took a short
20           break.)
21      Q  (BY MR. YEAROUT)  All right, CJ.
22      A  All right.  I just sent an email with
23  attachments of all of the emails that I've

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Page 137

1    received from Jim Sobota.  Looks like there's
2    about eight of them.
3        Q  Okay.  Did you sent that to Chuck or
4    me or both?
5        A  Sent it to both of you.  Okay.
6        Q  All right.  So Mr. Flaherty, thank
7    you, first of all, for compiling and sending
8    those emails between you and Mr. Sobota.
9    There's some with Mr. Fratus.  It looks like
10   most of this is kind of logistics, scene and
11   lab coordination.
12       A  That was my recollection.
13       Q  Okay.  Have you -- to your knowledge
14   have you ever been -- has your testimony ever
15   been excluded or limited in any case in which
16   you have offered opinion testimony or
17   opinions?
18       A  Not that I know of.
19       Q  Okay.  During any of our breaks, have
20   you had any communications with Mr. Fratus?
21       A  No.
22       Q  Have you told me all of the opinions
23   you intend to offer in this case today within

Page 138

1    a reasonable degree of scientific certainty?
2        A  Yes.
3        Q  All right.  And have I been courteous
4    and respectful to you in my questioning today?
5        A  As is appropriate in this
6    environment, yes.
7        Q  That is as diplomatic of a qualifier
8    as I've ever heard.  That was good.  I
9    appreciate your time, Mr. Flaherty.  I for now
10   do not have any further questions.  Actually,
11   I do.  No, I don't.  I don't have know further
12   questions.  Thank you so much.
13       MR. FRATUS:  And I do not have
14   any further questions, and I probably already
15   know the answer but would you like to read or
16   waive?
17       THE WITNESS:  I would like to
18   read.  Whether or not I might actually be able
19   to do it is another question.
20       MR. FRATUS:  I know.  That's what
21   I was wondering because that requires time.
22   Yeah, that's fine.  So Mr. Flaherty will read
23   and we'll go with that.  You can send me the

Page 139

1    -- or send it to me or directly to
2    Mr. Flaherty.
3        MR. YEAROUT:  I'm going to mark
4    as Defendant's 7 the PowerPoint presentation
5    that we reviewed.  And I'll mark as
6    Defendant's 8 the list of testimony, CJ, that
7    you provided.  That's all I've got.
8        (Defendant's Exhibit Numbers 7
9        and 8 were marked for
10       identification.)
11       (The virtual deposition of
12       Christoph Flaherty concluded at
13       12:52 p.m. on July 12th, 2023.)
14
15
16
17
18
19
20
21
22
23

Page 140

1        COURT REPORTER'S CERTIFICATION
2
3        I DO HEREBY CERTIFY THAT THE TESTIMONY
4    CONTAINED IN SAID DEPOSITION WAS, BY ME,
5    REDUCED TO WRITING BY MEANS OF A COMPUTERIZED
6    TRANSCRIPTION.  THE SAID DEPOSITION IS A TRUE
7    AND ACCURATE TRANSCRIPT OF THE WHOLE OF THE
8    TESTIMONY GIVEN BY SAID WITNESS, AS
9    AFORESAID.
10
11       I DO FURTHER CERTIFY THAT I AM NOT
12   CONNECTED BY BLOOD OR MARRIAGE WITH ANY OF THE
13   PARTIES OR THEIR ATTORNEYS OR AGENTS, AND THAT
14   I AM NOT AN EMPLOYEE OF EITHER OF THEM, NOR
15   INTERESTED DIRECTLY OR INDIRECTLY IN THE
16   MATTER OF CONTROVERSY EITHER AS COUNSEL,
17   ATTORNEY, AGENT, OR OTHERWISE.
18       SIGNED THIS THE 27TH DAY OF JULY, 2023.
19
20       _____
         AMANDA BARBAO
21       MY COMMISSION EXPIRES:
22       01/24/2026
23       LICENSE #669

Christoph Flaherty                                                    7/12/2023

Page 141

1        DEPONENT'S SIGNATURE
2     State Farm
3     Vs.
4     Techtronic
5
6
7            DECLARATION UNDER PENALTY OF PERJURY
8         I declare under penalty of perjury that I
9     have read the entire transcript of my deposition taken
10    in the captioned matter or the same has been read to
11    me, and the same is true and accurate, save and except
12    for changes and/or corrections, if any, as indicated by
13    me on the DEPOSITION ERRATA SHEET hereof, with the
14    understanding that I offer these changes as if still
15    under oath.
16         Signed on the ___ day of _____, 20___.
17
18    _____
19    Christoph Flaherty
20
21
22    SIGNATURE: _____  DATE: _____
23
24
25

Page 142

1            DEPOSITION ERRATA SHEET
2     Page No. ____ Line No. ____ Change to: _____
3     _____
4     Reason for change: _____
5     _____
6     Page No. ____ Line No. ____ Change to: _____
7     _____
8     Reason for change: _____
9     _____
10    Page No. ____ Line No. ____ Change to: _____
11    _____
12    Reason for change: _____
13    _____
14    Page No. ____ Line No. ____ Change to: _____
15    _____
16    Reason for change: _____
17    _____
18    Page No. ____ Line No. ____ Change to: _____
19    _____
20    Reason for change: _____
21    _____
22    Page No. ____ Line No. ____ Change to: _____
23    _____
24    Reason for change: _____
25    _____

Page 143

1            **** CONTINUED****
2     Page No. ____ Line No. ____ Change to: _____
3     _____
4     Reason for change: _____
5     _____
6     Page No. ____ Line No. ____ Change to: _____
7     _____
8     Reason for change: _____
9     _____
10    Page No. ____ Line No. ____ Change to: _____
11    _____
12    Reason for change: _____
13    _____
14    Page No. ____ Line No. ____ Change to: _____
15    _____
16    Reason for change: _____
17    _____
18    Page No. ____ Line No. ____ Change to: _____
19    _____
20    Reason for change: _____
21    _____
22    Page No. ____ Line No. ____ Change to: _____
23    _____
24    Reason for change: _____
25    _____

36  (Pages 141 to 143)

Christoph Flaherty                                            7/12/2023

## A

**a.m** 1:19 2:9 6:9
  97:23 98:1
**a/s/o** 1:9
**ability** 115:10
**able** 10:20 16:11
  20:4 21:8
  34:18 56:16,17
  65:1 84:12,23
  94:6 97:18
  107:16 121:13
  134:7,8 136:5
  136:7 138:18
**absent** 64:2,5,6
**Absolutely**
  38:18 57:21
**abstract** 42:3,19
**abuse** 104:17,20
  105:2,9,11,13
  105:17,20,21
  106:1,6,15,17
**AC** 118:10
**Academy** 15:10
  15:18
**access** 8:1
**accurate** 140:7
  141:11
**achieve** 90:13
**acting** 6:4
**ACTION** 1:4
**activities** 61:15
  64:10
**activity** 37:10,11
**actual** 14:7
**add** 13:5 68:17
  115:21
**addition** 13:8
  15:7
**additional** 18:11
  28:9 57:15
  60:15 85:6
**address** 117:6
**addresses**
  121:16
**adequate** 60:21

**Advances** 25:10
**AFDI** 84:22
**affect** 10:14
  121:12
**AFORESAID**
  140:9
**afternoon** 36:23
**AGENT** 140:17
**AGENTS**
  140:13
**ago** 18:6 24:15
  48:2,3 55:13
  79:21
**agree** 33:15 37:7
  37:13 39:5
  41:6,12 42:4
  42:15 53:14,19
  61:5,7,9,16
  63:13,23 64:3
  64:7,17 70:18
  70:23 75:19
  88:6,16 104:14
  104:17 105:5
**agreed** 2:2,10,16
  53:15 89:11
  93:22,23
**ahead** 28:23
  50:21 123:21
  128:1
**air-handling**
  52:8 118:10,12
  118:15
**aircraft** 13:16
**Alabama** 2:7
  5:10 6:2,3,5,9
  76:8
**alkaline** 71:12
  116:5,9 133:22
**allegedly** 56:9
  58:1,11,15,19
  59:5,13
**allow** 59:17,20
**allowed** 35:3
**allows** 63:6
**Allstate** 46:1
  123:17

**Amanda** 1:22
  2:5 6:1 140:20
**AMERICA** 1:12
**amount** 58:9
  133:15
**amperage** 84:1
**analysis** 10:9
  13:7 27:20
  113:18 119:6
**analyze** 62:16
**analyzing** 12:10
**and/or** 141:12
**ANNAPOLIS**
  5:5
**annotated** 52:18
**annotations**
  129:13
**anodes** 14:7
**answer** 10:22
  37:21 40:22
  79:1 138:15
**answering** 22:21
  136:9
**anybody** 8:15
  60:17
**apart** 91:8
**apologize**
  107:15 111:9
**apparent** 77:20
**apparently**
  73:22
**appear** 40:10,12
**appears** 71:5
  74:13 76:16
  82:20
**applicable** 14:18
  24:8 25:16
  27:22 113:17
**applies** 61:22
**applying** 63:20
**appreciate** 7:19
  22:11,18 82:1
  121:23 136:15
  138:9
**approach** 68:10
**appropriate**

138:5
**approximately**
  2:8 6:9 45:6
  122:8 132:11
**arc** 132:10
  133:17
**arcing** 132:13
  132:16,17
  133:6,8,14,16
**area** 45:3 64:21
  65:7,8 66:2
  70:9 71:1
  95:11 114:17
  115:5 117:23
  118:1 131:22
**Armand** 25:1
  26:4
**arranged** 90:7
**arrangement**
  31:16 112:11
**array** 57:1,17
**arrive** 59:22
**arrow** 52:19,19
**article** 24:20
  25:21 26:11,15
  27:1,2,2,14
  28:21 29:8
  41:19 42:3
  54:8 55:10,12
  56:1 57:22
  60:2 66:15,22
  66:23
**articles** 12:9,16
  23:12 24:11
  26:2,7,9,12
  27:5 54:1,2
  56:3,6,12 67:7
**arts** 71:22
**ashtrays** 79:15
**asked** 85:9
  107:15 110:12
  111:10 124:17
**asking** 135:10
  135:13 136:2
**aspect** 9:19 40:3
  120:20

**aspects** 68:19
**assign** 2:20
**assist** 8:12
**associate** 126:23
**associated** 12:11
  13:21 27:13
  112:17
**assume** 83:2
  114:9 118:7
  131:16
**assuming** 44:11
  61:3 114:4
**attachments**
  136:23
**attack** 41:15
  43:8,9 53:18
  88:9 89:15
  94:3 96:3
  110:4,11,15
  133:2,11,12
**attacked** 41:23
**attempt** 12:15
  91:4,13
**attempting**
  131:8,11
**attention** 77:14
**attorney** 5:4,8
  19:17,19
  140:17
**attorneys** 44:12
  45:8 140:13
**attribute** 87:21
**attributes**
  104:10
**authentic** 59:13
**author** 28:19
**authoritative**
  29:9
**authorization**
  124:5
**authorizes**
  124:8
**authors** 24:12
  25:11 28:20
**Auto** 46:6
**available** 117:14

134:16
**avoid** 8:4
**aware** 66:14
   67:5
**AWG** 131:23

---

**B**
**bachelor's** 11:20
**back** 17:12
   33:17,19 34:6
   47:13 57:22
   59:6 78:17
   97:1 107:12
   111:20 112:12
   120:15
**background**
   67:12 79:6
   91:12 110:20
**bag** 71:12 82:17
**BALTIMORE**
   5:5
**Baltimore/Wa...**
   45:3
**banging** 125:13
   125:20 126:3
**Barbao** 1:22 2:5
   6:1 140:20
**Barnett** 110:18
**base** 12:20 23:15
**based** 9:4 10:1
   17:4 18:15
   24:5 32:1 52:3
   53:6 75:5 79:7
   98:2 103:4,21
   103:23 104:2,3
   106:15,16,19
   117:13 119:5
   134:15
**basement** 36:7
   70:3 78:10,17
   78:18 79:7,9
   79:17 89:8
   114:19 125:14
   127:16
**basic** 42:18
**basically** 13:19

24:5 49:6
81:13 90:15
91:14 92:20
123:23
**basis** 55:2 72:19
   75:22 81:17
   93:4 111:3
   113:4 120:21
   120:23
**batteries** 12:11
   12:12,13,21
   13:8,20 14:19
   15:13 23:13,14
   24:21 26:1
   28:6 43:9
   71:13 79:22
   81:21 97:22
   116:5 133:22
**battery** 11:4
   12:1 13:2,11
   13:17,17 14:21
   15:1,15,19,22
   16:9,16 25:8
   25:14 26:15,20
   27:20 28:4,18
   29:22 30:6,12
   30:14 31:6,8
   31:10,20,23
   32:4,8 33:3,5,9
   33:11,13 39:1
   39:10,16,21
   40:12,13 41:1
   41:3,8 47:18
   48:6,12,16
   49:7,11 52:7
   54:9 55:12
   56:14,22,23
   57:8,11 58:11
   58:11,15,18
   59:4,6,12,14
   66:17 72:12,12
   72:22 73:2
   74:14 75:16
   76:16 80:5,16
   80:21 81:1,11
   81:13,14 82:3

