# Curriculum Vitae
## Of
### James A. Sobota, CFI, CFEI, CVFI

## PROFESSIONAL EXPERTISE

Certified Fire & Explosion Investigator, Certified Vehicle Fire Investigator specializing in determining the origins, causes, and circumstances of structural, vehicular, and marine fires; experienced in explosion investigations, fire protection analysis, plan review, fire investigation training, and law enforcement; collaborative background with local, state, and federal government agencies; Retired Fire Investigation Branch Commander, thirty-two years of dedicated service with the Fairfax County Fire Department, which includes seventeen years in the capacity of Assistant Fire Marshal; hold expert witness qualifications in fire origin & cause investigations. Currently serving as a senior fire investigator with Fire & Arson Investigation Consultants (FAIC).

## EDUCATION

- B.S., Industrial Safety, Fire Science, University of Maryland, 1983
- Fairfax County Fire Academy, 58th Recruit Class, 1983
- Fairfax County Police Academy, Session 30, 1998

## Professional Related Training

- NFPA 1031 Fire Inspector         (VA Dept. Fire Programs)       May        1997   80 hrs.
- NFPA 1033 Fire Investigator      (VA Dept. Fire Programs)       September  1997   80 hrs.
- Hazardous Materials Technician                                  June       1998   40 hrs.
- Environmental Crimes, (Environmental Enforcement Program)       March      1999   32 hrs.
- Incident Command Training                                       April      1999   16 hrs.
- Crime Scene Preservation and Evidence Collection (FFA)          June       1999   16 hrs.
- Incident Response to Terrorist Bombings (New Mexico)            June       1999   34 hrs.
- Mine Blasting and Safety (Beckley WV)                           January    2000   16 hrs.
- Surface Blasting (Beckley WV)                                   May        2000   24 hrs.
- Surveillance  (VA Dept. Fire Programs)                          June       2000   24 hrs.
- DOT Hazmat Transportation (Kansas Hwy Patrol)                   August     2000   40 hrs.
- Advanced Explosion Training (FLETC)                             February   2001   72 hrs.
- Advanced Environmental Crimes (FLETC)                           September  2001   80 hrs.
- RCRA Hazardous Waste (McCoy Assoc.)                             May        2002   24 hrs.
- Arson for the 21st Century, (Miami FL)                          June       2002   40 hrs.
- Interview & Interrogation (Fairfax CJA)                         January    2003   40 hrs.
- Adv. Interview & Interrogation (Fairfax CJA)                    April      2003   40 hrs.
- Gas & Electric Appliance Fires (Fire Findings)                  April      2004   32 hrs.
- Forensic Fire Scene Evidence                                    May        2004   24 hrs.
- Advanced Origin & Cause & Testimony (FLETC)                     June       2004   80 hrs.
- Fatality Fire Scene Investigation (Montgomery County FD)        September  2006   14 hrs.
- Incident Command Training, ICS 300 & 400                        March      2007   32 hrs.

F.A.I.C. File #  20-10622-089

| | | | |
|---|---|---|---|
| ➢ Photography for Law Enforcement (Fairfax CJA) | September | 2010 | 40 hrs. |
| ➢ Solid Fuel Burning Appliances (Fire Findings) | October | 2010 | 16 hrs. |
| ➢ Computer Forensics Training (NW3C) | March | 2012 | 100 hrs. |
| ➢ Scientific Protocols for Fire Investigations (Lentini) | April | 2013 | 24 hrs. |
| ➢ DNA & Natural Gas Systems Investigations (MFEI) | July | 2017 | 8 hrs. |
| ➢ Electrical Aspects of Fire Investigations (IAAI) | August | 2017 | 24 hrs. |
| ➢ Fire Origin and Pattern Analysis (MFEI) | May | 2018 | 16 hrs. |
| ➢ Marine Fire Investigation (IAAI) | February | 2019 | 28 hrs. |
| ➢ Giving Stronger Depositions and Testimony | March | 2019 | 8 hrs. |
| ➢ Motor Vehicle Fire Investigation 3 Day | August | 2020 | 24 hrs. |
| ➢ Smoking materials as ignition source | July | 2022 | 6 hrs. |
| ➢ Expert Testimony and Lithium Batteries | December | 2022 | 6 hrs |

