# Flaherty Engineering Consulting

## CURRICULUM VITAE – CHRISTOPH J. FLAHERTY, P.E.

[www.flahertyengineering.net](www.flahertyengineering.net) | 410.541.6466

### Academic Background

M.S., Electrical Engineering, Tufts University, 1994
B.S., Physics, United States Naval Academy, 1992
Certified Fire and Explosion Investigation Program, National Association of Fire Investigators, 2004

### Registration and Qualifications

Licensed Professional Engineer in Maryland, Virginia, and the District of Columbia
Certified Fire and Explosion Investigator, National Association of Fire Investigators (2004-2017)
Naval Nuclear Propulsion Engineer

### Professional Experience

<u>Senior Electrical Engineer</u>, Flaherty Engineering Consulting, LLC, 2009-present
<u>Consulting Electrical Engineer</u>, FORCON International, 2012-2022
<u>Consulting Electrical Engineer</u>, Rothfuss Engineering Company, 2014-2019
<u>Consulting Electrical Engineer</u>, RTI Forsensics, 2013-2019
<u>Electrical Engineering Faculty</u>, United States Naval Academy, 2006-2012
  Courses/subjects taught: Electrical Circuits, Power Generation and Distribution, Electrical Motors, Power Supply Design, Fiber Optical Communications, Signals and Systems
<u>Consulting Electrical Engineer</u>, CED Investigative Technologies, Inc., 2006-2012
<u>Senior Electrical Engineer</u>, CED Investigative Technologies, Inc., 2003-2005
<u>Optical Engineer/Laser Safety Officer</u>, Lumera, Inc., 2001-2003
<u>Nuclear Propulsion Plant Engineering Instructor</u>, Trident Training Facility, 1999-2001
<u>Strategic Missile Officer and Quality Assurance Director</u>, USS Florida (SSBN 728), 1997-1999
<u>Shift Maintenance Coordinator and Engineering Watch Officer</u>, USS Florida (SSBN 728), 1996-1999
<u>Naval Nuclear Propulsion and Submarine Training</u>, United States Navy, 1994-1995

### Professional Societies

Institute of Electrical and Electronics Engineers (IEEE)
National Fire Protection Association (NFPA)
National Association of Fire Investigators (NAFI)

### Areas of Expertise

- Electrical consumer products including appliances, tools, computers, extension cords, and surge protectors
- Electrically ignited fires
- Electrical grounding and electrical shock
- Electrical commercial and industrial equipment including electric motor operated pumps, fans, and HVAC units
- Electrical power generation and distribution, including switchgear design, installation, and maintenance
- Residential and commercial building wiring
- Electrical control systems
- Conduct of work on electrical systems, including lockout/tagout procedures and other OSHA requirements

# Flaherty Engineering Consulting

## 2023 RATES AND POLICIES

Christoph Flaherty's 2023 consulting rate is $325/hr for all standard services including travel, inspection, research, document review, and testimony. This rate also includes use of standard investigation and testing tools (digital photography and videography, measurement and power tools). Work in potentially asbestos-contaminated environments (which Christoph Flaherty is certified to do) will be billed at $375/hr. Additional fees, such as those for use of specialized equipment and laboratory space, will be agreed upon and billed at cost.

All expenses incurred for travel (such as air fare, car rental, lodging, meals, tolls, and parking) will be billed at cost. Personal vehicle travel is billed at the government reimbursable rate (currently $0.655/mile).

Evidence storage is also offered and billed according to size and nature of evidence. Storage rates generally range from $25 to $200 per month.