# Flaherty Engineering Investigation Report

*By Christoph J. Flaherty, PE*                                        *February 24, 2023*

**Subject:  Taronji-Fernandez Residence Fire**
**Flaherty Engineering Case 1533**

## 1.  Assignment

On May 21, 2020, I was asked to assist in investigating the fire that occurred on May 19, 2020 at the residence of Ms. Ciara Taronji and Mr. Juan Fernandez located at 412 Vermont Avenue in Hagerstown, Maryland. The purpose of the investigation was to assist and provide electrical engineering expertise to the fire origin and cause investigation conducted by Mr. James Sobota of Fire & Arson Investigation Consultants (FAIC).

## 2.  Background

Just after 6 p.m. on May 19, 2020, Ms. Theresa Taronji, the insured's mother, heard banging, popping, and hissing noises from the basement. She encountered smoke when she opened the basement door then called 911 and evacuated the house with her grand-daughter who was the only other occupant at that time. The fire was confined to one room in the basement and extinguished by the fire department. FAIC and Flaherty Engineering were retained by State Farm to conduct a fire origin and cause investigation. This report will focus on the electrical aspects of the investigation and the cause of the fire; see the FAIC report under separate cover for a summary of Mr. Sobota's investigation and the fire origin determination.

## 3.  Investigation

Flaherty Engineering performed this investigation through use of the Scientific Method as recommended by NFPA 921, *Guide for Fire and Explosion Investigations*. Fire investigation is a complex endeavor which requires the use of a systematic approach to determine the origin of a fire and then investigate the circumstances and conditions which brought the ignition source and the first fuel together. The Scientific Method provides the organizational and analytical process to accomplish a successful investigation.[1] Basic electrical engineering principles as described in numerous texts as well as information regarding the construction and failure modes of lithium-ion batteries (see references at end of report) were relied on in addition to NFPA 921 during the course of this investigation.

---

[1] NFPA 921, 2021 ed., §4.1 & 4.2

The Flaherty Engineering investigation to date has included, but is not limited to:

1. Inspection of the Taronji-Fernandez residence on May 28, 2020.

2. Computed tomography (CT) scanning of recovered battery remnants on October 7, 2020.

3. Joint examination of evidence recovered from the Taronji-Fernandez residence on December 20, 2022.

As of the writing of this report, it is understood that discovery, including depositions that have been scheduled but not yet conducted, is ongoing. Information from these depositions and any additional documents will be considered and opinions in this report may be amended and/or modified accordingly.

### *3.1 Taronji Residence Inspection*

The Taronji residence at 412 Vermont Avenue in Hagerstown, Maryland was inspected on May 28, 2020. The inspection was documented with notes and 218 photographs. Copies of photographs referred to in this report are included in Appendix A. This report shall use the fire service convention of referring to the front of a structure (i.e., the street side) as side "A". Moving clockwise around the structure, the side to the street observer's left (building right) is side "B", the rear of the structure is side "C", and side "D" is the right side as seen from the street. Electrical service entered the residence at the C-D corner of the basement and fed a distribution panel with whole home surge protection device and a service approval inspection sticker dated August 18, 2003 (Photograph 1). The basement was unfinished except for some partition walls which enclosed a utility room encompassing the A-D corner of the basement (Photograph 2). A desk was set up on the C-wall (the back wall) of the basement outside of the utility room and near the electrical panel (Photograph 3). Fire damage was limited to the interior of the enclosed utility room which contained an oil tank, a furnace/air handling unit, a water heater, and some shelving for storage (Photographs 4 & 5).

Fire damage was concentrated on shelving along the B-wall of the utility room which was to the immediate left upon entering through the door. The shelving was used to store painting supplies, charcoal, and tile (Photograph 5). Mr. Sobota relayed the following information provided to him by the insured:

- On the morning of May 19, 2020, Mr. Fernandez used a battery-powered Ryobi chain saw to perform some trimming. He used a Ryobi 6 amp-hour, 40-volt,

lithium-ion battery pack he had purchased at Home Depot on March 28, 2020 to power the chain saw.

- When he finished trimming, the battery pack charge status indicator illuminated 2 of 4 lights.
- Mr. Fernandez recharged the 6 amp-hour battery at his desk in the basement.
- When the battery pack was charged, Mr. Fernandez removed the battery pack from the charger, unplugged the charger, and placed both the charger and the battery on top of some tiles stored on the right side of the shelving unit in the utility room (Photograph 6).

