IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

NORTHERN DIVISION

CIVIL ACTION NUMBER

1:22-CV-01753

STATE FARM FIRE & CASUALTY INSURANCE COMPANY

a/s/o CIARA TARONJI,

      Plaintiff,

vs.

TECHTRONIC INDUSTRIES NORTH AMERICA, INC.,

      Defendant.

VIRTUAL DEPOSITION TESTIMONY OF:

CHRISTOPH J. FLAHERTY

JULY 12TH, 2023

9:00 A.M.

COURT REPORTER:

AMANDA BARBAO, CCR

Christoph Flaherty                                          7/12/2023

Page 2

1                    S T I P U L A T I O N S

2              IT IS STIPULATED AND AGREED by and between

3     the parties through their respective counsel that

4     the deposition of CHRISTOPH J. FLAHERTY may be taken

5     before Amanda Barbao, Certified Court Reporter and

6     Notary Public, State at Large, at the offices of

7     Birmingham Reporting Service, Birmingham, Alabama,

8     on July 12th, 2023, commencing at approximately 9:00

9     a.m.

10             IT IS FURTHER STIPULATED AND AGREED that

11    the signature to and the reading of the deposition

12    by the witness is not waived, the deposition to have

13    the same force and effect as if full compliance had

14    been had with all laws and rules of Court relating

15    to the taking of depositions.

16             IT IS FURTHER STIPULATED AND AGREED that

17    it shall not be necessary for any objections to be

18    made by counsel to any questions, except as to form

19    or leading questions, and that counsel for the

20    parties may make objections and assign grounds at

21    the time of trial or at the time said deposition is

22    offered in evidence, or prior thereto.

23

Christoph Flaherty                                    7/12/2023

Page 3

 1                    I N D E X

 2   WITNESS:

 3   CHRISTOPH FLAHERTY

 4

 5   EXAMINATION BY MR. YEAROUT                7

 6   COURT REPORTER'S CERTIFICATE            140

 7   DEPONENT'S SIGNATURE PAGE               141

 8   DEPOSITION ERRATA SHEET                 142

 9

10   EXHIBIT NUMBER 1                         17

11       (deposition notice)

12   EXHIBIT NUMBER 2                         67

13       (page 1 of report)

14   EXHIBIT NUMBER 3                         69

15       (CV)

16   EXHIBIT NUMBER 4                        121

17       (invoices)

18   EXHIBIT NUMBER 5                        134

19       (scene and lab notes)

20   EXHIBIT NUMBER 6                        121

21       (emails)

22   EXHIBIT NUMBER 7                        139

23       (PowerPoint presentation)

Christoph Flaherty                                          7/12/2023

                                                          Page 4

1   EXHIBIT NUMBER 8                        139

2        (list of testimony)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Christoph Flaherty                                        7/12/2023

Page 5

```
1                   A P P E A R A N C E S

2

3    FOR THE PLAINTIFF:

4              CHARLES J. FRATUS, ATTORNEY AT LAW
               FRATUS LAW GROUP, LLC
5              566 BALTIMORE ANNAPOLIS BOULEVARD
               SEVERNA PARK, MD 21146
6

7    FOR THE DEFENDANT:

8              CHRISTOPHER C. YEAROUT, ATTORNEY
               AT LAW
9              LIGHTFOOT, FRANKLIN & WHITE
               400 NORTH 20TH STREET
10             BIRMINGHAM, ALABAMA 35203

11

12

13

14

15

16

17

18

19

20

21

22

23
```

Christoph Flaherty                                          7/12/2023

Page 6

```
 1            I, Amanda Barbao, a Certified Court

 2   Reporter of Birmingham, Alabama, and a Notary

 3   Public for the State of Alabama at Large,

 4   acting as Commissioner, certify that on this

 5   date, pursuant to the Alabama Rules of Civil

 6   Procedure and the foregoing stipulation of

 7   counsel, there came before me at the offices

 8   of Birmingham Reporting Service, Birmingham,

 9   Alabama, commencing at approximately 9:00 a.m.

10   on July 12th, 2023, CHRISTOPH J. FLAHERTY,

11   witness in the above cause, for oral

12   examination, whereupon the following

13   proceedings were had:

14

15            CHRISTOPH J. FLAHERTY,

16   having been first duly sworn, was examined and

17   testified as follows:

18

19            COURT REPORTER:  Usual

20   stipulations?

21

22            MR. YEAROUT:  That's fine.  Is

23   that okay with you, Chuck?
```

Christoph Flaherty                                    7/12/2023

 1              MR. FRATUS:  Yes.

 2    EXAMINATION BY MR YEAROUT:

 3         Q  Good morning, Mr. Flaherty.  Could

 4    you state your name for us, please?

 5         A  Christoph Flaherty.

 6         Q  And you and I just met before we

 7    started this morning, right?

 8         A  I think you might have been at the

 9    evidence exam in December.

10         Q  That is a compliment.  I think my

11    colleague Ben Brown actually was there at the

12    lab exam.

13         A  Okay.

14         Q  So it's nice to meet you.  My name is

15    Chris Yearout, and I represent the defendant

16    in this case.  We are on Zoom and so just a

17    few housekeeping matters.  I know you

18    mentioned before we got on that you put your

19    devices on silent or whatever and I appreciate

20    that.  Are there any documents that you have

21    in front of you on your desk or in your hand

22    or any where?

23         A  Well, I'm sitting in front of my

Christoph Flaherty                                    7/12/2023

                                                        Page 8

1    computer and I have access to my whole file

2    but they are not currently open.  And for the

3    purposes of the deposition, I will generally

4    avoid that unless you want me to reference

5    something or I can ask if it's okay if I

6    reference something.

7         Q  Good.  Okay.  And we're here today to

8    take your deposition, and you have been hired

9    by State Farm as an electrical engineer to

10   give -- I'll just call them failure mode

11   opinions?

12        A  I would say I was hired to assist

13   with the investigation of the fire, which

14   occurred at the Taronji residence.

15        Q  Okay.  Anybody in the room with you?

16        A  No.

17        Q  Have you done everything you need to

18   do to give me your opinions in this case

19   today?

20        A  Yes.

21        Q  You've reviewed all the information

22   you think you need to review in order to give

23   me all of your opinions?

Christoph Flaherty                                    7/12/2023

                                                        Page 9

1       A  Yes.

2       Q  So if the case were set for trial

3   tomorrow, you would be prepared to come into

4   the courtroom and give your opinions based on

5   the work you've done so far?

6       A  Yes.  Although we would probably make

7   some more preparations regarding displays and

8   photographs and things like that.

9       Q  Other than demonstratives or blowups

10  or whatever, you're ready to go.  Your final

11  opinions are formed and you're ready to give

12  them to me today, right?

13      A  Yes.

14      Q  All right.  Have you read the

15  depositions of Ciara Taronji and that's

16  C-I-A-R-A, T-A-R-O-N-J-I, Teresa Taronji and

17  Juan Fernandez?

18      A  Yes.

19      Q  All right.  Does any aspect of their

20  testimony change what you have documented in

21  your February 24, 2023 report?

22      A  I wouldn't say change because my

23  characterization of information that was

Christoph Flaherty                                    7/12/2023

Page 10

1   provided is based on the information that we

2   understood at the time, and I think that's how

3   it's laid out in the report.  There are some

4   -- I would characterize them as minor

5   discrepancies or differences in the way some

6   beds or perceptions were described in the

7   deposition testimony as opposed to how -- the

8   information that we initially received.  Those

9   do not change the analysis and conclusions of

10  the investigation as laid out in the report.

11       Q  Okay.  So to put that simply, the

12  deposition testimony that you read after your

13  February 24, 2023 report, that testimony did

14  not materially affect your opinions and

15  otherwise what's documented in this report.

16  Is that a fair summary?

17       A  Yes.

18       Q  All right.  And let me see -- let me

19  ask this, CJ, can we have a deal today that if

20  I'm able to ask you a straightforward

21  question, you'll do your best to give me a

22  straightforward answer; is that fair?

23       A  Yes.

Christoph Flaherty                                    7/12/2023

Page 11

1        Q  All right.  And am I correct that

2   you're not -- you do not intend to and are not

3   offering opinions regarding the design of the

4   subject battery pack.  Is that fair?

5        A  Correct.

6        Q  And you're not offering any opinions

7   with respect to warnings or instructions,

8   fair?

9        A  Yes.

10       Q  Your opinions -- and we're going to

11  get into them in more detail, are related to a

12  -- mechanical issues.  Fair enough?

13       A  Yes.

14       Q  All right.  And you're licensed as --

15  or what are you licensed in professionally?

16       A  Professional engineering, electrical

17  engineering.

18       Q  Okay.  Do you have any other licenses

19  or degrees in any other fields of engineering?

20       A  I have a bachelor's degree in

21  physics, a master's degree in electrical

22  engineering.  And that's -- that's it.

23       Q  Okay.  Do you have any specialized

Christoph Flaherty                                      7/12/2023

Page 12

1    training in lithium-ion battery packs or

2    chargers?

3          A  I wouldn't characterize it as

4    specialized training.  I would characterize it

5    as general research and -- that I've done

6    myself and knowledge developed over the years.

7          Q  Okay.  Tell me about the general

8    research.

9          A  Relating to articles and testing done

10   by various entities and people in analyzing

11   hazards associated with lithium-ion batteries

12   or lithium batteries in general, the

13   development of lithium batteries and research

14   and characteristics or tech used to make -- to

15   attempt to make them more safe and reliable.

16         Q  Okay.  So you said articles, testing,

17   research and characteristics.  Is all of that

18   in the form of a document, a piece of paper?

19         A  Many documents and pieces of paper.

20         Q  In other words, your knowledge base

21   with respect to lithium-ion batteries, is it

22   limited to your review of many pieces of

23   paper, many documents, or are there other

Christoph Flaherty                                      7/12/2023

Page 13

1    sources of information from which you obtained

2    information about lithium-ion battery packs?

3    Classes, on-the-job training or observation,

4    something like that?

5         A  Yeah.  I would add in on-the-job

6    training and observation in terms of my

7    analysis of several -- many fires involving

8    lithium-ion batteries.  In addition to that I

9    participated in some testing for a certain

10   type of -- I think it was a lithium metal

11   battery.

12        Q  Tell me about that.  When, what and

13   who?

14        A  This was some testing that I worked

15   with RTI Group as part of work on a case

16   involving an aircraft emergency locator

17   transponder battery, which is a battery pack

18   that consisted of five lithium metal oxide

19   cells.  And we basically did a series of tests

20   on exemplar batteries to determine failure

21   modes associated with reverse powering a cell

22   and -- since that was what was the hypothesis

23   as far as the particular failure that we were

Christoph Flaherty                                           7/12/2023

Page 14

1    looking to in that case.

2         Q  Okay.  Are those -- are lithium metal

3    oxide cells, are those different than

4    lithium-ion cells?

5         A  Yeah.  They use a little bit of a

6    different chemistry in terms of the elements

7    involved in the actual anodes and cathodes.  I

8    don't recall specifically what those were

9    but...

10        Q  Well, did that testing of the lithium

11   metal oxide cells in your observations in

12   connection with that case with RTI, did

13   that -- does that inform your opinions in this

14   case?

15        A  Not -- I wouldn't say directly

16   because the failure type was different from

17   what I think we're looking at in this case,

18   but the -- it is generally applicable to

19   lithium batteries.

20        Q  Okay.  Have you ever designed a

21   lithium-ion battery pack or charger?

22        A  No.

23        Q  Have you ever participated in the

Christoph Flaherty                                        7/12/2023

1    development of a lithium-ion battery pack or

2    charger?

3         A  No.

4         Q  Okay.  You were with RTI from 2013 to

5    2019; is that right?

6         A  Yes.  Although I did consulting work

7    through RTI in addition to a couple of other

8    organizations.

9         Q  Okay.  When you were at U.S. Naval

10   Academy from 2006 to 2012, your CV in the case

11   says there's courses taught.  And I don't see

12   anything on here explicitly about lithium-ion

13   batteries but I'll just ask you:  Did you

14   teach a course or subject that was related to

15   lithium-ion battery packs?

16        A  No.

17        Q  Have you ever -- outside of the Naval

18   Academy, have you ever taught a course or a

19   subject on lithium-ion battery packs?

20        A  No.

21        Q  Have you ever taken a course of

22   subject concerning lithium-ion battery packs?

23        A  No.

Christoph Flaherty                                      7/12/2023

Page 16

1        Q  All right.  What is Lumera, Inc.?

2   That's L-U-M-E-R-A?

3        A  That was a company that I worked for

4   right after getting out of the Navy or shortly

5   after getting out of the Navy.  They developed

6   optical modulation components for use in fiber

7   optical communications.

8        Q  Did any of your work for Lumera

9   involve lithium-ion battery packs?

10       A  No.

11       Q  Has -- I might be able to -- I was

12   about to say short circuit.  Let me see if I

13   can cut to the chase on this.

14          Prior to you doing consulting work,

15   okay, does any of your professional career

16   involved lithium-ion battery packs?

17       A  No.

18       Q  Okay.  And I see on your CV that you

19   were a certified fire and explosion -- you

20   were certified as a CFEI, right?

21       A  I was for a time, yes.

22       Q  And that lapsed in 2017?

23       A  Correct.

Christoph Flaherty                                          7/12/2023

Page 17

1          Q   Or excuse me.  Lapsed in 2017?

2          A   Correct.

3          Q   And so you're not here today, among

4    other reasons -- but based on the lapse of

5    your CFEI and given Mr. Sobota's involvement,

6    you're not here today to offer, you know,

7    origin and cause opinions.  Fair?

8          A   Not origin opinions.

9          Q   Okay.  So you've got the cause,

10   right?

11         A   Yes.

12         Q   Let's look at -- let me back up and

13   I'm going to mark as Exhibit 1 and see if I

14   can put this on the screen, the deposition

15   notice.  Do you have that, Mr. Flaherty?

16              (Exhibit Number 1 was marked for

17               identification.)

18         A   I don't see anything right now.  Oh,

19   here we go.

20         Q   What can you see?

21         A   I can see all the way down to the

22   word "defendant" and now notice of deposition.

23         Q   All right.  Did you receive a copy of

Christoph Flaherty                                                7/12/2023

Page 18

1    this before today?

2           A  Yes.

3           Q  When did you receive it?

4           A  I don't remember.

5           Q  Well, was it last night at 11:00 p.m.

6    or was it a few days ago?

7           A  No.  It was last week, I believe.

8           Q  Okay.  And there are -- I'm not going

9    to go through all of them, but there are 26

10   document requests.  And I know I just got some

11   additional materials this morning that we'll

12   go over, but did you take the time to review

13   each of these document requests?

14          A  I did read through that list, yes.

15          Q  And based upon your review, did you

16   endeavor to search for and provide Mr. Fratus

17   with all of your file materials and any other

18   materials that would be responsive to these

19   request?

20          A  Not all of it, no.  Some of it I'm

21   not sure I could produce.  Some of it I don't

22   think it would be right for me to produce.

23          Q  What wouldn't be right for you to

Christoph Flaherty                                          7/12/2023

Page 19

1    produce?

2         A   Copies of any and all deposition

3    trial testimonies that I've done.

4         Q   Why wouldn't that be -- what would be

5    wrong about that?

6         A   I think there might be some work

7    product involved in that, depending on the

8    nature of the deposition testimony and how the

9    case was resolved.  I'm not entirely versed on

10   the potential legal issues or claims of

11   confidentiality of any of these things.

12        Q   Well, did you ask Mr. Fratus -- did

13   you say, I'm not a lawyer, is it right or

14   wrong or okay or not okay for me to produce

15   this stuff?

16        A   I've had this conversation with a

17   different attorney and he said no, so I did

18   not have the conversation with Mr. Fratus.

19        Q   What's the name of the attorney you

20   did talk to about this?

21        A   I'm trying to remember.  I do not

22   remember.

23        Q   When did that conversation occur?

Christoph Flaherty                                          7/12/2023

Page 20

1        A   Within the last year, probably

2   about -- it was relating to one of my other

3   depositions so I could probably go through --

4   might be able to go through my deposition list

5   and see.

6        Q   So that conversation that led you to

7   believe it would be wrong to produce

8   deposition or trial testimony, that was in

9   connection with another lawyer unrelated to

10  this case, true?

11       A   Correct.

12       Q   All right.  Well, so -- well, before

13  I leave it, and that would be -- we're talking

14  about request 25, copies of any and all

15  deposition and trial testimony of the witness.

16  Any other request that you are --

17       A   So --

18       Q   Let me finish.  I know I'm talking

19  slow.  Any other request that you read and you

20  thought, you know, I've got some stuff that's

21  responsive to that, but I'm not going to

22  provide it to Chuck or I don't think I need to

23  or I don't think I can?

Christoph Flaherty                                    7/12/2023

Page 21

1        A   There is one that I haven't produced

2    that I could produce and just didn't because

3    of time constraints and that has to do with

4    correspondence, electronic correspondence,

5    email messages, et cetera.  I have all of

6    those.  It takes me a little bit to -- to get

7    them from my email system into a file that can

8    be easily shared, and I haven't been able to

9    do that --

10       Q   Okay.

11       A   -- to date.

12       Q   Tell me about the -- I guess those

13   are email communications?

14       A   Yes.

15       Q   Between you and whom?

16       A   Between myself and Mr. Fratus and

17   myself and Mr. Sobota.

18       Q   Okay.  Well, I'm -- I know that I'm

19   sensitive to the federal rules about your

20   communications with Mr. Flaherty, although

21   those are not entirely cloaked, but I'm

22   particularly interested in the communications

23   between you and Mr. Sobota.  And I know -- and

Christoph Flaherty                                      7/12/2023

                                                      Page 22

1    I'm also sensitive to your time as well, but

2    when we take a break, would there be a way for

3    you to get me your communications between

4    yourself and Mr. Sobota?

5           A   Yeah.  Probably.

6           Q   And you think I'd probably be

7    interested in those, wouldn't I?

8           A   They're limited to a range of the

9    inspections in this case.  I don't think

10   they're very interesting.

11          Q   All right.  Well, I would appreciate

12   you -- and, look, if it's too onerous and it

13   takes an ton of time, I mean, we can take

14   breaks or whatever.  But when we take a break,

15   if you wouldn't mind trying to compile the

16   communications between you and Mr. Sobota and

17   send those over via Dropbox to Mr. Fratus, I'd

18   appreciate it.

19          A   Okay.  Do you --

20          Q   What's that?

21          A   In completely answering your previous

22   question, could we briefly scroll through this

23   list?

Christoph Flaherty                                          7/12/2023

Page 23

```
 1        Q  Sure.  Because that was going to be
 2   my next question, which is anything else that
 3   you identified in these requests that is in
 4   your possession that you have or saw or
 5   control that has not been provided to me.  So
 6   take your time.  You tell me when you want me
 7   to keep scrolling and we'll go through this
 8   list.
 9        A  Yeah.  Keep scrolling.  Let's go down
10   to number 4.  Okay.  Let's go down to number
11   10.  So I have copies of probably a dozen or
12   so articles and maybe a couple of different
13   texts relating to batteries, lithium
14   batteries, that would form sort of a general
15   knowledge base that would be relied upon to
16   inform my opinions in this case.  I haven't
17   produced those.
18        Q  All right.  Well, you've got four
19   references listed on your report.
20        A  That would be a sampling of them.
21   There are, I mean, more.
22        Q  Well, so are you telling me that the
23   four references in your report, that was just
```

Christoph Flaherty                                    7/12/2023

Page 24

1    four that you -- I mean, why is that an

2    incomplete listing of the references that you

3    relied upon?

4         A   The -- because the general knowledge

5    that I have is based on basically everything

6    that I've read and researched in that line.

7    And so I included those that were most

8    applicable but there are others.

9         Q   Okay.  What are the others?

10        A   Would you like me to open up a file

11   and read off various names of articles and

12   authors?

13        Q   Yeah.  I mean, if it's like 300, I

14   don't know if I want to do that, but if it's

15   like a dozen or so that you said a minute ago,

16   let's do that.

17        A   Yeah.  It's probably something like

18   that.

19        Q   Okay.  Okay.

20        A   All right.  There's an article

21   entitled Building Better Batteries.

22        Q   Who wrote that?

23        A   That was out of Nature and 7th

Christoph Flaherty                                              7/12/2023

Page 25

1    February of 2008, written by M. Armand and

2    J.M. Tarascon.  There is History Evolution and

3    Future Status of Energy Storage from the

4    Proceedings of IEEE, volume 100, May 13th,

5    2012, by M. Stanley Wittingham.  There's --

6    that one I think I mentioned in my report.

7             Let's see.  There's Investigation of

8    a Commercial Lithium-ion Battery Under

9    Overcharge/Over Discharge Failure Conditions.

10   That's in a journal called RSC Advances from

11   2018.  It looks like there's six authors and

12   they all have difficult names.

13       Q  That's fine.  On the Investigation of

14   a Commercial Lithium-ion Battery on

15   Overcharge/Overdischarge Conditions, that's

16   not applicable to this case because you don't

17   believe that those conditions led to what you

18   believe to be a failure, right?

19       A  Correct.  No.  I'm just -- I mean --

20       Q  I'm not fussing at you.  I'm just --

21   while we were on that article, I wanted to

22   ask.

23       A  Right.  There's Issues and Challenges

Christoph Flaherty                                    7/12/2023

Page 26

1    Facing Rechargeable Lithium Batteries.  That's

2    from insight review articles -- no, it's from

3    Nature, 15 November 2001 and that was written

4    by J.M. Tarascon and M. Armand as well.

5           Q  All right.

6           A  And then there's -- there's a couple

7    of web articles.  I'm not sure if --

8           Q  Because you've identified two, I'll

9    just call them, web articles in some of the

10   materials you provided, one is a Reddit thread

11   and one is a news article about a Texas man.

12   Are those the two web articles you're

13   referencing to?

14          A  No.  No.  I was referring to web

15   article -- there's one called Lithium Battery

16   Failures under Electropedia.  There's one

17   called Lithium Ion Cell Protection from

18   December of 2015 by Dave Knight, under

19   Digi-Key.  There's one called Lithium Ion

20   18650 Battery Failures by Robert Morley.  And

21   that was -- yeah.  I don't see a date on that

22   one.

23          Q  Okay.  Do you know if the

Christoph Flaherty                                    7/12/2023

                                                     Page 27

1    Electropedia article, the Dave Knight Digi-Key

2    article or the Robert Morley article, were

3    those peer reviewed?

4         A   I doubt it.

5         Q   All right.  Any other articles or

6    materials referenced?

7         A   Let me go to my report briefly to

8    see -- to make sure that I'm not missing

9    things I've already listed there if that's all

10   right.

11        Q   That's fine.  You've got Jee Varajan.

12   That's J-E-E, V-A-R-A-J-A-N, Safety

13   Limitations Associated with Commercial 18650

14   Lithium-ion Cells.  And that's a 2010 article.

15        A   Yeah.  I'm looking at the list right

16   now.  So the one -- one of the ones that I

17   mentioned -- looks like I have it here.  So

18   there's a -- that's the hazard and uses that I

19   mentioned.  There's a failure modes that

20   affects critical analysis lithium-ion battery

21   that has to do with electric and hybrid

22   vehicles so that's not directly applicable,

23   which was a presentation that SAE 2012

Christoph Flaherty                                    7/12/2023

Page 28

1    Government Industry Meeting.

2         Q   Okay.

3         A   There's a Thermal Runaway-Caused Fire

4    and Explosion of Lithium-ion Battery from the

5    Journal of Power Sources in 2012 and then

6    Linden's Handbook of Batteries, 5th Edition.

7    And I think that's about it.

8         Q   All right.  So that gives me a list

9    of ten and then we've got the additional four.

10   I think you said you mentioned one of the

11   references that's in your report, but we've

12   got this list of ten and we've also got a list

13   of four references in your report, right?

14        A   Right.

15        Q   All right.  The -- one of those

16   references is Implications of Post-Fire

17   Physical Features of Cylindrical 18650

18   Lithium-ion Battery Cells, Fire Technology

19   2021.  Lead author, Nagourneyt.  That's

20   N-A-G-O-U-R-N-E-Y-T and other authors.  Are

21   you familiar with that article?

22        A   Yes.  And --

23        Q   Do you consider -- go ahead.

Christoph Flaherty                                      7/12/2023

Page 29

1          A   I just wanted to point out that you

2     are still sharing your screen.  I don't know

3     if that was intentional.

4          Q   No, that was not intentional.  You're

5     getting all my secrets.  What do you see now?

6     Your report?

7          A   Yes.

8          Q   You consider the Nagourneyt article

9     to be reliable and authoritative?

10         A   Yes.

11         Q   Do you know Mr. Nagourneyt,

12    Mr. Jordan, Layven Dennis or May?

13         A   I know Mr. Jordan professionally from

14    a couple of different inspections.

15         Q   Do you think he's a pretty good

16    double E?

17         A   As far as I have seen, yes.

18         Q   All right.  Have you ever

19    investigated a case -- prior to this case,

20    have you ever investigated a case in which you

21    formulated an opinion that a lithium-ion

22    battery failed after being off of the charger,

23    unconnected, not energized, off of the

Christoph Flaherty                                          7/12/2023

Page 30

1    charger, unplugged for a period of eight and a

2    half hours and then failed?

3         A  Not eight and a half hours, but yes.

4         Q  Okay.  Tell me about those other

5    investigations and the time in which the

6    battery pack was off of a charger and

7    unplugged and the time that it took to,

8    according to you, fail internally and cause a

9    fire?

10        A  There were probably about three or

11   four.  Two of which that I can specifically

12   remember involved battery packs used in

13   hoverboards.  In one case it was -- the

14   battery pack was charged and then stored --

15   actually, I don't -- I think -- in both of the

16   hover board cases I do not recall if it was

17   used and then stored or charged and then

18   stored.  I don't recall like just when -- if

19   the charging evolution was the most immediate

20   preceding evolution.  I think in one of them

21   it was and I think in the other one it had

22   been used but not drained down and then

23   stored.

Christoph Flaherty                                    7/12/2023

Page 31

1          In one case it had been stored for

2     three to four months prior to igniting and in

3     the other case it was five to six months prior

4     to igniting.

5          Q  Those are both the hover board cases?

6          A  Yeah.  Those were both battery packs

7     used in hoverboards.

8          Q  And are the battery packs that were

9     used in those hoverboards, those are different

10    than the type of battery pack that we're

11    dealing with today, right?

12         A  No.  They're very similar

13    conceptually and by construction.  I think

14    the -- they probably have more cells but same

15    kind of cells, very similar configuration in

16    terms of arrangement of series parallel kind

17    of -- to generate higher voltages and to

18    increase capacity.

19         Q  Okay.  The hover board -- do those

20    hover board battery cells, do they have

21    overcharge, overdischarge, overcurrent

22    protections?

23         A  The battery management systems would

Christoph Flaherty                                    7/12/2023

Page 32

1    vary greatly based from the manufacturers and

2    the -- the hover board industry also had an

3    issue with lots of very cheaply and rapidly

4    produced battery packs that weren't probably

5    subject to stringent quality controls at those

6    times.

7         Q  And you understand in this case, the

8    subject battery pack was UL listed, right?

9         A  Yes.

10        Q  And that's a good thing, isn't it?

11        A  Well, it's -- it's a good step to

12   take for sure.

13        Q  Because you've got to pass a series

14   of tests under UL standards in order to be UL

15   listed, right?

16        A  Yes.  The design of the pack and

17   various examples of the pack have to meet

18   certain conditions and then withstand a series

19   of tests.

20        Q  Right.  And you got to pass them all

21   to be UL listed, right?

22        A  Correct.

23        Q  And then beyond that in this case,

Christoph Flaherty                                    7/12/2023

Page 33

1    RYOBI has its own test and qualification

2    criteria, above and beyond UL, that it runs

3    and that its battery packs have to pass in

4    order for them to be put in the market, right?