82:18 83:15
84:3,7,15,16
85:18 86:3,5
86:17,23 87:2
88:11 89:12
92:16 93:23
94:1 95:2 96:5
97:10 98:5,20
99:11,15 101:3
101:8,11,13,22
102:20 103:3,7
103:11,17
104:4,7 106:20
108:13,18
109:12,15,18
110:23 111:12
111:20 112:12
115:5,11,15,17
116:9 118:4,20
119:20,21
127:3 128:13
128:19,22
129:15,18,20
130:23 131:7
134:12 135:1
136:1
**battery's** 98:16
**bearing** 85:14
   85:19 108:21
   109:4 114:12
**beds** 10:6
**beginning** 38:19
   99:12,15
**begins** 99:21
   103:10
**behave** 39:11,13
**believe** 18:7
   20:7 25:17,18
   43:17 57:9
   63:11 74:19
**Ben** 7:11
**beneath** 89:3
**best** 10:21 45:22
   50:1 86:14
**better** 24:21
   35:23 90:13

**beyond** 32:23
   33:2 65:19
**Bible** 63:15,17
**billed** 123:9
**bins** 79:15
**Birmingham**
   2:7,7 5:10 6:2
   6:8,8
**bit** 14:5 21:6
   35:3 45:2
   47:12
**black** 47:23
   48:12 127:15
**blaming** 124:19
**BLOOD** 140:12
**blows** 115:16
**blowups** 9:9
**blue** 75:11,11,15
   75:17
**board** 30:16
   31:5,19,20
   32:2 85:17
   87:1,10,13,19
   87:22 88:4,13
   88:18 104:12
   123:21 124:1
   129:15,16,17
   131:7
**bodies** 108:6
**bottom** 70:15,17
   129:12 130:2
   130:13,15
**bought** 58:15
**BOULEVARD**
   5:5
**branch** 131:23
**break** 22:2,14
   38:16,20,22
   69:7,10 120:10
   120:13,15
   136:20
**breaking** 61:23
**breaks** 22:14
   137:19
**Brethren** 46:1,2
   46:3

**Brian** 110:18
**brief** 38:16 69:7
**briefly** 22:22
   27:7
**brought** 68:12
**Brown** 7:11
**bucks** 50:18
**Building** 24:21
**building's** 117:2
**bullet** 130:22,23
   131:19
**bullets** 130:21
**bunch** 71:12
   94:7
**burn** 42:13
   64:22 66:2
   87:20
**burned** 87:16
**burning** 126:10
   126:20
**burst** 98:17
**business** 48:21
**butts** 79:17
**bypass** 94:7

---

**C**
**C** 5:1,8
**C-I-A-R-A** 9:16
**C-wall** 132:5
**calculated** 122:7
**call** 8:10 26:9
   41:2 79:15
**called** 25:10
   26:15,17,19
   63:11 69:21
   76:20
**calls** 127:13
**Camel** 65:23
**capability** 81:21
**capacity** 31:18
   59:10 84:4
**capital** 46:19
**captioned**
   141:10
**care** 63:12
   136:17

career 16:15
carefully 35:5
carry 77:9
cascading
  115:17,18
case 7:16 8:18
  9:2 13:15 14:1
  14:12,14,17
  15:10 19:9
  20:10 22:9
  23:16 25:16
  29:19,19,20
  30:13 31:1,3
  32:7,23 36:3
  43:16 45:1
  46:23 47:19
  48:15 49:7,18
  55:3 59:21,23
  60:3,7 68:6,16
  68:18 81:18
  82:3 83:22
  85:21 89:2
  98:9 104:12
  105:8 109:6
  113:6 115:2
  120:18 122:5
  122:13 125:5,6
  133:7 137:15
  137:23
cases 30:16 31:5
  39:21 44:10,16
  44:18,22 45:1
  45:7,10,11,16
  92:8
casings 104:7
CASUALTY
  1:8
catches 115:16
cathodes 14:7
causation 43:2
causative 39:12
  40:6 41:3
  133:4
cause 6:11 17:7
  17:9 30:8 36:2
  37:14,18,22

38:3 42:11
48:11 49:12
66:2 95:10,18
116:22 126:1
133:18 135:22
caused 40:14
  48:15 86:3
  93:5 94:19,21
  95:3 96:6 97:7
  100:19 106:9
  108:10
causes 64:21
  95:22 100:4,12
  120:1
causing 99:23
  100:1 115:11
CCR 1:22
CED 49:21,22
  49:23
cell 13:21 26:17
  40:17,18,19
  41:2,3,3,8,9
  42:8,11 47:17
  52:20,21,22
  53:9,12,14,16
  53:17,18 72:13
  73:2 76:16
  77:3,7,13,15
  77:19 78:2
  85:10,15,18
  88:1 94:1 96:9
  96:12 99:13
  100:4,6 101:3
  101:13 102:6
  102:14 103:9
  107:16,22
  110:1,3,14
  111:5 113:23
  115:8 129:18
  129:22 134:12
cells 13:19 14:3
  14:4,11 27:14
  28:18 31:14,15
  31:20 39:2,10
  39:16,16,21
  40:4,12,13

41:14,23 42:21
43:6,11 53:3
80:13 82:18,20
83:1 84:5,7
85:3,4 86:11
86:17 88:23
89:2,2,7,12
90:7,8,22 91:7
91:15 92:7,16
93:6 94:13
95:4 96:5,8,12
97:13 101:8
102:9,10,18
103:13 104:11
107:10,13
108:7 110:10
110:23 112:2,8
112:10,18
113:15 115:12
115:19 126:21
129:3,6,15,19
129:20 130:3,4
135:5
central 54:11
  55:10 56:1
certain 13:9
  32:18 116:9
certainty 53:9
  59:19 94:15
  95:7 100:17
  106:12 127:1
  138:1
CERTIFICA...
  3:6
CERTIFICA...
  140:1
certified 2:5 6:1
  16:19,20
certify 6:4 140:3
  140:11
cetera 21:5 82:5
  134:17
CFEI 16:20 17:5
  37:7
chain 128:18
chains 35:11

chainsaw
  128:14
challenge 42:9
Challenges
  25:23
change 9:20,22
  10:9 65:21
  142:2,4,6,8,10
  142:12,14,16
  142:18,20,22
  142:24 143:2,4
  143:6,8,10,12
  143:14,16,18
  143:20,22,24
changes 141:12
  141:14
Chapter 61:4
characteristic
  133:1
characteristics
  12:14,17 43:7
  61:14 73:15
  87:6 104:10
  106:23
characterizati...
  9:23 36:20
  38:5 59:15
  105:17 111:8
characterize
  10:4 12:3,4
  44:3 83:19
  85:7 127:4
characterized
  35:9 68:21
characterizing
  106:16
charge 83:16,17
  83:20 128:20
  130:12
charged 30:14
  30:17 58:9
  99:4,7 124:22
  128:21
charger 14:21
  15:2 29:22
  30:1,6 48:16

74:14 75:1,18
97:23 98:6,14
99:1 103:2,19
119:22 128:22
130:11 132:1
chargers 12:2
charges 108:19
charging 30:19
  59:1 106:22
  120:3
CHARLES 5:4
chase 16:13
cheaply 32:3
  33:12 85:17
chemistry 14:6
  80:10
Chicago 48:18
  48:19 49:5
child's 71:22
chose 75:9
Chris 7:15
Christoph 1:16
  2:4 3:3 6:10,15
  7:5 139:12
  141:19
CHRISTOPH...
  5:8
Chubb 46:19
Chuck 6:23
  20:22 137:3
Ciara 1:9 9:15
CID 112:4 113:3
  113:15 114:10
CIDs 112:8
  114:2
cigarette 37:14
  37:17,22 64:18
  64:20,23 65:1
  65:4,6,7,11
  66:1,3,8,18
  79:16 117:11
cigarettes 36:7
  38:2 65:18
  66:21 67:3
  78:8,14
Cincinnati

46:18
circle 75:12,17
  129:22
circled 130:3
circles 129:2
circuit 16:12
  41:10 43:12
  57:10 81:11
  82:8 87:1,9,13
  87:19,22 88:1
  88:4,13,18
  93:6,13,17,21
  94:16 95:4,20
  96:3,4,6,13,16
  96:16 97:14,14
  98:11,13,15
  99:9,12,16,18
  100:1,18,22
  101:2,9,10,21
  103:9 104:11
  104:16 107:13
  107:22 108:23
  110:2 111:21
  113:5,20
  114:14 115:4,7
  119:23 129:15
  129:16 131:7
  131:23 132:18
  132:19 134:11
  134:21 135:1,5
  135:20,23
  136:5
circuited 127:2
circuitry 106:20
circuits 97:6
circumstances
  37:23 68:11
  89:14
cited 119:19
citing 112:15
Civil 1:4 6:5
CJ 10:19 38:23
  69:16 123:20
  136:21 139:6
claim 47:20
claims 19:10

Classes 13:3
clean 131:11
cloaked 21:21
close 43:18
  50:18 52:8
  120:9,10
  128:17 135:2
closer 50:22
CNA 46:18
coefficient 112:3
  113:3
cognitive 119:15
cognitively
  119:1,8
cold 49:4
colleague 7:11
collect 62:13
collected 89:1,3
  135:6
collection 62:2
  64:15
combustible
  73:6
combustibles
  64:21 65:9
  71:8 115:23
come 9:3 80:3
  90:10 91:8
  124:2
comes 123:12
coming 46:9
commencing 2:8
  6:9 124:4
comment
  129:16
Commercial
  25:8,14 27:13
  112:17
COMMISSION
  140:21
Commissioner
  6:4
communication
  124:3,9
communicatio...
  16:7 21:13,20

21:22 22:3,16
  121:10 137:20
companies
  45:18,21 46:15
  50:4
company 1:8
  16:3 46:22
  123:17
comparison
  119:1,10
compile 22:15
compiling 137:7
complete 60:22
  105:3
completely
  22:21 65:19
complex 68:9
  84:20
compliance 2:13
compliment
  7:10
component
  116:4,14 118:5
  118:7
components
  16:6 87:15
composite 122:1
compound 72:1
  72:3
comprises 44:9
computed 90:3
computer 8:1
COMPUTER...
  140:5
concept 73:3
conceptually
  31:13
concerned 35:17
  35:19,22 67:16
concerning
  15:22
concluded
  139:12
conclusion 86:2
  93:9 113:19
  134:14 135:21

conclusions 10:9
  84:21 135:9
condition 81:15
conditions 25:9
  25:15,17 32:18
  65:15 68:12
  81:16,17 82:10
  82:11,12
  116:10
conduct 61:21
  80:20 98:18
conducted 57:7
  102:16
conducting
  99:11
conductors
  87:11 132:19
confidentiality
  19:11
configuration
  31:15
confirmed
  123:23
connected
  112:11 140:12
connection
  14:12 20:9
  100:12 122:4
consider 28:23
  29:8 64:2,4,5
  118:9
consideration
  36:1 86:10
  119:11 134:15
considered
  87:23 114:20
  116:3,13,19,20
  116:23 117:5,7
  132:22
consisted 13:18
consistent 88:2
  88:14 93:18
  94:18 126:19
  126:21
constant 125:19
  125:23

conclusions 10:9
constraints 21:3
constructed
  65:16
construction
  31:13
consultant
  47:19
consulting 15:6
  16:14 49:20
consulting/ex...
  43:23
consumed 66:9
  66:19 87:14
consumption
  87:10
contact 58:6
  123:10,10
contacts 87:11
contained 74:9
  140:4
container 71:12
  72:5,14,15
  73:5,9
containers
  79:14,16
containing 73:5
  79:16
contaminant
  102:9,17
contaminants
  102:2,22
content 39:3
contents 71:8
context 47:7
  77:23 78:20
  79:7 133:8
CONTINUED
  143:1
contractor's
  48:21
contribution
  117:1
control 23:5
controlled 42:22
controls 32:5
CONTROVE...