**IAAI CFI Trainer.net courses                     2010 – Current**

- ➢ Accreditation, Certification and Certificates — 3 hrs.
- ➢ Arc Mapping Basics — 4 hrs.
- ➢ Basic Electricity — 4 hrs.
- ➢ Charleston Sofa Super Store Fire — 4 hrs.
- ➢ Critical Thinking Solves Cases — 4 hrs.
- ➢ Digital Photography and the Fire Investigator — 4 hrs.
- ➢ DNA — 3 hrs.
- ➢ Documenting the Event — 4 hrs.
- ➢ Electrical Safety — 3 hrs.
- ➢ Explosion Dynamics — 4 hrs.
- ➢ Fire and Explosion Investigations Utilizing NFPA 1033 and 921 — 4 hrs.
- ➢ Fundamentals of Interviewing — 4 hrs.
- ➢ Insurance and the Fire Investigation — 4 hrs.
- ➢ Introduction into Evidence — 4 hrs.
- ➢ Investigation Fatal Fires — 4 hrs.
- ➢ Investigating Motor Vehicle Fires — 4 hrs.
- ➢ Magne Tek : A Case Study In the Daubert Challenge — 2 hrs.
- ➢ Managing Complex Fire Scenes — 4 hrs.
- ➢ Post Flashover Fires — 4 hrs.
- ➢ Process of Elimination — 3 hrs.
- ➢ Residential Electrical Systems — 4 hrs.
- ➢ Search and Seizure — 4 hrs.
- ➢ Impact of Ventilation in Building Structures on Fire Development — 4 hrs.
- ➢ The Scientific Method for Fire and Explosion Investigation — 3 hrs.
- ➢ Understanding Fire Through the Candle Experiments — 4 hrs.
- ➢ Writing the Initial Origin and Cause Report — 3 hrs.
- ➢ Motor Vehicles: Transmissions, Exhaust, Accessory Systems — 3 hrs.
- ➢ Motor Vehicles: The Engine, ignition, electrical, and fuel systems — 3 hrs.
- ➢ 2021 NFPA 921 Chapter 6 Fire Patterns — 2 hrs.
- ➢ Deposition Part 1, Format, Content and Preparation — 3 hrs.

- Deposition Part 2: Questioning, Tactics, and Effective Responses    3 hrs.
- NFPA 1033 and Your Career    2 hrs.
- Fire Chemistry    3 hrs.
- Thermometry, Heat & Heat Transfer    3 hrs.
- Relationship between NFPA 1033 & NFPA 921    2 hrs.
- Fire Flow Analysis    3 hrs.
- Introduction to Fire Dynamics and Modeling    4 hrs.
- Understanding Undetermined    3 hrs.
- Insurance Professional needs to know about Fire Investigation    3 hrs.
- Lithium Battery Fires    1 hrs.