Fire damage was most severe on the middle and top shelves of the B-wall shelving unit, particularly towards the center of the shelf where painting supplies stored on the left side transitioned to stacks of tile stored on the right side (Photograph 7). Burned debris was found on the shelves of the B-wall shelving unit and on the floor around it. This debris consisted of several 1-gallon paint cans, spray paint cans, melted plastic containers, alkaline batteries, an AC wall adapter, a circuit board from a router/modem, window blinds, charcoal, some hand tools, cardboard boxes, and an extension cord that was routed lengthwise across the top shelf (Photographs 8-12). A wall-mounted duplex receptacle to the right of the B-wall shelving unit featured a protected area around the top receptacle that matched the shape and size of the plug on the end of the extension cord (Photograph 13). The receptacle end of the extension cord was dangling off the end of the shelving unit nearest the door and did not have anything plugged into it at the time of the inspection (Photograph 14). The extension cord had reportedly been used to power a Moen Flo Smart Water Monitor and Shutoff installed in the water piping at the A-wall of the utility room (Photograph 15). The plug end of the power cord for the water monitor was found hanging down from a bracket on the other side of the door from the shelving unit (Photograph 16).

Burned remnants of a battery pack using cylindrical 18650 lithium-ion cells were recovered from various locations around the utility room as follows:

- 19 battery cells from the floor in front of the shelving unit and between the shelves and the furnace/AHU (Photograph 17)
- 1 battery cell from the base of the far wall near the oil tank (Photograph 18, recovered during a joint inspection on June 2, 2020)
- Battery management circuit board and heat sink from the floor in front of an adjacent shelving unit (Photograph 19)

- Copper foil electrode from the floor in front of and around the shelving unit (Photograph 20), on top of the tiles on the shelves (Photograph 21), and on the floor near the battery management circuit board remnant (Photograph 19).

The battery pack remnants and other debris from the floor were recovered for additional examination along with 3 shelves from the B-wall shelving unit (numbered as indicated in Photograph 22). Additionally, the Ryobi chain saw that Mr. Fernandez said he used on the morning of the fire, 2 other Ryobi 40-volt lithium-ion battery packs (one 4 amp-hour and one 5 amp-hour), and an exemplar router/modem were recovered from the unburned first level of the residence and retained for laboratory examination.

### 3.2 Computed Tomography

The 20 recovered lithium-ion battery cells had separated from their pack arrangement and groups of no more than 4 cells remained connected to one another (Photograph 23). For the purpose of CT scanning, the cells were arranged into two groups of 10 cells each (Photograph 24). These groupings did not attempt to recreate the original arrangement of the cells. Several of the cells were ruptured and had ejected some, and in some cases nearly all, of the internal electrode "jelly roll." CT scans revealed widespread internal electrode damage due to thermal runaway (Photograph 25).

### 3.3 Evidence Examination

Evidence retained from the Taronji-Fernandez residence is listed in Appendix B and was examined on December 20, 2022. The examination was documented with notes and 663 photographs. Copies of photographs referred to in this report are included in Appendix A. The chainsaw that Mr. Fernandez said he used on the morning of the fire and both other Ryobi 40-volt lithium battery packs were examined. The chain saw and battery packs had some dirt, dust, and surface scratches on them commensurate with normal use (Photographs 26 & 27). There were no indications of excessive force impact or other damage which may have indicated misuse or abuse.

The exemplar router/modem was labeled as a DASAN Zhone Solutions GPON [Gigabit Passive Optical Network] 4 Port WiFi Gateway. Its power supply was a small switching adapter with a nameplate output of 12 volts and 1.5 amps. The DASAN gateway was opened and its printed circuit board (PCB) was compared to the one recovered from the floor of the utility room in front of the B-wall shelving unit (Photographs 28 & 29). The size and

configuration of the circuit boards matched. The burned PCB had no localized damage which could have been evidence of an internal failure (Photographs 30 & 31).

The burned PCB recovered from the floor near the C-wall shelving unit along with several pieces of copper foil had the same size, shape and configuration as the battery management circuit boards from the Ryobi 4 amp-hour and 5 amp-hour 40-volt lithium batteries (Photographs 32-34). Much of the copper trace as well as some of the battery pack terminal connectors had been melted off the circuit board. Cleaning of the heatsink located on one end of the board revealed alphanumeric markings similar to those on the 4 amp-hour and 5 amp-hour boards.