5         A  Yes.  Examples of the battery packs

6    have to pass.  They don't test every single

7    pack I don't think.

8         Q  Sure.  But suffice it to say, between

9    being UL listed and then RYOBI battery packs

10   passing and satisfying RYOBI's own internal

11   tests and criteria, subject battery pack model

12   is not a cheaply or rapidly made and

13   distributed battery pack.  Fair enough?

14        A  Yes.

15        Q  So you would agree with me on that?

16        A  Yes.

17        Q  All right.  Let's back up.  What did

18   you do to get ready for this deposition?

19        A  I went back through my file.  I

20   reviewed the notice of deposition and got some

21   things together that I could.  I read the

22   depositions that were relatively recently

23   provided of the Taronjis and Mr. Fernandez.

Christoph Flaherty                                        7/12/2023

                                                            Page 34

1       Q  How long did it take you to read

2  those?

3       A  Few hours.

4       Q  All right.  Reviewed your file,

5  reviewed the depositions.  What else?

6       A  Went back over my report and some of

7  the photographs.

8       Q  Did you talk with or meet with

9  Mr. Fratus?

10      A  I did have a conversation with

11 Mr. Fratus yesterday, yes.

12      Q  What did y'all talk about?

13      A  Mostly about what he -- well, we

14 talked about the depositions, the Taronji and

15 Fernandez depositions and then also what his

16 impression or what he took away from

17 Mr. Sobota's depositions.  Since we don't have

18 that transcript yet, I wasn't able to read

19 that but kind of --

20      Q  Tell me about that.  What did y'all

21 talk about specifically with respect to

22 Mr. Sobota?

23      A  The -- what did we talk about

Christoph Flaherty                                    7/12/2023

Page 35

1    specifically?  So Mr. Fratus said that he

2    thought Jim in his deposition, Jim Subota,

3    allowed himself to get led a little bit too

4    far into the electrical land of opinion-making

5    as opposed to carefully staying in his lane,

6    so to speak, with respect to fire origin.

7         Q   Okay.  Anything else?

8         A   He mentioned that the weird -- we

9    characterized it as weird sort of issue that

10   came up with respect to the dog kennels and

11   chains and things like that.  I don't think we

12   talked more about Mr. -- I'm trying to

13   remember what -- if there was anything at all

14   specific with Mr. Sobota's deposition.  Oh, he

15   mentioned that you'd have some questions about

16   smoking or smoking materials and that he

17   thought you were potentially concerned about

18   that.

19        Q   That I was concerned about that?

20   What's that mean?

21        A   That -- that the -- well, I guess

22   concerned about the possibility or interested

23   perhaps would be a better word.  Interested in

Christoph Flaherty                                    7/12/2023

Page 36

1    the consideration of inappropriate discarding

2    of smoking materials as a potential fire cause

3    in this case.

4         Q   And you know from reading the

5    depositions and from the information that you

6    gleaned from Mr. Sobota, that Mr. Fernandez

7    was smoking cigarettes in the basement less

8    than two hours before this fire, right?

9         A   I know that that is information that

10   was initially reported to Mr. Sobota.

11        Q   Okay.

12        A   I don't know if he received that

13   directly from Mr. Fernandez or if he got that

14   through the State Farm representative, but

15   yeah, I know in his report and in that

16   information that was provided to me through

17   Mr. Sobota, that in there it says he smoked at

18   his desk that morning.  The Taronjis and

19   Mr. Fernandez all, I think, denied that

20   characterization at this point in their

21   depositions.

22        Q   Well, it's not that he smoked that

23   morning.  He said he smoked that afternoon

Christoph Flaherty                                          7/12/2023

Page 37

1    before he left and then the fire is reported

2    less than two hours later, right?  I mean, you

3    read his deposition?

4         A  I don't think he said -- I don't

5    remember reading that in his deposition.

6         Q  Okay.  And in your experience from

7    2017 prior as a CFEI, would you agree with me

8    that insureds, homeowners, witnesses will

9    often either misremember or misstate or

10   misrepresent their smoking activity and

11   whereabouts of smoking activity?

12        A  Yes.

13        Q  And of course you'd agree with me

14   that a discarded lit cigarette can cause a

15   fire, right?

16        A  Yes.

17        Q  And a discarded lit cigarette can

18   cause a fire in a two-hour window, right?

19        A  Depending on where and how it's

20   discarded, yes.

21        Q  So the answer is yes, a discarded lit

22   cigarette can cause a house fire depending on

23   the circumstances, right?

Christoph Flaherty                                    7/12/2023

Page 38

1        A  Yes.

2        Q  All right.  And in fact, cigarettes

3   cause hundreds of house fires a year, right?

4        A  I don't know how many exactly, but I

5   think many would be a good characterization.

6        Q  Would you disagree with hundreds?

7        A  No.

8        Q  Okay.

9        A  I wouldn't disagree with thousands

10  probably.  I don't -- I'm just not sure.

11       Q  Okay.  All right.  So between

12  reviewing your file and reviewing the

13  depositions, your report, some of the photos,

14  your discussion with Mr. Fratus, anything else

15  you did to prepare for the deposition?

16       A  No.  Can we take a brief break to

17  fill up my water glass?

18       Q  Sure.  Absolutely.  I should have

19  said that at the beginning.  If you need to

20  take a break, just let me know.

21            (The deposition took a short

22             break.)

23       Q  (BY MR. YEAROUT) CJ, can a

Christoph Flaherty                                    7/12/2023

Page 39

1    lithium-ion battery be a victim of an external

2    fire and have one or more cells with expelled

3    content?

4          A   Yes.

5          Q   Would you agree with me that thermal

6    runaway can be initiated by external or

7    internal sources?

8          A   Yes.

9          Q   And is it possible for lithium-ion

10   battery cells that were involved in a fire to

11   look or behave differently but none of them to

12   be causative of the fire?

13         A   What do you mean by look or behave

14   differently?

15         Q   Well, you found where there were

16   cells, lithium-ion battery cells that were

17   discovered and obtained from this scene,

18   right?

19         A   Yes.

20         Q   And you've discovered and retained

21   battery cells in other cases, right?

22         A   Yes.

23         Q   Do they always look the same?

Christoph Flaherty                                    7/12/2023

Page 40

1        A  No.

2        Q  Okay.  So let me just maybe put one

3    aspect of the question together.  Is it

4    possible for cells that were involved in a

5    fire to look differently and none of them be

6    causative of the fire?

7        A  I just don't know what you mean by

8    look differently.

9        Q  I'm struggling with how that's a

10   difficult question.  Physically appear not

11   identical.  Is it possible for lithium-ion

12   battery cells to physically appear not the

13   same and for those battery cells to not have

14   caused a fire?

15       A  I think so.  So when you say to look

16   not the same, do you mean like within a pack

17   that was involved in the fire so one cell to

18   the next, to the next, and like one cell might

19   be ruptured and one cell might not be

20   ruptured, that kind of differently?

21       Q  Exactly.

22       A  Okay.  Yes.  Yes.  The answer is yes.

23       Q  Okay.  Can there be deformation to

Christoph Flaherty                                    7/12/2023

Page 41

1    the internal windings of a lithium-ion battery

2    cell or what we might call jelly roll of a

3    battery cell and that cell not be causative of

4    a fire?

5         A  Yes.

6         Q  All right.  And would you agree with

7    me that deformation on the negative tab of a

8    lithium-ion battery cell does not itself

9    indicate that the cell had an internal failure

10   such as a short circuit?

11        A  Yes.

12        Q  Would you agree with me that

13   high-density regions on CT imaging can be seen

14   on lithium-ion cells that were subject to

15   either external heat attack or an internal

16   failure such as a short?

17        A  Yes.

18        Q  In fact, that's what the Nagourneyt

19   article that you've got in your report

20   references, that's what they proved, isn't it?

21        A  Yep.  That was a pretty good

22   demonstration of the range of damages that

23   lithium-ion cells can suffer when attacked by

Christoph Flaherty                                    7/12/2023

Page 42

1   fire.

2        Q   Exactly.  And what the Nagourneyt

3   article, what it says in its abstract -- and I

4   want to see if you agree with some of these

5   statements.  The presence of a damaged -- I'll

6   just put it up on the screen.  See my screen?

7        A   Yes.

8        Q   The presence of a damaged 18650 cell

9   at a fire scene poses a challenge to fire

10  investigators because regardless of whether

11  the cell is a cause or a victim of the fire,

12  its stored energy can be released

13  energetically leaving a burn pattern and

14  rapidly involving other fuel loads.

15        Do you agree with that statement?

16        A   Yes.

17        Q   All right.  What he goes on to say,

18  he describes the basic testing that they did.

19  And the abstract goes on to say:  Each of the

20  post-fire physical features in question

21  occurred in nondefective cells that were

22  victims of controlled fires, thereby

23  demonstrating that these features, the

Christoph Flaherty                                    7/12/2023

Page 43

1    physical features he describes above, are not

2    valid indicators of fire causation.

3            Did I read that right?

4        A  Yes.

5        Q  So the essence of this paper is that

6    you can have lithium Ion 18650 cells that have

7    physical characteristics from an external fire

8    attack, in other words a noncausative external

9    fire attack, and those batteries will have

10   similar, substantially identical, physical

11   features as those cells that might internally

12   fail from a short circuit.  Fair?

13       A  Yes.

14       Q  All right.  What is -- strike that.

15   Before I get into that.  When were you hired

16   in this case and by whom?

17       A  I was hired, I believe, on May 27th

18   or close to May 27th of 2020 by State Farm.

19       Q  Okay.  Is that the first time you've

20   been hired by State Farm?

21       A  No.

22       Q  How many times have you done hired

23   consulting/expert work for State Farm?

Christoph Flaherty                                    7/12/2023

Page 44

1        A  I don't know.

2        Q  Well, I mean, is it two, is it 2,000?

3        A  It's not 2,000.  I would characterize

4   it as dozens.

5        Q  Okay.  How many times have you,

6   through your retention with State Farm, worked

7   with Mr. Fratus in subrogation matters such as

8   this?

9        A  That list probably comprises between

10  a dozen and two dozen cases.

11       Q  Okay.  And I'm assuming through State

12  Farm you've worked with attorneys other than

13  Mr. Fratus?

14       A  Yes.

15       Q  And so then when you said dozens of

16  cases for State Farm, and you also told me a

17  dozen to two dozen with Mr. Fratus, I mean,

18  does that put us -- for the cases for State

19  Farm, does that put us at least 100, less than

20  100?

21       A  I would say it's less than 100.  I

22  think the -- with the cases that are

23  relatively local, Mr. Fratus is generally

Christoph Flaherty                                    7/12/2023

Page 45

1    retained if it's a subrogation case.  Cases

2    that are a little bit further away from the

3    Baltimore/Washington area, they might go with

4    other counsel.

5           I think if I were to estimate, I

6    would estimate that it's approximately half of

7    the State Farm cases through Mr. Fratus and

8    half through other attorneys.  So we would be,

9    I guess, in the two- to four-dozen range for

10   State Farm cases in general.

11          Q  Okay.  And have all of those cases

12   involved essentially plaintiff subrogation

13   matters?

14          A  No.  I'm pretty sure I've worked with

15   State Farm in the liability side as well.  But

16   most of those I think are subrogation cases.

17          Q  What other, if any, insurance

18   companies have retained you as a hired

19   investigator/consultant expert?

20          A  I have done work for quite a few

21   insurance companies.  I could give you a list

22   to the best of my memory.

23          Q  Okay.

Christoph Flaherty                                          7/12/2023

Page 46

1          A  Allstate, Brethren Mutual.

2          Q  Brethren?

3          A  Brethren.

4          Q  Okay.

5          A  Erie Insurance, Liberty Mutual, State

6     Auto, Harford Mutual, The Hartford.  So

7     Harford Mutual would be without a T and then

8     Hartford with a T.

9          Q  Somebody got creative coming up with

10    that one, didn't they?

11         A  I know.  They're pretty picky about

12    it.  It's always The Hartford.

13         Q  Okay.  Any others?

14         A  Philadelphia Insurance.  I think

15    there's a couple of insurance companies with

16    Philadelphia, like there's a Philadelphia

17    Indemnity.  I'm not sure if that might be the

18    same.  Cincinnati Insurance, CNA.  PURE, all

19    capital letters, P-U-R-E.  Chubb Insurance.

20    We already mentioned State Farm.  Universal

21    Properties.

22         Q  Is that an insurance company?

23         A  I think so.  I've only done one case

Christoph Flaherty                                    7/12/2023

Page 47

1    with them.  Sedgwick.

2            Q   All right.

3            A   There may be -- I'm sure there's a

4    few more.

5            Q   Well, that gives us a list of 15.

6    Were the majority of those matters or have the

7    majority of those matters been in the context

8    of plaintiff third-party subrogation?

9            A   It's varied over the years.  It used

10   to be roughly 50/50 subrogation versus

11   liability and then it became more subrogation.

12   And I think recently it's tilting a little bit

13   back towards liability again.  I would

14   estimate now it's probably in the 60 to

15   70 percent subrogation range and 30 to

16   40 percent defense/liability.

17           Q   Okay.  Has a lithium Ion cell or

18   battery pack manufacturer ever hired you as a

19   consultant or an expert in case in which it

20   was defending a third-party subrogation claim?

21           A   Yes.

22           Q   Okay.  Tell me about that or those.

23           A   That was Black & Decker.

Christoph Flaherty                                    7/12/2023

                                                        Page 48

1        Q  Okay.  When?

2        A  And that was a few years ago.  I

3   would say maybe five years ago.

4        Q  Okay.  What did they hire you to do?

5        A  To participate in an evidence exam in

6   which one of their battery packs was

7   implicated in the fire.

8        Q  Did you participate in that exam?

9        A  Yes.

10       Q  Did you ultimately formulate opinions

11  about the cause of the fire with respect to

12  the Black & Decker battery pack?

13       A  Yeah.

14       Q  What were your opinions?

15       A  In that case the fire was caused by

16  the battery pack or charger having been placed

17  on top of a heating unit.  It was a

18  wall-mounted heater and this was in Chicago,

19  in the winter in Chicago.  And they -- whoever

20  the occupants of the space, I think it was a

21  business or a contractor's office, had placed

22  materials -- well, they had -- they weren't

23  using the heater.

Christoph Flaherty                                          7/12/2023

Page 49

1            But the way they had, quote unquote,

2     turned off the heater was just by turning the

3     thermostat all the way down.  And it got

4     really really cold over the weekend or when it

5     was unoccupied in Chicago and so the heater

6     kicked on and basically the stuff on top of it

7     ignited.  So the battery pack in that case was

8     definitely a victim of a fire.

9            Q  Do you recall providing or offering

10    any deposition or trial testimony in which you

11    opined that a lithium-ion battery pack was not

12    the cause of the fire, i.e., was a victim of

13    the fire?

14           A  I don't recall any right now.

15           Q  Okay.  Well, if you do, will you

16    mention it to me?

17           A  Yes.  I didn't have a deposition in

18    that case.

19           Q  All right.  And when did you start

20    doing hired expert consulting work?  In 2006

21    with CED?

22           A  In 2003 with CED.

23           Q  2003 with CED.  Okay so.  From 2003

Christoph Flaherty                                           7/12/2023

Page 50

1   to today, can you give me your best judgment

2   as to how much money you've been paid as a

3   hired expert for plaintiffs' insurance

4   companies in third-party subrogation matters?

5        A   No.

6        Q   Well, is it $10,000?

7        A   No.

8        Q   Is it more or less than 100,000?

9        A   More.

10        Q   More or less than 500,000?

11        A   Probably more.

12        Q   I mean, you've got to pay the tax man

13   every year.  You keep up with it, don't you?

14        A   I keep up with how much I make in

15   total every year.

16        Q   I'm not interested in that.

17        A   But yeah, over the 20 years, it's

18   probably pretty close to a million bucks.

19        Q   Okay.

20        A   Between 500,000 and a million.

21        Q   And -- go ahead.  I'm sorry?

22        A   I just said probably closer to one

23   million.

Christoph Flaherty                                        7/12/2023

                                                          Page 51

1        Q  Okay.  Let's see if I can share my

2    screen again.  All right.  Can you see my

3    screen?

4        A  Yes.

5        Q  So when you were hired on May 27th,

6    Mr. Sobota had already been out at the scene,

7    right?

8        A  Yes.

9        Q  And in fact, he was at the scene

10   May 21, 2020.  You did -- I guess was there a

11   joint scene on May 28, 2020, or was that just

12   with you and Mr. Sobota?

13       A  That was just me and Mr. Sobota.

14       Q  Do you recall when you were retained

15   if you had any conversations with Mr. Sobota

16   before y'all went out to the scene on May

17   28th?

18       A  I'm sure we did.

19       Q  Okay.  Do you recall any specifics?

20       A  No.  I do not specifically recall,

21   but I know -- you know, I've worked with

22   Mr. Sobota a number of times now and we

23   generally -- he generally gives me some

Christoph Flaherty                                      7/12/2023

Page 52

1    initial impressions.

2         Q   Do you recall any of the initial

3    impressions that he had formulated based on

4    his May 21, 2020 scene inspection?

5         A   Well, I recall that he said the fire

6    was in the utility room and he said that there

7    were lithium-ion battery remnants.  He also

8    said that there was an air-handling unit close

9    by and that there were some other items on the

10   shelving that he didn't really know what all

11   they were.  But from what he had seen, it was

12   enough for him to recommend the involvement of

13   an electrical engineer.

14        Q   Okay.  Did he tell you -- you see

15   this slide, right?

16        A   Yes.

17        Q   Did he tell you that as of May 21,

18   2020 he had already annotated a -- put an

19   arrow and written with an arrow towards this

20   cell on the ground in the utility room, failed

21   cell.  Did he tell you he already formulated a

22   hypothesis that that was a failed cell?

23        A   No.

Christoph Flaherty                                        7/12/2023

Page 53

1       Q  Okay.  Did you ask him if he had

2   formulated any initial hypothesis about the

3   cells?

4       A  No.

5       Q  Do you think that Mr. Sobota was in a

6   position, just based upon his scene inspection

7   on May 21, 2020, to formulate an opinion

8   within a reasonable degree of scientific

9   certainty that that was in fact a failed cell?

10      A  Yes.  Although I would emphasize that

11  the interpretation of the word "failed" could

12  include a cell that ruptured as a result of

13  being in the fire.

14      Q  I agree with you.  So failed cell,

15  and that's why he later agreed in his

16  deposition, failed cell means, according to

17  Mr. Sobota, failed cell either by external

18  fire attack or internal failure or a cell

19  affected by other.  Do you agree with that?

20      A  Yes.

21      Q  All right.  Okay.  Before we go --

22  we're going to get to the main point here in a

23  minute, but I want to talk first about the

Christoph Flaherty                                          7/12/2023

                                                              Page 54

1    online articles -- let's see -- online

2    articles that you've got referenced in your

3    file materials.  Can you see my screen again?

4         A  Yes.

5         Q  This is the Reddit thread that you

6    put in your file, right?

7         A  I don't -- I do have -- I thought it

8    was a news article in my file regarding a

9    different battery incident.

10        Q  Yeah.  You've got that.  It's the

11   central Texas man and we're going to talk

12   about it.  But for now, this Reddit thread --

13   I mean, it was produced to me as part of your

14   file.  Do you recognize it?

15        A  No, I don't.  I haven't looked at

16   that recently.

17        Q  Okay.  Well, can you look at your

18   file and see if it's in there?

19        A  Yes.

20        Q  Okay.

21        A  I do not see it in my file.

22        Q  Okay.  So to the extent that it was

23   produced to me as part of your file, you are

Christoph Flaherty                                           7/12/2023

Page 55

1    not relying on this Reddit thread as any

2    support or basis for your opinions in this

3    case.  Fair?

4          A  Yes.

5          Q  So we can delete that?

6          A  Yes.

7          Q  All right.  Do you still see my

8    screen?

9          A  Yes.

10         Q  This is an article entitled Central

11   Texas Man Shocked by Explosion, Fireball From

12   40-volt Lithium Battery.  Is that the article

13   that you were referencing a minute ago?

14         A  Yes.

15         Q  What's the point of this?  Why is

16   this in your file?

17         A  Because it was provided to me by

18   Mr. Fratus as an example of a potential --

19   another failure.  So it would be an indication

20   that it's possible that this -- the

21   Taronji-Fernandez incident may not have been

22   the only incident of a failure.

23         Q  Okay.  So this was provided to you --

Christoph Flaherty                                          7/12/2023

Page 56

1    the Central Texas man article was provided to

2    you by Mr. Fratus.  Did you ask him to provide

3    you with this or other type articles?

4         A  No.

5         Q  Had you done your own online or other

6    research for any sort of articles or any

7    material that might indicate another incident

8    such as the one we're here talking about today

9    allegedly?

10        A  Not really.  I did look for recalls.

11   I don't recall doing a search for news

12   articles per se.

13        Q  And this subject -- the subject model

14   battery pack is not subject to recall, is it,

15   sir?

16        A  Not that I was able to find.  And I

17   would expect to have been able to find it.

18        Q  Okay.  And as part of getting UL

19   listed, you understand -- I know you've got

20   the engineering documents in your file.  But

21   you understand that among the other myriad

22   examples of the tests that these battery packs

23   go through, the subject model battery pack

Christoph Flaherty                                    7/12/2023

1    went through an array of short-circuit tests,

2    didn't it?

3           A  Yes.

4           Q  And it passed all of them, right?

5           A  As far as I can tell, yes.

6           Q  Do you have an understanding of

7    what -- how they conducted the short-circuit

8    tests of the subject model battery pack?

9           A  I believe they installed an external

10   short circuit shorting out the terminals of

11   the battery pack.

12          Q  So is it fair in summary to say that

13   for this pack to pass UL's testing and

14   criteria and get UL listed and also pass every

15   single one of RYOBI's additional testing and

16   criteria, it had to satisfy, among other

17   things, an array of short-circuit tests,

18   right?

19          A  Yes.

20          Q  And that's a good thing, isn't it?

21          A  Absolutely.

22          Q  Back to the Texas man article.  This

23   was published February 27, 2021.  It was sent

Christoph Flaherty                                    7/12/2023

Page 58

1    to you by Mr. Fratus, and it allegedly

2    involves an individual by the name of Zander

3    Walthrop, right?

4         A   Yes.

5         Q   Did you make any effort to reach out

6    to or contact or interview Mr. Walthrop?

7         A   No.

8         Q   Do you have any understanding as to

9    the amount of times he charged, discharged,

10   used, worked with, handled this -- the subject

11   battery or this battery pack that allegedly

12   exploded at Mr. Walthrop's house?

13        A   No.

14        Q   Okay.  Do you know when Mr. Walthrop

15   bought the battery that allegedly exploded in

16   his house?

17        A   No.

18        Q   Okay.  Do you know what model battery

19   pack that Mr. Walthrop had that allegedly

20   exploded?

21        A   Not specifically.  I mean, not

22   outside what's documented in the photographs

23   there.  And again, I think the only photograph

Christoph Flaherty                                          7/12/2023

Page 59

1    is one of one that he said was charging but

2    did not explode, so it may or may not be the

3    same as the one he said did explode.

4         Q   Do you know if Mr. Walthrop's battery

5    pack that allegedly exploded is the same model

6    battery back that we're here about today?

7         A   No.  I mean, it could have been a

8    different -- I would expect it to be the same

9    form factor, but it could have been a

10   different capacity or different specific

11   model.

12        Q   Do you know if Mr. Walthrop's battery

13   pack that allegedly exploded was an authentic

14   OEM RYOBI battery pack?

15        A   Not outside of his characterization

16   of what they are.

17        Q   Okay.  So does this allow you, sir,

18   as an electrical engineer, within a reasonable

19   degree of scientific certainty -- does this

20   allow you to support your opinions in this

21   case at all?

22        A   I did not use this to arrive at my

23   opinions in this case.

Christoph Flaherty                                    7/12/2023

                                              Page 60

1       Q  Okay.  So then can we -- I mean,

2   you're not relying on the Texas man article in

3   this case, right?

4       A  Correct.

5       Q  Okay.  So you didn't interview

6   Mr. Walthrop, the Texas man.  Did you

7   interview any witness in this case?

8       A  No.

9       Q  Why not?

10      A  Because those were handled by

11  Mr. Sobota.

12      Q  Okay.  Did you -- I understand that

13  he interviewed them, but nevertheless did you

14  say, hey, Jim, I know you talked with him, but

15  there's some additional questions I've got for

16  them, I'd like to talk with them; or did you

17  ask Mr. Fratus or anybody at State Farm, I'd

18  like to talk with Mr. Fernandez, I'd like to

19  talk with Mr. Sobota?

20      A  No.  The information that was

21  provided to me through them seemed adequate

22  and complete.

23      Q  Okay.  You're familiar with NFPA 921,

Christoph Flaherty                                          7/12/2023

Page 61

1    aren't you?

2         A  Yes.

3         Q  And so I'm assuming you're familiar

4    with Chapter 14.5.1.1 and I want to know if

5    you agree with me that witnesses are a primary

6    source of non-scene data in almost every

7    incident.  Do you agree with that?

8         A  Yes.

9         Q  And would you agree that the

10   investigator should identify and interview any

11   witnesses who may have data relevant to the

12   incident, including eyewitnesses who observed

13   the incident and individuals familiar with the

14   characteristics of the property or with the

15   activities of individuals prior to, during and

16   after the incident.  Do you agree with that?

17        A  Yes.

18        Q  All right.  Under NFPA 921, what is

19   the scientific method?

20        A  The scientific method is a method

21   through which to conduct scientific inquiry.

22   And 921 spells it out and applies it to fire

23   investigations specifically by breaking it

Christoph Flaherty                                          7/12/2023

Page 62

1    down into a series of steps involving the

2    collection of data, the formulation of

3    hypotheses and the testing of those

4    hypotheses.

5         Q  And it generally describes and has a

6    little graph -- a little flowchart thing.  The

7    first step is you recognize the need, that is,

8    identify the problem, right?

9         A  Yeah.

10        Q  And then you go on to define the

11   problem, right?

12        A  Yes.

13        Q  You then go on to collect data,

14   right?

15        A  Correct.

16        Q  You then analyze the data, right?

17        A  Yes.

18        Q  You then develop hypotheses, plural,

19   and that's inductive reasoning, right?

20        A  Yes.

21        Q  And then you go on to test the plural

22   hypotheses, which is deductive reasoning,

23   right?

Christoph Flaherty                                        7/12/2023

Page 63

1        A  Yes.

2        Q  And is part of that when you test the

3   multiple hypotheses, you are trying to test to

4   disprove the hypotheses, right?

5        A  Yes.

6        Q  And then that allows you, if you're

7   following the scientific method, to select a

8   final hypothesis, correct?

9        A  Correct.

10        Q  All right.  And NFPA 921, that is --

11   I believe Mr. Sobota called it the standard of

12   care in terms of fire investigation.  Would

13   you agree with that?

14        A  Yes.

15        Q  It's the fire Bible, isn't it?

16        A  Yes.  It's the fire investigation

17   Bible.

18        Q  Okay.  And is part -- it goes on

19   later to provide a more specific or to provide

20   an example of applying the scientific method.

21   And in the developed hypotheses section, it

22   says, separate a hypothesis for each potential

23   ignition source.  Do you agree with that?

Christoph Flaherty                                              7/12/2023

                                                        Page 64

 1        A   Yes.

 2        Q   It says, consider absent ignition

 3   sources.  Do you agree with that?

 4        A   Say that again.  Consider --

 5        Q   Consider absent ignition sources?

 6        A   Absent, yes.

 7        Q   Okay.  And would you agree with me

 8   that -- we already talked about witnesses,

 9   insureds, homeowners will often misrepresent,

10   misstate, misremember smoking activities and

11   their whereabouts at or around the time of the

12   fire.  You remember that?