Christoph Flaherty                                      7/12/2023

140:16
conversation
19:16,18,23
20:6 34:10
123:14
conversations
51:15 124:23
convincing
85:22
coordinating
90:21
coordination
137:11
copies 19:2
20:14 23:11
copper 87:10
131:1
copy 17:23
89:21
cord 71:16
116:16,21
118:5 129:9
130:16,18
132:7,13 133:6
corpus 66:13
correct 11:1,5
16:23 17:2
20:11 25:19
32:22 60:4
62:15 63:8,9
70:13 74:18,19
91:6 92:23
94:17 99:3
100:22 102:19
108:4,8,11,12
109:14 123:4
129:3,6,23
132:3,14 134:1
134:18
corrections
141:12
correctly 131:23
correspondence
21:4,4
counsel 2:3,18
2:19 6:7 45:4

140:16
counting 122:22
couple 15:7
23:12 26:6
29:14 46:15
132:2
course 15:14,18
15:21 37:13
98:16 99:20
118:18 121:15
courses 15:11
court 1:1,21 2:5
2:14 3:6 6:1,19
96:23 140:1
courteous 138:3
courtroom 9:4
covers 71:18
crafts 71:22
create 81:9
created 91:16,18
creative 46:9
criteria 33:2,11
57:14,16
critical 27:20
CT 41:13 90:4
90:14,21 91:20
92:12,19,21
93:1,9,11,15
94:6,10 95:15
95:17 97:9
102:7,15,20
103:21 107:5,9
110:1,14
111:12,18,20
134:8 136:4
CTs 108:2,5
current 112:4
122:19
currently 8:2
cut 16:13
cute 77:17
CV 3:15 15:10
16:18 69:15
cycles 108:19
Cylindrical
28:17

**D**

D 3:1
damage 71:5
87:22 88:4,13
88:16,19 92:13
93:2 96:14
100:11 107:3
133:1,14
damaged 42:5,8
87:9 88:7
107:6 108:3
110:10 133:5
damages 41:22
dangerous
98:18
data 61:6,11
62:2,13,16
64:15 93:10
112:21
date 6:5 21:11
26:21 122:9
141:22
Dave 26:18 27:1
day 140:18
141:16
days 18:6
deal 10:19
dealing 31:11
debris 133:20,22
December 7:9
26:18 92:4
decent 83:18
decision 90:20
Decker 47:23
48:12
DECLARATI...
141:7
declare 141:8
deductive 62:22
defect 93:7 95:5
97:16 100:3,7
106:8 107:14
109:8
defendant 1:13
5:7 7:15 17:22

Defendant's
67:20 69:15
121:4 122:1
134:4 139:4,6
139:8
defending 47:20
defense/liability
47:16
defer 71:3,4
75:20,21
define 62:10
definitely 49:8
67:10
definition
106:15
definitively
95:17
deformation
40:23 41:7
82:4
degree 11:20,21
53:8 59:19
66:17 67:3
94:14 95:6
100:17 106:12
120:3 127:1
138:1
degrees 11:19
delaminated
87:13
delete 55:5
delineated
135:10
demonstrate
66:17
demonstrating
42:23
demonstration
41:22
demonstrative
81:20
demonstratives
9:9
dendrite 104:22
106:3
dendrites

105:22
denied 36:19
Dennis 29:12
department
74:20
depending 19:7
37:19,22 73:20
85:5 123:16
126:9
depends 65:3
depicted 75:1
81:3 87:7 88:8
depicting 94:10
depiction 97:6
depicts 70:8
130:7,15
DEPONENT'S
3:7 141:1
deposition 1:15
2:4,11,12,21
3:8,11 8:3,8
10:7,12 17:14
17:22 19:2,8
20:4,8,15
33:18,20 35:2
35:14 37:3,5
38:15,21 49:10
49:17 53:16
69:9 75:14
120:12 122:22
125:18 136:19
139:11 140:4,6
141:9,13 142:1
depositions 2:15
9:15 20:3
33:22 34:5,14
34:15,17 36:5
36:21 38:13
described 10:6
86:8 126:9
describes 42:18
43:1 62:5
design 11:3
32:16 109:8
114:1
designated 84:4

Christoph Flaherty                                                7/12/2023

designed 14:20
desk 7:21 36:18
  78:16 79:5,9
  79:17
desoldered
  87:12
destroy 65:11,19
  104:6
destroyed 67:4
  91:7 102:10
detail 11:11
  121:8
detectors 127:13
determination
  113:19
determine 13:20
  67:3 68:10
  84:12 101:1
  133:3
determined
  71:16 72:6
develop 62:18
  98:13 99:20
  100:5
developed 12:6
  16:5 63:21
  98:15 116:2
  126:11 127:23
  128:2
developing
  99:12
development
  12:13 15:1
  93:5 95:3 96:7
  98:10 99:18
  101:20 108:22
device 112:3,4
  113:3 116:18
devices 7:19
  112:7 113:15
  114:5
diesel 73:22
differences 10:5
different 14:3,6
  14:16 19:17
  23:12 29:14

31:9 54:9 59:8
  59:10,10 73:18
  73:19 74:3
  81:8 100:12
  121:15
differently
  39:11,14 40:5
  40:8,20
difficult 25:12
  40:10 77:16
  116:11
difficult-to-see
  77:19
Digi-Key 26:19
  27:1
diplomatic
  138:7
direct 95:16
  124:3
directly 14:15
  27:22 36:13
  93:8 134:14
  139:1 140:15
disagree 38:6,9
  76:2 111:2
discarded 37:14
  37:17,20,21
  64:20 65:7
  117:7,8,10,19
  117:22
discarding 36:1
discharge 25:9
  100:5 106:23
discharged 58:9
discharging
  103:8 105:22
discovered
  39:17,20
discrepancies
  10:5
discussed 66:16
discussing 110:9
discussion 38:14
  121:18
disengaged
  128:22

displays 9:7
disprove 63:4
  118:22 119:16
dispute 111:7
dissipate 115:11
dissipated
  103:17
distillates 73:19
distillation
  73:20
distributed
  33:13 85:18
DISTRICT 1:1
  1:2
DIVISION 1:3
document 12:18
  18:10,13
documented
  9:20 10:15
  58:22 71:20
  101:15
documents 7:20
  12:19,23 56:20
  120:17,21
dog 35:10
doing 16:14
  49:20 56:11
  83:5 89:20
  136:15
door 78:17
  127:16
double 29:16
doubt 27:4
dozen 23:11
  24:15 44:10,10
  44:17,17
dozens 44:4,15
drained 30:22
draw 77:14
Drew 70:6,7
drive 101:13
driving 91:3
drop 82:5
Dropbox 22:17
drywall 72:1,3
DSC 82:17

due 92:13 93:3,6
  95:4 105:3,4
  105:22 107:13
duly 6:16

_____

E

E 3:1 5:1,1
  29:16
e.g 106:2
earlier 67:8
  118:3 123:8
earliest 123:7
easily 21:8
Edition 28:6
effect 2:13
effort 58:5
  118:21
eight 30:1,3 75:8
  103:1,18
  119:22 133:19
  137:2
either 37:9
  41:15 53:17
  75:6 110:5
  126:10 140:14
  140:16
ejected 92:7
electric 27:21
electrical 8:9
  11:16,21 35:4
  52:13 59:18
  68:19 96:20
  100:4 103:7
  104:20 105:11
  105:17,19,21
  106:1,6,15,17
  116:3,13,15,18
  117:1,2,4,15
  118:4,6 123:15
  124:1 132:17
  132:18 133:1
  133:17
electricity 98:19
electrode 92:9
  92:13 93:2
electrolyte

103:15 115:13
  115:15,21
electronic 21:4
Electropedia
  26:16 27:1
elements 14:6
eliminate 86:9
eliminated
  96:15
elimination
  95:21
email 21:5,7,13
  121:16 123:2,5
  123:6 124:14
  136:22
emails 3:21
  121:9,22 136:8
  136:23 137:8
embossed 131:6
emergency
  13:16
emission 81:4
emitting 79:23
emphasize
  53:10
EMPLOYEE
  140:14
enable 131:17
enclosure 87:18
encompasses
  135:7
encountered
  66:8
endeavor 18:16
  68:9 84:20
energetic 72:23
energetically
  42:13
energized 29:23
  99:1
energy 25:3
  42:12 81:20
  99:4,10 103:7
  103:16 133:15
engineer 8:9
  52:13 59:18

117:15 123:16
124:1
**engineering**
11:16,17,19,22
56:20 68:2
120:17
**enter** 107:23
115:19
**entered** 81:22
97:10
**enters** 103:11
115:8
**entertaining**
109:5
**entire** 141:9
**entirely** 19:9
21:21 74:2
**entirety** 122:3
134:15 135:8
**entities** 12:10
**entitled** 24:21
55:10
**entrance** 69:22
**entry** 123:2,7,8
**environment**
138:6
**Erie** 46:5
**ERRATA** 3:8
141:13 142:1
**essence** 43:5
**essentially** 45:12
131:13
**estimate** 45:5,6
47:14 122:16
**et** 21:5 82:5
134:17
**event** 96:17,19
97:8 115:18
133:8,16
**eventually**
103:12 115:11
115:22
**everyone's**
70:14
**evidence** 2:22
7:9 48:5 65:1

65:11 66:3,9
85:22 92:3,5
93:11,15 95:12
95:16 96:15
109:6 117:14
119:3 134:9,16
134:20,23
135:4,7,11,12
135:13,16,18
**evolution** 25:2
30:19,20
**exactly** 38:4
40:21 42:2
71:15 74:4
**exam** 7:9,12
48:5,8 86:21
92:3,5 118:15
**examination** 3:5
6:12 7:2 91:11
92:21
**examined** 6:16
**example** 55:18
63:20 73:21
**examples** 32:17
33:5 56:22
91:12
**exception**
105:16
**excessive** 115:19
**exclude** 86:1,2,4
**excluded** 137:15
**excuse** 17:1 94:9
**exemplar** 13:20
91:10,11
101:19 102:20
111:11
**exemplars** 101:1
119:14
**Exhibit** 3:10,12
3:14,16,18,20
3:22 4:1 17:13
17:16 67:21
69:17 121:5,19
134:5 139:8
**exhibits** 132:13
**exit** 78:17

**expect** 56:17
59:8
**expelled** 39:2
**expels** 89:12,12
**expended**
133:16
**experience** 37:6
74:3
**experiencing**
111:21
**expert** 45:19
47:19 49:20
50:3
**EXPIRES**
140:21
**explicitly** 15:12
**explode** 59:2,3
**exploded** 58:12
58:15,20 59:5
59:13
**explosion** 16:19
28:4 55:11
68:5
**exposed** 110:4
111:14
**expulsion**
103:13,14
126:14
**expulsions**
115:20
**extension**
116:21 118:5
130:16,18
132:7,13 133:6
**extent** 54:22
113:14
**external** 39:1,6
41:15 43:7,8
53:17 57:9
81:4,10 82:7
88:9,19 89:15
94:2 96:2,3,4
97:11 102:1
104:6,9 105:4
110:4,10,15
111:14

**externally** 116:8
119:4
**eyewitnesses**
61:12

_____

**F**

**Facing** 26:1
**fact** 38:2 41:18
51:9 53:9
**factor** 59:9
**factual** 67:12
**FAIC** 125:7
**fail** 30:8 43:12
72:13,13 99:21
99:23,23
**failed** 29:22 30:2
52:20,22 53:9
53:11,14,16,17
127:3
**failing** 107:22
**failure** 8:10
13:20,23 14:16
25:9,18 27:19
41:9,16 53:18
55:19,22 80:21
81:6,9 84:12
84:18 86:3,5
88:1,9,20
89:16 101:2
105:7 108:10
109:7,9 110:3
110:22 111:22
113:5,17 116:4
116:13,20,23
118:4 120:6
**failures** 26:16
26:20 66:17
72:22 80:5,7
80:16 81:8
84:16
**fair** 10:16,22
11:4,8,12 17:7
33:13 43:12
55:3 57:12
117:12 124:7
131:15

**fall** 74:7
**familiar** 28:21
60:23 61:3,13
110:17
**Famous** 128:8
**far** 9:5 13:23
29:17 35:4
57:5 67:15
103:5 113:18
130:4
**Farm** 1:8 8:9
36:14 43:18,20
43:23 44:6,12
44:16,19 45:7
45:10,15 46:20
60:17 75:6
123:10,15,17
124:4,8 141:2
**faster** 115:10
**fault** 96:7
**FDA** 85:11
**FDA921** 118:3
**feasible** 95:10
**features** 28:17
42:20,23 43:1
43:11 87:6
**February** 9:21
10:13 25:1
57:23
**FEC** 123:1
**federal** 21:19
**feel** 78:22
**feet** 73:1
**Fernandez** 9:17
33:23 34:15
36:6,13,19
60:18 75:6
108:17 109:12
128:12
**fiber** 16:6
**fields** 11:19
**figure** 84:23
**file** 8:1 18:17
21:7 24:10
33:19 34:4
38:12 54:3,6,8

Christoph Flaherty                                              7/12/2023

Page 151

54:14,18,21,23
55:16 56:20
**fill** 38:17
**filtered** 66:1
**filters** 66:18
**final** 9:10 63:8
118:19 119:6
**find** 56:16,17
65:1 66:4
77:21 78:19
**fine** 6:22 25:13
27:11 76:10
138:22
**finish** 20:18
**fire** 1:8 8:13
16:19 28:3,18
30:9 35:6 36:2
36:8 37:1,15
37:18,22 39:2
39:10,12 40:5
40:6,14,17
41:4 42:1,9,9
42:11 43:2,7,9
48:7,11,15
49:8,12,13
52:5 53:13,18
61:22 63:12,15
63:16 64:12,22
64:22 65:5,8
65:10 66:2,2,9
67:13 68:5,8
68:11 70:9
71:2,5,9 74:19
74:20 75:17,19
81:1,5,22 86:3
87:3,20 88:9
88:19 89:15
94:2 95:10
96:3 97:11,21
98:21 100:19
103:15 104:6,9
108:16 110:4
110:11,15
111:15 114:18
115:17,22
116:22 118:16