## Miscellaneous Training & Seminars

| Course | Month | Year | Hours |
|---|---|---|---|
| Gasoline Tank Truck Emergency Response | April | 1984 | 8 hrs. |
| Hazards of Roofs, Brannigan | April | 1986 | 8 hrs. |
| Engine Company Pump Operations | October | 1987 | 16 hrs. |
| NFPA Officer I Course | July | 1989 | 40 hrs. |
| Building Construction for Fire Suppression Forces (NFA) | July | 1989 | |
| Increasing Team Effectiveness      (NFA) | July | 1989 | |
| Fire Fighter Safety and Survival (NFA) | July | 1989 | |
| Commanding the Initial Response (NFA) | July | 1989 | |
| Wire Rope and Rigging | October | 1990 | |
| Zenger Miller Supervision – Phase I | December | 1991 | |
| Truck Company Operations School | May | 1992 | |
| Advanced Arson Investigation Training | March | 1996 | 16 hrs. |
| Cause and Origin Investigation Seminar | May | 1996 | 8 hrs. |
| Pyrotechnics, Serial Offenders, Photography | February | 1997 | 8 hrs. |
| Fire Inspector Recertification Class | December | 1998 | 16 hrs. |
| Building and Fire Code Requirements for HAZMAT | September | 1999 | |
| Advanced Legal Issues, (Fairfax City FD) | December | 1999 | 16 hrs. |
| Asian Organized Crime | March | 2000 | |
| Motor Carrier Recertification Training | July | 2000 | 8 hrs. |
| Basic HAZMAT Inspection | August | 2000 | 4 hrs. |
| Basic Public Information Officer Course | October | 2000 | |
| Seismograph Operation | April | 2001 | |
| Scientific Interrogation | March | 2001 | 24 hrs. |
| Commercial Kitchen Equipment | August | 2002 | 2 hrs. |
| Criminal Records & Background Checks | May | 2003 | 2 hrs. |
| Interviews and Interrogation | April | 2003 | 3 hrs. |
| Fire Investigation Report Writing | February | 2003 | 2 hrs. |
| Arrest Warrants and Petitions | July | 2003 | 3 hrs. |
| Respiratory Protection | August | 2003 | 2 hrs. |
| Polygraph | October | 2003 | 2 hrs. |
| Motor Carrier In-service Training | February | 2004 | 20 hrs. |

| | | | |
|---|---|---|---|
| ➢ Fire Scene Photography | February | 2004 | 2 hrs. |
| ➢ The Magistrate Process | March | 2004 | 2 hrs. |
| ➢ Fire Pattern Recognition | June | 2004 | 2 hrs. |
| ➢ Vehicle Fire Investigations | September | 2004 | 2 hrs. |
| ➢ Fire Protection Systems | September | 2004 | 8 hrs. |
| ➢ Estimating Fire Damages | October | 2004 | 2 hrs. |
| ➢ Dry Chemical Fire Suppression Systems | September | 2004 | 8 hrs. |
| ➢ Child Interviewing | February | 2005 | |
| ➢ Trucks and Terrorism | March | 2005 | 8 hrs. |
| ➢ Gas and Electric Appliance Fires | July | 2005 | 2 hrs. |
| ➢ Fatal Fire Investigations | July | 2005 | 2 hrs. |
| ➢ Incendiary Fire Investigation | September | 2005 | 2 hrs. |
| ➢ Major Fire Investigations | October | 2005 | 2 hrs. |
| ➢ Leadership Liability and Risk Management | January | 2006 | 16 hrs. |
| ➢ Interview and Interrogation Techniques | February | 2006 | 2 hrs. |
| ➢ Fire Origin and Cause | March | 2006 | 2 hrs. |
| ➢ Mobile Lab Evidence Collection | May | 2006 | 2 hrs. |
| ➢ Media Relations / Information Release | September | 2006 | 2 hrs. |
| ➢ Supervisory and Internal Investigations (Fairfax CJA) | October | 2006 | 16 hrs. |
| ➢ Fire Prevention Laws of the Commonwealth | September | 2007 | 8 hrs. |
| ➢ Fire Dynamics (NIST) | September | 2008 | 6 hrs. |
| ➢ Clean Agent Suppression Systems | February | 2009 | 2 hrs. |
| ➢ "B" Use Groups | March | 2009 | 2 hrs. |
| ➢ Construction Process in Fairfax County | April | 2009 | 2 hrs. |
| ➢ Use Groups Building Requirements | May | 2009 | 2 hrs. |
| ➢ Expert Report Writing (IAAI) | June | 2009 | 7 hrs. |
| ➢ Occupant Loads | August | 2009 | 2 hrs. |
| ➢ Explosive and Fireworks (Prince William Co. FD) | April | 2011 | 8 hrs. |
| ➢ Legal Training | July | 2011 | 4 hrs. |
| ➢ 2009 Statewide Fire Prevention Code Update | August | 2011 | 2 hrs. |
| ➢ Fire Fighter Safety and the Codes | January | 2012 | 6 hrs. |
| ➢ Identifying and Seizing Electronic Evidence | January | 2012 | |
| ➢ Access Controlled Egress | April | 2012 | 2 hrs. |
| ➢ Fire Safety During Construction and Demolition | February | 2013 | 2 hrs. |
| ➢ Legal and Arson Fire Case Review | August | 2013 | 4 hrs. |
| ➢ SFPC Chapter 33 Explosives | February | 2014 | 4 hrs. |
| ➢ Cellular Phones and Fire Investigations | August | 2014 | 8 hrs. |
| ➢ VA DCJS Private Investigator Recertification Training | February | 2018 | 8 hrs. |
| ➢ VA DCJS Private Investigator Recertification Training | June | 2020 | 8 hrs. |
| ➢ Investigating Motor Vehicle Fires | August | 2020 | 24 hrs. |
| ➢ Expert Witness 921-1033 Updates | July | 2021 | 16hrs. |
| ➢ MFEIA Winter Workshop Training | December 7 | 2021 | 5 hrs. |