The duplex receptacle outlet recovered from the B-wall of the utility room on the opposite side of the shelving unit as the door had a rectangular protected area around the top receptacle which was the same size as both the plug face for the extension cord as well as the plug face for the Ryobi charger power cord. Examination of the extension cord revealed a very small arc site approximately 71 inches from the plug end (Photographs 35-37).

The 3 shelves retained were examined with the remaining debris. Debris stored on the middle shelf included alkaline batteries in some type of plastic bag or container, joint compound, paints both in gallon cans and spray cans, other paint supplies, a soldering iron, and a small AC adapter power supply (Photographs 38-41). The soldering iron had its power cord wrapped around it and was not plugged in. The AC adapter power supply had the same form and similar markings as the DASAN gateway adapter and its DC cord was wrapped around and melted into it, running between its plug blades indicating that it was not plugged in at the time of the fire (Photograph 42).

## 4. Discussion

As a result of his investigation, Mr. Sobota determined that the fire originated on the metal shelving against the B-wall of the utility room, which was the immediate left wall upon entering the room. As noted above, items stored on the metal shelving included paint and wall-patching supplies, a bin or bag with some alkaline batteries in it, stacks and boxes of tiles, a router/modem and its power supply, charcoal, a Ryobi battery charger, and a Ryobi 6 amp-hour 40-volt lithium battery. In addition to the items stored there, an extension cord used to supply power to a water monitor located on the A-wall of the basement ran across the top shelf. Based on the scene inspection and evidence examination, the only item that was plugged in was the extension cord. All other electrical items that do not have stored energy, namely the

router/modem, its power supply, and the soldering iron are therefore eliminated as potential fire causes.

The small arc site noted on the extension cord indicated that the extension cord, and not the Ryobi battery charger, was plugged into the outlet next to the shelving unit where the protected area was noted. This corresponds with information provided by Mr. Fernandez who said that he placed the charger on the shelf for storage and did not plug it in. The extension cord arc site was 71 inches from the plug. Each of the metal shelves were 36 inches long so that the shelving unit had a total length along the wall of approximately 72 inches. With the extension cord plugged into the outlet further down the wall and lower than the top shelf, the arc site would most likely have been over the top shelf on the left side. This location above the significant burning on the middle shelf coupled with the small size of the arc, which involved only a few strands of the extension cord's conductors, indicate that this small electrical short was caused by fire attack and is therefore also ruled out as a potential fire cause.

All electrical cords and cord-powered appliances on the shelving were thus ruled out as potential fire causes leaving only the batteries' stored energy as a potential ignition source. None of the alkaline batteries recovered showed evidence of being at the point of fire origin and the plastic container in which they were stored was melted due to fire attack from the outside and not burned up from the inside. Ignition sources associated with the alkaline batteries stored on the shelf were there for also eliminated as potential fire causes.

The Ryobi 6 amp-hour 40-volt lithium battery that Mr. Fernandez had used, charged, and then placed on the shelf the morning of the fire showed clear signs of thermal runaway. The plastic components of the battery pack were completely consumed in the fire, several of the cells ruptured and ejected their electrode "jelly roll," and CT scanning showed extensive internal damage to all cells. Thermal runaway occurs when the current flow and chemical reactions within a battery cell cause uncontrollable self-heating, eventually leading to cell venting, rupture, and/or flaming combustion. Thermal runaway can be caused by overcharging, over-discharging followed by charging, internal or external short circuits, and excessive environmental temperatures. Recently manufactured lithium battery operated tool systems, such as the Ryobi chain saw, battery, and charger used by Mr. Fernandez on the morning of the fire, generally contain protective circuitry to prevent overcharging and over-discharging. They also usually prevent charging a battery that has become over-discharged. Individual cells are also protected by a positive temperature coefficient device (PTC) and a current interrupt device (CID). The PTC devices and CIDs protect single cells but have been shown to offer insufficient

protection to prevent thermal runaway when cells are connected in a series/parallel arrangement to form a battery pack[2].

The most probable cause of the thermal runaway of the Ryobi battery in the Taronji-Fernandez residence was the development of an internal short circuit in one of the cells due to a manufacturing defect. Other ignition sources for the fire have been ruled out as summarized above, eliminating the external application of heat as the cause of the thermal runaway. The battery pack was not charging at the time of the fire, making overcharging an unlikely cause and Mr. Fernandez reported that after his use of the battery that morning its state of charge indicator showed 2 of 4 lights, making over-discharge followed by charging an unlikely cause as well.