13        A   Yes.  We also talked about, right,

14   the necessity of using witness information and

15   testimony in the collection of data regarding

16   occurrences.

17        Q   Okay.  Would you also agree with me

18   that a cigarette or -- let's just do a

19   hypothetical.  Hypothetically, can a

20   cigarette, if it is tossed, just discarded,

21   into an area of combustibles and causes a

22   fire, can that fire hypothetically burn up the

23   cigarette such that an investigator would not

Christoph Flaherty                                    7/12/2023

Page 65

1    be able to find cigarette evidence in his or

2    her investigation?

3        A  That depends on the specific

4    cigarette and the nature of the following

5    fire.

6        Q  Okay.  Can a cigarette -- can a Pall

7    Mall cigarette be smoked, discarded in an area

8    of origin and have a fire with an area of

9    origin with enough combustibles that results

10   in a fire that's hot enough and lasts long

11   enough to destroy any cigarette evidence?

12       A  I don't know.

13       Q  You don't know?

14       A  I don't know.  I'm sure the -- I'm

15   sure the series of conditions could be

16   constructed to make that possible, but I have

17   no particular knowledge of Pall Mall

18   cigarettes or the heat and intensity rates

19   necessary to completely destroy it beyond

20   recognition.

21       Q  Okay.  Let's change it then.  Take

22   away Pall Mall.  Can any -- whether it's

23   Marlboro Light, Camel, Pall Mall, whatever,

Christoph Flaherty                                    7/12/2023

Page 66

1    can a filtered cigarette be ignited, thrown

2    into an area, cause a fire and the fire burn

3    up the cigarette evidence such that an

4    investigator would not find it?  Can that

5    happen?

6         A  I'm sure it's possible.

7         Q  And probably the reason you hadn't

8    encountered it could be because the cigarette

9    evidence was consumed by the fire, right?

10        A  Well, you can't really prove a

11   negative, right?

12        Q  Right.  Is that part of negative

13   corpus?

14        A  I'm not -- I'm also not aware of

15   testing along the lines of the article that we

16   previously discussed regarding lithium-ion

17   battery failures that demonstrate the degree

18   to which various cigarette filters could be

19   consumed in fires.

20        Q  Because that paper had nothing to do

21   with cigarettes, right?

22        A  The Nagourneyt article?

23        Q  Which article are you talking about?

Christoph Flaherty                                    7/12/2023

Page 67

1        A  I guess, I was just saying a similar

2    type of testing could be performed with

3    cigarettes or determine the degree of which

4    they could be destroyed in fires but I'm not

5    aware of that.

6        Q  Do you know if that's the subject of

7    any of the references or articles you listed

8    off for me earlier or are otherwise identified

9    in your report?

10        A  No.  They're definitely not.

11        Q  All right.  So suffice it to say that

12    you obtained all the factual background

13    information of the this fire relayed to you

14    from Mr. Sobota, right?

15        A  As far as the initial information and

16    witness statements are concerned, yes.

17        Q  Okay.  And did you -- well, let's

18    just flash up your report.  Here is page one

19    of your report, and I'm going to mark it as

20    Defendant's 2.

21                (Exhibit Number 2 was marked for

22                 identification.)

23        Q  This says -- well, it starts off:

Christoph Flaherty                                          7/12/2023

Page 68

1    This is paragraph three, investigation.

2    Flaherty Engineering performed this

3    investigation through use of the scientific

4    method as recommended by NFPA 921, the guide

5    for fire and explosion investigations.  Is

6    that what you did in this case?

7         A  Yes.

8         Q  And you say fire investigation is a

9    complex endeavor which requires the use of a

10   systematic approach to determine the origin of

11   a fire and then investigate the circumstances

12   and conditions which brought the ignition

13   source and the first fuel together.  Did I

14   read that right?

15        A  Yes.

16        Q  Is that what you did in this case?

17        A  Yes.  I would add to that that my

18   involvement in this case focuses on the

19   electrical aspects of the investigation and

20   that my portion of the investigation could not

21   be characterized as the totality of a 921

22   investigation.

23        Q  Okay.  Nevertheless, you follow the

Christoph Flaherty                                    7/12/2023

Page 69

1   scientific method, right?

2        A   Yes.

3        Q   I'm going to show you a series of

4   pictures.  This is your scene -- can you see

5   my screen still?

6        A   Yes.  And before we go down this

7   path, can we take another brief break?

8        Q   Sure.  No problem at all.

9             (The deposition took a short

10            break.)

11       Q   (BY MR. YEAROUT)  Okay.

12  Mr. Flaherty, you ready?

13       A   Yes.

14       Q   Just as some housekeeping, I'm going

15  to mark your CV as Defendant's 3.  Okay.  All

16  right.  Can you see my screen now, CJ?

17            (Exhibit Number 3 was marked for

18             identification.)

19       A   Yes.

20       Q   And this is your scene photograph.

21  It's JPEG -- I've called it Flaherty, but it's

22  JPEG004.  Is this the entrance to the utility

23  room?

Christoph Flaherty                                      7/12/2023

Page 70

1          A  Yes.

2          Q  All right.  And so the utility room

3     is within the basement of the Taronji

4     residence, right?

5          A  Yes.

6          Q  And here is -- this is Mr. Drew --

7     one of Mr. Drew Hornet's [phonetic]

8     photographs 254 and this depicts the shelving

9     where we have the area of origin of the fire,

10    right?

11         A  Yes.

12         Q  And I've taken the liberty of

13    labeling what I think is the correct -- how

14    everyone's been identifying the various

15    sections of the shelving as bottom left being

16    one, top left being two, top right being

17    three, bottom right being four.  Is that -- do

18    you agree with how I've identified this?

19         A  Yes.

20         Q  All right.  What -- do you have an

21    understanding of the items that were -- well,

22    strike that.

23              Would you agree with me and

Christoph Flaherty                                    7/12/2023

Page 71

1    Mr. Sobota that the area of origin of this

2    fire is on shelf one or is that something you

3    defer to Mr. Sobota about?

4         A  I would defer to Mr. Sobota.  I would

5    say the greatest fire damage appears on shelf

6    one.

7         Q  What is your understanding of the

8    contents, combustibles, items that were on

9    shelf one at the time of the fire?

10        A  There was some paint supplies.  There

11   were some -- there was like a plastic

12   container or bag with a bunch of alkaline

13   batteries in it.  There were both spray paints

14   and liquid paints.  There was -- well, at the

15   time we didn't know exactly but later

16   determined soldering iron with a power cord

17   wrapped around it.  There was a modem and its

18   power supply.  I think that about covers it.

19        Q  Okay.  What about -- I know

20   Mr. Sobota documented this but did he relay to

21   you that also on shelf one were the Taronjis'

22   child's arts and crafts supplies?

23        A  No, I don't -- I do not recall that.

Christoph Flaherty                                      7/12/2023

Page 72

1        Q  Okay.  What about drywall compound?

2        A  Yes.  There was some -- there was

3   some drywall compound and maybe some tools for

4   spreading that.

5        Q  And what about a container of

6   purplish liquid that was determined to be fuel

7   oil on shelf one?

8        A  I did not see that.  The only place

9   I've seen that referred to is in Mr. Sobota's

10   report.

11        Q  Okay.  And let me ask you this:  Can

12   a -- can a battery -- a lithium-ion battery

13   cell fail -- undergo thermal runaway, fail and

14   spew a flame that could ignite a container --

15   small container of fuel, do you know?

16        A  Yes.

17        Q  It can or you know?

18        A  Yes, it can.

19        Q  Okay.  What's the basis of that

20   opinion?

21        A  I have seen videos of testing done

22   and videos of lithium-ion battery failures

23   where you can see that they are very energetic

Christoph Flaherty                                    7/12/2023

Page 73

1    and can spew flames several feet from the

2    location of the battery pack or cell.

3         Q   Yeah.  I got that general concept,

4    but I'm talking about can it ignite a small

5    container containing fuel oil?

6         A   It could ignite combustible materials

7    is my opinion.

8         Q   Okay.

9         A   So that could be a small container.

10   If it's plastic, a fuel oil itself, any other

11   plastic items in that vicinity.

12        Q   Well, the plastic is one thing.  Is

13   the fuel not going to quench that flame?

14        A   I'm not too well versed on the

15   particular characteristics of fuel oil and its

16   flammability and ignitability to be perfectly

17   honest.  I mean, I've heard people say that

18   they are very different -- the various

19   petroleum distillates are very different

20   depending on the level of distillation.

21        For example, oils used in hydraulics

22   and I think even diesel fuel oil, apparently

23   you can throw a lit match into a puddle of it

Christoph Flaherty                                    7/12/2023

Page 74

1    and it wouldn't ignite.  If you tried that

2    with gasoline, it would be an entirely

3    different experience.

4        Q   Exactly.

5        A   So I'm really not sure where on that

6    spectrum this particular kind of fuel oil

7    would fall.

8        Q   Okay.  I'm showing you.  This was a

9    photograph that was contained in Mr. Sobota's

10   report.  And you see he's got his tape measure

11   and this is on shelf quadrant four, right?

12       A   Yes.

13       Q   And this appears to be a RYOBI

14   battery charger, right?

15       A   Yes.

16       Q   And that's now where it was found or

17   located initially, right?  This was placed on

18   top of these tiles, correct?

19       A   Correct.  I believe some of the fire

20   department or fire marshals show it on the

21   floor, which makes sense.

22       Q   And for the Record, this is slide 7

23   of this presentation.  Did you place the

Christoph Flaherty                                          7/12/2023

Page 75

1    charger on this tile that's depicted in

2    Sobota's photo or did Mr. Sobota or someone

3    else?

4         A   I think Mr. Sobota placed it there

5    based on information that he was provided

6    either by Mr. Fernandez or State Farm.

7         Q   Okay.  And I'll show you -- this is

8    slide eight and this is Sobota scene photo

9    201168.  And not sure why I chose these shapes

10   but it's just what I did.  Mr. Sobota [sic],

11   you see the blue rectangle and the blue

12   circle?

13        A   Yes.

14        Q   Mr. Sobota told me in his deposition

15   was that the blue rectangle is where he would

16   place the subject battery pack at the time of

17   the fire and this blue circle is where he

18   would place the subject charger at the time of

19   the fire.  Do you agree with him or would you

20   defer?

21        A   I would defer.  I have -- I don't

22   think I have a basis for an independent

23   judgment on that.

Christoph Flaherty                                        7/12/2023

                                                         Page 76

1        Q   Okay.  You don't have any reason to

2    disagree with Mr. Sobota on that, do you?

3        A   No.

4        Q   Turning to -- this is slide 10 and

5    Flaherty photograph -- by the way, am I saying

6    your last name right?

7        A   I think so.

8        Q   It might have some Alabama in it but

9    I just wanted to make sure I wasn't --

10       A   Perfectly fine.

11       Q   All right.  This is your scene

12   photograph 75.  We see the tape measure and

13   you see this pink tape or whatever this is?

14       A   Yes.

15       Q   And that's wrapped around what

16   appears to be a lithium-ion battery cell,

17   right?

18       A   Yes.

19       Q   Who put that -- it's not tape.  What

20   is it called?

21       A   It's like a ribbon.  It's not -- I

22   mean, I think we do refer to it as tape but

23   it's not at all sticky.  It's really a plastic

Christoph Flaherty                                      7/12/2023

1    ribbon.

2         Q  Okay.  Who wrapped this pink plastic

3    around that cell?

4         A  I'm sorry.  Could you repeat the

5    question?

6         Q  Sure.  Who put this pink plastic wrap

7    on this cell on the floor of the utility room?

8         A  I don't remember.  I don't think it

9    was me because I don't generally carry that

10   type of plastic wrap.  So I think Mr. Sobota

11   probably did but I don't know.

12        Q  Do you know why the pink tape or pink

13   wrap was put on that cell?

14        A  To draw attention to its location.

15   We would generally do that if there was a cell

16   somewhere where it was difficult to see.

17        Q  Is that -- I mean, I'm not being cute

18   when I ask this.  I mean, is that a

19   difficult-to-see cell?  I mean, it seems

20   apparent to me, right?

21        A  Yeah.  I would not normally find it

22   necessary to do that in that particular

23   context.

Christoph Flaherty                                    7/12/2023

Page 78

1        Q   Okay.  So does this pink tape on that

2   cell, does that have any import or

3   significance to you?

4        A   No.

5        Q   Okay.  All right.  This is Flaherty 7

6   -- 007.  This is slide 13.  This is a

7   photograph that you took of a pack of Pall

8   Mall cigarettes, right?

9        A   Yes.

10       Q   In the basement, right?

11       A   Yes.

12       Q   Do you know where more specifically

13   this photograph was taken or where this Pall

14   Mall pack of cigarettes was located?

15       A   I think that was located on or next

16   to the desk that he had set up near the

17   basement exit door at the back of the

18   basement.  If you like, I could go to my

19   photographs and see if I could find it

20   particularly in context.

21       Q   Yeah.  Let's -- I might get you to do

22   that in a minute unless you feel that you need

23   to do that right now to give me a truthful

Christoph Flaherty                                    7/12/2023

Page 79

1   answer.

2        A   So.   Yeah.   I will say I'm looking at

3   my photographs on another monitor here.   And

4   this photograph, number 7, is in between two

5   photographs of his desk.   It looks like -- the

6   background material looks like the floor of

7   the basement.   So based on that context, I

8   think this pack was on the floor of the

9   basement near his desk.

10        Q   Okay.   So there's this photograph

11   Flaherty 0007, the Pall Mall pack.   And I

12   didn't see as many as I did in some of the

13   other scene photographs.   But you recall there

14   being at least two containers, whether you

15   want to call them ashtrays or bins or

16   containers or whatever, containing cigarette

17   butts on or near the desk in the basement,

18   right?

19        A   Yes.

20        Q   All right.   You mentioned a few

21   minutes ago when we were talking about, you

22   know, batteries going into thermal runaway and

23   emitting flames, you referenced some videos

Christoph Flaherty                                    7/12/2023

Page 80

1    that you had seen.  When did you see those and

2    what -- what were the videos, what were their

3    source, where did they come from?

4         A   Well, the testing that I did with RTI

5    resulted in various battery failures.  So we

6    have videos of those, and I personally

7    observed those failures.

8         Q   That was with the lithium --

9         A   Lithium metal oxide.  I think -- I

10   didn't remember the very specific chemistry

11   except that it was a lithium variant.

12        Q   Okay.  So videos with RTI on the

13   lithium metal packs or cells.  Any other

14   videos?

15        A   Just various online YouTube videos of

16   battery failures.

17        Q   When did you do those searches?

18        A   Many times over the last several

19   years.

20        Q   How did you conduct -- did you type

21   in lithium-ion battery failure or how did you

22   search for it?

23        A   Yeah, pretty much.  Lithium-ion

Christoph Flaherty                                          7/12/2023

Page 81

1   battery fire.

2        Q   And do you recall whether some or all

3   of those videos depicted thermal runaway and

4   emission flames from external or intentionally

5   initiated fire or whether it was a sure enough

6   internal short-circuit failure?

7        A   No.  Those were all purposely

8   generated failures.  So with various different

9   methods used to create the failure, whether it

10  be the initiation of an external short

11  circuit, the puncturing of a battery,

12  overcharging -- purposely overcharging a

13  battery, the various methods used to basically

14  force a battery into a thermal runaway

15  condition.

16       Q   And do any of those conditions -- are

17  any of those conditions the basis of your

18  opinions in this case?

19       A   Well, I would say they are

20  demonstrative of the energy released and

21  capability of lithium-ion batteries to

22  propagate fire after having entered thermal

23  runaway.

Christoph Flaherty                                    7/12/2023

Page 82

1        Q   Okay.  Well, I appreciate that but

2    why don't we just take it piece by piece.  Was

3    the subject battery pack in this case subject

4    to any puncture or physical deformation such

5    as a puncture or a drop, et cetera?

6        A   No.

7        Q   Was it subject to an external short

8    circuit?

9        A   No.

10       Q   Okay.  So then those conditions are

11   not present and those conditions are among the

12   conditions that were in the YouTube videos

13   that you saw, right?

14       A   Yes.

15       Q   All right.  This is -- I'm now

16   showing you slide 14, and this is from your

17   photographs.  It's DSC 6445.  You see this bag

18   of battery cells?

19       A   Yes.

20       Q   Appears to be two cells that are

21   wrapped in that pink wrap, right?

22       A   Yes.

23       Q   Who put the two wrappers on those two

Christoph Flaherty                                    7/12/2023

Page 83

1   cells?

2        A   I don't remember.  I would assume it

3   was Mr. Sobota.

4        Q   I'm showing you slide 16, which is

5   Flaherty photo 298.  What are you doing here?

6        A   Measuring the pack voltage of one of

7   the other 40-volt lithium-ion RYOBI packs that

8   were recovered from the Taronji-Fernandez

9   residence.

10        Q   So you're using a meter on this one

11   that gives you, what, 39.3 volts?

12        A   39.03, yes.

13        Q   I'm sorry.  I misspoke.  39.03 volts.

14   What does that indicate to you?

15        A   It indicates that that battery is

16   near -- a near full state of charge.  I think

17   I would -- full state of charge is probably

18   more than 40 volts so it's a pretty decent --

19   I'd characterize it as probably 75 or more

20   percent charge.

21        Q   What is the model number for the

22   subject pack in this case?

23        A   I don't remember.

Christoph Flaherty                                      7/12/2023

Page 84

1        Q  Okay.  What was its amperage, if you

2    remember?

3        A  It was six-amp-hour battery as

4    designated by its capacity.

5        Q  Okay.  What type of cells -- strike

6    that.  Do you know the manufacturer of the

7    cells within the subject battery pack?

8        A  No.

9        Q  Is that something you think is

10   important for you to know or not?

11       A  It is -- I wouldn't say it's

12   important to be able to determine a failure.

13   I would say it would be nice to know as much

14   as possible, like, for instance, if it were a

15   battery manufacturer that had been linked to

16   previous battery failures that would make it a

17   more thorough understanding of what the

18   potential issues would be in this failure.

19       Q  Okay.  It's something you'd like to

20   know as part of a complex endeavor

21   investigating and reaching conclusions under

22   AFDI 921 and scientific method, isn't it?

23       A  We would like to be able to figure

Christoph Flaherty                                    7/12/2023

                                                     Page 85

1    out as much as possible, yes.

2         Q   And specifically the manufacturer of

3    the cells, right?

4         A   Manufacturer of the cells, as I said,

5    would be nice to know depending on how much

6    additional information we could get from that

7    but I would not characterize it as necessary.

8         Q   And I didn't ask if it was necessary.

9    I just asked if it's important for you to know

10   the cell manufacturer and make scientifically

11   valid opinions under FDA 921 and the

12   scientific method, is that important for you?

13        A   No.

14        Q   Okay.  Would it have any bearing on

15   your opinions whether the cell manufacturer

16   was a tier-one supplier as opposed to the

17   hover board cheaply, poorly and hastily

18   distributed battery cell?  Is that something

19   that has any bearing on your opinions?

20        A   I would say that the -- in general,

21   yes.  In this case, in this specific instance,

22   the evidence is sufficiently convincing that

23   even if it were a tier-one manufacturer, that

Christoph Flaherty                                          7/12/2023

Page 86

1   would not exclude the possibility -- that

2   would not exclude the conclusion that an

3   internal battery failure caused this fire.

4        Q   Did you say it would not exclude the

5   possibility of an internal battery failure?

6   Is that what you just said?

7        A   Yes.  I said even if it were a

8   tier-one manufacturer, as you described it,

9   that wouldn't eliminate that as a possibility

10  for consideration.

11       Q   Is it a good thing to get 18650 cells

12  from tier-one suppliers?

13       A   You'd want to get them from the most

14  reliable, best quality-controlled sources that

15  you can.

16       Q   Is it a good thing to get -- to order

17  and incorporate in a battery pack 18650 cells

18  from a tier-one supplier?  Is that good?

19       A   Yes.

20       Q   All right.  This is slide 20 and your

21  photo 897 of the lab exam.  What do we see

22  here?

23       A   This is the remnants of the battery

Christoph Flaherty                                      7/12/2023

Page 87

1    management circuit board that would have been

2    part of those six-amp powered RYOBI battery

3    pack involved in this fire.

4         Q   What -- tell me what you see here.

5    What's the point of this picture?  What are

6    the characteristics, features?  What does

7    Mr. Flaherty see as depicted in your

8    photograph 897?

9         A   I see a severely damaged circuit

10   board with consumption of copper traces and

11   conductors.  I see that contacts have been

12   desoldered and melted away.  I see that the

13   circuit board has been delaminated and the

14   materials partially consumed.  It looks like

15   most, if not all, of the components have

16   burned away.

17          I see no remnants of plastic

18   packaging materials or an enclosure.  So all

19   of that to say a circuit board that was at a

20   very intense fire burn.

21        Q   Okay.  Do you attribute -- does the

22   damage you see on this circuit board, is that

23   considered -- does that support your opinion

Christoph Flaherty                              7/12/2023

Page 88

1    of an internal short circuit and cell failure?

2         A  I would say it's consistent with it.

3    I would not say that there's anything specific

4    to the damage of that circuit board that would

5    indicate that in particular.

6         Q  All right.  So you would agree with

7    me, we can see the damaged profile, as

8    depicted on your photograph 897 from both an

9    external fire attack or an internal failure,

10   right?

11        A  I would say once the battery pack

12   initiates thermal runaway, regardless of how

13   it got there, that the circuit board damage is

14   consistent with that.

15        Q  Just to make sure I've got a point on

16   it.  Would you agree with me that the damage

17   profile we see on slide 20, your photograph

18   897, of this printed circuit board, that

19   damage profile can occur from an external fire

20   or an internal short-circuit failure, right?

21        A  Yes.

22        Q  All right.  Let's go to your report.

23   And before I do that, there were cells that

Christoph Flaherty                                    7/12/2023

Page 89

1    were collected -- so I would say the majority

2    of the cells, lithium-ion cells in this case,

3    were collected beneath or on the floor kind of

4    in the middle between shelf one and four,

5    right?

6         A  Yes.

7         Q  And there were other cells that were

8    found in other locations of the basement floor

9    away from the shelving, right?

10        A  Yes.

11        Q  And I think we already agreed that a

12   battery pack that expels its cells, expels its

13   guts, if you will, they can be thrown in

14   various locations in circumstances involving

15   an external fire attack as well as an internal

16   failure, right?

17        A  Yes.

18        Q  All right.  I might have too many

19   PDFs up.  I'm having some scrolling problems.

20   All right.  Well, while that's doing that.  Do

21   you have a copy of your report?

22        A  I do.

23        Q  All right.  Turn to page four for me,

Christoph Flaherty                                    7/12/2023

Page 90

1   please.

2        A   Okay.

3        Q   This is 3.2 computed tomography.

4   That's CT, right?

5        A   Yes.

6        Q   And so you took -- I guess there were

7   -- you arranged cells into two groups of ten

8   cells each, right?

9        A   Yes.

10        Q   Why were -- how did you come up with

11   the two groups?

12        A   There was -- the reason for the two

13   groups was in order to achieve a better

14   resolution scan via CT scanner in use.

15   Basically you trade off resolution for volume

16   --

17        Q   Right.

18        A   -- and vice versa.  So having a

19   smaller volume to scan would result in a

20   higher resolution, so I made the decision,

21   coordinating with CT technician, to split up

22   the 20 cells into two groups of ten so that

23   the total volume of each scan was low enough

Christoph Flaherty                                    7/12/2023

Page 91

1    to provide a good resolution for the images.

2         Q   Right.  And you say here, which is

3    kind of where I was driving at, you did not

4    attempt to recreate how these things were in

5    place by your groupings, right?

6         A   Correct.  At that time -- I mean, the

7    cells were sufficiently destroyed and thrown

8    apart that I couldn't independently come up

9    with how they were put together.  And at that

10   point I didn't have an exemplar or a recent

11   examination of an exemplar to give me enough

12   sort of examples or background information to

13   attempt that.

14         So we basically just kind of -- we

15   kept cells that were still together together

16   but then just created these two groups of ten

17   for the scan.

18         Q   So you -- you created the two groups.

19   Was this at the scene or at the lab?

20         A   At the lab at the time of the CT

21   scan.

22         Q   But you had -- I mean, you had

23   another 40-volt pack, didn't you?

Christoph Flaherty                                          7/12/2023

                                                        Page 92

 1          A   We did but we hadn't opened it up.

 2          Q   Did you ever open it up?

 3          A   We did at the evidence exam in

 4    December.  I think this scan was before the

 5    evidence exam.

 6          Q   Okay.  And you go on to note, several

 7    of the cells were ruptured and had ejected

 8    some, and in some cases nearly all, of the

 9    internal electrode, quote, jelly roll, end

10    quote.  Did I read that right?

11          A   Yes.

12          Q   And then you say, CT scans revealed

13    widespread internal electrode damage due to

14    thermal runaway.  Did I read that right?

15          A   Yes.

16          Q   Did you x-ray these battery cells?

17          A   No.

18          Q   Why not?

19          A   The CT scan is more revealing,

20    basically a step above an x-ray.  That x-ray

21    examination would be unnecessary given the CT

22    scan.

23          Q   Okay.  And am I correct in saying

Christoph Flaherty                                    7/12/2023

Page 93

1    that the -- your CT scans and what you say

2    reveal widespread internal electrode damage

3    due to thermal runaway, does that serve as the

4    basis of your opinion that the thermal runaway

5    was most likely caused by a development of an

6    internal short circuit in one of the cells due

7    to a manufacturing defect?

8         A   I wouldn't say that it links directly

9    to that conclusion.  I would say the CT scan

10   data supports the instance of thermal runaway.

11   There is no specific evidence in the CT scan

12   that can be pointed to as an internal short

13   circuit.

14        Q   Let me make sure I got that.  There

15   is no evidence in the CT imaging that is

16   indicative itself of an internal short

17   circuit.  Is that what you just said?

18        A   I said that it's consistent with the

19   thermal runaway, but there's nothing in

20   particular to indicate that it was an internal

21   short circuit specifically.

22        Q   Okay.  And we've already agreed -- I

23   think you've already agreed that the battery

Christoph Flaherty                                          7/12/2023

Page 94

1      -- the lithium-ion 18650 battery cell can go

2      into thermal runaway from an external fire

3      attack, right?

4              A  Yes.

5              Q  Okay.  So I've got several slides

6      here of your CT imaging.  And we might able to

7      bypass a bunch of questions with this

8      question.  All right.  This is slide 23 --

9      excuse me.  22, 23, 24 through 27 are images

10     depicting CT scans that you performed, right?

11             A  Yes.

12             Q  And there is nothing in here in any

13     of these scans about any of these cells that

14     indicates within a reasonable degree of

15     scientific certainty an internal short

16     circuit.  True?

17             A  Correct.  There's nothing to say that

18     that's what it was.  It's just consistent with

19     thermal runaway by whatever may have caused

20     it.

21             Q  Whatever may have caused it.  All

22     right.  So then tell me, Mr. Flaherty, how

23     you, sir -- well, can you still hold the

Christoph Flaherty                                    7/12/2023

1   opinion that is in number two of your report,

2   the thermal runaway of the RYOBI battery was

3   most likely caused by the development of an

4   internal short circuit in one of the cells due

5   to a manufacturing defect?  Do you hold that

6   opinion within a reasonable degree of

7   scientific certainty?

8        A  Yes.

9        Q  How and why?

10       A  It is the only feasible fire cause

11  within the area of origin supported by the

12  evidence.

13       Q  Okay.  It's your opinion -- number

14  two is not supportive or is not necessarily

15  indicated by the CT scans, right?

16       A  So there's no direct evidence in the

17  CT scan to indicate that that's definitively

18  the cause.

19       Q  Okay.  So how did you get to short

20  circuit?  Show me.  Point it to me.  Tell me.