119:2,3 123:18
125:13 126:2,8
126:10 127:20
127:22 130:12
133:2,5,9,11
133:11,12,13
133:18,21,22
134:16 135:8
135:22,23
**Fireball** 55:11
**fires** 13:7 38:3
42:22 66:19
67:4
**first** 6:16 43:19
53:23 62:7
68:13 101:7
109:3,7 115:3
115:14 116:17
124:14 130:21
137:7
**five** 13:18 31:3
48:3 98:6,13
121:21 122:16
122:18 130:20
132:1 136:11
136:13
**five-amp-hour**
128:14
**five-minute**
120:10
**fixture** 132:4
**Flaherty** 1:16
2:4 3:3 6:10,15
7:3,5 17:15
21:20 68:2
69:12,21 76:5
78:5 79:11
83:5 87:7
94:22 97:4
115:1 120:15
134:7,19 136:3
137:6 138:9,22
139:2,12
141:19
**flame** 72:14
73:13

**flames** 73:1
79:23 81:4
98:17
**flammability**
73:16
**flammable**
103:14 115:12
115:15,21
**flash** 67:18
**floor** 74:21 77:7
79:6,8 89:3,8
**Flow** 130:19
**flowchart** 62:6
**focuses** 68:18
**foil** 131:1
**follow** 68:23
**following** 6:12
63:7 65:4
133:2
**follows** 6:17
**force** 2:13 81:14
98:19
**forcible** 126:14
**forcing** 101:10
**foregoing** 6:6
**foreign** 100:10
102:5,8,13,17
102:17,22
105:19 108:6
**form** 2:18 12:18
23:14 59:9
101:12 112:12
113:4 120:21
120:23
**formation**
105:21
**formed** 9:11
**formulate** 48:10
53:7
**formulated**
29:21 52:3,21
53:2
**formulation**
62:2
**found** 39:15
74:16 89:8

**four** 23:18,23
24:1 28:9,13
30:11 31:2
70:17 74:11
89:4,23 103:3
115:5 119:18
129:19 130:6
130:14 131:19
131:21
**four-amp-hour**
128:13
**four-dozen** 45:9
**frames** 120:4
**FRANKLIN** 5:9
**Fratus** 5:4,4 7:1
18:16 19:12,18
21:16 22:17
34:9,11 35:1
38:14 44:7,13
44:17,23 45:7
55:18 56:2
58:1 60:17
137:9,20
138:13,20
**front** 7:21,23
**fuel** 42:14 68:13
72:6,15 73:5
73:10,13,15,22
74:6 115:3,14
115:21
**full** 2:13 83:16
83:17
**fully** 99:4,6
**further** 2:10,16
45:2 138:10,11
138:14 140:11
**fussing** 25:20
**Future** 25:3

———————
**G**
**gas** 126:16,18
127:8,11
**gasoline** 74:2
**general** 12:5,7
12:12 23:14
24:4 45:10

73:3 85:20
111:8
**generally** 8:3
14:18 44:23
51:23,23 62:5
77:9,15 123:18
**generate** 31:17
98:19
**generated** 81:8
**generates**
115:10
**gentlemen**
100:16
**getting** 16:4,5
29:5 56:18
120:9 135:2
**give** 8:10,18,22
9:4,11 10:21
45:21 50:1
78:23 91:11
122:8
**given** 17:5 92:21
140:8
**gives** 28:8 47:5
51:23 83:11
**glass** 38:17
**gleaned** 36:6
**go** 9:10 17:19
18:9,12 20:3,4
23:7,9,10 27:7
28:23 45:3
50:21 53:21
56:23 62:10,13
62:21 69:6
78:18 88:22
92:6 94:1
96:11 112:7
121:7 123:21
128:1 136:14
138:23
**goes** 42:17,19
63:18 127:12
**going** 11:10
17:13 18:8
20:21 23:1
53:22 54:11

Christoph Flaherty                                    7/12/2023

67:19 69:3,14
73:13 79:22
96:21 110:7
121:3,15,23
127:13 128:7
139:3
**good** 7:3 8:7
29:15 32:10,11
38:5 41:21
57:20 86:11,16
86:18 91:1
107:19 113:10
131:9,12 138:8
**Government**
28:1
**graph** 62:6
**greatest** 71:5
**greatly** 32:1
**ground** 52:20
**grounds** 2:20
**group** 5:4 13:15
129:3,6,18,19
**groupings** 91:5
**groups** 90:7,11
90:13,22 91:16
91:18
**growth** 106:3
**guess** 21:12
35:21 45:9
51:10 67:1
90:6 105:16
118:18 136:2
**guide** 68:4
**guts** 89:13
**guy** 109:12
**guys** 120:9

## H
**half** 30:2,3 45:6
45:8 103:1,18
119:22
**hand** 7:21
**Handbook** 28:6
**handled** 58:10
60:10
**happen** 66:5

99:19
**happening** 98:4
98:7,23
**happens** 103:6
**happy** 106:1
**Harford** 46:6,7
**Hartford** 46:6,8
46:12
**hastily** 85:17
**hazard** 27:18
**hazards** 12:11
**heard** 73:17
125:13 138:8
**hearing** 125:19
125:22 126:6
126:11
**hears** 127:11,12
127:13
**heat** 41:15 65:18
98:19 99:12,15
104:4 105:5
115:10 131:2,4
131:6,12
**heater** 48:18,23
49:2,5
**heating** 48:17
103:11
**heats** 103:9
115:7
**heavy** 127:15
**hereof** 141:13
**hey** 60:14
123:15,23
**high-density**
41:13
**higher** 31:17
90:20
**hire** 48:4
**hired** 8:8,12
43:15,17,20,22
45:18 47:18
49:20 50:3
51:5 123:11
**hissing** 125:14
125:19,23
126:5,9,20,22

127:2,12
**history** 25:2
106:19 134:16
**hold** 94:23 95:5
108:9
**home** 125:13
**homeowners**
37:8 64:9
**honest** 73:17
**Hornet** 131:8,14
**Hornet's** 70:7
**hot** 65:10
**hour** 122:18,19
**hours** 30:2,3
34:3 36:8 37:2
103:2,18
119:23 122:15
**house** 37:22
38:3 58:12,16
127:14
**housekeeping**
7:17 69:14
**hover** 30:16
31:5,19,20
32:2 85:17
**hoverboards**
30:13 31:7,9
**hundreds** 38:3,6
**hybrid** 27:21
**hydraulics**
73:21
**hypotheses** 62:3
62:4,18,22
63:3,4,21
116:2 118:4
119:2,11
**hypothesis**
13:22 52:22
53:2 63:8,22
118:18,19,21
118:23 119:5,7
119:16
**hypothetical**
64:19
**hypothetically**
64:19,22

## I
**i.e** 49:12
**identical** 40:11
43:10
**identifiable**
107:11
**identification**
17:17 67:22
69:18 121:6,20
131:15,18
134:6 139:10
**identified** 23:3
26:8 67:8
70:18
**identify** 61:10
62:8 108:5
134:19
**identifying**
70:14
**IEEE** 25:4
**ignitability**
73:16
**ignite** 72:14 73:4
73:6 74:1
115:13
**ignited** 49:7
66:1 115:3,14
116:9
**igniting** 31:2,4
115:22
**ignition** 63:23
64:2,5 68:12
103:14 114:17
115:2 132:20
132:23 133:4
**image** 110:14
111:19 134:8
**images** 91:1
94:9 102:7,15
107:5,8,9
110:6 131:12
**imaging** 41:13
93:15 94:6
103:21 111:12
111:13,18

**immediate**
30:19
**implicated** 48:7
**Implications**
28:16
**import** 78:2
**important** 84:10
84:12 85:9,12
**impossible**
101:6
**impression**
34:16
**impressions**
52:1,3
**impurities** 108:6
**impurity** 104:23
106:5,7,9
107:3,9
**inapplicable**
113:13
**inappropriate**
36:1
**inappropriately**
117:8,10
**inches** 132:8,11
132:14
**incident** 54:9
55:21,22 56:7
61:7,12,13,16
**include** 53:12
**included** 24:7
105:18 110:7
114:1 125:11
**including** 61:12
116:16 118:8
**incomplete** 24:2
**incorporate**
86:17
**increase** 31:18
**Indemnity**
46:17
**independent**
75:22 109:6
**independently**
91:8
**indicate** 41:9

56:7 83:14
88:5 93:20
95:17 96:13,14
110:1 126:1
**indicated** 95:15
141:12
**indicates** 83:15
94:14 134:10
134:10
**indicating**
133:15
**indication** 55:19
101:17 116:7
117:19,22
126:7 131:10
**indications**
116:14
**indicative** 93:16
109:8 132:16
132:17,20
**indicators** 43:2
**INDIRECTLY**
140:15
**individual** 58:2
112:2
**individuals**
61:13,15
**induced** 106:3
**inductive** 62:19
**INDUSTRIES**
1:12
**industry** 28:1
32:2
**inform** 14:13
23:16
**information**
8:21 9:23 10:1
10:8 13:1,2
36:5,9,16
60:20 64:14
67:13,15 75:5
85:6 91:12
103:4 125:8,10
**initial** 52:1,2
53:2 67:15
118:14 123:13

**initially** 10:8
36:10 74:17
118:11
**initiated** 39:6
81:5 100:18
119:23
**initiates** 88:12
**initiation** 81:10
**inject** 101:11
**inquiry** 61:21
**insert** 101:8
**inside** 98:7
100:4 104:4
**insight** 26:2
**inspect** 124:2
**inspection** 52:4
53:6 123:14
128:8
**inspections** 22:9
29:14
**instability** 105:4
**installed** 57:9
**instance** 84:14
85:21 93:10
100:21
**instructions**
11:7
**insufficient**
112:9
**insurance** 1:8
45:17,21 46:5
46:14,15,18,19
46:22 50:3
123:17
**insureds** 37:8
64:9
**intend** 11:2
137:23
**intense** 87:20
**intensity** 65:18
127:20
**intentional** 29:3
29:4
**intentionally**
81:4 110:15
**interested** 21:22

22:7 35:22,23
50:16 131:8
140:15
**interesting**
22:10
**internal** 33:10
39:7 41:1,9,15
53:18 81:6
86:3,5 88:1,9
88:20 89:15
92:9,13 93:2,6
93:12,16,20
94:15 95:4
96:4,7 97:15
98:10,13,15
99:3,10 100:21
101:2,9,10,21
102:6 103:8
104:15 107:13
107:22 108:22
110:2,3 111:22
113:5,20
114:13 115:7
134:11,20
135:1,4,20,23
**internally** 30:8
43:11 127:3
**interpretation**
53:11
**interruptive**
112:4
**interview** 58:6
60:5,7 61:10
**interviewed**
60:13
**introduction**
100:10 102:1
105:18
**investigate**
68:11
**investigated**
29:19,20
**investigating**
84:21
**investigation**
8:13 10:10

25:7,13 63:12
63:16 65:2
68:1,3,8,19,20
68:22 135:9
**investigations**
30:5 61:23
68:5
**investigator**
61:10 64:23
66:4 123:18
**investigator/c...**
45:19
**investigators**
42:10
**invoice** 122:21
123:1,9
**invoiced** 122:9
122:13
**invoices** 3:17
121:4 122:2,3
124:21
**involve** 16:9
**involved** 14:7
16:16 19:7
30:12 39:10
40:4,17 45:12
87:3 111:4
**involvement**
17:5 52:12
68:18
**involves** 58:2
**involving** 13:7
13:16 42:14
62:1 89:14
**ion** 26:17,19
43:6 47:17
110:21,23
**iron** 71:16
116:19
**issue** 32:3 35:9
**issues** 11:12
19:10 25:23
84:18
**items** 52:9 70:21
71:8 73:11
116:15

| **J** |
| --- |

**J** 1:16 2:4 5:4
6:10,15
**J-E-E** 27:12
**J.M** 25:2 26:4
**Jee** 27:11
**Jeevarajan's**
112:16
**jelly** 41:2 92:9
**Jim** 35:2,2 60:14
123:3,6,12,22
124:15,23
137:1
**joint** 51:11
**Jordan** 29:12,13
**journal** 25:10
28:5
**JPEG** 69:21
**JPEG004** 69:22
**Juan** 9:17
128:12,18
**judging** 124:20
**judgment** 50:1
75:23
**July** 1:18 2:8
6:10 139:13
140:18
**jury** 100:16

| **K** |
| --- |

**keep** 23:7,9
50:13,14
**kennels** 35:10
**kept** 91:15
128:23
**kicked** 49:6
**kind** 31:15,16
34:19 40:20
74:6 89:3 91:3
91:14 137:10
**kinds** 96:20
**kitchen** 127:12
**Knight** 26:18
27:1
**know** 7:17 17:6
18:10 20:18,20