## TEACHING / PROFESSIOAL EXPERIENCE

- Developed and taught "Investigating Suspicious Fires" (required objectives) for Fairfax County Police Academy Recruits.
- Delegate member of the International Fire Training Association (IFSTA) validating the 2nd edition IFSTA Fire Investigation Manual.
- <u>In-service Training Instructor</u>, Fairfax County Fire & Rescue Academy Teaching Fire Fighter Recruits, Fire investigation Basics.
- <u>ITT Technical Institute</u>, Advisory Board Member, School of Criminal Justice

## PROFESSIONAL WORK EXPERIENCE

- Senior Fire Investigator, Fire & Arson Investigation Consultant, Inc., 2016 – present
- Retired Captain, Fairfax County County Fire Department, Fairfax, VA, 1983 – 2015
- Fairfax County Fire & Rescue Department, Recruit Class 58, 5/13/1983
- Promoted to Firefighter II, 1/28/1987
- Promoted to Sergeant, 3/25/1989
- Promoted to Lieutenant, 7/25/1992
- Promoted to Captain I, 6/10/1995
- Promoted to Captain II, 3/15/2006
- Volunteer Fire Fighter, Prince Georges County, Maryland 1976 -1981

## PROFESSIONAL CERTIFICATIONS

- Fire Investigator, International Association of Arson Investigators
- Fire and Explosion Investigator, National Association of Fire Investigators
- Vehicle Fire Investigator, National Association of Fire Investigators
- Fire Investigator, National Board on Fire Service Professional Qualifications

## PROFESSIONAL AFFILIATIONS

- International Association of Arson Investigators
- Maryland Arson and Explosive Investigators Association
- National Association of Fire Investigators

## HONORS/AWARDS

- Bronze Star Award, Valor, 1990
- Team Performance Award in recognition of the April 2008 Congressional Fire Service Institute's Fire and Emergency Showcase on the National Mall.
- Team Excellence Award, Lorton Prison, Laurel Hill, 2002
- Team Performance Award, Fair Oaks incendiary Fires, April 2015
- Multiple letters of appreciation from Fairfax County Chief Officers.

## *TESTIMONY*

*I have testified in Fairfax County General District and Juvenile domestic relations courts in excess of 20 times.  The majority of these were felony arson cases in addition to fire code violations and juvenile fire setting issues.*

| Date | Case# | Location | Description |
|---|---|---|---|
| *October 14, 2020* | *17-9388-031* | *Montgomery County Md.* | *Marcial Properties, LLC v. Dosunmo* |

*December 15, 2022*