## 5. Conclusions

Based on my engineering investigation of the fire occurring at the Taronji-Fernandez residence at 412 Vermont Avenue in Hagerstown, Maryland on May 19, 2020 as discussed above, I have concluded, to a reasonable degree of engineering certainty, that:

1. The Taronji-Fernandez residence fire was caused by the thermal runaway of the Ryobi 6 amp-hour 40-volt lithium battery Mr. Fernandez had used and charged earlier on the same day.

2. The thermal runaway of the Ryobi battery was most likely caused by the development of an internal short circuit in one of the cells due to a manufacturing defect.

3. Other possible sources of ignition in the area of fire origin on the shelving unit in the basement utility room of the Taronji-Fernandez residence were considered and ruled out.

This report and the opinions expressed herein are based on the currently available information and are subject to amendment and modification should additional information become available.

Submitted by:

*Christoph J. Flaherty*

Christoph J. Flaherty, P.E.
Electrical Engineer

---

[2] Jeevarajan J, *Safety Limitations Associated with Commercial 18650 Lithium-ion Cells*

# References

References include but are not limited to:

- Jeevarajan J, *Safety Limitations Associated with Commercial 18650 Lithium-ion Cells*, Lithium Mobile Power and Battery Safety, 2010

- Mikolajczak C, Kahn M, White K, Long RT, *Lithium-Ion Batteries Hazard and Use Assessment*, The Fire Protection Research Foundation, July 2011

- Nagourney T, Jordan J, Laban M, Dennis S, May B, *The Implications of Post-Fire Physical Features of Cylindrical 18650 Lithium-Ion Battery Cells*, Fire Technology, 2021

- Ouyang D, Chen M, Liu R, Wei R, Weng J, Wang J, *Investigation of a Commercial Lithium-Ion Battery Under Overcharge/Over-discharge Failure Conditions*, RSC Advances, 2018

# Appendix A
# Report Photographs

# Photograph 1

(Case Photo 15)



Electrical distribution panel at C-D corner of basement

# Photograph 2

(Case Photo 1)



Partition wall enclosing utility room

FEC Case No.:  1533 | A-4
**Taronji-Fernandez Residence Fire**

# Photograph 3

(Case Photo 5)



Mr. Fernandez's desk along back (C-side) wall of basement

# Photograph 4

(Case Photo 45)



Entrance to utility room, oil tank visible on right

# Photograph 5

(Case Photo 46)



Shelving along B-wall of utility room

# Photograph 6

(Case Photo 99)



Area where Ryobi charger and battery pack were stored after charging on May 19, 2020

# Photograph 7

(Case Photo 53)



Shelf used to store painting supplies

# Photograph 8

(Case Photo 85)



Paint, plastic containers, alkaline batteries, and AC wall adapter among stored items

# Photograph 9

(Case Photo 165)



Plug end of extension cord and top shelf on right side of B-wall shelving unit

# Photograph 10

(Case Photo 167)



Extension cord routed across the top shelves; boxes and debris on top shelves

# Photograph 11

(Case Photo 168)



Extension cord routed across the top shelves; boxes and debris on top shelves

# Photograph 12

(Case Photo 169)



Extension cord routed across the top shelves; boxes and debris on top shelves

FEC Case No.:  1533 | A-14
**Taronji-Fernandez Residence Fire**

# Photograph 13

(Case Photo 166)



Duplex outlet with protected area on utility room B-wall to right of shelving unit

FEC Case No.:  1533 | A-15
**Taronji-Fernandez Residence Fire**

# Photograph 14

(Case Photo 172)



Receptacle end of extension cord

# Photograph 15

(Case Photo 177)



Moen Flo Smart Water Monitor and Shutoff in water piping on utility room A-wall

# Photograph 16

(Case Photo 174)



Power cord for water monitor dangling down from bracket next to door

FEC Case No.:  1533 | A-18
**Taronji-Fernandez Residence Fire**

# Photograph 17

(Case Photo 64)



19 lithium-ion 18650 cells recovered from floor in front of B-wall shelving unit

# Photograph 18

(Case Photo 45)



Single lithium-ion battery cell recovered from this area

FEC Case No.:  1533 | A-20
**Taronji-Fernandez Residence Fire**

# Photograph 19

(Case Photo 137)



Battery management circuit board and heatsink (red), copper foil electrode (yellow)

# Photograph 20

(Case Photo 101)



Copper foil electrode on and around shelving unit

# Photograph 21

(Case Photo 104)



Copper foil electrode on tiles on shelf

# Photograph 22

(Case Photo 46, edited)