21       A  Through a process of elimination of

22  other possible causes of thermal runaway.

23       Q  Such as?

Christoph Flaherty                                         7/12/2023

Page 96

1       A   Such as overdischarging,

2   overcharging.  I provided a list.  External

3   fire attack.  External short circuit or

4   internal short circuit that is external to

5   battery cells.

6       Q   Okay.  What caused the short circuit?

7       A   The development of an internal fault

8   in one of the cells.

9       Q   Which cell?

10      A   I don't know.

11      Q   So we can -- all right.  Let's go to

12  22.  Which cell -- do any of these cells have

13  or indicate to you a short circuit, slide 22?

14      A   They all indicate damage that would

15  have likely masked or eliminated any evidence

16  of a short circuit, of a short circuit

17  preexisting the thermal runaway event.

18      Q   Okay.

19      A   Once the thermal runaway event

20  occurs, there's all kinds of electrical

21  shorting going on.

22      Q   All right.

23              MR. YEAROUT:  Madam, court

Christoph Flaherty                                    7/12/2023

Page 97

1  reporter, could you read back my last question

2  please?

3             (The record was read.)

4      Q  Mr. Flaherty?

5      A  I would say that there are numerous

6  short circuits in that depiction.  However,

7  those would mostly be caused by the thermal

8  runaway event itself.

9      Q  And we can see that on a CT scan from

10 a battery pack that was -- that entered into

11 thermal runaway from an external fire, right?

12     A  Yes.

13     Q  Slide 23, do any of these cells show

14 me a short circuit or show you a short circuit

15 resulting from an internal manufacturing

16 defect, which is what you put in your report?

17     A  No, they do not -- they would not be

18 able to at this point in my opinion.

19     Q  What do you mean at this point?  At

20 what point would they?

21     A  Prior to the fire.

22     Q  All right.  Well, the batteries are

23 off the charger at, what, 9:30 a.m.,

Christoph Flaherty                                    7/12/2023

                                                    Page 98

1   9:00 a.m.?

2        A   That sounds about right based on the

3   testimony.

4        Q   All right.  So what is happening in a

5   lithium-ion battery with the subject pack in

6   the five minutes after it's off the charger

7   and is on the shelf?  What is happening inside

8   of it if you know?

9        A   Do you mean in this particular case

10  with the development of an internal short

11  circuit?  Normally --

12       Q   Well, then let me ask you.  Did the

13  internal short circuit develop within five

14  minutes of it being removed from the charger?

15       A   The internal short circuit developed

16  over the course of the battery's life up to

17  the point that it burst into flames.  When it

18  became dangerous enough to conduct enough

19  electricity to generate enough heat to force

20  the battery into thermal runaway would have

21  been shortly before the fire.

22       Q   Okay.  Was it -- I mean, what about

23  at 10:30, what's happening in the pack?  We

Christoph Flaherty                                    7/12/2023

Page 99

1    know it's not been energized by the charger,

2    right, or anything else, right?

3         A   Correct.  It has its own internal

4    stored energy since it was just fully charged.

5         Q   All right.  I'm sorry?

6         A   I said, since it was just fully

7    charged.

8         Q   All right.  So at 10:30 is it having

9    a short circuit?

10        A   Yeah.  The internal stored energy of

11   the battery is conducting through the

12   developing short circuit and beginning to heat

13   up that particular cell.

14        Q   So it's your testimony that as of

15   10:30, this battery pack is beginning to heat

16   up from a short circuit?

17        A   I don't know when the -- how rapid

18   the development of the short circuit is

19   specifically.  It could happen slowly over the

20   course of months or it could develop very

21   quickly once it begins to fail.

22        Q   All right.  How does it begin to

23   fail?  What is causing it to fail?  What is

Christoph Flaherty                                    7/12/2023

Page 100

1    causing the short circuit?  That's what I'm

2    trying to understand.

3         A  The result of a manufacturing defect

4    inside the cell that causes an electrical path

5    to develop that is not the normal discharge

6    path from the cell.

7         Q  What is the manufacturing defect in

8    your opinion?

9         A  I don't know specifically whether

10   it's the introduction of some foreign

11   material, the damage to a separator that

12   causes a small connection in between different

13   windings.  I don't know specifically what it

14   was.

15        Q  So you can't tell the ladies and

16   gentlemen of this jury, within a reasonable

17   degree of scientific certainty, what the short

18   circuit is that you say initiated the thermal

19   runaway that caused this fire; is that right?

20        A  I can't tell them what the specific

21   instance of mechanism of the internal short

22   circuit was, that is correct.

23        Q  Did you do any testing of any

Christoph Flaherty                                          7/12/2023

                                                    Page 101

1    exemplars to try to determine or replicate a

2    short circuit and an internal failure of a

3    battery cell like this one?

4         A  No.

5         Q  Why not?

6         A  The -- well, it's impossible for me

7    to do, first off, because I can't manufacture

8    my own lithium-ion battery cells and insert an

9    internal short circuit.  The only way I know

10   of forcing an internal short circuit would be

11   to inject the material into a battery.  The

12   most rudimentary form of that would be take a

13   battery cell and drive a nail into it.  That

14   test has been done and sufficiently well

15   documented for me to not have to repeat it.

16          And as we've gone over, there's no

17   indication that these were punctured in that

18   way.  So I don't think that there is a test

19   that I could perform on an exemplar that would

20   be sufficiently relevant to the development of

21   an internal short circuit as occurred in this

22   battery pack.

23         Q  Okay.  Well, you mentioned something

Christoph Flaherty                                          7/12/2023

Page 102

1   like the introduction of some external

2   contaminants.  Was that one of the

3   possibilities you mentioned?

4        A   Yes.  During the manufacturing

5   process, a foreign material making its way

6   into the internal cell structure.

7        Q   Do any of these CT images that you

8   took show you any foreign material or

9   contaminant in any of the cells?

10       A   They just show destroyed cells.

11       Q   Okay.  Do any of these --

12       A   Nothing specific that I can point to

13  that says here is a foreign piece in this

14  cell.

15       Q   So there's nothing in these CT images

16  that you have conducted that show you any

17  foreign contaminant or any foreign material

18  within the cells, right?

19       A   Correct.

20       Q   Did you CT any exemplar RYOBI battery

21  packs to see if there was presence of any

22  contaminants or foreign materials?

23       A   No.

Christoph Flaherty                                           7/12/2023

Page 103

1        Q  So at 6 -- so after eight and a half

2    hours of being off the charger, the subject

3    battery pack is on shelf four, right?

4        A  Yes.  Based on the information

5    provided and everything we know so far, yes.

6        Q  And so then what -- what happens?

7        A  The electrical energy of the battery

8    pack discharging through the internal short

9    circuit heats up the cell to a point where

10   thermal runaway begins to occur.  And then the

11   battery pack enters a self-sustaining heating

12   reaction that eventually results in the

13   expulsion, the venting of the cells, the

14   expulsion and ignition of the flammable

15   electrolyte material and the fire itself.

16       Q  So is it your testimony that energy

17   was being dissipated within the battery pack

18   eight and a half hours after it was off the

19   charger?

20       A  Yes.

21       Q  Is that based upon your CT imaging?

22       A  No.

23       Q  Is it based upon your photographs?

Christoph Flaherty                                          7/12/2023

Page 104

1        A   No.

2        Q   What is it based on?

3        A   Based on the physical mechanisms

4   necessary to produce heat inside the battery

5   pack.

6        Q   Can an external fire destroy all the

7   plastic casings of a lithium-ion battery pack?

8        A   Yes.

9        Q   Can an external fire result in

10  physical attributes and characteristics of all

11  20 of these cells and the printed circuit

12  board as we see in this case?

13       A   Yes.

14       Q   Would you agree with me that there

15  are three mechanisms by which an internal

16  short circuit can be triggered.  Number one,

17  being mechanical abuse.  Do you agree with

18  that?

19       A   Yes.

20       Q   Number two, being electrical abuse,

21  that is, such as the separator being pierced

22  by dendrite from overcharge or overdischarge

23  or by an impurity in manufacturing?

Christoph Flaherty                                          7/12/2023

Page 105

1        A  Yes.

2        Q  The third being thermal abuse, that

3   is, the complete melting of the separator due

4   to thermal instability or due to an external

5   heat source.  Do you agree with that?

6        A  Yes.

7        Q  All right.  So did the failure in

8   your opinion in this case result from

9   mechanical abuse?

10       A  No.

11       Q  Did it result from electrical abuse?

12       A  No.

13       Q  Did it result from thermal abuse?

14       A  No.

15       Q  Okay.

16       A  I guess I would take exception with

17  the characterization of electrical abuse

18  because I think you included the introduction

19  of a foreign material as part of electrical

20  abuse.  Could you read the sentence that you

21  said, electrical abuse, such as the formation

22  of dendrites due to overcharging, discharging

23  or -- and then there were some other things.

Christoph Flaherty                                    7/12/2023

Page 106

1        Q   I'd be happy to.  Electrical abuse,

2   e.g., the separator can be pierced by

3   dendrite, the growth of which can be induced

4   by overcharge or overdischarge and by an

5   impurity in manufacture.

6        A   Yes.  So I would say electrical abuse

7   is a result of impurity during manufacture or

8   a defect in the separator during manufacturer

9   whether it be caused by impurity or something

10  else.

11       Q   Okay.  Which one is it within a

12  reasonable degree of scientific certainty or

13  can you say?

14       A   Other than -- so I would say it's

15  electrical abuse based on the definition --

16  based on the way you're characterizing it now.

17  And within the subject of electrical abuse, I

18  would rule out overdischarging and

19  overcharging based on the history of use of

20  the battery pack and the circuitry and

21  significant testing that's been done both by

22  UL and RYOBI regarding the charging and

23  discharge characteristics of this system,

Christoph Flaherty                                          7/12/2023

                                                        Page 107

1    leaving a piercing of the separator as a

2    result of an -- as a result of a manufacturing

3    impurity or some other damage sustained during

4    manufacturing.

5         Q  All right.  Do any of your CT images

6    show us a pierced or damaged separator?

7         A  No.

8         Q  Do any of your images -- any of the

9    CT images show an impurity present with the

10   cells?

11        A  No.  Not identifiable as such.

12        Q  Okay.  Back to your opinion, an

13   internal short circuit in one of the cells due

14   to a manufacturing defect.  And if I've

15   already asked you this, I apologize.  Are you

16   able to tell me which cell it is?

17        A  No.

18        Q  Then how do you know it's just one?

19        A  Good question.  It could be more than

20   one but who knows.  It only takes one.

21        Q  It only takes one to what?

22        A  Internal short circuit failing cell

23   to enter thermal runaway to propagate through

Christoph Flaherty                                              7/12/2023

                                                          Page 108

 1   a pack.

 2        Q   So we can't look at the CTs and see a

 3   pierced or damaged separator, right?

 4        A   Correct.

 5        Q   We can't look at the CTs and identify

 6   any impurities or foreign bodies within the

 7   cells, right?

 8        A   Correct.

 9        Q   You don't hold the opinion that this

10   failure was caused by overcharge or

11   overdischarge, correct?

12        A   Correct.

13        Q   Do you know when this battery pack

14   was purchased?

15        A   It was purchased in March of that

16   same year, so two months before the fire.

17        Q   Do you know how often Mr. Fernandez

18   used the subject battery pack in terms of

19   cycles and charges?

20        A   Not specifically.

21        Q   Would that have any bearing on your

22   opinions about the development of an internal

23   short circuit?

Christoph Flaherty                                    7/12/2023

Page 109

1        A  No.

2        Q  It wouldn't?  What if this was the

3    first time he had ever used this pack, would

4    that have any bearing on your opinions?

5        A  If we were entertaining -- so

6    independent of other evidence in this case, a

7    failure after a first use would be more

8    indicative of a manufacture or design defect

9    than a failure after multiple uses but that's

10   not to say one rules out the other.

11       Q  Regardless, you don't know how often

12   this guy, Mr. Fernandez, had used the battery

13   pack, right?

14       A  Correct.  He did testify regarding

15   his use of battery packs, but I don't think

16   his testimony or his reports to us were

17   specific as to which of the three 40-volt

18   battery packs he used on the various

19   occasions.

20       Q  Okay.  And you didn't ask him, did

21   you?

22       A  No.

23       Q  I'm showing you slide 28.  This is a

Christoph Flaherty                                    7/12/2023

Page 110

1    CT scan of 18650 cell.  Does this indicate to

2    you an internal -- or a short circuit that led

3    to an internal failure or is this a cell that

4    was exposed to external fire attack, or do you

5    know either way?

6          A  This looks like one of the images

7    included in the -- and I'm going to

8    mispronounce the name -- the Nagourneyt paper

9    that we've been discussing, in which all of

10   the cells were damaged as a result of external

11   fire attack.

12         Q  Right.  And I think I asked you this,

13   but did you -- well, to put a point on this.

14   This CT image, this cell was subjected to

15   intentionally an external fire attack, right?

16         A  Yes.

17         Q  All right.  Are you familiar with

18   Brian Barnett?

19         A  I don't think so.

20         Q  Okay.  He's a -- he has a background

21   in lithium ion and has published various

22   papers in which he states that the failure

23   rate of lithium Ion 650 battery cells is in

Christoph Flaherty                                      7/12/2023

Page 111

1    the order of one out of every 10 million.  Do

2    you have any reason to disagree with that?

3         A   I would question the basis of that

4    because of the various manufacturers involved

5    with lithium-ion cell manufacture.  And some

6    are more reliable than others, but I don't

7    have any reason to dispute the

8    characterization in general.

9         Q   All right.  And I apologize if I've

10   already asked this or something like it, but

11   have you done any testing on exemplar RYOBI

12   40-volt battery packs in terms of CT imaging

13   or any other imaging modality to see what they

14   look like after being exposed to an external

15   fire?

16        A   No.

17        Q   And the same question, have you done

18   any -- have you done any CT imaging or any

19   other image modality on any RYBOI 40-volt

20   battery back to see what it looks like on CT

21   after experiencing a short circuit and

22   internal failure that led to thermal runaway?

23        A   No.

Christoph Flaherty                                    7/12/2023

                                            Page 112

 1        Q  You say in your report on page 6,

 2   individual cells are also protected by a

 3   positive temperature coefficient device, PTC,

 4   and a current interruptive device, CID.  Did I

 5   read that right?

 6        A  Yes.

 7        Q  And you go on to say, the PTC devices

 8   and CIDs protect single cells but have been

 9   shown to offer insufficient protection to

10   prevent thermal runaway when cells are

11   connected in a series/to parallel arrangement

12   to form a battery back.  Did I read that

13   right?

14        A  Yes.

15        Q  And there you are citing to

16   Mr. Jeevarajan's paper, Safety Limitations

17   Associated with Commercial 18650 Lithium-ion

18   Cells, right?

19        A  Yes.

20        Q  And that paper was published in 2010

21   relying on 2008 data, right?

22        A  Yes.  That sounds right.

23        Q  All right.  Is -- are the -- strike

Page 113

1    that.

2           Is the positive temperature

3    coefficient device, the PTC and the CID, does

4    that form any basis of your opinion as to an

5    internal short circuit and failure in this

6    case?

7           A   No.

8           Q   Then why is this in your report?

9    What is the point?

10          A   That's a good question.

11          Q   So can we just take a red pen and

12   mark through that on your report?  I mean,

13   it's inapplicable, right?

14          A   To the extent that RYOBI uses PTC or

15   CID devices in their cells and whether or not

16   those are offered as prevention of this type

17   of failure mode, it's applicable; but in

18   particular as far as the analysis and

19   determination leading to the conclusion of an

20   internal short circuit, it is not.

21          Q   Okay.  Do you know whether the

22   subject pack had a PTC?

23          A   I do not know what the specific cell

Christoph Flaherty                                    7/12/2023

Page 114

1    design included, whether they had PTCs or

2    CIDs.

3        Q  Is that something you'd like to know?

4        A  I'm assuming that they did just

5    because of the prevalence of such devices

6    but...

7        Q  So would the presence -- and, again,

8    to put a point on it, does the presence of --

9    I want you to assume that this pack has a PTC

10   and CID.  All right?

11       A  Yes.

12       Q  Does that have any bearing on your

13   opinion that there was an internal short

14   circuit that resulted in thermal runaway?

15       A  No.

16       Q  You say in opinion three, other

17   possible sources of ignition in the area of

18   fire origin on the shelving unit in the

19   basement utility room of the Taronji-Fernandez

20   residence were considered and ruled out.  Did

21   I read that right?

22       A  Yes.

23       Q  All right.  So then tell me,

Christoph Flaherty                                    7/12/2023

Page 115

1    Mr. Flaherty, what is your -- what is the

2    ignition sequence in this case?  What is the

3    first fuel ignited?  How do we get from, in

4    your opinion, a short circuit in the subject

5    battery pack that is on shelf four to the area

6    of origin on shelf one?  Walk me through that.

7         A  As the internal short circuit heats

8    up, the cell enters thermal runaway, which

9    leads to the uncontrolled reaction that

10   generates heat faster than the ability of the

11   battery to dissipate it, eventually causing

12   the cells to rupture and the flammable

13   electrolyte to ignite.

14        So the first fuel ignited is the

15   flammable electrolyte of the battery pack

16   itself, which then blows out and catches the

17   battery pack itself on fire.  That cascading

18   event then produces enough -- by cascading, I

19   mean, as excessive cells also enter thermal

20   runaway and suffer similar expulsions of

21   flammable electrolyte.  They add fuel to the

22   fire eventually igniting the nearby

23   combustibles on shelf one.

Christoph Flaherty                                    7/12/2023

                                                      Page 116

1        Q  Okay.  What were your other

2   hypotheses that you developed?

3        A  We considered the -- an electrical

4   failure of another component on shelf one and,

5   as such, looked at the alkaline batteries that

6   were there that were being stored there.  Was

7   there any indication that there was something

8   that had potentially externally shorted out an

9   alkaline battery that ignited.  Under certain

10  conditions it's possible to do that.

11            The -- it's quite rare or difficult

12  to do, but it was a possibility that was

13  considered.  The electrical failure of another

14  component, because there was some indications

15  that there were some other electrical items on

16  the shelf, including the modem, its power cord

17  and an other -- at the first point unknown

18  electrical device, which later turned out to

19  be a soldering iron.  So that was considered.

20            We considered the failure of the

21  extension cord, which is routed above shelves

22  two and three as potential fire cause and --

23  so that's the -- we also considered failure of

1   the electrical outlets or some contribution of

2   the building's electrical system.

3        And then that's the limit of the

4   potential electrical sources that were

5   considered.  I think I would leave it to

6   Mr. Sobota to address other nonelectrical

7   sources considered such as the discarded --

8   inappropriately discarded smoking materials or

9   any materials subject to self-heating.

10       Q  And so inappropriately discarded

11  cigarette materials is not something that you

12  can rule out or that you did rule out.  Fair?

13       A  I would say I ruled it out based on

14  the available evidence, but I didn't primarily

15  look at that as the electrical engineer.  And

16  by ruling it out, you know, I didn't -- yeah.

17       Q  You did not rule that out?

18       A  I did rule it out, yes, that there

19  were no indication of discarded smoking

20  materials.

21       Q  There was what?

22       A  No indication of discarded smoking

23  materials in that area or any testimony or

Christoph Flaherty                                    7/12/2023

Page 118

1    reports that smoking occurred in that area.

2         Q   We talked about the scientific method

3    earlier under an FDA921.  We've got your

4    hypotheses as battery pack, electrical failure

5    of another component, extension cord

6    electrical outlet, anything else?

7         A   With other component I assume we're

8    including all of the things I previously

9    referred to, no.  Oh, we did consider, I

10   should say, the AC unit, the air-handling

11   unit.  When I initially spoke to Mr. Sobota,

12   he said, well, there's an air-handling unit

13   there so we'll have to look at that.  But it

14   was pretty obvious after the initial scene

15   exam that the air-handling unit didn't have

16   anything to do with the fire starting.

17        Q   All right.  So one of your

18   hypothesis, of course, and I guess the one you

19   selected as your final hypothesis, is the

20   subject battery pack.  What, if anything, did

21   you do to test that hypothesis in an effort to

22   disprove it?

23        A   That hypothesis is tested, you know,

Page 119

1    cognitively with comparison to all of the

2    other hypotheses.  Could a fire -- is there

3    any evidence to support a fire starting

4    externally.  That is the primary test against

5    that hypothesis.  There being none, based on

6    the analysis, leaves us with that final

7    hypothesis.

8         Q  Okay.  So you tested it cognitively,

9    that is, thinking about it?

10        A  Right.  In comparison, in

11   consideration of all the other hypotheses,

12   yes.

13        Q  Okay.  Any testing as in, you know,

14   any testing of any exemplars, any scientific

15   testing that's outside of cognitive testing to

16   disprove the hypothesis that you performed?

17        A  No physical testing of this.

18        Q  Do any of the four references that

19   you've cited in your report, do they support

20   the proposition or your opinion that a battery

21   -- an 1865040-volt battery pack that's been on

22   the shelf off the charger for eight and a half

23   hours, has a short circuit initiated and

Christoph Flaherty                                    7/12/2023

                                                     Page 120

1    causes thermal runaway?

2         A   I don't think any of them have that

3    degree of specificity regarding charging

4    storage time frames.

5         Q   Have you published any papers on

6    lithium-ion failure mode?

7         A   No.

8         Q   All right.  Why don't we take -- I'm

9    getting close, guys.  I promise.  Can we take

10   a five-minute break and then I might be close

11   to wrapping up.

12              (The deposition took a short

13               break.)

14        Q   (BY MR. YEAROUT) All right.

15   Mr. Flaherty, we're back from a quick break.

16   In your review -- or you've got the various

17   engineering testing documents that RYBOI

18   produced in this case, right?

19        A   Yes.

20        Q   Do those -- does any aspect of those

21   documents support or form the basis of your

22   opinions?

23        A   Support or form the basis, no.

Christoph Flaherty                                        7/12/2023

                                                          Page 121

1          Q  Did you review them?

2          A  Yes.

3          Q  Okay.  Let's look -- I'm going to

4     mark as Defendant's 4 your invoices.

5                    (Exhibit Number 4 was marked for

6                     identification.)

7          Q  We don't have to go through them in

8     detail.  Oh, by the way, did you ever have an

9     opportunity to pull up the emails and

10    communications with Mr. Sobota?

11         A  No, I did not.  Let me -- let me see

12    how many there were, and that will affect the

13    rapidity with which I am able to provide them.

14         Q  Okay.

15         A  Of course he's going to use different

16    email addresses, isn't he.

17                    MR. YEAROUT:  Off the record.

18                    (Discussion off the record.)

19                    (Exhibit Number 6 was marked for

20                     identification.)

21         Q  (BY MR. YEAROUT) there's around five

22    emails between you and Mr. Sobota.  You're

23    going to save those and I appreciate that.  I

Christoph Flaherty                                    7/12/2023

Page 122

1    had marked as a composite, Defendant's 4.

2    I've got three invoices that were provided to

3    me.  Is that the entirety of the invoices that

4    you have submitted in connection with your

5    work in this case?

6              A  Yes.

7              Q  And I have quickly calculated the

8    three to give me a total of approximately

9    $13,906 that you've invoiced to date.  Does

10   that sound right?

11             A  Yes.

12             Q  Do you have any other time put in the

13   case that you've not yet invoiced?

14             A  Yes.

15             Q  How many hours?

16             A  I would estimate between five and

17   six.

18             Q  Five and six at 290 an hour?

19             A  Current rate is 325 an hour.

20             Q  Okay.  So about another 1600 or

21   $1,900 that you've yet to invoice, right?

22             A  Yes.  Not counting this deposition,

23   which is separate.

Christoph Flaherty                                    7/12/2023

Page 123

1        Q  Okay.  Looking here, FEC invoice

2    1862, we see an entry May 27, 2020 email

3    message for Jim Sobota.  Should that say

4    "from" or is it correct to say "for"?

5        A  For.  And I'm writing an email

6    message.  I wrote an email message to Jim.

7        Q  Okay.  And that's the earliest entry,

8    that's the earlier entry that I see.  Is there

9    any time billed or any invoice time for

10   contact from State Farm or contact to get you

11   hired?

12       A  Well, that comes through Jim a lot of

13   the times.  You know, he does his initial

14   inspection.  He has a conversation with State

15   Farm about, hey, we want to get an electrical

16   engineer.  And a lot of times, depending on

17   the insurance company, State Farm and Allstate

18   generally will ask the fire investigator,

19   okay, do you have anyone in mind, and then

20   they will say, yeah, I like CJ and then they

21   go ahead and say, okay, get him on board.

22          And I get the message from Jim that

23   basically says, hey, I've confirmed to get an

Christoph Flaherty                                    7/12/2023

                                                    Page 124

1    electrical engineer on board with this, when

2    can you come out and inspect.  So sometimes

3    there's no direct communication with State

4    Farm even before commencing work as long as

5    we've got the authorization and the

6    understanding.

7          Q  So fair to say it could be that State

8    Farm authorizes your retention through a

9    communication from Mr. Sobota?

10         A  Yes.

11         Q  All right.

12         A  So...

13         Q  You see my screen?

14         A  The first email message that I have

15   from Jim is on May 21st.

16         Q  Okay.

17         A  Just since you asked if there was

18   something before that.

19         Q  And that's -- I'm not blaming or

20   judging you for it, but that's just not

21   reflected on any of your invoices?

22         A  Right.  Doesn't look like I charged

23   for the conversations I had with Jim before

Christoph Flaherty                                      7/12/2023

Page 125

1     the 27th.

2          Q  Okay.  You see my screen?

3          A  Yes.

4          Q  1533, review notes.  What is 1533, is

5     that your case number?

6          A  My case number, yes.

7          Q  FAIC report Sobota, is this a summary

8     of information that's related to you by

9     Mr. Sobota?

10         A  No.  That's summary of information

11    included in his report.

12         Q  Okay.  Mother-in-law Teresa Tarnoji

13    home at the time of fire heard banging popping

14    and hissing noises from the basement.  Did I

15    read that right?

16         A  Yes.

17         Q  And do you recall, when you read her

18    deposition testimony, that she testified as to

19    hearing a relatively constant hissing noise as

20    opposed to banging and popping, right?

21         A  Yes.

22         Q  All right.  Does her hearing a

23    constant hissing noise -- what, if anything,

Christoph Flaherty                                          7/12/2023

                                                        Page 126

1    does that indicate to you about the cause of

2    this fire?

3         A  As opposed to banging and popping?

4         Q  Just what, if anything, does a

5    hissing noise that Ms. Teresa Taranji

6    testified to hearing --

7         A  I would say that that's an indication

8    of a -- well, I think fire noise can often be

9    described as hissing depending on what's

10   burning.  So that could either be the fire has

11   developed loud enough to where she's hearing

12   it.

13          Another possibility is it is the

14   forcible expulsion of something, like

15   something is leaking.  I know that in her

16   testimony she thought she might have a gas

17   leak.  She said she smelled something like

18   gas.  So that -- if that had occurred, you

19   know, that could be consistent with the

20   hissing sound.  The rupture and burning of the

21   lithium-ion cells would also be consistent

22   with the hissing sound.

23          Q  Okay.  Do you associate, within a

Christoph Flaherty                                              7/12/2023

Page 127

1    reasonable degree of scientific certainty, the

2    hissing sounds with a short circuited and

3    internally failed battery pack?

4         A  No, I would not characterize that

5    specifically.

6         Q  Same question as to her -- as to Ms.

7    Teresa Taronji smelling what she perceived to

8    be natural gas?

9         A  No.

10        Q  And do you recall from her testimony

11   that she hears -- she smells natural gas,

12   hears a hissing noise, goes to the kitchen,

13   hears the smoke detectors going off, calls

14   911, proceeds to leave the house and turns

15   around and she sees heavy black smoke pouring

16   out of the basement door?  Do you remember

17   that?