Christoph Flaherty                                                    7/12/2023

Page 154

21:18,23 24:14
26:23 29:2,11
29:13 36:4,9
36:12,15 38:4
38:20 40:7
44:1 46:11
51:21,21 52:10
56:19 58:14,18
59:4,12 60:14
61:4 65:12,13
65:14 67:6
71:15,19 72:15
72:17 77:11,12
78:12 79:22
84:6,10,13,20
85:5,9 96:10
98:8 99:1,17
100:9,13 101:9
103:5 107:18
108:13,17
109:11 110:5
113:21,23
114:3 117:16
118:23 119:13
123:13 126:15
126:19 128:3
137:18 138:11
138:15,20
**knowledge** 12:6
12:20 23:15
24:4 65:17
137:13
**knows** 107:20

———————
**L**
**L** 2:1
**L-U-M-E-R-A**
16:2
**lab** 3:19 7:12
86:21 91:19,20
137:11
**labeling** 70:13
**ladies** 100:15
**laid** 10:3,10
**land** 35:4
**lane** 35:5

**lapse** 17:4
**lapsed** 16:22
17:1
**Large** 2:6 6:3
**lasts** 65:10
**LAW** 5:4,4,8
**lawnmower**
128:15
**laws** 2:14
**lawyer** 19:13
20:9
**Layven** 29:12
**lead** 28:19
135:21
**leading** 2:19
113:19 135:9
**leads** 115:9
**leak** 126:17
**leaking** 126:15
**leave** 20:13
117:5 127:14
**leaves** 119:6
**leaving** 42:13
107:1
**led** 20:6 25:17
35:3 110:2
111:22 128:20
**left** 37:1 70:15
70:16 128:20
129:2
**legal** 19:10
**let's** 17:12 23:9
23:10 24:16
25:7 33:17
51:1 54:1
64:18 65:21
67:17 78:21
88:22 96:11
121:3 136:14
**letters** 46:19
**level** 73:20
**liability** 45:15
47:11,13
**liberty** 46:5
70:12
**LICENSE**

140:23
**licensed** 11:14
11:15
**licenses** 11:18
**life** 98:16
**light** 65:23
132:4
**LIGHTFOOT**
5:9
**lights** 128:20
**limit** 117:3
**Limitations**
27:13 112:16
**limited** 12:22
22:8 137:15
**Linden's** 28:6
**line** 24:6 130:10
142:2,6,10,14
142:18,22
143:2,6,10,14
143:18,22
**lines** 66:15
**linked** 84:15
**links** 93:8
**liquid** 71:14
72:6
**list** 4:2 18:14
20:4 22:23
23:8 27:15
28:8,12,12
44:9 45:21
47:5 96:2
139:6
**listed** 23:19 27:9
32:8,15,21
33:9 56:19
57:14 67:7
**listing** 24:2
**lit** 37:14,17,21
73:23
**lithium** 12:12,13
13:10,18 14:2
14:10,19 23:13
26:1,15,17,19
43:6 47:17
55:12 80:8,9

80:11,13
110:21,23
**lithium-ion** 12:1
12:11,21 13:2
13:8 14:4,21
15:1,12,15,19
15:22 16:9,16
25:8,14 27:14
27:20 28:4,18
29:21 39:1,9
39:16 40:11
41:1,8,14,23
49:11 52:7
66:16 72:12,22
76:16 80:21,23
81:21 83:7
89:2 94:1 98:5
101:8 104:7
111:5 112:17
120:6 126:21
135:5
**little** 14:5 21:6
35:3 45:2
47:12 62:6,6
**LLC** 5:4
**loads** 42:14
**local** 44:23
**located** 74:17
78:14,15 133:9
**location** 73:2
77:14 133:10
**locations** 89:8
89:14
**locator** 13:16
**logistics** 137:10
**long** 34:1 65:10
124:4
**look** 17:12 22:12
39:11,13,23
40:5,8,15
54:17 56:10
108:2,5 111:14
117:15 118:13
121:3 124:22
136:3,4
**looked** 54:15

116:5
**looking** 14:1,17
27:15 79:2
123:1
**looks** 25:11
27:17 79:5,6
87:14 110:6
111:20 137:1,9
**lot** 123:12,16
131:1,3,11,14
**lots** 32:3
**loud** 126:11
**low** 90:23
**lower** 129:19
130:11
**Lumera** 16:1,8

———————
**M**
**M** 25:1,5 26:4
**Madam** 96:23
**main** 53:22
**majority** 47:6,7
89:1
**making** 102:5
**Mall** 65:7,17,22
65:23 78:8,14
79:11
**man** 26:11 50:12
54:11 55:11
56:1 57:22
60:2,6
**management**
31:23 87:1
**manifestation**
134:11
**manufacture**
101:7 106:5,7
109:8 111:5
**manufacturer**
47:18 84:6,15
85:2,4,10,15
85:23 86:8
106:8
**manufacturers**
32:1 111:4
**manufacturing**

93:7 95:5
97:15 100:3,7
102:4 104:23
107:2,4,14
131:5
**March** 108:15
128:17
**mark** 17:13
67:19 69:15
113:12 121:4
131:12 139:3,5
**marked** 17:16
67:21 69:17
121:5,19 122:1
134:3,5 139:9
**market** 33:4
**markings** 131:2
131:4,6,10,17
**Marlboro** 65:23
**MARRIAGE**
140:12
**marshals** 74:20
**MARYLAND**
1:2
**masked** 96:15
**master's** 11:21
**match** 73:23
**material** 56:7
79:6 100:11
101:11 102:5,8
102:17 103:15
105:19
**materially** 10:14
**materials** 18:11
18:17,18 26:10
27:6 35:16
36:2 48:22
54:3 73:6
87:14,18
102:22 117:8,9
117:11,20,23
**matter** 140:16
141:10
**matters** 7:17
44:7 45:13
47:6,7 50:4

**MD** 5:5
**mean** 22:13
23:21 24:1,13
25:19 35:20
37:2 39:13
40:7,16 44:2
44:17 50:12
54:13 58:21
59:7 60:1
73:17 76:22
77:17,18,19
91:6,22 97:19
98:9,22 113:12
115:19 131:3
135:14
**means** 53:16
140:5
**measure** 74:10
76:12
**Measuring** 83:6
**mechanical**
11:12 104:17
105:9
**mechanism**
100:21
**mechanisms**
104:3,15
**meet** 7:14 32:17
34:8
**Meeting** 28:1
**melted** 87:12
**melting** 105:3
**memory** 45:22
**mention** 49:16
128:7
**mentioned** 7:18
25:6 27:17,19
28:10 35:8,15
46:20 79:20
101:23 102:3
**message** 123:3,6
123:6,22
124:14
**messages** 21:5
**met** 7:6
**metal** 13:10,18

14:2,11 80:9
80:13
**meter** 83:10
**method** 61:19
61:20,20 63:7
63:20 68:4
69:1 84:22
85:12 118:2
**methods** 81:9,13
**middle** 89:4
**million** 50:18,20
50:23 111:1
**mind** 22:15
123:19 136:16
**minimal** 133:17
**minor** 10:4
**minute** 24:15
53:23 55:13
78:22
**minutes** 79:21
98:6,14 136:12
136:14
**mispronounce**
110:8
**misremember**
37:9 64:10
**misrepresent**
37:10 64:9
**missing** 27:8
**misspoke** 83:13
**misstate** 37:9
64:10
**modality** 111:13
111:19
**mode** 8:10
113:17 120:6
**model** 33:11
56:13,23 57:8
58:18 59:5,11
83:21
**modem** 71:17
116:16 133:23
**modem/router**
129:11,17
**modes** 13:21
27:19

**modulation** 16:6
**Moen** 130:18
**money** 50:2
**monitor** 79:3
**months** 31:2,3
99:20 108:16
**Morley** 26:20
27:2
**morning** 7:3,7
18:11 36:18,23
**Mother-in-law**
125:12
**multiple** 63:3
109:9
**Mutual** 46:1,5,6
46:7
**myriad** 56:21

──────────
**N**
──────────
**N** 2:1 3:1 5:1
**N-A-G-O-U-R...**
28:20
**Nagourneyt**
28:19 29:8,11
41:18 42:2
66:22 110:8
**nail** 101:13
**name** 7:4,14
19:19 58:2
76:6 110:8
**names** 24:11
25:12
**natural** 127:8,11
**nature** 19:8
24:23 26:3
65:4
**Naval** 15:9,17
**Navy** 16:4,5
**near** 78:16 79:9
79:17 83:16,16
**nearby** 115:22
**nearly** 92:8
**necessarily**
95:14
**necessary** 2:17
65:19 77:22

85:7,8 104:4
**necessity** 64:14
**need** 8:17,22
20:22 38:19
62:7 78:22
**negative** 41:7
66:11,12
**nevertheless**
60:13 68:23
**news** 26:11 54:8
56:11
**NFPA** 60:23
61:18 63:10
68:4
**nice** 7:14 84:13
85:5
**night** 18:5
**nine** 134:2
**noise** 125:19,23
126:5,8 127:12
**noises** 125:14
**non-scene** 61:6
**noncausative**
43:8
**nondefective**
42:21
**nonelectrical**
117:6
**normal** 100:5
**normally** 77:21
98:11
**NORTH** 1:12
5:9
**NORTHERN**
1:3
**Notary** 2:6 6:2
**note** 92:6 130:17
**notes** 3:19 125:4
128:6 130:14
**notice** 3:11
17:15,22 33:20
**November** 26:3
**number** 1:4 3:10
3:12,14,16,18
3:20,22 4:1
17:16 23:10,10

69:17 79:4
83:21 95:1,13
104:16,20
121:5,19 125:5
125:6 130:3
134:5
**Numbers** 139:8
**numerous** 97:5

## O

**O** 2:1
**oath** 141:15
**objections** 2:17
2:20
**observation**
13:3,6
**observations**
14:11
**observed** 61:12
80:7
**obtained** 13:1
39:17 67:12
**obvious** 118:14
**occasions**
109:19
**occupants** 48:20
**occur** 19:23
88:19 103:10
**occurred** 8:14
42:21 101:21
118:1 126:18
**occurrences**
64:16
**occurs** 96:20
**OEM** 59:14
**offer** 17:6 112:9
137:23 141:14
**offered** 2:22
113:16 137:16
**offering** 11:3,6
49:9
**office** 48:21
**offices** 2:6 6:7
**Oh** 17:18 35:14
118:9 121:8
**oil** 72:7 73:5,10

73:15,22 74:6
**oils** 73:21
**okay** 6:23 7:13
8:5,7,15 10:11
11:18,23 12:7
12:16 14:2,20
15:4,9 16:15
16:18 17:9
18:8 19:14,14
21:10,18 22:19
23:10 24:9,19
24:19 26:23
28:2 30:4
31:19 35:7
36:11 37:6
38:8,11 40:2
40:22,23 43:19
44:5,11 45:11
45:23 46:4,13
47:17,22 48:1
48:4 49:15,23
50:19 51:1,19
52:14 53:1,21
54:17,20,22
55:23 56:18
58:14,18 59:17
60:1,5,12,23
63:18 64:7,17
65:6,21 67:17
68:23 69:11,15
71:19 72:1,11
72:19 73:8
74:8 75:7 76:1
77:2 78:1,5
79:10 80:12
82:1,10 84:1,5
84:19 85:14
87:21 90:2
92:6,23 93:22
94:5 95:13,19
96:6,18 98:22
101:23 102:11
105:15 106:11
107:12 109:20
110:20 113:21
116:1 119:8,13

121:3,14
122:20 123:1,7
123:19,21
124:16 125:2
125:12 126:23
129:1,21
131:19 132:1
133:19 134:3
134:18 137:3,5
137:13,19
**old** 129:9
**on-the-job** 13:3
13:5
**once** 88:11
96:19 99:21
**onerous** 22:12
**ones** 27:16
**online** 54:1,1
56:5 80:15
**open** 8:2 24:10
92:2
**opened** 92:1
**opined** 49:11
**opinion** 29:21
53:7 72:20
73:7 87:23
93:4 95:1,6,13
97:18 100:8
105:8 107:12
108:9 113:4
114:13,16
115:4 119:20
137:16
**opinion-making**
35:4
**opinions** 8:11,18
8:23 9:4,11
10:14 11:3,6
11:10 14:13
17:7,8 23:16
48:10,14 55:2
59:20,23 81:18
85:11,15,19
108:22 109:4
120:22 137:17
137:22

**opportunity**
121:9
**opposed** 10:7
35:5 85:16
125:20 126:3
133:5,12
**optical** 16:6,7
**oral** 6:11
**order** 8:22 32:14
33:4 86:16
90:13 111:1
**organizations**
15:8
**origin** 17:7,8
35:6 65:8,9
68:10 70:9
71:1 95:11
114:18 115:6
133:11,13
**outlet** 118:6
130:10,16
**outlets** 117:1
**outside** 15:17
58:22 59:15
119:15
**overcharge**
31:21 104:22
106:4 108:10
**Overcharge/O...**
25:9
**Overcharge/O...**
25:15
**overcharging**
81:12,12 96:2
105:22 106:19
**overcurrent**
31:21
**overdischarge**
31:21 104:22
106:4 108:11
**overdischarging**
96:1 106:18
**owned** 128:12
**oxide** 13:18 14:3
14:11 80:9