Shelf numbering for retention as evidence

# Photograph 23

(Case Photo 220)



All 20 cells recovered

FEC Case No.:  1533 │ A-25
**Taronji-Fernandez Residence Fire**

# Photograph 24

(Case Photo 221)



Cells arranged into two groups of 10 cells each for CT scanning

# Photograph 25

(CT Scan Image)



Group "A" CT scan image

# Photograph 26

(Case Photo 269)



Ryobi chain saw Mr. Fernandez used on the morning of May 19, 2020

FEC Case No.:  1533 │ A-28
**Taronji-Fernandez Residence Fire**

# Photograph 27

(Case Photo 250)



Ryobi 4 amp-hour and 5 amp-hour 40-volt battery packs

# Photograph 28

(Case Photo 384)



Comparison of exemplar DASAN gateway to recovered PCB

# Photograph 29

(Case Photo 405)



Comparison of exemplar DASAN gateway to recovered PCB

FEC Case No.: 1533 | A-31
**Taronji-Fernandez Residence Fire**

# Photograph 30

(Case Photo 386)



Fire-damaged router/modem PCB

FEC Case No.:  1533 │ A-32
**Taronji-Fernandez Residence Fire** │

# Photograph 31

(Case Photo 406)



Fire-damaged router/modem PCB

# Photograph 32

(Case Photo 438)



Burned PCB recovered from floor near C-wall shelving unit

# Photograph 33

(Case Photo 425)



Burned PCB recovered from floor near C-wall shelving unit

# Photograph 34

(Case Photo 359)



Circuit board on exemplar Ryobi battery pack

# Photograph 35

(Case Photo 693)



Small arc site on extension cord

FEC Case No.:  1533 | A-37
**Taronji-Fernandez Residence Fire**

# Photograph 36

(Case Photo 638)



Small arc site on extension cord

FEC Case No.:  1533 │ A-38
**Taronji-Fernandez Residence Fire** │

# Photograph 37

(Case Photo 677)



Small arc site on extension cord

FEC Case No.: 1533 | A-39
**Taronji-Fernandez Residence Fire** |

# Photograph 38

(Case Photo 797)



Shelf 1 and debris

# Photograph 39

(Case Photo 758)



Shelf 1 and debris

# Photograph 40

(Case Photo 764)



Alkaline batteries and plastic container

# Photograph 41

### (Case Photo 770)



AC adapter stored on shelf 1

FEC Case No.:  1533 │ A-43
**Taronji-Fernandez Residence Fire**

# Photograph 42

(Case Photo 893)



AC adapter with DC cord wrapped around it

# Photograph 36

(Case Photo 638)



Small arc site on extension cord

# Appendix B

# Evidence Log

# *Fire & Arson Investigation Consultant, Inc.*



FIRE & EXPLOSION INVESTIGATIONS
FIRE PROTECTION ANALYSIS
EXPERT COURT TESTIMONY

## EVIDENCE CAPTION SHEET & CHAIN OF CUSTODY

**FAIC File Number: 20-10622-089**      **Client: State Farm /**

**Recovered By: J.A. Sobota**      **Client Contact: Chuck Fratus**

**Date Recovered: 06/02/20**      **Claim Number: 2007B18M**

**Loss Location: 412 Vermont Ave Hagerstown, MD**      **Insured: Taronji / Fernandez**

**Date of Loss: 05/19/20**

| Item # | Description | Recovered From | Storage Location |
|---|---|---|---|
| 1 | Chainsaw, 4 AH & 5 AH Batteries, Modem | 1st level bedroom | |
| 2 | Circuit Board and melted debris | Floor between shelfing unit and HVAC unit | |
| 3 | Circuit Board & Copper Foil | Floor alongside C wall of utility room | |
| 4 | Receptacle | B wall of utility room | |
| 5 | Charger & 2 tiles | 1st self from floor, from shelfing unit on B wall of utility room | |
| 6 | Light fixture | Floor under shelfs along C wall of utility room | |
| 7 | Extension Cord | Top shelf of shelfing unit along B wall of utility room | |
| 8 | Fire Debris | Floor between shelfing unit alongside of B wall of the utility room and HVAC unit | |
| 9 | 20 Cell casings | Utility room floor | |
| 10 | Shelfs #1, #2, # 3 | Shelfing unit alongside of B wall of utility room | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## Chain of Custody

| Date In | Date Out | From | To |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## Authorized to dispose of the above subject evidence by:

| Date | Print Name | Signature |
|---|---|---|