18        A  Yes.

19        Q  What does that tell you about the

20   progression and intensity of the fire, if

21   anything?

22        A  The fire must have been already

23   relatively well developed.  And --

Christoph Flaherty                                    7/12/2023

Page 128

1        Q  Go ahead.

2        A  Or it developed very quickly.

3        Q  Do you know which way?

4        A  No.

5        Q  All right.  One of the last things I

6    want to do is I've just got these notes.

7        A  I was just going to mention those.

8        Q  Famous last words.  Site inspection

9    528, I think I can read most of this, but I

10   can I ask you to read through this paragraph

11   for me, please.

12       A  Yes.  Juan Fernandez owned three

13   40-volt RYOBI battery packs:  A four-amp-hour

14   one that came with a chainsaw, a five-amp-hour

15   one that came with a lawnmower and a

16   six-amp-hour that he purchased separately on

17   March 28th, 2020.  We have the receipt, close

18   parenthesis.  Juan had used the chain saw with

19   the six-amp-hour battery, it had about, quote,

20   two LED lights, of charge left.  We recharged

21   it.  When it was charged, he unplugged it and

22   disengaged the battery from the charger, but

23   kept it sitting on top of it.

Christoph Flaherty                                          7/12/2023

Page 129

1        Q  Okay.  And here you have this

2   photograph with two circles.  On the left you

3   write, one group of cells here, correct?

4        A  Yes.

5        Q  And then on the right you say another

6   group of cells, correct?

7        A  Yes.

8        Q  On the second page you've got power

9   supply and cord for an old -- what does that

10  say?

11       A  Modem/router.

12       Q  All right.  And what does the bottom

13  picture and annotations, what does that say?

14       A  We've got a picture of a paint can, a

15  circuit board and some battery cells.  Top

16  comment points to the circuit board and says,

17  remnant of modem/router board and then the

18  next one of the cell group says two battery

19  cells and then the lower group says four

20  battery cells.

21       Q  Okay.  Thank you.  Page three top

22  paragraph, you circle and write, one cell,

23  correct?

Christoph Flaherty                                      7/12/2023

Page 130

1          A  Yes.

2          Q  And then the bottom photograph you

3     have circled a number of various cells and

4     write, 19 cells total so far, right?

5          A  Yes.

6          Q  On page four, what does that say?

7          A  So at the top photograph it depicts

8     the right-hand portion of the shelving unit

9     and that was next to the shelving unit with

10    line pointing to the outlet and it says,

11    charger was plugged into lower receptacle to

12    charge, was unplugged at time of fire.

13         Q  And then the bottom photograph on

14    page four, what do your notes say?

15         A  So that bottom photograph depicts an

16    outlet plugged into the extension cord that

17    was run over the shelving unit.  The note

18    specifically says, extension cord for Moen

19    Flow scents was plugged into top receptacle.

20         Q  I'm on page five.  I can read the

21    first two bullets.  What are you saying in

22    bullet three?

23         A  Bullet three says battery pack PCB

1    and some copper foil.  Spent a lot of time on

2    heat sink markings.

3         Q  What does that mean, spent a lot of

4    time on heat sink markings?

5         A  There were some manufacturing

6    markings embossed on the heat sink for the

7    battery pack and printed circuit board, and

8    Mr. Hornet was very interested in attempting

9    to get as much and as good pictures of -- or

10   indication of those markings as he could so he

11   spent a lot of time attempting to clean up and

12   get good images of the heat sink mark.

13        Q  This was essentially in reference to

14   a lot of time spent by Mr. Hornet for product

15   identification purposes.  Fair?

16        A  Yes.  I would assume that those

17   markings would enable him to make a much more

18   specific identification of the product.

19        Q  Okay.  What is point -- bullet four

20   say?

21        A  Four says, receptacle with --

22   although it's W slash, protected area on top,

23   14 AWG branch circuit, correctly wired.

Christoph Flaherty                                    7/12/2023

Page 132

1      Q  Okay.  Five says, charger and a

2  couple of tiles, right?

3      A  Correct.

4      Q  Six says, light fixture recovered

5  from under shelf along C-wall?

6      A  Yes.

7      Q  Seven, extension cord, is that

8  142 inches?

9      A  Yes.

10      Q  Does this say, small arc site

11  approximately 71 inches from plug end?

12      A  Yes.  That is what that says.

13      Q  So the extension cord exhibits arcing

14  at 71 inches from the plug, correct?

15      A  Yes.

16      Q  And arcing is indicative of what?

17      A  Arcing is indicative of an electrical

18  or short circuit.  Yeah.  An electrical short

19  circuit between conductors.

20      Q  And can be indicative of an ignition

21  source, right?

22      A  It should always be considered as a

23  potential ignition source.  It is also a

Christoph Flaherty                                    7/12/2023

                                                    Page 133

1    characteristic of electrical system damage

2    following a fire attack.

3         Q  What did you do to determine whether

4    it was an ignition source or a causative

5    source as opposed to being damaged by a fire

6    with respect to the extension cord arcing?

7         A  In this case it was to place the

8    arcing event in context of where it was

9    physically located within the fire scene and

10   does that location make sense as a point of

11   fire origin versus fire attack.  And it made

12   more sense as a fire attack as opposed to a

13   fire origin.

14        The arcing damage was also very

15   slight, indicating that the amount of energy

16   expended during the arcing event by the

17   electrical arc itself was probably minimal

18   and, as such, a less likely fire cause.

19        Q  Okay.  Point eight, what is that,

20   something debris?

21        A  Fire.

22        Q  Fire debris.  Alkaline batteries,

23   some parts from the modem PCB?

Christoph Flaherty                                    7/12/2023

Page 134

1        A   Correct.

2        Q   All right.  I can read nine, and I

3   can read 10.  Okay.  And I've marked that as

4   Defendant's 5.

5                (Exhibit Number 5 was marked for

6                 identification.)

7        Q   Mr. Flaherty, are you able to point

8   me to a photograph, a CT image or are you able

9   to point me to any physical evidence that

10   indicates to you or indicates to anyone a

11   manifestation of a short circuit internal to a

12   battery cell that resulted in a thermal

13   runaway?

14        A   Not directly, no.  That conclusion is

15   based on the consideration of the entirety of

16   the available evidence, fire scene, history of

17   the pack, et cetera.

18        Q   Okay.  So I'm correct that

19   Mr. Flaherty cannot identify a piece of

20   physical evidence that shows an internal short

21   circuit that resulted in thermal runaway.

22   True?

23        A   There is no remaining evidence of an

Christoph Flaherty                                          7/12/2023

Page 135

1    internal short circuit of the battery pack.

2         Q   All right.  And we're getting close.

3    The question is:  Can you point me to a piece

4    of physical evidence that shows an internal

5    short circuit in any of the lithium-ion cells

6    that were collected from the scene?

7         A   The physical evidence encompasses the

8    entirety of the fire scene and all of the

9    investigation leading up to conclusions as

10   delineated in my report.  You're asking for a

11   single piece of evidence, no, there is no

12   single piece of evidence.

13        Q   I'm asking for any piece of evidence.

14   A photograph -- I mean, we've got photographs

15   --

16        A   All of the pieces of evidence.

17        Q   I'm sorry?

18        A   All of the pieces of evidence.

19        Q   All of those show a physical sign of

20   an internal short circuit?

21        A   All of them lead to the conclusion

22   that the only potential fire -- cause of this

23   fire is an internal short circuit in the RYOBI

Christoph Flaherty                                          7/12/2023

                                                          Page 136

 1   battery pack.

 2        Q   I guess what I'm asking is can

 3   Mr. Flaherty say look at photograph 574 or

 4   look at my CT scans and there is a short

 5   circuit?  Are you able to do that?

 6        A   No.

 7        Q   All right.  Are you able -- do we

 8   have the emails yet?

 9        A   I've been answering questions so no.

10        Q   I'm sorry.

11        A   It should take me less than five

12   minutes to take them to you.

13        Q   I probably have less than five

14   minutes of questions so let's go off.  And I

15   appreciate you doing that for me if you don't

16   mind.

17        A   Not at all.  I'll take care of that

18   right away.

19              (The deposition took a short

20              break.)

21        Q   (BY MR. YEAROUT) All right, CJ.

22        A   All right.  I just sent an email with

23   attachments of all of the emails that I've

Christoph Flaherty                                    7/12/2023

                                                    Page 137

1    received from Jim Sobota.  Looks like there's

2    about eight of them.

3         Q  Okay.  Did you sent that to Chuck or

4    me or both?

5         A  Sent it to both of you.  Okay.

6         Q  All right.  So Mr. Flaherty, thank

7    you, first of all, for compiling and sending

8    those emails between you and Mr. Sobota.

9    There's some with Mr. Fratus.  It looks like

10   most of this is kind of logistics, scene and

11   lab coordination.

12        A  That was my recollection.

13        Q  Okay.  Have you -- to your knowledge

14   have you ever been -- has your testimony ever

15   been excluded or limited in any case in which

16   you have offered opinion testimony or

17   opinions?

18        A  Not that I know of.

19        Q  Okay.  During any of our breaks, have

20   you had any communications with Mr. Fratus?

21        A  No.

22        Q  Have you told me all of the opinions

23   you intend to offer in this case today within

Christoph Flaherty                                        7/12/2023

                                                         Page 138

1    a reasonable degree of scientific certainty?

2         A  Yes.

3         Q  All right.  And have I been courteous

4    and respectful to you in my questioning today?

5         A  As is appropriate in this

6    environment, yes.

7         Q  That is as diplomatic of a qualifier

8    as I've ever heard.  That was good.  I

9    appreciate your time, Mr. Flaherty.  I for now

10   do not have any further questions.  Actually,

11   I do.  No, I don't.  I don't have know further

12   questions.  Thank you so much.

13              MR. FRATUS:  And I do not have

14   any further questions, and I probably already

15   know the answer but would you like to read or

16   waive?

17              THE WITNESS:  I would like to

18   read.  Whether or not I might actually be able

19   to do it is another question.

20              MR. FRATUS:  I know.  That's what

21   I was wondering because that requires time.

22   Yeah, that's fine.  So Mr. Flaherty will read

23   and we'll go with that.  You can send me the

Christoph Flaherty                                      7/12/2023

Page 139

1    -- or send it to me or directly to

2    Mr. Flaherty.

3              MR. YEAROUT:  I'm going to mark

4    as Defendant's 7 the PowerPoint presentation

5    that we reviewed.  And I'll mark as

6    Defendant's 8 the list of testimony, CJ, that

7    you provided.  That's all I've got.

8                   (Defendant's Exhibit Numbers 7

9                    and 8 were marked for

10                   identification.)

11                  (The virtual deposition of

12                   Christoph Flaherty concluded at

13                   12:52 p.m. on July 12th, 2023.)

14

15

16

17

18

19

20

21

22

23

Christoph Flaherty                                        7/12/2023

Page 140

1           COURT REPORTER'S CERTIFICATION

2

3      I DO HEREBY CERTIFY THAT THE TESTIMONY

4    CONTAINED IN SAID DEPOSITION WAS, BY ME,

5    REDUCED TO WRITING BY MEANS OF A COMPUTERIZED

6    TRANSCRIPTION.  THE SAID DEPOSITION IS A TRUE

7    AND ACCURATE TRANSCRIPT OF THE WHOLE OF THE

8    TESTIMONY GIVEN BY SAID WITNESS, AS

9     AFORESAID.

10

11      I DO FURTHER CERTIFY THAT I AM NOT

12    CONNECTED BY BLOOD OR MARRIAGE WITH ANY OF THE

13    PARTIES OR THEIR ATTORNEYS OR AGENTS, AND THAT

14    I AM NOT AN EMPLOYEE OF EITHER OF THEM, NOR

15    INTERESTED DIRECTLY OR INDIRECTLY IN THE

16    MATTER OF CONTROVERSY EITHER AS COUNSEL,

17     ATTORNEY, AGENT, OR OTHERWISE.

18        SIGNED THIS THE 27TH DAY OF JULY, 2023.

19                    _____

20                    AMANDA BARBAO

21                    MY COMMISSION EXPIRES:

22                    01/24/2026

23                    LICENSE #669

Christoph Flaherty                                          7/12/2023

Page 141

```
 1                    DEPONENT'S SIGNATURE

 2   State Farm

 3   Vs.

 4   Techtronic

 5

 6

 7            DECLARATION UNDER PENALTY OF PERJURY

 8            I declare under penalty of perjury that I

 9   have read the entire transcript of my deposition taken

10   in the captioned matter or the same has been read to

11   me, and the same is true and accurate, save and except

12   for changes and/or corrections, if any, as indicated by

13   me on the DEPOSITION ERRATA SHEET hereof, with the

14   understanding that I offer these changes as if still

15   under oath.

16        Signed on the ___ day of _____, 20___.

17

18   _____

19   Christoph Flaherty

20

21

22   SIGNATURE: _____  DATE: _____

23

24

25
```

Christoph Flaherty                                                7/12/2023

```
                                                   Page 142
 1                    DEPOSITION ERRATA SHEET
 2      Page No. _____ Line No. _____ Change to: _____
 3      _____
 4      Reason for change:
 5      _____
 6      Page No. _____ Line No. _____ Change to: _____
 7      _____
 8      Reason for change:
 9      _____
10      Page No. _____ Line No. _____ Change to: _____
11      _____
12      Reason for change:
13      _____
14      Page No. _____ Line No. _____ Change to: _____
15      _____
16      Reason for change:
17      _____
18      Page No. _____ Line No. _____ Change to: _____
19      _____
20      Reason for change:
21      _____
22      Page No. _____ Line No. _____ Change to: _____
23      _____
24      Reason for change:
25      _____
```

Christoph Flaherty                                      7/12/2023

```
                                                      Page 143
 1                     **** CONTINUED****
 2     Page No. _____ Line No. _____ Change to: _____
 3     _____
 4     Reason for change:
 5     _____
 6     Page No. _____ Line No. _____ Change to: _____
 7     _____
 8     Reason for change:
 9     _____
10     Page No. _____ Line No. _____ Change to: _____
11     _____
12     Reason for change:
13     _____
14     Page No. _____ Line No. _____ Change to: _____
15     _____
16     Reason for change:
17     _____
18     Page No. _____ Line No. _____ Change to: _____
19     _____
20     Reason for change:
21     _____
22     Page No. _____ Line No. _____ Change to: _____
23     _____
24     Reason for change:
25     _____
```

**A**

**a.m** 1:19 2:9 6:9
97:23 98:1
**a/s/o** 1:9
**ability** 115:10
**able** 10:20 16:11
20:4 21:8
34:18 56:16,17
65:1 84:12,23
94:6 97:18
107:16 121:13
134:7,8 136:5
136:7 138:18
**absent** 64:2,5,6
**Absolutely**
38:18 57:21
**abstract** 42:3,19
**abuse** 104:17,20
105:2,9,11,13
105:17,20,21
106:1,6,15,17
**AC** 118:10
**Academy** 15:10
15:18
**access** 8:1
**accurate** 140:7
141:11
**achieve** 90:13
**acting** 6:4
**ACTION** 1:4
**activities** 61:15
64:10
**activity** 37:10,11
**actual** 14:7
**add** 13:5 68:17
115:21
**addition** 13:8
15:7
**additional** 18:11
28:9 57:15
60:15 85:6
**address** 117:6
**addresses**
121:16
**adequate** 60:21

**Advances** 25:10
**AFDI** 84:22
**affect** 10:14
121:12
**AFORESAID**
140:9
**afternoon** 36:23
**AGENT** 140:17
**AGENTS**
140:13
**ago** 18:6 24:15
48:2,3 55:13
79:21
**agree** 33:15 37:7
37:13 39:5
41:6,12 42:4
42:15 53:14,19
61:5,7,9,16
63:13,23 64:3
64:7,17 70:18
70:23 75:19
88:6,16 104:14
104:17 105:5
**agreed** 2:2,10,16
53:15 89:11
93:22,23
**ahead** 28:23
50:21 123:21
128:1
**air-handling**
52:8 118:10,12
118:15
**aircraft** 13:16
**Alabama** 2:7
5:10 6:2,3,5,9
76:8
**alkaline** 71:12
116:5,9 133:22
**allegedly** 56:9
58:1,11,15,19
59:5,13
**allow** 59:17,20
**allowed** 35:3
**allows** 63:6
**Allstate** 46:1
123:17

**Amanda** 1:22
2:5 6:1 140:20
**AMERICA** 1:12
**amount** 58:9
133:15
**amperage** 84:1
**analysis** 10:9
13:7 27:20
113:18 119:6
**analyze** 62:16
**analyzing** 12:10
**and/or** 141:12
**ANNAPOLIS**
5:5
**annotated** 52:18
**annotations**
129:13
**anodes** 14:7
**answer** 10:22
37:21 40:22
79:1 138:15
**answering** 22:21
136:9
**anybody** 8:15
60:17
**apart** 91:8
**apologize**
107:15 111:9
**apparent** 77:20
**apparently**
73:22
**appear** 40:10,12
**appears** 71:5
74:13 76:16
82:20
**applicable** 14:18
24:8 25:16
27:22 113:17
**applies** 61:22
**applying** 63:20
**appreciate** 7:19
22:11,18 82:1
121:23 136:15
138:9
**approach** 68:10
**appropriate**

138:5
**approximately**
2:8 6:9 45:6
122:8 132:11
**arc** 132:10
133:17
**arcing** 132:13
132:16,17
133:6,8,14,16
**area** 45:3 64:21
65:7,8 66:2
70:9 71:1
95:11 114:17
115:5 117:23
118:1 131:22
**Armand** 25:1
26:4
**arranged** 90:7
**arrangement**
31:16 112:11
**array** 57:1,17
**arrive** 59:22
**arrow** 52:19,19
**article** 24:20
25:21 26:11,15
27:1,2,2,14
28:21 29:8
41:19 42:3
54:8 55:10,12
56:1 57:22
60:2 66:15,22
66:23
**articles** 12:9,16
23:12 24:11
26:2,7,9,12
27:5 54:1,2
56:3,6,12 67:7
**arts** 71:22
**ashtrays** 79:15
**asked** 85:9
107:15 110:12
111:10 124:17
**asking** 135:10
135:13 136:2
**aspect** 9:19 40:3
120:20

**aspects** 68:19
**assign** 2:20
**assist** 8:12
**associate** 126:23
**associated** 12:11
13:21 27:13
112:17
**assume** 83:2
114:9 118:7
131:16
**assuming** 44:11
61:3 114:4
**attachments**
136:23
**attack** 41:15
43:8,9 53:18
88:9 89:15
94:3 96:3
110:4,11,15
133:2,11,12
**attacked** 41:23
**attempt** 12:15
91:4,13
**attempting**
131:8,11
**attention** 77:14
**attorney** 5:4,8
19:17,19
140:17
**attorneys** 44:12
45:8 140:13
**attribute** 87:21
**attributes**
104:10
**authentic** 59:13
**author** 28:19
**authoritative**
29:9
**authorization**
124:5
**authorizes**
124:8
**authors** 24:12
25:11 28:20
**Auto** 46:6
**available** 117:14

134:16
**avoid** 8:4
**aware** 66:14
67:5
**AWG** 131:23

———————
**B**
**bachelor's** 11:20
**back** 17:12
33:17,19 34:6
47:13 57:22
59:6 78:17
97:1 107:12
111:20 112:12
120:15
**background**
67:12 79:6
91:12 110:20
**bag** 71:12 82:17
**BALTIMORE**
5:5
**Baltimore/Wa...**
45:3
**banging** 125:13
125:20 126:3
**Barbao** 1:22 2:5
6:1 140:20
**Barnett** 110:18
**base** 12:20 23:15
**based** 9:4 10:1
17:4 18:15
24:5 32:1 52:3
53:6 75:5 79:7
98:2 103:4,21
103:23 104:2,3
106:15,16,19
117:13 119:5
134:15
**basement** 36:7
70:3 78:10,17
78:18 79:7,9
79:17 89:8
114:19 125:14
127:16
**basic** 42:18
**basically** 13:19

24:5 49:6
81:13 90:15
91:14 92:20
123:23
**basis** 55:2 72:19
75:22 81:17
93:4 111:3
113:4 120:21
120:23
**batteries** 12:11
12:12,13,21
13:8,20 14:19
15:13 23:13,14
24:21 26:1
28:6 43:9
71:13 79:22
81:21 97:22
116:5 133:22
**battery** 11:4
12:1 13:2,11
13:17,17 14:21
15:1,15,19,22
16:9,16 25:8
25:14 26:15,20
27:20 28:4,18
29:22 30:6,12
30:14 31:6,8
31:10,20,23
32:4,8 33:3,5,9
33:11,13 39:1
39:10,16,21
40:12,13 41:1
41:3,8 47:18
48:6,12,16
49:7,11 52:7
54:9 55:12
56:14,22,23
57:8,11 58:11
58:11,15,18
59:4,6,12,14
66:17 72:12,12
72:22 73:2
74:14 75:16
76:16 80:5,16
80:21 81:1,11
81:13,14 82:3

82:18 83:15
84:3,7,15,16
85:18 86:3,5
86:17,23 87:2
88:11 89:12
92:16 93:23
94:1 95:2 96:5
97:10 98:5,20
99:11,15 101:3
101:8,11,13,22
102:20 103:3,7
103:11,17
104:4,7 106:20
108:13,18
109:12,15,18
110:23 111:12
111:20 112:12
115:5,11,15,17
116:9 118:4,20
119:20,21
127:3 128:13
128:19,22
129:15,18,20
130:23 131:7
134:12 135:1
136:1
**battery's** 98:16
**bearing** 85:14
85:19 108:21
109:4 114:12
**beds** 10:6
**beginning** 38:19
99:12,15
**begins** 99:21
103:10
**behave** 39:11,13
**believe** 18:7
20:7 25:17,18
43:17 57:9
63:11 74:19
**Ben** 7:11
**beneath** 89:3
**best** 10:21 45:22
50:1 86:14
**better** 24:21
35:23 90:13

**beyond** 32:23
33:2 65:19
**Bible** 63:15,17
**billed** 123:9
**bins** 79:15
**Birmingham**
2:7,7 5:10 6:2
6:8,8
**bit** 14:5 21:6
35:3 45:2
47:12
**black** 47:23
48:12 127:15
**blaming** 124:19
**BLOOD** 140:12
**blows** 115:16
**blowups** 9:9
**blue** 75:11,11,15
75:17
**board** 30:16
31:5,19,20
32:2 85:17
87:1,10,13,19
87:22 88:4,13
88:18 104:12
123:21 124:1
129:15,16,17
131:7
**bodies** 108:6
**bottom** 70:15,17
129:12 130:2
130:13,15
**bought** 58:15
**BOULEVARD**
5:5
**branch** 131:23
**break** 22:2,14
38:16,20,22
69:7,10 120:10
120:13,15
136:20
**breaking** 61:23
**breaks** 22:14
137:19
**Brethren** 46:1,2
46:3

**Brian** 110:18
**brief** 38:16 69:7
**briefly** 22:22
27:7
**brought** 68:12
**Brown** 7:11
**bucks** 50:18
**Building** 24:21
**building's** 117:2
**bullet** 130:22,23
131:19
**bullets** 130:21
**bunch** 71:12
94:7
**burn** 42:13
64:22 66:2
87:20
**burned** 87:16
**burning** 126:10
126:20
**burst** 98:17
**business** 48:21
**butts** 79:17
**bypass** 94:7

———————
**C**
**C** 5:1,8
**C-I-A-R-A** 9:16
**C-wall** 132:5
**calculated** 122:7
**call** 8:10 26:9
41:2 79:15
**called** 25:10
26:15,17,19
63:11 69:21
76:20
**calls** 127:13
**Camel** 65:23
**capability** 81:21
**capacity** 31:18
59:10 84:4
**capital** 46:19
**captioned**
141:10
**care** 63:12
136:17

**career** 16:15
**carefully** 35:5
**carry** 77:9
**cascading**
115:17,18
**case** 7:16 8:18
9:2 13:15 14:1
14:12,14,17
15:10 19:9
20:10 22:9
23:16 25:16
29:19,19,20
30:13 31:1,3
32:7,23 36:3
43:16 45:1
46:23 47:19
48:15 49:7,18
55:3 59:21,23
60:3,7 68:6,16
68:18 81:18
82:3 83:22
85:21 89:2
98:9 104:12
105:8 109:6
113:6 115:2
120:18 122:5
122:13 125:5,6
133:7 137:15
137:23
**cases** 30:16 31:5
39:21 44:10,16
44:18,22 45:1
45:7,10,11,16
92:8
**casings** 104:7
**CASUALTY**
1:8
**catches** 115:16
**cathodes** 14:7
**causation** 43:2
**causative** 39:12
40:6 41:3
133:4
**cause** 6:11 17:7
17:9 30:8 36:2
37:14,18,22

38:3 42:11
48:11 49:12
66:2 95:10,18
116:22 126:1
133:18 135:22
**caused** 40:14
48:15 86:3
93:5 94:19,21
95:3 96:6 97:7
100:19 106:9
108:10
**causes** 64:21
95:22 100:4,12
120:1
**causing** 99:23
100:1 115:11
**CCR** 1:22
**CED** 49:21,22
49:23
**cell** 13:21 26:17
40:17,18,19
41:2,3,3,8,9
42:8,11 47:17
52:20,21,22
53:9,12,14,16
53:17,18 72:13
73:2 76:16
77:3,7,13,15
77:19 78:2
85:10,15,18
88:1 94:1 96:9
96:12 99:13
100:4,6 101:3
101:13 102:6
102:14 103:9
107:16,22
110:1,3,14
111:5 113:23
115:8 129:18
129:22 134:12
**cells** 13:19 14:3
14:4,11 27:14
28:18 31:14,15
31:20 39:2,10
39:16,16,21
40:4,12,13

41:14,23 42:21
43:6,11 53:3
80:13 82:18,20
83:1 84:5,7
85:3,4 86:11
86:17 88:23
89:2,2,7,12
90:7,8,22 91:7
91:15 92:7,16
93:6 94:13
95:4 96:5,8,12
97:13 101:8
102:9,10,18
103:13 104:11
107:10,13
108:7 110:10
110:23 112:2,8
112:10,18
113:15 115:12
115:19 126:21
129:3,6,15,19
129:20 130:3,4
135:5
**central** 54:11
55:10 56:1
**certain** 13:9
32:18 116:9
**certainty** 53:9
59:19 94:15
95:7 100:17
106:12 127:1
138:1
**CERTIFICA...**
3:6
**CERTIFICA...**
140:1
**certified** 2:5 6:1
16:19,20
**certify** 6:4 140:3
140:11
**cetera** 21:5 82:5
134:17
**CFEI** 16:20 17:5
37:7
**chain** 128:18
**chains** 35:11

**chainsaw**
128:14
**challenge** 42:9
**Challenges**
25:23
**change** 9:20,22
10:9 65:21
142:2,4,6,8,10
142:12,14,16
142:18,20,22
142:24 143:2,4
143:6,8,10,12
143:14,16,18
143:20,22,24
**changes** 141:12
141:14
**Chapter** 61:4
**characteristic**
133:1
**characteristics**
12:14,17 43:7
61:14 73:15
87:6 104:10
106:23
**characterizati...**
9:23 36:20
38:5 59:15
105:17 111:8
**characterize**
10:4 12:3,4
44:3 83:19
85:7 127:4
**characterized**
35:9 68:21
**characterizing**
106:16
**charge** 83:16,17
83:20 128:20
130:12
**charged** 30:14
30:17 58:9
99:4,7 124:22
128:21
**charger** 14:21
15:2 29:22
30:1,6 48:16