## P

**P** 2:1 5:1,1
**P-U-R-E** 46:19
**p.m** 18:5 139:13
**pack** 11:4 13:17
14:21 15:1
30:6,14 31:10
32:8,16,17
33:7,11,13
40:16 47:18
48:12,16 49:7
49:11 56:14,23
57:8,11,13
58:11,19 59:5
59:13,14 73:2
75:16 78:7,14
79:8,11 82:3
83:6,22 84:7
86:17 87:3
88:11 89:12
91:23 97:10
98:5,23 99:15
101:22 103:3,8
103:11,17
104:5,7 106:20
108:1,13,18
109:3,13
113:22 114:9
115:5,15,17
118:4,20
119:21 127:3
130:23 131:7
134:17 135:1
136:1
**packaging** 87:18
**packs** 12:1 13:2
15:15,19,22
16:9,16 30:12
31:6,8 32:4
33:3,5,9 48:6
56:22 80:13
83:7 102:21
109:15,18
111:12 128:13
**page** 3:7,13

Christoph Flaherty                                              7/12/2023

67:18 89:23
112:1 129:8,21
130:6,14,20
142:2,6,10,14
142:18,22
143:2,6,10,14
143:18,22
**paid** 50:2
**paint** 71:10
129:14
**paints** 71:13,14
**Pall** 65:6,17,22
65:23 78:7,13
79:11
**paper** 12:18,19
12:23 43:5
66:20 110:8
112:16,20
**papers** 110:22
120:5
**paragraph** 68:1
128:10 129:22
**parallel** 31:16
112:11
**parenthesis**
128:18
**PARK** 5:5
**part** 13:15 54:13
54:23 56:18
63:2,18 66:12
84:20 87:2
105:19
**partially** 87:14
**participate** 48:5
48:8
**participated**
13:9 14:23
**particular** 13:23
65:17 73:15
74:6 77:22
88:5 93:20
98:9 99:13
113:18
**particularly**
21:22 78:20
**parties** 2:3,20

140:13
**parts** 133:23
**pass** 32:13,20
33:3,6 57:13
57:14
**passed** 57:4
**passing** 33:10
**path** 69:7 100:4
100:6
**pattern** 42:13
**pay** 50:12
**PCB** 130:23
133:23
**PDFs** 89:19
**peer** 27:3
**pen** 113:11
**penalty** 141:7,8
**people** 12:10
73:17
**perceived** 127:7
**percent** 47:15
47:16 83:20
**perceptions**
10:6
**perfectly** 73:16
76:10
**perform** 101:19
**performed** 67:2
68:2 94:10
119:16
**period** 30:1
**perjury** 141:7,8
**personally** 80:6
**petroleum** 73:19
**Philadelphia**
46:14,16,16
**phonetic** 70:7
**photo** 75:2,8
83:5 86:21
**photograph**
58:23 69:20
74:9 76:5,12
78:7,13 79:4
79:10 87:8
88:8,17 129:2
130:2,7,13,15

134:8 135:14
136:3
**photographs** 9:8
34:7 58:22
70:8 78:19
79:3,5,13
82:17 103:23
135:14
**photos** 38:13
**physical** 28:17
42:20 43:1,7
43:10 82:4
104:3,10
119:17 134:9
134:20 135:4,7
135:19
**physically** 40:10
40:12 133:9
**physics** 11:21
**picky** 46:11
**picture** 87:5
129:13,14
**pictures** 69:4
131:9
**piece** 12:18 82:2
82:2 102:13
134:19 135:3
135:11,12,13
**pieces** 12:19,22
135:16,18
**pierced** 104:21
106:2 107:6
108:3
**piercing** 107:1
**pink** 76:13 77:2
77:6,12,12
78:1 82:21
**place** 72:8 74:23
75:16,18 91:5
133:7
**placed** 48:16,21
74:17 75:4
**plaintiff** 1:10
5:3 45:12 47:8
**plaintiffs'** 50:3
**plastic** 71:11

73:10,11,12
76:23 77:2,6
77:10 87:17
104:7
**please** 7:4 90:1
97:2 128:11
**plug** 132:11,14
**plugged** 130:11
130:16,19
**plural** 62:18,21
**point** 29:1 36:20
53:22 55:15
87:5 88:15
91:10 95:20
97:18,19,20
98:17 102:12
103:9 110:13
113:9 114:8
116:17 131:19
133:10,19
134:7,9 135:3
**pointed** 93:12
**pointing** 130:10
**points** 129:16
**poorly** 85:17
**popping** 125:13
125:20 126:3
**portion** 68:20
130:8
**poses** 42:9
**position** 53:6
**positive** 112:3
113:2
**possession** 23:4
**possibilities**
102:3
**possibility** 35:22
86:1,5,9
116:12 126:13
**possible** 39:9
40:4,11 55:20
65:16 66:6
84:14 85:1
95:22 114:17
116:10
**post-fire** 28:16

42:20
**potential** 19:10
36:2 55:18
63:22 84:18
116:22 117:4
132:23 135:22
**potentially**
35:17 116:8
**pouring** 127:15
**power** 28:5
71:16,18
116:16 129:8
**powered** 87:2
**powering** 13:21
**PowerPoint**
3:23 139:4
**preceding** 30:20
**preexisting**
96:17
**preparations**
9:7
**prepare** 38:15
**prepared** 9:3
**presence** 42:5,8
102:21 114:7,8
**present** 82:11
107:9
**presentation**
3:23 27:23
74:23 139:4
**pretty** 29:15
41:21 45:14
46:11 50:18
80:23 83:18
118:14
**prevalence**
114:5
**prevent** 112:10
**prevention**
113:16
**previous** 22:21
84:16
**previously**
66:16 118:8
**primarily**
117:14

**primary** 61:5
119:4
**printed** 88:18
104:11 131:7
**prior** 2:22 16:14
29:19 31:2,3
37:7 61:15
97:21
**probably** 9:6
20:1,3 22:5,6
23:11 24:17
30:10 31:14
32:4 38:10
44:9 47:14
50:11,18,22
66:7 77:11
83:17,19
133:17 136:13
138:14
**problem** 62:8,11
69:8
**problems** 89:19
**Procedure** 6:6
**proceedings**
6:13 25:4
**proceeds** 127:14
**process** 95:21
102:5
**produce** 18:21
18:22 19:1,14
20:7 21:2
104:4
**produced** 21:1
23:17 32:4
54:13,23
120:18
**produces** 115:18
**product** 19:7
131:14,18
**professional**
11:16 16:15
**professionally**
11:15 29:13
**profile** 88:7,17
88:19
**progression**

127:20
**promise** 120:9
**propagate** 81:22
107:23
**Properties**
46:21
**property** 61:14
**proposition**
119:20
**protect** 112:8
**protected** 112:2
131:22
**protection** 26:17
112:9
**protections**
31:22
**prove** 66:10
**proved** 41:20
**provide** 18:16
20:22 56:2
63:19,19 91:1
121:13
**provided** 10:1
23:5 26:10
33:23 36:16
55:17,23 56:1
60:21 75:5
96:2 103:5
122:2 139:7
**providing** 49:9
**PTC** 112:3,7
113:3,14,22
114:9
**PTCs** 114:1
**Public** 2:6 6:3
**published** 57:23
110:21 112:20
120:5
**puddle** 73:23
**pull** 121:9
**puncture** 82:4,5
**punctured**
101:17
**puncturing**
81:11
**purchased**

108:14,15
128:16
**PURE** 46:18
**purplish** 72:6
**purposely** 81:7
81:12
**purposes** 8:3
131:15
**pursuant** 6:5
**put** 7:18 10:11
17:14 33:4
40:2 42:6
44:18,19 52:18
54:6 76:19
77:6,13 82:23
91:9 97:16
110:13 114:8
122:12

---

**Q**

**quadrant** 74:11
**qualification**
33:1
**qualifier** 138:7
**quality** 32:5
**quality-contro...**
86:14
**quench** 73:13
**question** 10:21
22:22 23:2
40:3,10 42:20
77:5 94:8 97:1
107:19 111:3
111:17 113:10
127:6 135:3
138:19
**questioning**
138:4
**questions** 2:18
2:19 35:15
60:15 94:7
136:9,14
138:10,12,14
**quick** 120:15
**quickly** 99:21
122:7 128:2

**quite** 45:20
116:11
**quote** 49:1 92:9
92:10 128:19

---

**R**

**R** 5:1
**range** 22:8
41:22 45:9
47:15
**rapid** 99:17
**rapidity** 121:13
**rapidly** 32:3
33:12 42:14
**rare** 116:11
**rate** 110:23
122:19
**rates** 65:18
**reach** 58:5
**reaching** 84:21
**reaction** 103:12
115:9
**read** 9:14 10:12
18:14 20:19
24:6,11 33:21
34:1,18 37:3
43:3 68:14
92:10,14 97:1
97:3 105:20
112:5,12
114:21 125:15
125:17 128:9
128:10 130:20
134:2,3 138:15
138:18,22
141:9,10
**reading** 2:11
36:4 37:5
**ready** 9:10,11
33:18 69:12
**really** 49:4,4
52:10 56:10
66:10 74:5
76:23
**reason** 66:7 76:1
90:12 111:2,7

142:4,8,12,16
142:20,24
143:4,8,12,16
143:20,24
**reasonable** 53:8
59:18 94:14
95:6 100:16
106:12 127:1
138:1
**reasoning** 62:19
62:22
**reasons** 17:4
**recall** 14:8 30:16
30:18 49:9,14
51:14,19,20
52:2,5 56:11
56:14 71:23
79:13 81:2
125:17 127:10
**recalls** 56:10
**receipt** 128:17
**receive** 17:23
18:3
**received** 10:8
36:12 137:1
**receptacle**
130:11,19
131:21
**Rechargeable**
26:1
**recharged**
128:20
**recognition**
65:20
**recognize** 54:14
62:7
**recollection**
137:12
**recommend**
52:12
**recommended**
68:4
**record** 74:22
97:3 121:17,18
**recovered** 83:8
132:4

recreate 91:4
rectangle 75:11
  75:15
red 113:11
Reddit 26:10
  54:5,12 55:1
REDUCED
  140:5
refer 76:22
reference 8:4,6
  131:13
referenced 27:6
  54:2 79:23
references 23:19
  23:23 24:2
  28:11,13,16
  41:20 67:7
  119:18
referencing
  26:13 55:13
referred 72:9
  118:9
referring 26:14
reflected 124:21
regarding 9:7
  11:3 54:8
  64:15 66:16
  106:22 109:14
  120:3
regardless 42:10
  88:12 109:11
regions 41:13
related 11:11
  15:14 125:8
relating 2:14
  12:9 20:2
  23:13
relatively 33:22
  44:23 125:19
  127:23
relay 71:20
relayed 67:13
released 42:12
  81:20
relevant 61:11
  101:20

reliable 12:15
  29:9 86:14
  111:6
relied 23:15
  24:3
relying 55:1
  60:2 112:21
remaining
  134:23
remember 18:4
  19:21,22 30:12
  35:13 37:5
  64:12 77:8
  80:10 83:2,23
  84:2 127:16
remnant 129:17
remnants 52:7
  86:23 87:17
removed 98:14
repeat 77:4
  101:15
replicate 101:1
report 3:13 9:21
  10:3,10,13,15
  23:19,23 25:6
  27:7 28:11,13
  29:6 34:6
  36:15 38:13
  41:19 67:9,18
  67:19 72:10
  74:10 88:22
  89:21 95:1
  97:16 112:1
  113:8,12
  119:19 125:7
  125:11 135:10
reported 36:10
  37:1
reporter 1:21
  2:5 6:2,19 97:1
REPORTER'S
  3:6 140:1
Reporting 2:7
  6:8
reports 109:16
  118:1

represent 7:15
representative
  36:14
request 18:19
  20:14,16,19
requests 18:10
  18:13 23:3
requires 68:9
  138:21
research 12:5,8
  12:13,17 56:6
researched 24:6
residence 8:14
  70:4 83:9
  114:20
resolution 90:14
  90:15,20 91:1
resolved 19:9
respect 11:7
  12:21 34:21
  35:6,10 48:11
  133:6
respectful 138:4
respective 2:3
responsive
  18:18 20:21
result 53:12
  90:19 100:3
  104:9 105:8,11
  105:13 106:7
  107:2,2 110:10
resulted 80:5
  114:14 134:12
  134:21
resulting 97:15
results 65:9
  103:12
retained 39:20
  45:1,18 51:14
retention 44:6
  124:8
reveal 93:2
revealed 92:12
revealing 92:19
reverse 13:21
review 8:22