74:14 75:1,18
97:23 98:6,14
99:1 103:2,19
119:22 128:22
130:11 132:1
**chargers** 12:2
**charges** 108:19
**charging** 30:19
59:1 106:22
120:3
**CHARLES** 5:4
**chase** 16:13
**cheaply** 32:3
33:12 85:17
**chemistry** 14:6
80:10
**Chicago** 48:18
48:19 49:5
**child's** 71:22
**chose** 75:9
**Chris** 7:15
**Christoph** 1:16
2:4 3:3 6:10,15
7:5 139:12
141:19
**CHRISTOPH...**
5:8
**Chubb** 46:19
**Chuck** 6:23
20:22 137:3
**Ciara** 1:9 9:15
**CID** 112:4 113:3
113:15 114:10
**CIDs** 112:8
114:2
**cigarette** 37:14
37:17,22 64:18
64:20,23 65:1
65:4,6,7,11
66:1,3,8,18
79:16 117:11
**cigarettes** 36:7
38:2 65:18
66:21 67:3
78:8,14
**Cincinnati**

46:18
circle 75:12,17
  129:22
circled 130:3
circles 129:2
circuit 16:12
  41:10 43:12
  57:10 81:11
  82:8 87:1,9,13
  87:19,22 88:1
  88:4,13,18
  93:6,13,17,21
  94:16 95:4,20
  96:3,4,6,13,16
  96:16 97:14,14
  98:11,13,15
  99:9,12,16,18
  100:1,18,22
  101:2,9,10,21
  103:9 104:11
  104:16 107:13
  107:22 108:23
  110:2 111:21
  113:5,20
  114:14 115:4,7
  119:23 129:15
  129:16 131:7
  131:23 132:18
  132:19 134:11
  134:21 135:1,5
  135:20,23
  136:5
circuited 127:2
circuitry 106:20
circuits 97:6
circumstances
  37:23 68:11
  89:14
cited 119:19
citing 112:15
Civil 1:4 6:5
CJ 10:19 38:23
  69:16 123:20
  136:21 139:6
claim 47:20
claims 19:10

Classes 13:3
clean 131:11
cloaked 21:21
close 43:18
  50:18 52:8
  120:9,10
  128:17 135:2
closer 50:22
CNA 46:18
coefficient 112:3
  113:3
cognitive 119:15
cognitively
  119:1,8
cold 49:4
colleague 7:11
collect 62:13
collected 89:1,3
  135:6
collection 62:2
  64:15
combustible
  73:6
combustibles
  64:21 65:9
  71:8 115:23
come 9:3 80:3
  90:10 91:8
  124:2
comes 123:12
coming 46:9
commencing 2:8
  6:9 124:4
comment
  129:16
Commercial
  25:8,14 27:13
  112:17
COMMISSION
  140:21
Commissioner
  6:4
communication
  124:3,9
communicatio...
  16:7 21:13,20

21:22 22:3,16
  121:10 137:20
companies
  45:18,21 46:15
  50:4
company 1:8
  16:3 46:22
  123:17
comparison
  119:1,10
compile 22:15
compiling 137:7
complete 60:22
  105:3
completely
  22:21 65:19
complex 68:9
  84:20
compliance 2:13
compliment
  7:10
component
  116:4,14 118:5
  118:7
components
  16:6 87:15
composite 122:1
compound 72:1
  72:3
comprises 44:9
computed 90:3
computer 8:1
COMPUTER...
  140:5
concept 73:3
conceptually
  31:13
concerned 35:17
  35:19,22 67:16
concerning
  15:22
concluded
  139:12
conclusion 86:2
  93:9 113:19
  134:14 135:21

conclusions 10:9
  84:21 135:9
condition 81:15
conditions 25:9
  25:15,17 32:18
  65:15 68:12
  81:16,17 82:10
  82:11,12
  116:10
conduct 61:21
  80:20 98:18
conducted 57:7
  102:16
conducting
  99:11
conductors
  87:11 132:19
confidentiality
  19:11
configuration
  31:15
confirmed
  123:23
connected
  112:11 140:12
connection
  14:12 20:9
  100:12 122:4
consider 28:23
  29:8 64:2,4,5
  118:9
consideration
  36:1 86:10
  119:11 134:15
considered
  87:23 114:20
  116:3,13,19,20
  116:23 117:5,7
  132:22
consisted 13:18
consistent 88:2
  88:14 93:18
  94:18 126:19
  126:21
constant 125:19
  125:23

conclusions 10:9
constraints 21:3
constructed
  65:16
construction
  31:13
consultant
  47:19
consulting 15:6
  16:14 49:20
consulting/ex...
  43:23
consumed 66:9
  66:19 87:14
consumption
  87:10
contact 58:6
  123:10,10
contacts 87:11
contained 74:9
  140:4
container 71:12
  72:5,14,15
  73:5,9
containers
  79:14,16
containing 73:5
  79:16
contaminant
  102:9,17
contaminants
  102:2,22
content 39:3
contents 71:8
context 47:7
  77:23 78:20
  79:7 133:8
CONTINUED
  143:1
contractor's
  48:21
contribution
  117:1
control 23:5
controlled 42:22
controls 32:5
CONTROVE...

140:16
conversation
19:16,18,23
20:6 34:10
123:14
conversations
51:15 124:23
convincing
85:22
coordinating
90:21
coordination
137:11
copies 19:2
20:14 23:11
copper 87:10
131:1
copy 17:23
89:21
cord 71:16
116:16,21
118:5 129:9
130:16,18
132:7,13 133:6
corpus 66:13
correct 11:1,5
16:23 17:2
20:11 25:19
32:22 60:4
62:15 63:8,9
70:13 74:18,19
91:6 92:23
94:17 99:3
100:22 102:19
108:4,8,11,12
109:14 123:4
129:3,6,23
132:3,14 134:1
134:18
corrections
141:12
correctly 131:23
correspondence
21:4,4
counsel 2:3,18
2:19 6:7 45:4

140:16
counting 122:22
couple 15:7
23:12 26:6
29:14 46:15
132:2
course 15:14,18
15:21 37:13
98:16 99:20
118:18 121:15
courses 15:11
court 1:1,21 2:5
2:14 3:6 6:1,19
96:23 140:1
courteous 138:3
courtroom 9:4
covers 71:18
crafts 71:22
create 81:9
created 91:16,18
creative 46:9
criteria 33:2,11
57:14,16
critical 27:20
CT 41:13 90:4
90:14,21 91:20
92:12,19,21
93:1,9,11,15
94:6,10 95:15
95:17 97:9
102:7,15,20
103:21 107:5,9
110:1,14
111:12,18,20
134:8 136:4
CTs 108:2,5
current 112:4
122:19
currently 8:2
cut 16:13
cute 77:17
CV 3:15 15:10
16:18 69:15
cycles 108:19
Cylindrical
28:17

**D**

D 3:1
damage 71:5
87:22 88:4,13
88:16,19 92:13
93:2 96:14
100:11 107:3
133:1,14
damaged 42:5,8
87:9 88:7
107:6 108:3
110:10 133:5
damages 41:22
dangerous
98:18
data 61:6,11
62:2,13,16
64:15 93:10
112:21
date 6:5 21:11
26:21 122:9
141:22
Dave 26:18 27:1
day 140:18
141:16
days 18:6
deal 10:19
dealing 31:11
debris 133:20,22
December 7:9
26:18 92:4
decent 83:18
decision 90:20
Decker 47:23
48:12
DECLARATI...
141:7
declare 141:8
deductive 62:22
defect 93:7 95:5
97:16 100:3,7
106:8 107:14
109:8
defendant 1:13
5:7 7:15 17:22

Defendant's
67:20 69:15
121:4 122:1
134:4 139:4,6
139:8
defending 47:20
defense/liability
47:16
defer 71:3,4
75:20,21
define 62:10
definitely 49:8
67:10
definition
106:15
definitively
95:17
deformation
40:23 41:7
82:4
degree 11:20,21
53:8 59:19
66:17 67:3
94:14 95:6
100:17 106:12
120:3 127:1
138:1
degrees 11:19
delaminated
87:13
delete 55:5
delineated
135:10
demonstrate
66:17
demonstrating
42:23
demonstration
41:22
demonstrative
81:20
demonstratives
9:9
dendrite 104:22
106:3
dendrites

105:22
denied 36:19
Dennis 29:12
department
74:20
depending 19:7
37:19,22 73:20
85:5 123:16
126:9
depends 65:3
depicted 75:1
81:3 87:7 88:8
depicting 94:10
depiction 97:6
depicts 70:8
130:7,15
DEPONENT'S
3:7 141:1
deposition 1:15
2:4,11,12,21
3:8,11 8:3,8
10:7,12 17:14
17:22 19:2,8
20:4,8,15
33:18,20 35:2
35:14 37:3,5
38:15,21 49:10
49:17 53:16
69:9 75:14
120:12 122:22
125:18 136:19
139:11 140:4,6
141:9,13 142:1
depositions 2:15
9:15 20:3
33:22 34:5,14
34:15,17 36:5
36:21 38:13
described 10:6
86:8 126:9
describes 42:18
43:1 62:5
design 11:3
32:16 109:8
114:1
designated 84:4

designed 14:20
desk 7:21 36:18
  78:16 79:5,9
  79:17
desoldered
  87:12
destroy 65:11,19
  104:6
destroyed 67:4
  91:7 102:10
detail 11:11
  121:8
detectors 127:13
determination
  113:19
determine 13:20
  67:3 68:10
  84:12 101:1
  133:3
determined
  71:16 72:6
develop 62:18
  98:13 99:20
  100:5
developed 12:6
  16:5 63:21
  98:15 116:2
  126:11 127:23
  128:2
developing
  99:12
development
  12:13 15:1
  93:5 95:3 96:7
  98:10 99:18
  101:20 108:22
device 112:3,4
  113:3 116:18
devices 7:19
  112:7 113:15
  114:5
diesel 73:22
differences 10:5
different 14:3,6
  14:16 19:17
  23:12 29:14

31:9 54:9 59:8
  59:10,10 73:18
  73:19 74:3
  81:8 100:12
  121:15
differently
  39:11,14 40:5
  40:8,20
difficult 25:12
  40:10 77:16
  116:11
difficult-to-see
  77:19
Digi-Key 26:19
  27:1
diplomatic
  138:7
direct 95:16
  124:3
directly 14:15
  27:22 36:13
  93:8 134:14
  139:1 140:15
disagree 38:6,9
  76:2 111:2
discarded 37:14
  37:17,20,21
  64:20 65:7
  117:7,8,10,19
  117:22
discarding 36:1
discharge 25:9
  100:5 106:23
discharged 58:9
discharging
  103:8 105:22
discovered
  39:17,20
discrepancies
  10:5
discussed 66:16
discussing 110:9
discussion 38:14
  121:18
disengaged
  128:22

displays 9:7
disprove 63:4
  118:22 119:16
dispute 111:7
dissipate 115:11
dissipated
  103:17
distillates 73:19
distillation
  73:20
distributed
  33:13 85:18
DISTRICT 1:1
  1:2
DIVISION 1:3
document 12:18
  18:10,13
documented
  9:20 10:15
  58:22 71:20
  101:15
documents 7:20
  12:19,23 56:20
  120:17,21
dog 35:10
doing 16:14
  49:20 56:11
  83:5 89:20
  136:15
door 78:17
  127:16
double 29:16
doubt 27:4
dozen 23:11
  24:15 44:10,10
  44:17,17
dozens 44:4,15
drained 30:22
draw 77:14
Drew 70:6,7
drive 101:13
driving 91:3
drop 82:5
Dropbox 22:17
drywall 72:1,3
DSC 82:17

due 92:13 93:3,6
  95:4 105:3,4
  105:22 107:13
duly 6:16

————————
E
E 3:1 5:1,1
  29:16
e.g 106:2
earlier 67:8
  118:3 123:8
earliest 123:7
easily 21:8
Edition 28:6
effect 2:13
effort 58:5
  118:21
eight 30:1,3 75:8
  103:1,18
  119:22 133:19
  137:2
either 37:9
  41:15 53:17
  75:6 110:5
  126:10 140:14
  140:16
ejected 92:7
electric 27:21
electrical 8:9
  11:16,21 35:4
  52:13 59:18
  68:19 96:20
  100:4 103:7
  104:20 105:11
  105:17,19,21
  106:1,6,15,17
  116:3,13,15,18
  117:1,2,4,15
  118:4,6 123:15
  124:1 132:17
  132:18 133:1
  133:17
electricity 98:19
electrode 92:9
  92:13 93:2
electrolyte

103:15 115:13
  115:15,21
electronic 21:4
Electropedia
  26:16 27:1
elements 14:6
eliminate 86:9
eliminated
  96:15
elimination
  95:21
email 21:5,7,13
  121:16 123:2,5
  123:6 124:14
  136:22
emails 3:21
  121:9,22 136:8
  136:23 137:8
embossed 131:6
emergency
  13:16
emission 81:4
emitting 79:23
emphasize
  53:10
EMPLOYEE
  140:14
enable 131:17
enclosure 87:18
encompasses
  135:7
encountered
  66:8
endeavor 18:16
  68:9 84:20
energetic 72:23
energetically
  42:13
energized 29:23
  99:1
energy 25:3
  42:12 81:20
  99:4,10 103:7
  103:16 133:15
engineer 8:9
  52:13 59:18

Christoph Flaherty																7/12/2023

117:15 123:16
124:1
**engineering**
11:16,17,19,22
56:20 68:2
120:17
**enter** 107:23
115:19
**entered** 81:22
97:10
**enters** 103:11
115:8
**entertaining**
109:5
**entire** 141:9
**entirely** 19:9
21:21 74:2
**entirety** 122:3
134:15 135:8
**entities** 12:10
**entitled** 24:21
55:10
**entrance** 69:22
**entry** 123:2,7,8
**environment**
138:6
**Erie** 46:5
**ERRATA** 3:8
141:13 142:1
**essence** 43:5
**essentially** 45:12
131:13
**estimate** 45:5,6
47:14 122:16
**et** 21:5 82:5
134:17
**event** 96:17,19
97:8 115:18
133:8,16
**eventually**
103:12 115:11
115:22
**everyone's**
70:14
**evidence** 2:22
7:9 48:5 65:1

65:11 66:3,9
85:22 92:3,5
93:11,15 95:12
95:16 96:15
109:6 117:14
119:3 134:9,16
134:20,23
135:4,7,11,12
135:13,16,18
**evolution** 25:2
30:19,20
**exactly** 38:4
40:21 42:2
71:15 74:4
**exam** 7:9,12
48:5,8 86:21
92:3,5 118:15
**examination** 3:5
6:12 7:2 91:11
92:21
**examined** 6:16
**example** 55:18
63:20 73:21
**examples** 32:17
33:5 56:22
91:12
**exception**
105:16
**excessive** 115:19
**exclude** 86:1,2,4
**excluded** 137:15
**excuse** 17:1 94:9
**exemplar** 13:20
91:10,11
101:19 102:20
111:11
**exemplars** 101:1
119:14
**Exhibit** 3:10,12
3:14,16,18,20
3:22 4:1 17:13
17:16 67:21
69:17 121:5,19
134:5 139:8
**exhibits** 132:13
**exit** 78:17

**expect** 56:17
59:8
**expelled** 39:2
**expels** 89:12,12
**expended**
133:16
**experience** 37:6
74:3
**experiencing**
111:21
**expert** 45:19
47:19 49:20
50:3
**EXPIRES**
140:21
**explicitly** 15:12
**explode** 59:2,3
**exploded** 58:12
58:15,20 59:5
59:13
**explosion** 16:19
28:4 55:11
68:5
**exposed** 110:4
111:14
**expulsion**
103:13,14
126:14
**expulsions**
115:20
**extension**
116:21 118:5
130:16,18
132:7,13 133:6
**extent** 54:22
113:14
**external** 39:1,6
41:15 43:7,8
53:17 57:9
81:4,10 82:7
88:9,19 89:15
94:2 96:2,3,4
97:11 102:1
104:6,9 105:4
110:4,10,15
111:14

**externally** 116:8
119:4
**eyewitnesses**
61:12

_____

**F**

**Facing** 26:1
**fact** 38:2 41:18
51:9 53:9
**factor** 59:9
**factual** 67:12
**FAIC** 125:7
**fail** 30:8 43:12
72:13,13 99:21
99:23,23
**failed** 29:22 30:2
52:20,22 53:9
53:11,14,16,17
127:3
**failing** 107:22
**failure** 8:10
13:20,23 14:16
25:9,18 27:19
41:9,16 53:18
55:19,22 80:21
81:6,9 84:12
84:18 86:3,5
88:1,9,20
89:16 101:2
105:7 108:10
109:7,9 110:3
110:22 111:22
113:5,17 116:4
116:13,20,23
118:4 120:6
**failures** 26:16
26:20 66:17
72:22 80:5,7
80:16 81:8
84:16
**fair** 10:16,22
11:4,8,12 17:7
33:13 43:12
55:3 57:12
117:12 124:7
131:15

**fall** 74:7
**familiar** 28:21
60:23 61:3,13
110:17
**Famous** 128:8
**far** 9:5 13:23
29:17 35:4
57:5 67:15
103:5 113:18
130:4
**Farm** 1:8 8:9
36:14 43:18,20
43:23 44:6,12
44:16,19 45:7
45:10,15 46:20
60:17 75:6
123:10,15,17
124:4,8 141:2
**faster** 115:10
**fault** 96:7
**FDA** 85:11
**FDA921** 118:3
**feasible** 95:10
**features** 28:17
42:20,23 43:1
43:11 87:6
**February** 9:21
10:13 25:1
57:23
**FEC** 123:1
**federal** 21:19
**feel** 78:22
**feet** 73:1
**Fernandez** 9:17
33:23 34:15
36:6,13,19
60:18 75:6
108:17 109:12
128:12
**fiber** 16:6
**fields** 11:19
**figure** 84:23
**file** 8:1 18:17
21:7 24:10
33:19 34:4
38:12 54:3,6,8

Christoph Flaherty                                                    7/12/2023

54:14,18,21,23
55:16 56:20
**fill** 38:17
**filtered** 66:1
**filters** 66:18
**final** 9:10 63:8
118:19 119:6
**find** 56:16,17
65:1 66:4
77:21 78:19
**fine** 6:22 25:13
27:11 76:10
138:22
**finish** 20:18
**fire** 1:8 8:13
16:19 28:3,18
30:9 35:6 36:2
36:8 37:1,15
37:18,22 39:2
39:10,12 40:5
40:6,14,17
41:4 42:1,9,9
42:11 43:2,7,9
48:7,11,15
49:8,12,13
52:5 53:13,18
61:22 63:12,15
63:16 64:12,22
64:22 65:5,8
65:10 66:2,2,9
67:13 68:5,8
68:11 70:9
71:2,5,9 74:19
74:20 75:17,19
81:1,5,22 86:3
87:3,20 88:9
88:19 89:15
94:2 95:10
96:3 97:11,21
98:21 100:19
103:15 104:6,9
108:16 110:4
110:11,15
111:15 114:18
115:17,22
116:22 118:16

119:2,3 123:18
125:13 126:2,8
126:10 127:20
127:22 130:12
133:2,5,9,11
133:11,12,13
133:18,21,22
134:16 135:8
135:22,23
**Fireball** 55:11
**fires** 13:7 38:3
42:22 66:19
67:4
**first** 6:16 43:19
53:23 62:7
68:13 101:7
109:3,7 115:3
115:14 116:17
124:14 130:21
137:7
**five** 13:18 31:3
48:3 98:6,13
121:21 122:16
122:18 130:20
132:1 136:11
136:13
**five-amp-hour**
128:14
**five-minute**
120:10
**fixture** 132:4
**Flaherty** 1:16
2:4 3:3 6:10,15
7:3,5 17:15
21:20 68:2
69:12,21 76:5
78:5 79:11
83:5 87:7
94:22 97:4
115:1 120:15
134:7,19 136:3
137:6 138:9,22
139:2,12
141:19
**flame** 72:14
73:13

**flames** 73:1
79:23 81:4
98:17
**flammability**
73:16
**flammable**
103:14 115:12
115:15,21
**flash** 67:18
**floor** 74:21 77:7
79:6,8 89:3,8
**Flow** 130:19
**flowchart** 62:6
**focuses** 68:18
**foil** 131:1
**follow** 68:23
**following** 6:12
63:7 65:4
133:2
**follows** 6:17
**force** 2:13 81:14
98:19
**forcible** 126:14
**forcing** 101:10
**foregoing** 6:6
**foreign** 100:10
102:5,8,13,17
102:17,22
105:19 108:6
**form** 2:18 12:18
23:14 59:9
101:12 112:12
113:4 120:21
120:23
**formation**
105:21
**formed** 9:11
**formulate** 48:10
53:7
**formulated**
29:21 52:3,21
53:2
**formulation**
62:2
**found** 39:15
74:16 89:8

**four** 23:18,23
24:1 28:9,13
30:11 31:2
70:17 74:11
89:4,23 103:3
115:5 119:18
129:19 130:6
130:14 131:19
131:21
**four-amp-hour**
128:13
**four-dozen** 45:9
**frames** 120:4
**FRANKLIN** 5:9
**Fratus** 5:4,4 7:1
18:16 19:12,18
21:16 22:17
34:9,11 35:1
38:14 44:7,13
44:17,23 45:7
55:18 56:2
58:1 60:17
137:9,20
138:13,20
**front** 7:21,23
**fuel** 42:14 68:13
72:6,15 73:5
73:10,13,15,22
74:6 115:3,14
115:21
**full** 2:13 83:16
83:17
**fully** 99:4,6
**further** 2:10,16
45:2 138:10,11
138:14 140:11
**fussing** 25:20
**Future** 25:3

_____
**G**
**gas** 126:16,18
127:8,11
**gasoline** 74:2
**general** 12:5,7
12:12 23:14
24:4 45:10

73:3 85:20
111:8
**generally** 8:3
14:18 44:23
51:23,23 62:5
77:9,15 123:18
**generate** 31:17
98:19
**generated** 81:8
**generates**
115:10
**gentlemen**
100:16
**getting** 16:4,5
29:5 56:18
120:9 135:2
**give** 8:10,18,22
9:4,11 10:21
45:21 50:1
78:23 91:11
122:8
**given** 17:5 92:21
140:8
**gives** 28:8 47:5
51:23 83:11
**glass** 38:17
**gleaned** 36:6
**go** 9:10 17:19
18:9,12 20:3,4
23:7,9,10 27:7
28:23 45:3
50:21 53:21
56:23 62:10,13
62:21 69:6
78:18 88:22
92:6 94:1
96:11 112:7
121:7 123:21
128:1 136:14
138:23
**goes** 42:17,19
63:18 127:12
**going** 11:10
17:13 18:8
20:21 23:1
53:22 54:11

67:19 69:3,14
73:13 79:22
96:21 110:7
121:3,15,23
127:13 128:7
139:3
**good** 7:3 8:7
29:15 32:10,11
38:5 41:21
57:20 86:11,16
86:18 91:1
107:19 113:10
131:9,12 138:8
**Government**
28:1
**graph** 62:6
**greatest** 71:5
**greatly** 32:1
**ground** 52:20
**grounds** 2:20
**group** 5:4 13:15
129:3,6,18,19
**groupings** 91:5
**groups** 90:7,11
90:13,22 91:16
91:18
**growth** 106:3
**guess** 21:12
35:21 45:9
51:10 67:1
90:6 105:16
118:18 136:2
**guide** 68:4
**guts** 89:13
**guy** 109:12
**guys** 120:9

### H

**half** 30:2,3 45:6
45:8 103:1,18
119:22
**hand** 7:21
**Handbook** 28:6
**handled** 58:10
60:10
**happen** 66:5

99:19
**happening** 98:4
98:7,23
**happens** 103:6
**happy** 106:1
**Harford** 46:6,7
**Hartford** 46:6,8
46:12
**hastily** 85:17
**hazard** 27:18
**hazards** 12:11
**heard** 73:17
125:13 138:8
**hearing** 125:19
125:22 126:6
126:11
**hears** 127:11,12
127:13
**heat** 41:15 65:18
98:19 99:12,15
104:4 105:5
115:10 131:2,4
131:6,12
**heater** 48:18,23
49:2,5
**heating** 48:17
103:11
**heats** 103:9
115:7
**heavy** 127:15
**hereof** 141:13
**hey** 60:14
123:15,23
**high-density**
41:13
**higher** 31:17
90:20
**hire** 48:4
**hired** 8:8,12
43:15,17,20,22
45:18 47:18
49:20 50:3
51:5 123:11
**hissing** 125:14
125:19,23
126:5,9,20,22

127:2,12
**history** 25:2
106:19 134:16
**hold** 94:23 95:5
108:9
**home** 125:13
**homeowners**
37:8 64:9
**honest** 73:17
**Hornet** 131:8,14
**Hornet's** 70:7
**hot** 65:10
**hour** 122:18,19
**hours** 30:2,3
34:3 36:8 37:2
103:2,18
119:23 122:15
**house** 37:22
38:3 58:12,16
127:14
**housekeeping**
7:17 69:14
**hover** 30:16
31:5,19,20
32:2 85:17
**hoverboards**
30:13 31:7,9
**hundreds** 38:3,6
**hybrid** 27:21
**hydraulics**
73:21
**hypotheses** 62:3
62:4,18,22
63:3,4,21
116:2 118:4
119:2,11
**hypothesis**
13:22 52:22
53:2 63:8,22
118:18,19,21
118:23 119:5,7
119:16
**hypothetical**
64:19
**hypothetically**
64:19,22

### I

**i.e** 49:12
**identical** 40:11
43:10
**identifiable**
107:11
**identification**
17:17 67:22
69:18 121:6,20
131:15,18
134:6 139:10
**identified** 23:3
26:8 67:8
70:18
**identify** 61:10
62:8 108:5
134:19
**identifying**
70:14
**IEEE** 25:4
**ignitability**
73:16
**ignite** 72:14 73:4
73:6 74:1
115:13
**ignited** 49:7
66:1 115:3,14
116:9
**igniting** 31:2,4
115:22
**ignition** 63:23
64:2,5 68:12
103:14 114:17
115:2 132:20
132:23 133:4
**image** 110:14
111:19 134:8
**images** 91:1
94:9 102:7,15
107:5,8,9
110:6 131:12
**imaging** 41:13
93:15 94:6
103:21 111:12
111:13,18

**immediate**
30:19
**implicated** 48:7
**Implications**
28:16
**import** 78:2
**important** 84:10
84:12 85:9,12
**impossible**
101:6
**impression**
34:16
**impressions**
52:1,3
**impurities** 108:6
**impurity** 104:23
106:5,7,9
107:3,9
**inapplicable**
113:13
**inappropriate**
36:1
**inappropriately**
117:8,10
**inches** 132:8,11
132:14
**incident** 54:9
55:21,22 56:7
61:7,12,13,16
**include** 53:12
**included** 24:7
105:18 110:7
114:1 125:11
**including** 61:12
116:16 118:8
**incomplete** 24:2
**incorporate**
86:17
**increase** 31:18
**Indemnity**
46:17
**independent**
75:22 109:6
**independently**
91:8
**indicate** 41:9

56:7 83:14
88:5 93:20
95:17 96:13,14
110:1 126:1
**indicated** 95:15
141:12
**indicates** 83:15
94:14 134:10
134:10
**indicating**
133:15
**indication** 55:19
101:17 116:7
117:19,22
126:7 131:10
**indications**
116:14
**indicative** 93:16
109:8 132:16
132:17,20
**indicators** 43:2
**INDIRECTLY**
140:15
**individual** 58:2
112:2
**individuals**
61:13,15
**induced** 106:3
**inductive** 62:19
**INDUSTRIES**
1:12
**industry** 28:1
32:2
**inform** 14:13
23:16
**information**
8:21 9:23 10:1
10:8 13:1,2
36:5,9,16
60:20 64:14
67:13,15 75:5
85:6 91:12
103:4 125:8,10
**initial** 52:1,2
53:2 67:15
118:14 123:13