12:22 18:12,15
  26:2 120:16
  121:1 125:4
reviewed 8:21
  27:3 33:20
  34:4,5 139:5
reviewing 38:12
  38:12
ribbon 76:21
  77:1
right 7:7 9:12,14
  9:19 10:18
  11:1,14 15:5
  16:1,4,20
  17:10,18,23
  18:22,23 19:13
  20:12 22:11
  23:18 24:20
  25:18,23 26:5
  27:5,10,15
  28:8,13,14,15
  29:18 31:11
  32:8,15,20,21
  33:4,17 34:4
  36:8 37:2,15
  37:18,23 38:2
  38:3,11 39:18
  39:21 41:6
  42:17 43:3,14
  47:2 49:14,19
  51:2,7 52:15
  53:21 54:6
  55:7 57:4,18
  58:3 60:3
  61:18 62:8,11
  62:14,16,19,23
  63:4,10 64:13
  66:9,11,12,21
  67:11,14 68:14
  69:1,16 70:2,4
  70:10,16,17,20
  74:11,14,17
  76:6,11,17
  77:20 78:5,8
  78:10,23 79:18
  79:20 82:13,15

82:21 85:3
  86:20 88:6,10
  88:20,22 89:5
  89:9,16,18,20
  89:23 90:4,8
  90:17 91:2,5
  92:10,14 94:3
  94:8,10,22
  95:15 96:11,22
  97:11,22 98:2
  98:4 99:2,2,5,8
  99:22 100:19
  102:18 103:3
  105:7 107:5
  108:3,7 109:13
  110:12,15,17
  111:9 112:5,13
  112:18,21,22
  112:23 113:13
  114:10,21,23
  118:17 119:10
  120:8,14,18
  122:10,21
  124:11,22
  125:15,20,22
  128:5 129:5,12
  130:4 132:2,21
  134:2 135:2
  136:7,18,21,22
  137:6 138:3
right-hand
  130:8
Robert 26:20
  27:2
roll 41:2 92:9
room 8:15 52:6
  52:20 69:23
  70:2 77:7
  114:19
roughly 47:10
routed 116:21
RSC 25:10
RTI 13:15 14:12
  15:4,7 80:4,12
rudimentary
  101:12

rule 106:18
117:12,12,17
117:18
ruled 114:20
117:13
rules 2:14 6:5
21:19 109:10
ruling 117:16
run 130:17
runaway 39:6
72:13 79:22
81:3,14,23
88:12 92:14
93:3,4,10,19
94:2,19 95:2
95:22 96:17,19
97:8,11 98:20
100:19 103:10
107:23 111:22
112:10 114:14
115:8,20 120:1
134:13,21
Runaway-Ca...
28:3
runs 33:2
rupture 115:12
126:20
ruptured 40:19
40:20 53:12
92:7
RYBOI 111:19
120:17
RYOBI 33:1,9
59:14 74:13
83:7 87:2 95:2
102:20 106:22
111:11 113:14
128:13 135:23
RYOBI's 33:10
57:15

_____
        S
S 2:1,1 5:1
SAE 27:23
safe 12:15
Safety 27:12

112:16
sampling 23:20
satisfy 57:16
satisfying 33:10
save 121:23
141:11
saw 23:4 82:13
128:18
saying 67:1 76:5
92:23 130:21
says 15:11 36:17
42:3 63:22
64:2 67:23
102:13 123:23
129:16,18,19
130:10,18,23
131:21 132:1,4
132:12
scan 90:14,19,23
91:17,21 92:4
92:19,22 93:9
93:11 95:17
97:9 110:1
scanner 90:14
scans 92:12 93:1
94:10,13 95:15
136:4
scene 3:19 39:17
42:9 51:6,9,11
51:16 52:4
53:6 69:4,20
75:8 76:11
79:13 91:19
118:14 133:9
134:16 135:6,8
137:10
scents 130:19
scientific 53:8
59:19 61:19,20
61:21 63:7,20
68:3 69:1
84:22 85:12
94:15 95:7
100:17 106:12
118:2 119:14
127:1 138:1

scientifically
85:10
screen 17:14
29:2 42:6,6
51:2,3 54:3
55:8 69:5,16
124:13 125:2
scroll 22:22
scrolling 23:7,9
89:19
se 56:12
search 18:16
56:11 80:22
searches 80:17
second 129:8
secrets 29:5
section 63:21
sections 70:15
Sedgwick 47:1
see 10:18 15:11
16:12,18 17:13
17:18,20,21
20:5 25:7
26:21 27:8
29:5 42:4,6
51:1,2 52:14
54:1,3,18,21
55:7 69:4,16
72:8,23 74:10
75:11 76:12,13
77:16 78:19
79:12 80:1
82:17 86:21
87:4,7,9,11,12
87:17,22 88:7
88:17 97:9
102:21 104:12
108:2 111:13
111:20 121:11
123:2,8 124:13
125:2
seen 29:17 41:13
52:11 72:9,21
80:1
sees 127:15
select 63:7

selected 118:19
self-heating
117:9
self-sustaining
103:11
send 22:17
138:23 139:1
sending 137:7
sense 74:21
133:10,12
sensitive 21:19
22:1
sent 57:23
136:22 137:3,5
sentence 105:20
separate 63:22
122:23
separately
128:16
separator
100:11 104:21
105:3 106:2,8
107:1,6 108:3
sequence 115:2
series 13:19
31:16 32:13,18
62:1 65:15
69:3
series/to 112:11
serve 93:3
Service 2:7 6:8
set 9:2 78:16
Seven 132:7
severely 87:9
SEVERNA 5:5
shapes 75:9
share 51:1
shared 21:8
sharing 29:2
SHEET 3:8
141:13 142:1
shelf 71:2,5,9,21
72:7 74:11
89:4 98:7
103:3 115:5,6
115:23 116:4

116:16 119:22
132:5
shelves 116:21
shelving 52:10
70:8,15 89:9
114:18 130:8,9
130:17
Shocked 55:11
short 16:12
38:21 41:10,16
43:12 57:10
69:8 81:10
82:7 88:1 93:6
93:12,16,21
94:15 95:4,19
96:3,4,6,13,16
96:16 97:6,14
97:14 98:10,13
98:15 99:9,12
99:16,18 100:1
100:17,21
101:2,9,10,21
103:8 104:16
107:13,22
108:23 110:2
111:21 113:5
113:20 114:13
115:4,7 119:23
120:12 127:2
132:18,18
134:11,20
135:1,5,20,23
136:4,19
short-circuit
57:1,7,17 81:6
88:20
shorted 116:8
shorting 57:10
96:21
shortly 16:4
98:21
show 69:3 74:20
75:7 95:20
97:13,14 102:8
102:10,16
107:6,9 135:19

showing 74:8
82:16 83:4
109:23
shown 112:9
shows 134:20
135:4
sic 75:10
side 45:15
sign 135:19
signature 2:11
3:7 141:1,22
Signed 140:18
141:16
significance
78:3
significant
106:21
silent 7:19
similar 31:12,15
43:10 67:1
115:20
simply 10:11
single 33:6
57:15 112:8
135:11,12
sink 131:2,4,6
131:12
sir 56:15 59:17
94:23
site 128:8
132:10
sitting 7:23
128:23
six 25:11 31:3
122:17,18
132:4
six-amp 87:2
six-amp-hour
84:3 128:16,19
slash 131:22
slide 52:15
74:22 75:8
76:4 78:6
82:16 83:4
86:20 88:17
94:8 96:13

97:13 109:23
slides 94:5
slight 133:15
slow 20:19
slowly 99:19
small 72:15 73:4
73:9 100:12
132:10
smaller 90:19
smelled 126:17
smelling 127:7
smells 127:11
smoke 127:13
127:15
smoked 36:17
36:22,23 65:7
smoking 35:16
35:16 36:2,7
37:10,11 64:10
117:8,19,22
118:1
Sobota 21:17,23
22:4,16 34:22
36:6,10,17
51:6,12,13,15
51:22 53:5,17
60:11,19 63:11
67:14 71:1,3,4
71:20 75:2,4,8
75:10,14 76:2
77:10 83:3
117:6 118:11
121:10,22
123:3 124:9
125:7,9 137:1
137:8
Sobota's 17:5
34:17 35:14
72:9 74:9 75:2
soldering 71:16
116:19
Somebody 46:9
sorry 50:21 77:4
83:13 99:5
135:17 136:10
sort 23:14 35:9

56:6 91:12
sound 122:10
126:20,22
sounds 98:2
112:22 127:2
source 61:6
63:23 68:13
80:3 105:5
132:21,23
133:4,5
sources 13:1
28:5 39:7 64:3
64:5 86:14
114:17 117:4,7
space 48:20
speak 35:6
specialized
11:23 12:4
specific 35:14
59:10 63:19
65:3 80:10
85:21 88:3
93:11 100:20
102:12 109:17
113:23 131:18
specifically 14:8
30:11 34:21
35:1 51:20
58:21 61:23
78:12 85:2
93:21 99:19
100:9,13
108:20 127:5
130:18
specificity 120:3
specifics 51:19
spectrum 74:6
spells 61:22
spent 131:1,3,11
131:14
spew 72:14 73:1
split 90:21
spoke 118:11
spray 71:13
spreading 72:4
standard 63:11

standards 32:14
Stanley 25:5
start 49:19
started 7:7
starting 118:16
119:3
starts 67:23
state 1:8 2:6 6:3
7:4 8:9 36:14
43:18,20,23
44:6,11,16,18
45:7,10,15
46:5,20 60:17
75:6 83:16,17
123:10,14,17
124:3,7 141:2
statement 42:15
statements 42:5
67:16
states 1:1 110:22
Status 25:3
staying 35:5
step 32:11 62:7
92:20
steps 62:1
sticky 76:23
STIPULATED
2:2,10,16
stipulation 6:6
stipulations
6:20
storage 25:3
120:4
stored 30:14,17
30:18,23 31:1
42:12 99:4,10
116:6
straightforward
10:20,22
STREET 5:9
strike 43:14
70:22 84:5
112:23
stringent 32:5
structure 102:6
struggling 40:9

stuff 19:15
20:20 49:6
subject 11:4
15:14,19,22
32:5,8 33:11
41:14 56:13,13
56:14,23 57:8
58:10 67:6
75:16,18 82:3
82:3,7 83:22
84:7 98:5
103:2 106:17
108:18 113:22
115:4 117:9
118:20
subjected
110:14
submitted 122:4
Subota 35:2
subrogation
44:7 45:1,12
45:16 47:8,10
47:11,15,20
50:4
substantially
43:10
suffer 41:23
115:20
suffice 33:8
67:11
sufficiently
85:22 91:7
101:14,20
summary 10:16
57:12 125:7,10
supplier 85:16
86:18
suppliers 86:12
supplies 71:10
71:22
supply 71:18
129:9
support 55:2
59:20 87:23
119:3,19
120:21,23

Christoph Flaherty                                                7/12/2023

Page 162

supported 95:11
supportive
  95:14
supports 93:10
sure 18:21 23:1
  26:7 27:8
  32:12 33:8
  38:10,18 45:14
  46:17 47:3
  51:18 65:14,15
  66:6 69:8 74:5
  75:9 76:9 77:6
  81:5 88:15
  93:14
sustained 107:3
sworn 6:16
system 21:7
  106:23 117:2
  133:1
systematic
  68:10
systems 31:23

— T —

T 2:1,1 46:7,8
T-A-R-O-N-J-I
  9:16
tab 41:7
take 8:8 18:12
  22:2,13,14
  23:6 32:12
  34:1 38:16,20
  65:21 69:7
  82:2 101:12
  105:16 113:11
  120:8,9 136:11
  136:12,17
taken 2:4 15:21
  70:12 78:13
  141:9
takes 21:6 22:13
  107:20,21
talk 19:20 34:8
  34:12,21,23
  53:23 54:11
  60:16,18,19

talked 34:14
  35:12 60:14
  64:8,13 118:2
talking 20:13,18
  56:8 66:23
  73:4 79:21
tape 74:10 76:12
  76:13,19,22
  77:12 78:1
Taranji 126:5
Tarascon 25:2
  26:4
Tarnoji 125:12
Taronji 1:9 8:14
  9:15,16 34:14
  70:3 127:7
Taronji-Fern...
  55:21 83:8
  114:19
Taronjis 33:23
  36:18
Taronjis' 71:21
taught 15:11,18
tax 50:12
teach 15:14
tech 12:14
technician 90:21
Technology
  28:18
Techtronic 1:12
  141:4
tell 12:7 13:12
  21:12 23:6
  30:4 34:20
  47:22 52:14,17
  52:21 57:5
  87:4 94:22
  95:20 100:15
  100:20 107:16
  114:23 127:19
telling 23:22
temperature
  112:3 113:2
ten 28:9,12 90:7
  90:22 91:16
Teresa 9:16