**initially** 10:8
36:10 74:17
118:11
**initiated** 39:6
81:5 100:18
119:23
**initiates** 88:12
**initiation** 81:10
**inject** 101:11
**inquiry** 61:21
**insert** 101:8
**inside** 98:7
100:4 104:4
**insight** 26:2
**inspect** 124:2
**inspection** 52:4
53:6 123:14
128:8
**inspections** 22:9
29:14
**instability** 105:4
**installed** 57:9
**instance** 84:14
85:21 93:10
100:21
**instructions**
11:7
**insufficient**
112:9
**insurance** 1:8
45:17,21 46:5
46:14,15,18,19
46:22 50:3
123:17
**insureds** 37:8
64:9
**intend** 11:2
137:23
**intense** 87:20
**intensity** 65:18
127:20
**intentional** 29:3
29:4
**intentionally**
81:4 110:15
**interested** 21:22

22:7 35:22,23
50:16 131:8
140:15
**interesting**
22:10
**internal** 33:10
39:7 41:1,9,15
53:18 81:6
86:3,5 88:1,9
88:20 89:15
92:9,13 93:2,6
93:12,16,20
94:15 95:4
96:4,7 97:15
98:10,13,15
99:3,10 100:21
101:2,9,10,21
102:6 103:8
104:15 107:13
107:22 108:22
110:2,3 111:22
113:5,20
114:13 115:7
134:11,20
135:1,4,20,23
**internally** 30:8
43:11 127:3
**interpretation**
53:11
**interruptive**
112:4
**interview** 58:6
60:5,7 61:10
**interviewed**
60:13
**introduction**
100:10 102:1
105:18
**investigate**
68:11
**investigated**
29:19,20
**investigating**
84:21
**investigation**
8:13 10:10

25:7,13 63:12
63:16 65:2
68:1,3,8,19,20
68:22 135:9
**investigations**
30:5 61:23
68:5
**investigator**
61:10 64:23
66:4 123:18
**investigator/c...**
45:19
**investigators**
42:10
**invoice** 122:21
123:1,9
**invoiced** 122:9
122:13
**invoices** 3:17
121:4 122:2,3
124:21
**involve** 16:9
**involved** 14:7
16:16 19:7
30:12 39:10
40:4,17 45:12
87:3 111:4
**involvement**
17:5 52:12
68:18
**involves** 58:2
**involving** 13:7
13:16 42:14
62:1 89:14
**ion** 26:17,19
43:6 47:17
110:21,23
**iron** 71:16
116:19
**issue** 32:3 35:9
**issues** 11:12
19:10 25:23
84:18
**items** 52:9 70:21
71:8 73:11
116:15

**J**

**J** 1:16 2:4 5:4
6:10,15
**J-E-E** 27:12
**J.M** 25:2 26:4
**Jee** 27:11
**Jeevarajan's**
112:16
**jelly** 41:2 92:9
**Jim** 35:2,2 60:14
123:3,6,12,22
124:15,23
137:1
**joint** 51:11
**Jordan** 29:12,13
**journal** 25:10
28:5
**JPEG** 69:21
**JPEG004** 69:22
**Juan** 9:17
128:12,18
**judging** 124:20
**judgment** 50:1
75:23
**July** 1:18 2:8
6:10 139:13
140:18
**jury** 100:16

**K**

**keep** 23:7,9
50:13,14
**kennels** 35:10
**kept** 91:15
128:23
**kicked** 49:6
**kind** 31:15,16
34:19 40:20
74:6 89:3 91:3
91:14 137:10
**kinds** 96:20
**kitchen** 127:12
**Knight** 26:18
27:1
**know** 7:17 17:6
18:10 20:18,20

21:18,23 24:14
26:23 29:2,11
29:13 36:4,9
36:12,15 38:4
38:20 40:7
44:1 46:11
51:21,21 52:10
56:19 58:14,18
59:4,12 60:14
61:4 65:12,13
65:14 67:6
71:15,19 72:15
72:17 77:11,12
78:12 79:22
84:6,10,13,20
85:5,9 96:10
98:8 99:1,17
100:9,13 101:9
103:5 107:18
108:13,17
109:11 110:5
113:21,23
114:3 117:16
118:23 119:13
123:13 126:15
126:19 128:3
137:18 138:11
138:15,20
**knowledge** 12:6
12:20 23:15
24:4 65:17
137:13
**knows** 107:20

———————
**L**
**L** 2:1
**L-U-M-E-R-A**
16:2
**lab** 3:19 7:12
86:21 91:19,20
137:11
**labeling** 70:13
**ladies** 100:15
**laid** 10:3,10
**land** 35:4
**lane** 35:5

**lapse** 17:4
**lapsed** 16:22
17:1
**Large** 2:6 6:3
**lasts** 65:10
**LAW** 5:4,4,8
**lawnmower**
128:15
**laws** 2:14
**lawyer** 19:13
20:9
**Layven** 29:12
**lead** 28:19
135:21
**leading** 2:19
113:19 135:9
**leads** 115:9
**leak** 126:17
**leaking** 126:15
**leave** 20:13
117:5 127:14
**leaves** 119:6
**leaving** 42:13
107:1
**led** 20:6 25:17
35:3 110:2
111:22 128:20
**left** 37:1 70:15
70:16 128:20
129:2
**legal** 19:10
**let's** 17:12 23:9
23:10 24:16
25:7 33:17
51:1 54:1
64:18 65:21
67:17 78:21
88:22 96:11
121:3 136:14
**letters** 46:19
**level** 73:20
**liability** 45:15
47:11,13
**liberty** 46:5
70:12
**LICENSE**

140:23
**licensed** 11:14
11:15
**licenses** 11:18
**life** 98:16
**light** 65:23
132:4
**LIGHTFOOT**
5:9
**lights** 128:20
**limit** 117:3
**Limitations**
27:13 112:16
**limited** 12:22
22:8 137:15
**Linden's** 28:6
**line** 24:6 130:10
142:2,6,10,14
142:18,22
143:2,6,10,14
143:18,22
**lines** 66:15
**linked** 84:15
**links** 93:8
**liquid** 71:14
72:6
**list** 4:2 18:14
20:4 22:23
23:8 27:15
28:8,12,12
44:9 45:21
47:5 96:2
139:6
**listed** 23:19 27:9
32:8,15,21
33:9 56:19
57:14 67:7
**listing** 24:2
**lit** 37:14,17,21
73:23
**lithium** 12:12,13
13:10,18 14:2
14:10,19 23:13
26:1,15,17,19
43:6 47:17
55:12 80:8,9

80:11,13
110:21,23
**lithium-ion** 12:1
12:11,21 13:2
13:8 14:4,21
15:1,12,15,19
15:22 16:9,16
25:8,14 27:14
27:20 28:4,18
29:21 39:1,9
39:16 40:11
41:1,8,14,23
49:11 52:7
66:16 72:12,22
76:16 80:21,23
81:21 83:7
89:2 94:1 98:5
101:8 104:7
111:5 112:17
120:6 126:21
135:5
**little** 14:5 21:6
35:3 45:2
47:12 62,6,6
**LLC** 5:4
**loads** 42:14
**local** 44:23
**located** 74:17
78:14,15 133:9
**location** 73:2
77:14 133:10
**locations** 89:8
89:14
**locator** 13:16
**logistics** 137:10
**long** 34:1 65:10
124:4
**look** 17:12 22:12
39:11,13,23
40:5,8,15
54:17 56:10
108:2,5 111:14
117:15 118:13
121:3 124:22
136:3,4
**looked** 54:15

116:5
**looking** 14:1,17
27:15 79:2
123:1
**looks** 25:11
27:17 79:5,6
87:14 110:6
111:20 137:1,9
**lot** 123:12,16
131:1,3,11,14
**lots** 32:3
**loud** 126:11
**low** 90:23
**lower** 129:19
130:11
**Lumera** 16:1,8

———————
**M**
**M** 25:1,5 26:4
**Madam** 96:23
**main** 53:22
**majority** 47:6,7
89:1
**making** 102:5
**Mall** 65:7,17,22
65:23 78:8,14
79:11
**man** 26:11 50:12
54:11 55:11
56:1 57:22
60:2,6
**management**
31:23 87:1
**manifestation**
134:11
**manufacture**
101:7 106:5,7
109:8 111:5
**manufacturer**
47:18 84:6,15
85:2,4,10,15
85:23 86:8
106:8
**manufacturers**
32:1 111:4
**manufacturing**

93:7 95:5
97:15 100:3,7
102:4 104:23
107:2,4,14
131:5
**March** 108:15
128:17
**mark** 17:13
67:19 69:15
113:12 121:4
131:12 139:3,5
**marked** 17:16
67:21 69:17
121:5,19 122:1
134:3,5 139:9
**market** 33:4
**markings** 131:2
131:4,6,10,17
**Marlboro** 65:23
**MARRIAGE**
140:12
**marshals** 74:20
**MARYLAND**
1:2
**masked** 96:15
**master's** 11:21
**match** 73:23
**material** 56:7
79:6 100:11
101:11 102:5,8
102:17 103:15
105:19
**materially** 10:14
**materials** 18:11
18:17,18 26:10
27:6 35:16
36:2 48:22
54:3 73:6
87:14,18
102:22 117:8,9
117:11,20,23
**matter** 140:16
141:10
**matters** 7:17
44:7 45:13
47:6,7 50:4

**MD** 5:5
**mean** 22:13
23:21 24:1,13
25:19 35:20
37:2 39:13
40:7,16 44:2
44:17 50:12
54:13 58:21
59:7 60:1
73:17 76:22
77:17,18,19
91:6,22 97:19
98:9,22 113:12
115:19 131:3
135:14
**means** 53:16
140:5
**measure** 74:10
76:12
**Measuring** 83:6
**mechanical**
11:12 104:17
105:9
**mechanism**
100:21
**mechanisms**
104:3,15
**meet** 7:14 32:17
34:8
**Meeting** 28:1
**melted** 87:12
**melting** 105:3
**memory** 45:22
**mention** 49:16
128:7
**mentioned** 7:18
25:6 27:17,19
28:10 35:8,15
46:20 79:20
101:23 102:3
**message** 123:3,6
123:6,22
124:14
**messages** 21:5
**met** 7:6
**metal** 13:10,18

14:2,11 80:9
80:13
**meter** 83:10
**method** 61:19
61:20,20 63:7
63:20 68:4
69:1 84:22
85:12 118:2
**methods** 81:9,13
**middle** 89:4
**million** 50:18,20
50:23 111:1
**mind** 22:15
123:19 136:16
**minimal** 133:17
**minor** 10:4
**minute** 24:15
53:23 55:13
78:22
**minutes** 79:21
98:6,14 136:12
136:14
**mispronounce**
110:8
**misremember**
37:9 64:10
**misrepresent**
37:10 64:9
**missing** 27:8
**misspoke** 83:13
**misstate** 37:9
64:10
**modality** 111:13
111:19
**mode** 8:10
113:17 120:6
**model** 33:11
56:13,23 57:8
58:18 59:5,11
83:21
**modem** 71:17
116:16 133:23
**modem/router**
129:11,17
**modes** 13:21
27:19

**modulation** 16:6
**Moen** 130:18
**money** 50:2
**monitor** 79:3
**months** 31:2,3
99:20 108:16
**Morley** 26:20
27:2
**morning** 7:3,7
18:11 36:18,23
**Mother-in-law**
125:12
**multiple** 63:3
109:9
**Mutual** 46:1,5,6
46:7
**myriad** 56:21

**N**

**N** 2:1 3:1 5:1
**N-A-G-O-U-R...**
28:20
**Nagourneyt**
28:19 29:8,11
41:18 42:2
66:22 110:8
**nail** 101:13
**name** 7:4,14
19:19 58:2
76:6 110:8
**names** 24:11
25:12
**natural** 127:8,11
**nature** 19:8
24:23 26:3
65:4
**Naval** 15:9,17
**Navy** 16:4,5
**near** 78:16 79:9
79:17 83:16,16
**nearby** 115:22
**nearly** 92:8
**necessarily**
95:14
**necessary** 2:17
65:19 77:22

85:7,8 104:4
**necessity** 64:14
**need** 8:17,22
20:22 38:19
62:7 78:22
**negative** 41:7
66:11,12
**nevertheless**
60:13 68:23
**news** 26:11 54:8
56:11
**NFPA** 60:23
61:18 63:10
68:4
**nice** 7:14 84:13
85:5
**night** 18:5
**nine** 134:2
**noise** 125:19,23
126:5,8 127:12
**noises** 125:14
**non-scene** 61:6
**noncausative**
43:8
**nondefective**
42:21
**nonelectrical**
117:6
**normal** 100:5
**normally** 77:21
98:11
**NORTH** 1:12
5:9
**NORTHERN**
1:3
**Notary** 2:6 6:2
**note** 92:6 130:17
**notes** 3:19 125:4
128:6 130:14
**notice** 3:11
17:15,22 33:20
**November** 26:3
**number** 1:4 3:10
3:12,14,16,18
3:20,22 4:1
17:16 23:10,10

69:17 79:4
83:21 95:1,13
104:16,20
121:5,19 125:5
125:6 130:3
134:5
**Numbers** 139:8
**numerous** 97:5

## O

**O** 2:1
**oath** 141:15
**objections** 2:17
2:20
**observation**
13:3,6
**observations**
14:11
**observed** 61:12
80:7
**obtained** 13:1
39:17 67:12
**obvious** 118:14
**occasions**
109:19
**occupants** 48:20
**occur** 19:23
88:19 103:10
**occurred** 8:14
42:21 101:21
118:1 126:18
**occurrences**
64:16
**occurs** 96:20
**OEM** 59:14
**offer** 17:6 112:9
137:23 141:14
**offered** 2:22
113:16 137:16
**offering** 11:3,6
49:9
**office** 48:21
**offices** 2:6 6:7
**Oh** 17:18 35:14
118:9 121:8
**oil** 72:7 73:5,10

73:15,22 74:6
**oils** 73:21
**okay** 6:23 7:13
8:5,7,15 10:11
11:18,23 12:7
12:16 14:2,20
15:4,9 16:15
16:18 17:9
18:8 19:14,14
21:10,18 22:19
23:10 24:9,19
24:19 26:23
28:2 30:4
31:19 35:7
36:11 37:6
38:8,11 40:2
40:22,23 43:19
44:5,11 45:11
45:23 46:4,13
47:17,22 48:1
48:4 49:15,23
50:19 51:1,19
52:14 53:1,21
54:17,20,22
55:23 56:18
58:14,18 59:17
60:1,5,12,23
63:18 64:7,17
65:6,21 67:17
68:23 69:11,15
71:19 72:1,11
72:19 73:8
74:8 75:7 76:1
77:2 78:1,5
79:10 80:12
82:1,10 84:1,5
84:19 85:14
87:21 90:2
92:6,23 93:22
94:5 95:13,19
96:6,18 98:22
101:23 102:11
105:15 106:11
107:12 109:20
110:20 113:21
116:1 119:8,13

121:3,14
122:20 123:1,7
123:19,21
124:16 125:2
125:12 126:23
129:1,21
131:19 132:1
133:19 134:3
134:18 137:3,5
137:13,19
**old** 129:9
**on-the-job** 13:3
13:5
**once** 88:11
96:19 99:21
**onerous** 22:12
**ones** 27:16
**online** 54:1,1
56:5 80:15
**open** 8:2 24:10
92:2
**opened** 92:1
**opined** 49:11
**opinion** 29:21
53:7 72:20
73:7 87:23
93:4 95:1,6,13
97:18 100:8
105:8 107:12
108:9 113:4
114:13,16
115:4 119:20
137:16
**opinion-making**
35:4
**opinions** 8:11,18
8:23 9:4,11
10:14 11:3,6
11:10 14:13
17:7,8 23:16
48:10,14 55:2
59:20,23 81:18
85:11,15,19
108:22 109:4
120:22 137:17
137:22

**opportunity**
121:9
**opposed** 10:7
35:5 85:16
125:20 126:3
133:5,12
**optical** 16:6,7
**oral** 6:11
**order** 8:22 32:14
33:4 86:16
90:13 111:1
**organizations**
15:8
**origin** 17:7,8
35:6 65:8,9
68:10 70:9
71:1 95:11
114:18 115:6
133:11,13
**outlet** 118:6
130:10,16
**outlets** 117:1
**outside** 15:17
58:22 59:15
119:15
**overcharge**
31:21 104:22
106:4 108:10
**Overcharge/O...**
25:9
**Overcharge/O...**
25:15
**overcharging**
81:12,12 96:2
105:22 106:19
**overcurrent**
31:21
**overdischarge**
31:21 104:22
106:4 108:11
**overdischarging**
96:1 106:18
**owned** 128:12
**oxide** 13:18 14:3
14:11 80:9

## P

**P** 2:1 5:1,1
**P-U-R-E** 46:19
**p.m** 18:5 139:13
**pack** 11:4 13:17
14:21 15:1
30:6,14 31:10
32:8,16,17
33:7,11,13
40:16 47:18
48:12,16 49:7
49:11 56:14,23
57:8,11,13
58:11,19 59:5
59:13,14 73:2
75:16 78:7,14
79:8,11 82:3
83:6,22 84:7
86:17 87:3
88:11 89:12
91:23 97:10
98:5,23 99:15
101:22 103:3,8
103:11,17
104:5,7 106:20
108:1,13,18
109:3,13
113:22 114:9
115:5,15,17
118:4,20
119:21 127:3
130:23 131:7
134:17 135:1
136:1
**packaging** 87:18
**packs** 12:1 13:2
15:15,19,22
16:9,16 30:12
31:6,8 32:4
33:3,5,9 48:6
56:22 80:13
83:7 102:21
109:15,18
111:12 128:13
**page** 3:7,13

67:18 89:23
112:1 129:8,21
130:6,14,20
142:2,6,10,14
142:18,22
143:2,6,10,14
143:18,22
**paid** 50:2
**paint** 71:10
129:14
**paints** 71:13,14
**Pall** 65:6,17,22
65:23 78:7,13
79:11
**paper** 12:18,19
12:23 43:5
66:20 110:8
112:16,20
**papers** 110:22
120:5
**paragraph** 68:1
128:10 129:22
**parallel** 31:16
112:11
**parenthesis**
128:18
**PARK** 5:5
**part** 13:15 54:13
54:23 56:18
63:2,18 66:12
84:20 87:2
105:19
**partially** 87:14
**participate** 48:5
48:8
**participated**
13:9 14:23
**particular** 13:23
65:17 73:15
74:6 77:22
88:5 93:20
98:9 99:13
113:18
**particularly**
21:22 78:20
**parties** 2:3,20

140:13
**parts** 133:23
**pass** 32:13,20
33:3,6 57:13
57:14
**passed** 57:4
**passing** 33:10
**path** 69:7 100:4
100:6
**pattern** 42:13
**pay** 50:12
**PCB** 130:23
133:23
**PDFs** 89:19
**peer** 27:3
**pen** 113:11
**penalty** 141:7,8
**people** 12:10
73:17
**perceived** 127:7
**percent** 47:15
47:16 83:20
**perceptions**
10:6
**perfectly** 73:16
76:10
**perform** 101:19
**performed** 67:2
68:2 94:10
119:16
**period** 30:1
**perjury** 141:7,8
**personally** 80:6
**petroleum** 73:19
**Philadelphia**
46:14,16,16
**phonetic** 70:7
**photo** 75:2,8
83:5 86:21
**photograph**
58:23 69:20
74:9 76:5,12
78:7,13 79:4
79:10 87:8
88:8,17 129:2
130:2,7,13,15

134:8 135:14
136:3
**photographs** 9:8
34:7 58:22
70:8 78:19
79:3,5,13
82:17 103:23
135:14
**photos** 38:13
**physical** 28:17
42:20 43:1,7
43:10 82:4
104:3,10
119:17 134:9
134:20 135:4,7
135:19
**physically** 40:10
40:12 133:9
**physics** 11:21
**picky** 46:11
**picture** 87:5
129:13,14
**pictures** 69:4
131:9
**piece** 12:18 82:2
82:2 102:13
134:19 135:3
135:11,12,13
**pieces** 12:19,22
135:16,18
**pierced** 104:21
106:2 107:6
108:3
**piercing** 107:1
**pink** 76:13 77:2
77:6,12,12
78:1 82:21
**place** 72:8 74:23
75:16,18 91:5
133:7
**placed** 48:16,21
74:17 75:4
**plaintiff** 1:10
5:3 45:12 47:8
**plaintiffs'** 50:3
**plastic** 71:11

73:10,11,12
76:23 77:2,6
77:10 87:17
104:7
**please** 7:4 90:1
97:2 128:11
**plug** 132:11,14
**plugged** 130:11
130:16,19
**plural** 62:18,21
**point** 29:1 36:20
53:22 55:15
87:5 88:15
91:10 95:20
97:18,19,20
98:17 102:12
103:9 110:13
113:9 114:8
116:17 131:19
133:10,19
134:7,9 135:3
**pointed** 93:12
**pointing** 130:10
**points** 129:16
**poorly** 85:17
**popping** 125:13
125:20 126:3
**portion** 68:20
130:8
**poses** 42:9
**position** 53:6
**positive** 112:3
113:2
**possession** 23:4
**possibilities**
102:3
**possibility** 35:22
86:1,5,9
116:12 126:13
**possible** 39:9
40:4,11 55:20
65:16 66:6
84:14 85:1
95:22 114:17
116:10
**post-fire** 28:16

42:20
**potential** 19:10
36:2 55:18
63:22 84:18
116:22 117:4
132:23 135:22
**potentially**
35:17 116:8
**pouring** 127:15
**power** 28:5
71:16,18
116:16 129:8
**powered** 87:2
**powering** 13:21
**PowerPoint**
3:23 139:4
**preceding** 30:20
**preexisting**
96:17
**preparations**
9:7
**prepare** 38:15
**prepared** 9:3
**presence** 42:5,8
102:21 114:7,8
**present** 82:11
107:9
**presentation**
3:23 27:23
74:23 139:4
**pretty** 29:15
41:21 45:14
46:11 50:18
80:23 83:18
118:14
**prevalence**
114:5
**prevent** 112:10
**prevention**
113:16
**previous** 22:21
84:16
**previously**
66:16 118:8
**primarily**
117:14

Christoph Flaherty                                    7/12/2023

Page 158

primary 61:5
119:4
printed 88:18
104:11 131:7
prior 2:22 16:14
29:19 31:2,3
37:7 61:15
97:21
probably 9:6
20:1,3 22:5,6
23:11 24:17
30:10 31:14
32:4 38:10
44:9 47:14
50:11,18,22
66:7 77:11
83:17,19
133:17 136:13
138:14
problem 62:8,11
69:8
problems 89:19
Procedure 6:6
proceedings
6:13 25:4
proceeds 127:14
process 95:21
102:5
produce 18:21
18:22 19:1,14
20:7 21:2
104:4
produced 21:1
23:17 32:4
54:13,23
120:18
produces 115:18
product 19:7
131:14,18
professional
11:16 16:15
professionally
11:15 29:13
profile 88:7,17
88:19
progression

127:20
promise 120:9
propagate 81:22
107:23
Properties
46:21
property 61:14
proposition
119:20
protect 112:8
protected 112:2
131:22
protection 26:17
112:9
protections
31:22
prove 66:10
proved 41:20
provide 18:16
20:22 56:2
63:19,19 91:1
121:13
provided 10:1
23:5 26:10
33:23 36:16
55:17,23 56:1
60:21 75:5
96:2 103:5
122:2 139:7
providing 49:9
PTC 112:3,7
113:3,14,22
114:9
PTCs 114:1
Public 2:6 6:3
published 57:23
110:21 112:20
120:5
puddle 73:23
pull 121:9
puncture 82:4,5
punctured
101:17
puncturing
81:11
purchased

108:14,15
128:16
PURE 46:18
purplish 72:6
purposely 81:7
81:12
purposes 8:3
131:15
pursuant 6:5
put 7:18 10:11
17:14 33:4
40:2 42:6
44:18,19 52:18
54:6 76:19
77:6,13 82:23
91:9 97:16
110:13 114:8
122:12

Q

quadrant 74:11
qualification
33:1
qualifier 138:7
quality 32:5
quality-contro...
86:14
quench 73:13
question 10:21
22:22 23:2
40:3,10 42:20
77:5 94:8 97:1
107:19 111:3
111:17 113:10
127:6 135:3
138:19
questioning
138:4
questions 2:18
2:19 35:15
60:15 94:7
136:9,14
138:10,12,14
quick 120:15
quickly 99:21
122:7 128:2

quite 45:20
116:11
quote 49:1 92:9
92:10 128:19

R

R 5:1
range 22:8
41:22 45:9
47:15
rapid 99:17
rapidity 121:13
rapidly 32:3
33:12 42:14
rare 116:11
rate 110:23
122:19
rates 65:18
reach 58:5
reaching 84:21
reaction 103:12
115:9
read 9:14 10:12
18:14 20:19
24:6,11 33:21
34:1,18 37:3
43:3 68:14
92:10,14 97:1
97:3 105:20
112:5,12
114:21 125:15
125:17 128:9
128:10 130:20
134:2,3 138:15
138:18,22
141:9,10
reading 2:11
36:4 37:5
ready 9:10,11
33:18 69:12
really 49:4,4
52:10 56:10
66:10 74:5
76:23
reason 66:7 76:1
90:12 111:2,7

142:4,8,12,16
142:20,24
143:4,8,12,16
143:20,24
reasonable 53:8
59:18 94:14
95:6 100:16
106:12 127:1
138:1
reasoning 62:19
62:22
reasons 17:4
recall 14:8 30:16
30:18 49:9,14
51:14,19,20
52:2,5 56:11
56:14 71:23
79:13 81:2
125:17 127:10
recalls 56:10
receipt 128:17
receive 17:23
18:3
received 10:8
36:12 137:1
receptacle
130:11,19
131:21
Rechargeable
26:1
recharged
128:20
recognition
65:20
recognize 54:14
62:7
recollection
137:12
recommend
52:12
recommended
68:4
record 74:22
97:3 121:17,18
recovered 83:8
132:4

Christoph Flaherty                                                    7/12/2023

Page 159

recreate 91:4
rectangle 75:11
  75:15
red 113:11
Reddit 26:10
  54:5,12 55:1
REDUCED
  140:5
refer 76:22
reference 8:4,6
  131:13
referenced 27:6
  54:2 79:23
references 23:19
  23:23 24:2
  28:11,13,16
  41:20 67:7
  119:18
referencing
  26:13 55:13
referred 72:9
  118:9
referring 26:14
reflected 124:21
regarding 9:7
  11:3 54:8
  64:15 66:16
  106:22 109:14
  120:3
regardless 42:10
  88:12 109:11
regions 41:13
related 11:11
  15:14 125:8
relating 2:14
  12:9 20:2
  23:13
relatively 33:22
  44:23 125:19
  127:23
relay 71:20
relayed 67:13
released 42:12
  81:20
relevant 61:11
  101:20

reliable 12:15
  29:9 86:14
  111:6
relied 23:15
  24:3
relying 55:1
  60:2 112:21
remaining
  134:23
remember 18:4
  19:21,22 30:12
  35:13 37:5
  64:12 77:8
  80:10 83:2,23
  84:2 127:16
remnant 129:17
remnants 52:7
  86:23 87:17
removed 98:14
repeat 77:4
  101:15
replicate 101:1
report 3:13 9:21
  10:3,10,13,15
  23:19,23 25:6
  27:7 28:11,13
  29:6 34:6
  36:15 38:13
  41:19 67:9,18
  67:19 72:10
  74:10 88:22
  89:21 95:1
  97:16 112:1
  113:8,12
  119:19 125:7
  125:11 135:10
reported 36:10
  37:1
reporter 1:21
  2:5 6:2,19 97:1
REPORTER'S
  3:6 140:1
Reporting 2:7
  6:8
reports 109:16
  118:1

represent 7:15
representative
  36:14
request 18:19
  20:14,16,19
requests 18:10
  18:13 23:3
requires 68:9
  138:21
research 12:5,8
  12:13,17 56:6
researched 24:6
residence 8:14
  70:4 83:9
  114:20
resolution 90:14
  90:15,20 91:1
resolved 19:9
respect 11:7
  12:21 34:21
  35:6,10 48:11
  133:6
respectful 138:4
respective 2:3
responsive
  18:18 20:21
result 53:12
  90:19 100:3
  104:9 105:8,11
  105:13 106:7
  107:2,2 110:10
resulted 80:5
  114:14 134:12
  134:21
resulting 97:15
results 65:9
  103:12
retained 39:20
  45:1,18 51:14
retention 44:6
  124:8
reveal 93:2
revealed 92:12
revealing 92:19
reverse 13:21
review 8:22