125:12 126:5
  127:7
terminals 57:10
terms 13:6 14:6
  31:16 63:12
  108:18 111:12
test 33:1,6 62:21
  63:2,3 101:14
  101:18 118:21
  119:4
tested 118:23
  119:8
testified 6:17
  125:18 126:6
testify 109:14
testimonies 19:3
testimony 1:15
  4:2 9:20 10:7
  10:12,13 19:8
  20:8,15 49:10
  64:15 98:3
  99:14 103:16
  109:16 117:23
  125:18 126:16
  127:10 137:14
  137:16 139:6
  140:3,8
testing 12:9,16
  13:9,14 14:10
  42:18 57:13,15
  62:3 66:15
  67:2 72:21
  80:4 100:23
  106:21 111:11
  119:13,14,15
  119:15,17
  120:17
tests 13:19 32:14
  32:19 33:11
  56:22 57:1,8
  57:17
Texas 26:11
  54:11 55:11
  56:1 57:22
  60:2,6
texts 23:13

thank 129:21
  137:6 138:12
thereto 2:22
thermal 28:3
  39:5 72:13
  79:22 81:3,14
  81:22 88:12
  92:14 93:3,4
  93:10,19 94:2
  94:19 95:2,22
  96:17,19 97:7
  97:11 98:20
  100:18 103:10
  105:2,4,13
  107:23 111:22
  112:10 114:14
  115:8,19 120:1
  134:12,21
thermostat 49:3
thing 32:10
  57:20 62:6
  73:12 86:11,16
things 9:8 19:11
  27:9 33:21
  35:11 57:17
  91:4 105:23
  118:8 128:5
think 7:8,10
  8:22 10:2
  13:10 14:17
  18:22 19:6
  20:22,23 22:6
  22:9 25:6 28:7
  28:10 29:15
  30:15,20,21
  31:13 33:7
  35:11 36:19
  37:4 38:5
  40:15 44:22
  45:5,16 46:14
  46:23 47:12
  48:20 53:5
  58:23 70:13
  71:18 73:22
  75:4,22 76:7
  76:22 77:8,10

78:15 79:8
  80:9 83:16
  84:9 89:11
  92:4 93:23
  101:18 105:18
  109:15 110:12
  110:19 117:5
  120:2 126:8
  128:9
thinking 119:9
third 105:2
third-party 47:8
  47:20 50:4
thorough 84:17
thought 20:20
  35:2,17 54:7
  126:16
thousands 38:9
thread 26:10
  54:5,12 55:1
three 30:10 31:2
  68:1 70:17
  104:15 109:17
  114:16 116:22
  122:2,8 128:12
  129:21 130:22
  130:23
throw 73:23
thrown 66:1
  89:13 91:7
tier-one 85:16
  85:23 86:8,12
  86:18
tile 75:1
tiles 74:18 132:2
tilting 47:12
time 2:21,21
  10:2 16:21
  18:12 21:3
  22:1,13 23:6
  30:5,7 43:19
  64:11 71:9,15
  75:16,18 91:6
  91:20 109:3
  120:4 122:12
  123:9,9 125:13

130:12 131:1,4
131:11,14
138:9,21
**times** 32:6 43:22
44:5 51:22
58:9 80:18
123:13,16
**today** 8:7,19
9:12 10:19
17:3,6 18:1
31:11 50:1
56:8 59:6
137:23 138:4
**told** 44:16 75:14
137:22
**tomography**
90:3
**tomorrow** 9:3
**ton** 22:13
**tools** 72:3
**top** 48:17 49:6
70:16,16 74:18
128:23 129:15
129:21 130:7
130:19 131:22
**tossed** 64:20
**total** 50:15
90:23 122:8
130:4
**totality** 68:21
**traces** 87:10
**trade** 90:15
**training** 12:1,4
13:3,6
**transcript** 34:18
140:7 141:9
**TRANSCRIP...**
140:6
**transponder**
13:17
**trial** 2:21 9:2
19:3 20:8,15
49:10
**tried** 74:1
**triggered**
104:16

**true** 20:10 94:16
134:22 140:6
141:11
**truthful** 78:23
**try** 101:1
**trying** 19:21
22:15 35:12
63:3 100:2
**Turn** 89:23
**turned** 49:2
116:18
**turning** 49:2
76:4
**turns** 127:14
**two** 26:8,12
30:11 36:8
37:2 44:2,10
44:17 70:16
79:4,14 82:20
82:23,23 90:7
90:11,12,22
91:16,18 95:1
95:14 104:20
108:16 116:22
128:20 129:2
129:18 130:21
**two-** 45:9
**two-hour** 37:18
**type** 13:10 14:16
31:10 56:3
67:2 77:10
80:20 84:5
113:16

───────────
**U**

**U** 2:1
**U.S** 15:9
**UL** 32:8,14,14
32:21 33:2,9
56:18 57:14
106:22
**UL's** 57:13
**ultimately** 48:10
**unconnected**
29:23
**uncontrolled**

115:9
**undergo** 72:13
**understand** 32:7
56:19,21 60:12
100:2
**understanding**
57:6 58:8
70:21 71:7
84:17 124:6
141:14
**understood** 10:2
**unit** 48:17 52:8
114:18 118:10
118:11,12,15
130:8,9,17
**UNITED** 1:1
**Universal** 46:20
**unknown**
116:17
**unnecessary**
92:21
**unoccupied** 49:5
**unplugged** 30:1
30:7 128:21
130:12
**unquote** 49:1
**unrelated** 20:9
**use** 14:5 16:6
59:22 68:3,9
90:14 106:19
109:7,15
121:15
**uses** 27:18 109:9
113:14
**Usual** 6:19
**utility** 52:6,20
69:22 70:2
77:7 114:19

───────────
**V**

**V-A-R-A-J-A-N**
27:12
**valid** 43:2 85:11
**Varajan** 27:11
**variant** 80:11
**varied** 47:9

**various** 12:10
24:11 32:17
66:18 70:14
73:18 80:5,15
81:8,13 89:14
109:18 110:21
111:4 120:16
130:3
**vary** 32:1
**vehicles** 27:22
**venting** 103:13
**versa** 90:18
**versed** 19:9
73:14
**versus** 47:10
133:11
**vice** 90:18
**vicinity** 73:11
**victim** 39:1
42:11 49:8,12
**victims** 42:22
**videos** 72:21,22
79:23 80:2,6
80:12,14,15
81:3 82:12
**virtual** 1:15
139:11
**voltage** 83:6
**voltages** 31:17
**volts** 83:11,13
83:18
**volume** 25:4
90:15,19,23
**vs** 1:11 141:3

───────────
**W**

**W** 131:22
**waive** 138:16
**waived** 2:12
**Walk** 115:6
**wall-mounted**
48:18
**Walthrop** 58:3,6
58:14,19 60:6
**Walthrop's**
58:12 59:4,12

**want** 8:4 23:6
24:14 42:4
53:23 61:4
79:15 86:13
114:9 123:15
128:6
**wanted** 25:21
29:1 76:9
**warnings** 11:7
**wasn't** 34:18
76:9
**water** 38:17
**way** 10:5 17:21
22:2 49:1,3
76:5 101:9,18
102:5 106:16
110:5 121:8
128:3
**we'll** 18:11 23:7
118:13 138:23
**we're** 8:7 11:10
14:17 20:13
31:10 53:22
54:11 56:8
59:6 118:7
120:15 135:2
**we've** 28:9,11,12
93:22 101:16
110:9 118:3
124:5 129:14
135:14
**web** 26:7,9,12
26:14
**week** 18:7
**weekend** 49:4
**weird** 35:8,9
**went** 33:19 34:6
51:16 57:1
**weren't** 32:4
48:22
**whereabouts**
37:11 64:11
**WHITE** 5:9
**widespread**
92:13 93:2
**windings** 41:1

100:13
**window** 37:18
**winter** 48:19
**wired** 131:23
**withstand** 32:18
**witness** 2:12 3:2
   6:11 20:15
   60:7 64:14
   67:16 138:17
   140:8
**witnesses** 37:8
   61:5,11 64:8
**Wittingham**
   25:5
**wondering**
   138:21
**word** 17:22
   35:23 53:11
**words** 12:20
   43:8 128:8
**work** 9:5 13:15
   15:6 16:8,14
   19:6 43:23
   45:20 49:20
   122:5 124:4
**worked** 13:14
   16:3 44:6,12
   45:14 51:21
   58:10
**wouldn't** 9:22
   12:3 14:15
   18:23 19:4
   22:7,15 38:9
   74:1 84:11
   86:9 93:8
   109:2
**wrap** 77:6,10,13
   82:21
**wrapped** 71:17
   76:15 77:2
   82:21
**wrappers** 82:23
**wrapping**
   120:11
**write** 129:3,22
   130:4

**writing** 123:5
   140:5
**written** 25:1
   26:3 52:19
**wrong** 19:5,14
   20:7
**wrote** 24:22
   123:6

**X**

**X** 3:1
**x-ray** 92:16,20
   92:20

**Y**

**y'all** 34:12,20
   51:16
**yeah** 13:5 14:5
   22:5 23:9
   24:13,17 26:21
   27:15 31:6
   36:15 48:13
   50:17 54:10
   62:9 73:3
   77:21 78:21
   79:2 80:23
   99:10 117:16
   123:20 132:18
   138:22
**year** 20:1 38:3
   50:13,15
   108:16
**Yearout** 3:5 5:8
   6:22 7:2,15
   38:23 69:11
   96:23 120:14
   121:17,21
   136:21 139:3
**years** 12:6 47:9
   48:2,3 50:17
   80:19
**Yep** 41:21
**yesterday** 34:11
**YouTube** 80:15
   82:12

**Z**

**Zander** 58:2
**Zoom** 7:16

**0**

**0007** 79:11
**007** 78:6
**01/24/2026**
   140:22

**1**

**1** 3:10,13 17:13
   17:16
**1,900** 122:21
**1:22-CV-01753**
   1:5
**10** 23:11 76:4
   111:1 134:3
**10,000** 50:6
**10:30** 98:23 99:8
   99:15
**100** 25:4 44:19
   44:20,21
**100,000** 50:8
**11:00** 18:5
**12:52** 139:13
**121** 3:16,20
**12th** 1:18 2:8
   6:10 139:13
**13** 78:6
**13,906** 122:9
**134** 3:18
**139** 3:22 4:1
**13th** 25:4
**14** 82:16 131:23
**14.5.1.1** 61:4
**140** 3:6
**141** 3:7
**142** 3:8 132:8
**15** 26:3 47:5
**1533** 125:4,4
**16** 83:4
**1600** 122:20
**17** 3:10
**1862** 123:2
**18650** 26:20

27:13 28:17
   42:8 43:6
   86:11,17 94:1
   110:1 112:17
**1865040-volt**
   119:21
**19** 130:4

**2**

**2** 3:12 67:20,21
**2,000** 44:2,3
**20** 50:17 86:20
   88:17 90:22
   104:11 141:16
**2001** 26:3
**2003** 49:22,23
   49:23
**2006** 15:10
   49:20
**2008** 25:1
   112:21
**2010** 27:14
   112:20
**201168** 75:9
**2012** 15:10 25:5
   27:23 28:5
**2013** 15:4
**2015** 26:18
**2017** 16:22 17:1
   37:7
**2018** 25:11
**2019** 15:5
**2020** 43:18
   51:10,11 52:4
   52:18 53:7
   123:2 128:17
**2021** 28:19
   57:23
**2023** 1:18 2:8
   6:10 9:21
   10:13 139:13
   140:18
**20TH** 5:9
**21** 51:10 52:4,17
   53:7
**21146** 5:5

**21st** 124:15
**22** 94:9 96:12,13
**23** 94:8,9 97:13
**24** 9:21 10:13
   94:9
**25** 20:14
**254** 70:8
**26** 18:9
**27** 57:23 94:9
   123:2
**27th** 43:17,18
   51:5 125:1
   140:18
**28** 51:11 109:23
**28th** 51:17
   128:17
**290** 122:18
**298** 83:5

**3**

**3** 3:14 69:15,17
**3.2** 90:3
**30** 47:15
**300** 24:13
**325** 122:19
**35203** 5:10
**39.03** 83:12,13
**39.3** 83:11

**4**

**4** 3:16 23:10
   121:4,5 122:1
**40** 47:16 83:18
   83:7 91:23
   109:17 111:12
   111:19 128:13
**400** 5:9

**5**

**5** 3:18 134:4,5
**50/50** 47:10
**500,000** 50:10
   50:20
**528** 128:9
**566** 5:5

Christoph Flaherty                                          7/12/2023

Page 165

**574** 136:3
**5th** 28:6

---
**6**

**6** 3:20 103:1
    112:1 121:19
**60** 47:14
**6445** 82:17
**650** 110:23
**669** 140:23
**67** 3:12
**69** 3:14

---
**7**

**7** 3:5,22 74:22
    78:5 79:4
    139:4,8
**70** 47:15
**71** 132:11,14
**75** 76:12 83:19
**7th** 24:23

---
**8**

**8** 4:1 139:6,9
**897** 86:21 87:8
    88:8,18

---
**9**

**9:00** 1:19 2:8 6:9
    98:1
**9:30** 97:23
**911** 127:14
**921** 60:23 61:18
    61:22 63:10
    68:4,21 84:22
    85:11