12:22 18:12,15
  26:2 120:16
  121:1 125:4
reviewed 8:21
  27:3 33:20
  34:4,5 139:5
reviewing 38:12
  38:12
ribbon 76:21
  77:1
right 7:7 9:12,14
  9:19 10:18
  11:1,14 15:5
  16:1,4,20
  17:10,18,23
  18:22,23 19:13
  20:12 22:11
  23:18 24:20
  25:18,23 26:5
  27:5,10,15
  28:8,13,14,15
  29:18 31:11
  32:8,15,20,21
  33:4,17 34:4
  36:8 37:2,15
  37:18,23 38:2
  38:3,11 39:18
  39:21 41:6
  42:17 43:3,14
  47:2 49:14,19
  51:2,7 52:15
  53:21 54:6
  55:7 57:4,18
  58:3 60:3
  61:18 62:8,11
  62:14,16,19,23
  63:4,10 64:13
  66:9,11,12,21
  67:11,14 68:14
  69:1,16 70:2,4
  70:10,16,17,20
  74:11,14,17
  76:6,11,17
  77:20 78:5,8
  78:10,23 79:18
  79:20 82:13,15

82:21 85:3
  86:20 88:6,10
  88:20,22 89:5
  89:9,16,18,20
  89:23 90:4,8
  90:17 91:2,5
  92:10,14 94:3
  94:8,10,22
  95:15 96:11,22
  97:11,22 98:2
  98:4 99:2,2,5,8
  99:22 100:19
  102:18 103:3
  105:7 107:5
  108:3,7 109:13
  110:12,15,17
  111:9 112:5,13
  112:18,21,22
  112:23 113:13
  114:10,21,23
  118:17 119:10
  120:8,14,18
  122:10,21
  124:11,22
  125:15,20,22
  128:5 129:5,12
  130:4 132:2,21
  134:2 135:2
  136:7,18,21,22
  137:6 138:3
right-hand
  130:8
Robert 26:20
  27:2
roll 41:2 92:9
room 8:15 52:6
  52:20 69:23
  70:2 77:7
  114:19
roughly 47:10
routed 116:21
RSC 25:10
RTI 13:15 14:12
  15:4,7 80:4,12
rudimentary
  101:12

**rule** 106:18
  117:12,12,17
  117:18
**ruled** 114:20
  117:13
**rules** 2:14 6:5
  21:19 109:10
**ruling** 117:16
**run** 130:17
**runaway** 39:6
  72:13 79:22
  81:3,14,23
  88:12 92:14
  93:3,4,10,19
  94:2,19 95:2
  95:22 96:17,19
  97:8,11 98:20
  100:19 103:10
  107:23 111:22
  112:10 114:14
  115:8,20 120:1
  134:13,21
**Runaway-Ca...**
  28:3
**runs** 33:2
**rupture** 115:12
  126:20
**ruptured** 40:19
  40:20 53:12
  92:7
**RYBOI** 111:19
  120:17
**RYOBI** 33:1,9
  59:14 74:13
  83:7 87:2 95:2
  102:20 106:22
  111:11 113:14
  128:13 135:23
**RYOBI's** 33:10
  57:15

——————————
        **S**
——————————
**S** 2:1,1 5:1
**SAE** 27:23
**safe** 12:15
**Safety** 27:12

  112:16
**sampling** 23:20
**satisfy** 57:16
**satisfying** 33:10
**save** 121:23
  141:11
**saw** 23:4 82:13
  128:18
**saying** 67:1 76:5
  92:23 130:21
**says** 15:11 36:17
  42:3 63:22
  64:2 67:23
  102:13 123:23
  129:16,18,19
  130:10,18,23
  131:21 132:1,4
  132:12
**scan** 90:14,19,23
  91:17,21 92:4
  92:19,22 93:9
  93:11 95:17
  97:9 110:1
**scanner** 90:14
**scans** 92:12 93:1
  94:10,13 95:15
  136:4
**scene** 3:19 39:17
  42:9 51:6,9,11
  51:16 52:4
  53:6 69:4,20
  75:8 76:11
  79:13 91:19
  118:14 133:9
  134:16 135:6,8
  137:10
**scents** 130:19
**scientific** 53:8
  59:19 61:19,20
  61:21 63:7,20
  68:3 69:1
  84:22 85:12
  94:15 95:7
  100:17 106:12
  118:2 119:14
  127:1 138:1

**scientifically**
  85:10
**screen** 17:14
  29:2 42:6,6
  51:2,3 54:3
  55:8 69:5,16
  124:13 125:2
**scroll** 22:22
**scrolling** 23:7,9
  89:19
**se** 56:12
**search** 18:16
  56:11 80:22
**searches** 80:17
**second** 129:8
**secrets** 29:5
**section** 63:21
**sections** 70:15
**Sedgwick** 47:1
**see** 10:18 15:11
  16:12,18 17:13
  17:18,20,21
  20:5 25:7
  26:21 27:8
  29:5 42:4,6
  51:1,2 52:14
  54:1,3,18,21
  55:7 69:4,16
  72:8,23 74:10
  75:11 76:12,13
  77:16 78:19
  79:12 80:1
  82:17 86:21
  87:4,7,9,11,12
  87:17,22 88:7
  88:17 97:9
  102:21 104:12
  108:2 111:13
  111:20 121:11
  123:2,8 124:13
  125:2
**seen** 29:17 41:13
  52:11 72:9,21
  80:1
**sees** 127:15
**select** 63:7

**selected** 118:19
**self-heating**
  117:9
**self-sustaining**
  103:11
**send** 22:17
  138:23 139:1
**sending** 137:7
**sense** 74:21
  133:10,12
**sensitive** 21:19
  22:1
**sent** 57:23
  136:22 137:3,5
**sentence** 105:20
**separate** 63:22
  122:23
**separately**
  128:16
**separator**
  100:11 104:21
  105:3 106:2,8
  107:1,6 108:3
**sequence** 115:2
**series** 13:19
  31:16 32:13,18
  62:1 65:15
  69:3
**series/to** 112:11
**serve** 93:3
**Service** 2:7 6:8
**set** 9:2 78:16
**Seven** 132:7
**severely** 87:9
**SEVERNA** 5:5
**shapes** 75:9
**share** 51:1
**shared** 21:8
**sharing** 29:2
**SHEET** 3:8
  141:13 142:1
**shelf** 71:2,5,9,21
  72:7 74:11
  89:4 98:7
  103:3 115:5,6
  115:23 116:4

  116:16 119:22
  132:5
**shelves** 116:21
**shelving** 52:10
  70:8,15 89:9
  114:18 130:8,9
  130:17
**Shocked** 55:11
**short** 16:12
  38:21 41:10,16
  43:12 57:10
  69:8 81:10
  82:7 88:1 93:6
  93:12,16,21
  94:15 95:4,19
  96:3,4,6,13,16
  96:16 97:6,14
  97:14 98:10,13
  98:15 99:9,12
  99:16,18 100:1
  100:17,21
  101:2,9,10,21
  103:8 104:16
  107:13,22
  108:23 110:2
  111:21 113:5
  113:20 114:13
  115:4,7 119:23
  120:12 127:2
  132:18,18
  134:11,20
  135:1,5,20,23
  136:4,19
**short-circuit**
  57:1,7,17 81:6
  88:20
**shorted** 116:8
**shorting** 57:10
  96:21
**shortly** 16:4
  98:21
**show** 69:3 74:20
  75:7 95:20
  97:13,14 102:8
  102:10,16
  107:6,9 135:19

showing 74:8
  82:16 83:4
  109:23
shown 112:9
shows 134:20
  135:4
sic 75:10
side 45:15
sign 135:19
signature 2:11
  3:7 141:1,22
Signed 140:18
  141:16
significance
  78:3
significant
  106:21
silent 7:19
similar 31:12,15
  43:10 67:1
  115:20
simply 10:11
single 33:6
  57:15 112:8
  135:11,12
sink 131:2,4,6
  131:12
sir 56:15 59:17
  94:23
site 128:8
  132:10
sitting 7:23
  128:23
six 25:11 31:3
  122:17,18
  132:4
six-amp 87:2
six-amp-hour
  84:3 128:16,19
slash 131:22
slide 52:15
  74:22 75:8
  76:4 78:6
  82:16 83:4
  86:20 88:17
  94:8 96:13

97:13 109:23
slides 94:5
slight 133:15
slow 20:19
slowly 99:19
small 72:15 73:4
  73:9 100:12
  132:10
smaller 90:19
smelled 126:17
smelling 127:7
smells 127:11
smoke 127:13
  127:15
smoked 36:17
  36:22,23 65:7
smoking 35:16
  35:16 36:2,7
  37:10,11 64:10
  117:8,19,22
  118:1
Sobota 21:17,23
  22:4,16 34:22
  36:6,10,17
  51:6,12,13,15
  51:22 53:5,17
  60:11,19 63:11
  67:14 71:1,3,4
  71:20 75:2,4,8
  75:10,14 76:2
  77:10 83:3
  117:6 118:11
  121:10,22
  123:3 124:9
  125:7,9 137:1
  137:8
Sobota's 17:5
  34:17 35:14
  72:9 74:9 75:2
soldering 71:16
  116:19
Somebody 46:9
sorry 50:21 77:4
  83:13 99:5
  135:17 136:10
sort 23:14 35:9

56:6 91:12
sound 122:10
  126:20,22
sounds 98:2
  112:22 127:2
source 61:6
  63:23 68:13
  80:3 105:5
  132:21,23
  133:4,5
sources 13:1
  28:5 39:7 64:3
  64:5 86:14
  114:17 117:4,7
space 48:20
speak 35:6
specialized
  11:23 12:4
specific 35:14
  59:10 63:19
  65:3 80:10
  85:21 88:3
  93:11 100:20
  102:12 109:17
  113:23 131:18
specifically 14:8
  30:11 34:21
  35:1 51:20
  58:21 61:23
  78:12 85:2
  93:21 99:19
  100:9,13
  108:20 127:5
  130:18
specificity 120:3
specifics 51:19
spectrum 74:6
spells 61:22
spent 131:1,3,11
  131:14
spew 72:14 73:1
split 90:21
spoke 118:11
spray 71:13
spreading 72:4
standard 63:11

standards 32:14
Stanley 25:5
start 49:19
started 7:7
starting 118:16
  119:3
starts 67:23
state 1:8 2:6 6:3
  7:4 8:9 36:14
  43:18,20,23
  44:6,11,16,18
  45:7,10,15
  46:5,20 60:17
  75:6 83:16,17
  123:10,14,17
  124:3,7 141:2
statement 42:15
statements 42:5
  67:16
states 1:1 110:22
Status 25:3
staying 35:5
step 32:11 62:7
  92:20
steps 62:1
sticky 76:23
STIPULATED
  2:2,10,16
stipulation 6:6
stipulations
  6:20
storage 25:3
  120:4
stored 30:14,17
  30:18,23 31:1
  42:12 99:4,10
  116:6
straightforward
  10:20,22
STREET 5:9
strike 43:14
  70:22 84:5
  112:23
stringent 32:5
structure 102:6
struggling 40:9

stuff 19:15
  20:20 49:6
subject 11:4
  15:14,19,22
  32:5,8 33:11
  41:14 56:13,13
  56:14,23 57:8
  58:10 67:6
  75:16,18 82:3
  82:3,7 83:22
  84:7 98:5
  103:2 106:17
  108:18 113:22
  115:4 117:9
  118:20
subjected
  110:14
submitted 122:4
Subota 35:2
subrogation
  44:7 45:1,12
  45:16 47:8,10
  47:11,15,20
  50:4
substantially
  43:10
suffer 41:23
  115:20
suffice 33:8
  67:11
sufficiently
  85:22 91:7
  101:14,20
summary 10:16
  57:12 125:7,10
supplier 85:16
  86:18
suppliers 86:12
supplies 71:10
  71:22
supply 71:18
  129:9
support 55:2
  59:20 87:23
  119:3,19
  120:21,23

supported 95:11
supportive
   95:14
supports 93:10
sure 18:21 23:1
   26:7 27:8
   32:12 33:8
   38:10,18 45:14
   46:17 47:3
   51:18 65:14,15
   66:6 69:8 74:5
   75:9 76:9 77:6
   81:5 88:15
   93:14
sustained 107:3
sworn 6:16
system 21:7
   106:23 117:2
   133:1
systematic
   68:10
systems 31:23

──────── T ────────

T 2:1,1 46:7,8
T-A-R-O-N-J-I
   9:16
tab 41:7
take 8:8 18:12
   22:2,13,14
   23:6 32:12
   34:1 38:16,20
   65:21 69:7
   82:2 101:12
   105:16 113:11
   120:8,9 136:11
   136:12,17
taken 2:4 15:21
   70:12 78:13
   141:9
takes 21:6 22:13
   107:20,21
talk 19:20 34:8
   34:12,21,23
   53:23 54:11
   60:16,18,19

talked 34:14
   35:12 60:14
   64:8,13 118:2
talking 20:13,18
   56:8 66:23
   73:4 79:21
tape 74:10 76:12
   76:13,19,22
   77:12 78:1
Taranji 126:5
Tarascon 25:2
   26:4
Tarnoji 125:12
Taronji 1:9 8:14
   9:15,16 34:14
   70:3 127:7
Taronji-Fern...
   55:21 83:8
   114:19
Taronjis 33:23
   36:18
Taronjis' 71:21
taught 15:11,18
tax 50:12
teach 15:14
tech 12:14
technician 90:21
Technology
   28:18
Techtronic 1:12
   141:4
tell 12:7 13:12
   21:12 23:6
   30:4 34:20
   47:22 52:14,17
   52:21 57:5
   87:4 94:22
   95:20 100:15
   100:20 107:16
   114:23 127:19
telling 23:22
temperature
   112:3 113:2
ten 28:9,12 90:7
   90:22 91:16
Teresa 9:16

125:12 126:5
   127:7
terminals 57:10
terms 13:6 14:6
   31:16 63:12
   108:18 111:12
test 33:1,6 62:21
   63:2,3 101:14
   101:18 118:21
   119:4
tested 118:23
   119:8
testified 6:17
   125:18 126:6
testify 109:14
testimonies 19:3
testimony 1:15
   4:2 9:20 10:7
   10:12,13 19:8
   20:8,15 49:10
   64:15 98:3
   99:14 103:16
   109:16 117:23
   125:18 126:16
   127:10 137:14
   137:16 139:6
   140:3,8
testing 12:9,16
   13:9,14 14:10
   42:18 57:13,15
   62:3 66:15
   67:2 72:21
   80:4 100:23
   106:21 111:11
   119:13,14,15
   119:15,17
   120:17
tests 13:19 32:14
   32:19 33:11
   56:22 57:1,8
   57:17
Texas 26:11
   54:11 55:11
   56:1 57:22
   60:2,6
texts 23:13

thank 129:21
   137:6 138:12
thereto 2:22
thermal 28:3
   39:5 72:13
   79:22 81:3,14
   81:22 88:12
   92:14 93:3,4
   93:10,19 94:2
   94:19 95:2,22
   96:17,19 97:7
   97:11 98:20
   100:18 103:10
   105:2,4,13
   107:23 111:22
   112:10 114:14
   115:8,19 120:1
   134:12,21
thermostat 49:3
thing 32:10
   57:20 62:6
   73:12 86:11,16
things 9:8 19:11
   27:9 33:21
   35:11 57:17
   91:4 105:23
   118:8 128:5
think 7:8,10
   8:22 10:2
   13:10 14:17
   18:22 19:6
   20:22,23 22:6
   22:9 25:6 28:7
   28:10 29:15
   30:15,20,21
   31:13 33:7
   35:11 36:19
   37:4 38:5
   40:15 44:22
   45:5,16 46:14
   46:23 47:12
   48:20 53:5
   58:23 70:13
   71:18 73:22
   75:4,22 76:7
   76:22 77:8,10

78:15 79:8
   80:9 83:16
   84:9 89:11
   92:4 93:23
   101:18 105:18
   109:15 110:12
   110:19 117:5
   120:2 126:8
   128:9
thinking 119:9
third 105:2
third-party 47:8
   47:20 50:4
thorough 84:17
thought 20:20
   35:2,17 54:7
   126:16
thousands 38:9
thread 26:10
   54:5,12 55:1
three 30:10 31:2
   68:1 70:17
   104:15 109:17
   114:16 116:22
   122:2,8 128:12
   129:21 130:22
   130:23
throw 73:23
thrown 66:1
   89:13 91:7
tier-one 85:16
   85:23 86:8,12
   86:18
tile 75:1
tiles 74:18 132:2
tilting 47:12
time 2:21,21
   10:2 16:21
   18:12 21:3
   22:1,13 23:6
   30:5,7 43:19
   64:11 71:9,15
   75:16,18 91:6
   91:20 109:3
   120:4 122:12
   123:9,9 125:13

130:12 131:1,4
131:11,14
138:9,21
**times** 32:6 43:22
44:5 51:22
58:9 80:18
123:13,16
**today** 8:7,19
9:12 10:19
17:3,6 18:1
31:11 50:1
56:8 59:6
137:23 138:4
**told** 44:16 75:14
137:22
**tomography**
90:3
**tomorrow** 9:3
**ton** 22:13
**tools** 72:3
**top** 48:17 49:6
70:16,16 74:18
128:23 129:15
129:21 130:7
130:19 131:22
**tossed** 64:20
**total** 50:15
90:23 122:8
130:4
**totality** 68:21
**traces** 87:10
**trade** 90:15
**training** 12:1,4
13:3,6
**transcript** 34:18
140:7 141:9
**TRANSCRIP...**
140:6
**transponder**
13:17
**trial** 2:21 9:2
19:3 20:8,15
49:10
**tried** 74:1
**triggered**
104:16

**true** 20:10 94:16
134:22 140:6
141:11
**truthful** 78:23
**try** 101:1
**trying** 19:21
22:15 35:12
63:3 100:2
**Turn** 89:23
**turned** 49:2
116:18
**turning** 49:2
76:4
**turns** 127:14
**two** 26:8,12
30:11 36:8
37:2 44:2,10
44:17 70:16
79:4,14 82:20
82:23,23 90:7
90:11,12,22
91:16,18 95:1
95:14 104:20
108:16 116:22
128:20 129:2
129:18 130:21
**two-** 45:9
**two-hour** 37:18
**type** 13:10 14:16
31:10 56:3
67:2 77:10
80:20 84:5
113:16

—————————
**U**
—————————
**U** 2:1
**U.S** 15:9
**UL** 32:8,14,14
32:21 33:2,9
56:18 57:14
106:22
**UL's** 57:13
**ultimately** 48:10
**unconnected**
29:23
**uncontrolled**

115:9
**undergo** 72:13
**understand** 32:7
56:19,21 60:12
100:2
**understanding**
57:6 58:8
70:21 71:7
84:17 124:6
141:14
**understood** 10:2
**unit** 48:17 52:8
114:18 118:10
118:11,12,15
130:8,9,17
**UNITED** 1:1
**Universal** 46:20
**unknown**
116:17
**unnecessary**
92:21
**unoccupied** 49:5
**unplugged** 30:1
30:7 128:21
130:12
**unquote** 49:1
**unrelated** 20:9
**use** 14:5 16:6
59:22 68:3,9
90:14 106:19
109:7,15
121:15
**uses** 27:18 109:9
113:14
**Usual** 6:19
**utility** 52:6,20
69:22 70:2
77:7 114:19

—————————
**V**
—————————
**V-A-R-A-J-A-N**
27:12
**valid** 43:2 85:11
**Varajan** 27:11
**variant** 80:11
**varied** 47:9

**various** 12:10
24:11 32:17
66:18 70:14
73:18 80:5,15
81:8,13 89:14
109:18 110:21
111:4 120:16
130:3
**vary** 32:1
**vehicles** 27:22
**venting** 103:13
**versa** 90:18
**versed** 19:9
73:14
**versus** 47:10
133:11
**vice** 90:18
**vicinity** 73:11
**victim** 39:1
42:11 49:8,12
**victims** 42:22
**videos** 72:21,22
79:23 80:2,6
80:12,14,15
81:3 82:12
**virtual** 1:15
139:11
**voltage** 83:6
**voltages** 31:17
**volts** 83:11,13
83:18
**volume** 25:4
90:15,19,23
**vs** 1:11 141:3

—————————
**W**
—————————
**W** 131:22
**waive** 138:16
**waived** 2:12
**Walk** 115:6
**wall-mounted**
48:18
**Walthrop** 58:3,6
58:14,19 60:6
**Walthrop's**
58:12 59:4,12

**want** 8:4 23:6
24:14 42:4
53:23 61:4
79:15 86:13
114:9 123:15
128:6
**wanted** 25:21
29:1 76:9
**warnings** 11:7
**wasn't** 34:18
76:9
**water** 38:17
**way** 10:5 17:21
22:2 49:1,3
76:5 101:9,18
102:5 106:16
110:5 121:8
128:3
**we'll** 18:11 23:7
118:13 138:23
**we're** 8:7 11:10
14:17 20:13
31:10 53:22
54:11 56:8
59:6 118:7
120:15 135:2
**we've** 28:9,11,12
93:22 101:16
110:9 118:3
124:5 129:14
135:14
**web** 26:7,9,12
26:14
**week** 18:7
**weekend** 49:4
**weird** 35:8,9
**went** 33:19 34:6
51:16 57:1
**weren't** 32:4
48:22
**whereabouts**
37:11 64:11
**WHITE** 5:9
**widespread**
92:13 93:2
**windings** 41:1

100:13
**window** 37:18
**winter** 48:19
**wired** 131:23
**withstand** 32:18
**witness** 2:12 3:2
  6:11 20:15
  60:7 64:14
  67:16 138:17
  140:8
**witnesses** 37:8
  61:5,11 64:8
**Wittingham**
  25:5
**wondering**
  138:21
**word** 17:22
  35:23 53:11
**words** 12:20
  43:8 128:8
**work** 9:5 13:15
  15:6 16:8,14
  19:6 43:23
  45:20 49:20
  122:5 124:4
**worked** 13:14
  16:3 44:6,12
  45:14 51:21
  58:10
**wouldn't** 9:22
  12:3 14:15
  18:23 19:4
  22:7,15 38:9
  74:1 84:11
  86:9 93:8
  109:2
**wrap** 77:6,10,13
  82:21
**wrapped** 71:17
  76:15 77:2
  82:21
**wrappers** 82:23
**wrapping**
  120:11
**write** 129:3,22
  130:4

**writing** 123:5
  140:5
**written** 25:1
  26:3 52:19
**wrong** 19:5,14
  20:7
**wrote** 24:22
  123:6

___ X ___

**X** 3:1
**x-ray** 92:16,20
  92:20

___ Y ___

**y'all** 34:12,20
  51:16
**yeah** 13:5 14:5
  22:5 23:9
  24:13,17 26:21
  27:15 31:6
  36:15 48:13
  50:17 54:10
  62:9 73:3
  77:21 78:21
  79:2 80:23
  99:10 117:16
  123:20 132:18
  138:22
**year** 20:1 38:3
  50:13,15
  108:16
**Yearout** 3:5 5:8
  6:22 7:2,15
  38:23 69:11
  96:23 120:14
  121:17,21
  136:21 139:3
**years** 12:6 47:9
  48:2,3 50:17
  80:19
**Yep** 41:21
**yesterday** 34:11
**YouTube** 80:15
  82:12

___ Z ___

**Zander** 58:2
**Zoom** 7:16

___ 0 ___

**0007** 79:11
**007** 78:6
**01/24/2026**
  140:22

___ 1 ___

**1** 3:10,13 17:13
  17:16
**1,900** 122:21
**1:22-CV-01753**
  1:5
**10** 23:11 76:4
  111:1 134:3
**10,000** 50:6
**10:30** 98:23 99:8
  99:15
**100** 25:4 44:19
  44:20,21
**100,000** 50:8
**11:00** 18:5
**12:52** 139:13
**121** 3:16,20
**12th** 1:18 2:8
  6:10 139:13
**13** 78:6
**13,906** 122:9
**134** 3:18
**139** 3:22 4:1
**13th** 25:4
**14** 82:16 131:23
**14.5.1.1** 61:4
**140** 3:6
**141** 3:7
**142** 3:8 132:8
**15** 26:3 47:5
**1533** 125:4,4
**16** 83:4
**1600** 122:20
**17** 3:10
**1862** 123:2
**18650** 26:20

27:13 28:17
  42:8 43:6
  86:11,17 94:1
  110:1 112:17
**1865040-volt**
  119:21
**19** 130:4

___ 2 ___

**2** 3:12 67:20,21
**2,000** 44:2,3
**20** 50:17 86:20
  88:17 90:22
  104:11 141:16
**2001** 26:3
**2003** 49:22,23
  49:23
**2006** 15:10
  49:20
**201168** 75:9
**2012** 15:10 25:5
  27:23 28:5
**2013** 15:4
**2015** 26:18
**2017** 16:22 17:1
  37:7
**2018** 25:11
**2019** 15:5
**2020** 43:18
  51:10,11 52:4
  52:18 53:7
  123:2 128:17
**2021** 28:19
  57:23
**2023** 1:18 2:8
  6:10 9:21
  10:13 139:13
  140:18
**20TH** 5:9
**21** 51:10 52:4,17
  53:7
**21146** 5:5

**21st** 124:15
**22** 94:9 96:12,13
**23** 94:8,9 97:13
**24** 9:21 10:13
  94:9
**25** 20:14
**254** 70:8
**26** 18:9
**27** 57:23 94:9
  123:2
**27th** 43:17,18
  51:5 125:1
  140:18
**28** 51:11 109:23
**28th** 51:17
  128:17
**290** 122:18
**298** 83:5

___ 3 ___

**3** 3:14 69:15,17
**3.2** 90:3
**30** 47:15
**300** 24:13
**325** 122:19
**35203** 5:10
**39.03** 83:12,13
**39.3** 83:11

___ 4 ___

**4** 3:16 23:10
  121:4,5 122:1
**40** 47:16 83:18
**40-volt** 55:12
  83:7 91:23
  109:17 111:12
  111:19 128:13
**400** 5:9

___ 5 ___

**5** 3:18 134:4,5
**50/50** 47:10
**500,000** 50:10
  50:20
**528** 128:9
**566** 5:5

Christoph Flaherty                                                    7/12/2023

Page 165

**574** 136:3
**5th** 28:6

---
**6**

**6** 3:20 103:1
   112:1 121:19
**60** 47:14
**6445** 82:17
**650** 110:23
**669** 140:23
**67** 3:12
**69** 3:14

---
**7**

**7** 3:5,22 74:22
   78:5 79:4
   139:4,8
**70** 47:15
**71** 132:11,14
**75** 76:12 83:19
**7th** 24:23

---
**8**

**8** 4:1 139:6,9
**897** 86:21 87:8
   88:8,18

---
**9**

**9:00** 1:19 2:8 6:9
   98:1
**9:30** 97:23
**911** 127:14
**921** 60:23 61:18
   61:22 63:10
   68:4,21 84:22
   85:11